© 2001 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

| 03 | Greater Southeast Community Hospital |
|---|---|
| | Corporation I  ☐ DC General |
| | **EMERGENCY PHYSICIAN RECORD** |
| | Facial or Head Injury |

TIME SEEN: 23⁵⁵   ROOM: ___   ___EMS Arrival
HISTORIAN: (patient) _paramedic _translator _other___
AGE 19   M /F   RACE B
_History limited by ___

**HPI**   chief complaint / location of injury:
_head   face  mouth / lip / chin / nose  _neck
   mandible

**duration / occurred:**
_just prior to arrival
_today
(yesterday)
___ days PTA

**where occurred:**
_home        _school
_neighbor's  (city park)
_work        _street

**context:**
_fell  (direct blow)  _incised wound  _stab wound  _burn
   S/P assault
   AD arrest

**severity:** Pain Scale: (1-10) ___
**LOC?** _no  _dazed  _yes  duration:___
**IF YES,** remembers:  _injury  _coming to hospital___

☐ Agree w/ nurse's note for PFSH / ROS

**ROS**
☑ ROS below otherwise negative
_negative  _vomiting  _headache  _neck pain

**PAST HISTORY**  ☐ Agree w/ nurse's note   ☐ Tetanus UTD
Other___
Meds- _none / see list___
Allergies- _NKDA / see list___

**PHYSICAL EXAM**
**CONSTITUTIONAL**
☐ Agree w/ vital signs   Other___
_Exam limited by___
Distress... _NAD  _mild  _moderate  _severe___
_c-collar (PTA / in ED)  _back-board  _IV  _splint___

**HEAD**
_normocephalic, atraumatic
(1) tenderness i
    swell (?) mandible

**NECK**
_non-tender
_painless ROM
_see diagram___
_vertebral point-tenderness___

**EYES**
_PERRL
_lids / conjunctivae
_normal
_EOMI

_post-surgical pupillary defect (R/L)___
_periorbital hematoma___
_subconjunctival hemorrhage___
_corneal abrasion___
_hyphema___
_retinal detachment___
_unequal pupils___
 R pupil ___mm  L pupil ___mm___
_foreign body___

**ENT**
_normal inspection
_pharynx nml
_no injury to teeth
_lips or gums

_hemotympanum___
_obscured by cerumen (R/L)___
_TM obscured by wax___
_clotted nasal blood___
_dental injury___
_dental malocclusion___
_nasal septal hematoma___

T=Tenderness  PtT=Point Tenderness  S=Swelling  E=Ecchymosis  B=Burn
C=Contusion  Lac=Laceration  A=Abrasion  M=Muscle spasm
PW=puncture wound  (∅=without  m=mild  mod=moderate  sv=severe)
Example- Tsv = Tenderness on palpation (severe)

Case 1:05-cv-02219-JDB   Document 4-4   Filed 12/19/2005   Page 2 of 2



**Greater Southeast Community Hospital Corporation I**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

Austin, Nigel

# REPORT OF
## HISTORY AND PHYSICAL EXAMINATION

GSCH Form 158 Rev. 4/00

Imprinter

**MEDICAL HISTORY**
(ORDER OF RECORDING)

1. CHIEF COMPLAINT
2. PRESENT ILLNESS
3. PAST HISTORY
   CHILDHOOD
   ADULT
   OPERATIONS
   INJURIES
4. FAMILY HISTORY
5. SOCIAL HISTORY
6. SYSTEMIC HISTORY
   GENERAL
   SKIN
   HEAD, EYES, EARS,
      NOSE, THROAT
   NECK
   RESPIRATORY
   CARDIOVASCULAR
   GASTRO-INTESTINAL
   GENITOURINARY
   GYNECOLOGICAL
      & MENSTRUAL
   LOCOMOTOR
   NEURO-PSYCHIATRIC

**PHYSICAL EXAMINATION**
(ORDER OF RECORDING)

1. GENERAL
2. SKIN
3. LYMPATHIC
4. EYES, EARS, NOSE, THROAT
5. MOUTH
6. NECK
7. CHEST
8. HEART BLOOD VESSELS
9. ABDOMEN
10. GENITALIA
    VAGINAL
    RECTAL
11. LOCOMOTOR
12. EXTREMITIES
13. NEUROLOGICAL

**DIAGNOSTIC IMPRESSION**

**TREATMENT PLAN**

CC: fx of mandible

PI: Pt is a 19 y/o AAM [illegible] admit to GSCH after being hit in his jaw while fighting [with] police. X-ray in the ER showed evidence of left mandibular fx unfortunately [illegible] are not available yet. Dr. Collins [illegible] ENT chief.

[illegible]

SH: (+) smoke cigarettes a little marijuana (-) cocaine (+) alcohol [illegible]

[illegible] the jaw [illegible]

DATE: 8/26/05   TIME: _____   SIGNATURE: [signature]