UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **NIGEL AUSTIN** ) <br> ) <br> ) <br> Plaintiff, ) **Case No. 05-2219 (JDB)** <br> ) <br> v. ) <br> ) <br> **THE DISTRICT OF COLUMBIA, et al.** ) <br> ) <br> Defendants. ) <br> ) | |

**ORDER**

Upon consideration of Defendant District of Columbia's Motion to Stay All Proceedings, Plaintiff's Memorandum in Opposition, and the record herein, it is this _____ day of _____, 200__,

ORDERED: That Defendant District of Columbia's Motion to Stay All Proceedings is hereby DENIED.

_____
Judge John D. Bates