UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIGEL AUSTIN,

    Plaintiff,

       v.                          Civil Action No. 05-2219 (JDB)

DISTRICT OF COLUMBIA,

    Defendant.

## ORDER

Upon consideration of Defendant's Motion to Stay All Proceedings, the memoranda of the parties, and the entire record herein, it is this 9th day of January, 2006, hereby

**ORDERED** that the motion is **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that this case will be stayed for a period of four months. Although such stays are most often granted when a pending criminal investigation has already resulted in an indictment, the Court has ultimate discretion to grant or deny the stay based on its assessment of the circumstances. See Landis v. North Am. Co., 299 U.S. 248, 254 (1936) (stating that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the case on its docket with economy of time and effort for itself, for counsel, and for litigants"); see also United States v. Kordel, 397 U.S. 1, 12 n.27 (1970); Dellinger v. Mitchell, 442 F.2d 782, 786 n.7 (D.C. Cir. 1971); Founding Church of Scientology v. Kelley, 77 F.R.D. 378, 380 n.4 (D.D.C. 1977). Here, the Court is confident that a stay will not prejudice any party because the case was recently filed, it concerns very recent events, and the proceedings

will likely be stayed for only a short time; it is further

      **ORDERED** that the parties shall appear for a Status Conference on May 8, 2006 at 9:00 a.m.; and it is further

      **ORDERED** that the parties shall file a Status Report with the Court by not later than May 1, 2006, addressing any information they have relating to the status of any ongoing (or completed) investigations.


        /s/     John D. Bates
        JOHN D. BATES
        United States District Judge


Dated:   January 9, 2006

Copies to:

Peter C. Grenier
BODE & GRENIER, LLP
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036
(202) 862-4311
Fax: (202) 828-4130
Email: pgrenier@bode.com
    *Counsel for plaintiff*


Michael P. Bruckheim
OFFICE OF THE ATTORNEY GENERAL DISTRICT OF COLUMBIA
441 Fourth Street, NW
Sixth Floor North
Washington, DC 20001
(202) 442-9833
Fax: (202) 727-3625
Email: michael.bruckheim@dc.gov

Lauren J. Birnbaum
OFFICE OF THE ATTORNEY GENERAL
441 Fourth Street, NW
6th Floor North
Washington, DC 20001
(202) 442-9754
Fax: (202) 727-3625
Email: lauren.birnbaum@dc.gov

    *Counsel for defendant*