UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nigel Austin, | : |
| Plaintiff, | : |
| v. | : |
| | :  Civil Action No. 05-2219 (JDB) |
| District of Columbia, *et al.*, | : |
| Defendants. | : |

**DEFENDANT DISTRICT OF COLUMBIA'S STATUS REPORT**

Defendant District of Columbia in the above-referenced action, by and through counsel, and pursuant to this Court's Order dated January 9, 2006, hereby submits its Status Report. Defendant states the following:

1) In its January 9, 2006 Order, the Court granted the District's Motion to Stay All Proceedings for a period of 4 months. The Court ordered the parties to submit a Status Report by May 1, 2006, to address any information the parties may have with respect to the status of any ongoing or completed investigations.[1]

2) The United States Attorney's Office's (USAO) investigation into the incident that is the subject of this litigation is still ongoing. The Assistant United States Attorney (AUSA) who was assigned to investigate this matter on behalf of the USAO has left the agency, and the case will be reassigned to another AUSA in the upcoming weeks. The USAO estimates that at a minimum, the investigation could require at least an additional 60 days to determine whether there is prosecutorial merit to the case. If there is some merit in going forward, the USAO will require additional time to

---

[1] Plaintiff's counsel has refused to file a joint status report with this Defendant.

      investigate and bring the matter before a grand jury.  Overall, the process could potentially take a minimum of 120 days.

3)     The D.C. Metropolitan Police Department's (MPD) preliminary investigation is complete.  A decision has not been made as to whether any disciplinary action will be meted out.  That decision will follow the USAO's recommendation regarding criminal charges.

4)     Due to the ongoing USAO investigation, defendant District of Columbia requests that the stay of all proceedings remain in place for at least 120 days, and that parties report on the status of the investigation by September 1, 2006.

                              Respectfully submitted,

                              ROBERT J. SPAGNOLETTI
                              Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General, Civil Litigation Division


                              _____\s_____
                              PATRICIA A. JONES [428132]
                              Chief, General Litigation, Sec. IV

                              _____\s_____
                              MICHAEL P. BRUCKHEIM [455192]
                              LAUREN J. BIRNBAUM [483515]
                              Assistant Attorney General
                              441 4th Street, N.W., 6th Floor North
                              Washington, DC 20001
                              (202) 724-6649; (202) 442-9754; (202) 727-6295
                              (202) 727-3625 (fax)
                              E-mail:  Michael.Bruckheim@dc.gov;
                              Lauren.birnbaum@dc.gov