# BODE & GRENIER, LLP

ATTORNEYS AND COUNSELORS

NINTH FLOOR, CONNECTICUT BUILDING
1150 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-4192
TELEPHONE: 202-828-4100
FACSIMILE: 202-828-4130
www.bode.com

PETER C. GRENIER, ESQ.
Direct Dial: 202-862-4311
pgrenier@bode.com

October 17, 2005

Public Information Office
Metropolitan Police Department
Attn.: Sergeant Joseph Gentile
300 Indiana Ave., N.W.
Room 4048
Washington, D.C. 20001

**FREEDOM OF INFORMATION REQUEST**

Re:   Nigel Austin
      D.o.B.: 08/27/80
      D.o.I.: 08/25/05
      CCN: Unknown at this time
      OPC: 05-0473
      FOIA REQUEST

Dear Sergeant Gentile:

Pursuant to D.C. Ann. Code §§ 2-531 *et seq.* (2001), we submit this Freedom of Information Act request for the records enumerated below and relating to the incident described below.

## THE INCIDENT

On August 25, 2005, Nigel Austin ("Mr. Austin") was arrested on a warrant arising out of an altercation with one of his neighbors that had occurred several days earlier. While in custody at the "Central Cell" facility located on Indiana Avenue, N.W., Officer Donald Thomas ("Officer Thomas"), without any provocation or justification, struck Mr. Austin on the left of side of his face. The force of the blow was so severe that both of Mr. Austin's jaws were shattered. Officer Thomas brought no charges against Mr. Austin arising out of the incident, nor could he credibly do so.

Despite that the fact that Mr. Austin was bleeding profusely, and the fact that his entire lower jaw (including his gums and teeth) were hanging crooked in his mouth, Officer Thomas refused to seek any medical assistance for Mr. Austin. Officer Thomas threw Mr. Austin into a cell alone, and left him there to bleed. Mr. Austin then passed out for several hours from his blood loss and pain.

Exhibit 1

Sergeant Joseph Gentile
October 17, 2005
Page 2

After several hours alone in the cell, Mr. Austin was awakened by another MPD employee, who transferred him to another cell so that he could mop the massive amount of blood that had accumulated on the floor of the cell. The employee left Mr. Austin in that second cell for several more hours.

At some point that evening, the MPD decided finally to seek medical assistance for Mr. Austin, and transported him to Greater Southeast Community Hospital. X-rays confirmed that indeed, Officer Thomas had severely fractured both of Mr. Austin's jaws (*i.e.,* left and right). Mr. Austin was admitted to the hospital, where he remained for five days. On Saturday, August 27, 2005 (his twentieth birthday), doctors performed surgery on Mr. Austin, and his entire mouth was wired shut for approximately one and one-half months. On the following Tuesday, August 30, 2005, Mr. Austin was finally released from the hospital

## REQUESTED RECORDS

As this firm represents the Mr. Austin, please forward copies of the following records to the undersigned:

1. The Arrest File, including the P.D. 118, 119, 123 and 854 forms;

2. The Offense Report, including the P.D. 251 Incident Report and P.D. 255 Arrest Report;

3. The Force Investigative Report;

4. Use of Force Incident Report;

5. The Supervisor's Investigative Report;

6. The Personnel Files for Officers Donald Thomas, and any other involved officer (upon information and belief all officers are 7-D Officers);

7. Any and all WACCIS System documents;

8. Any Internal Affairs Investigative Report, Office of Professional Responsibility reports, or other disciplinary investigative reports;

9. A copy of the applicable General Orders, Special Orders or other internal documents governing Officer Thomas' behavior for the Metropolitan Police Department and the Police Manual.

Sergeant Joseph Gentile
October 17, 2005
Page 3


      Thank you in advance for your prompt attention to this matter. If you have any questions, or you would like to discuss this matter, please do not hesitate to contact me.

                                          Very truly yours,

                                          Peter C. Grenier

PGC:jt

cc:    Mr. Nigel Austin