

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**METROPOLITAN POLICE DEPARTMENT**

November 1, 2005

Peter Grenier
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W.
Washington, D.C. 20036

RE:   FOIA Request #05-717

Dear Peter Grenier:

This acknowledges the receipt of your request, captioned above, under the Freedom of Information Act.

The fifteen-day statutory time period permitted to process your request begins on the first full workday after the receipt of your request. The specific dates are determined by calendar, excluding Saturdays, Sundays, and legal holidays. Please be advised that a delay in responding to your request may occur due to the volume of requests or in an effort to identify and locate all releasable information included in your request.

You will receive written notice advising you of the availability of requested information, the cost (if any) for the search and duplication of requested materials, and how to obtain the information.

Sincerely,

*Ronald B. Harris*
Ronald B. Harris
Deputy General Counsel
Office of the General Counsel
Metropolitan Police Department