# BODE & GRENIER, LLP
ATTORNEYS AND COUNSELORS

PETER C. GRENIER, ESQ.
Direct Dial: 202-862-4311
pgrenier@bode.com

NINTH FLOOR, CONNECTICUT BUILDING
1150 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-4129
TELEPHONE: 202-828-4100
FACSIMILE: 202-828-4130
www.bode.com

November 16, 2005

Office of the Attorney General
1350 Pennsylvania Avenue N.W.
Suite 409
Washington, D.C. 20004

Mayor Anthony Williams
District of Columbia
Executive Office of the Mayor
1350 Pennsylvania Avenue, N.W.
Sixth Floor
Washington, D.C. 20004

Terence Ryan, Esquire
General Counsel for the Metropolitan
Police Department
300 Indiana Avenue, N.W.
Room 4115
Washington, D.C. 20001

**NON-SPOLIATION AND PRESERVATION OF EVIDENCE DEMAND**

RE: Nigel Austin
DOB: August 27, 1985
DOI: August 25, 2005
Your Claim No.: DMPSJ008266

Dear Sirs:

We are writing to request and to ensure that the District of Columbia, and the Metropolitan Police Department, preserves certain crucial evidence (including videotape evidence) relating to the above referenced claim. Enclosed please find a copy of our §12-309 Notice of Claim letter previously served on the District of Columbia Office of Risk Management on September 23, 2005. In addition, a law suit was filed with the United States District Court for the District of Columbia on November 15, 2005. Please be aware that we have recently learned that a four screen multiplex camera was in operation at the Central Cell facility, located at 300 Indiana Avenue N.W., Washington, D.C., on the date of the above incident. As a result, we specifically request that:

Exhibit 3

November 16, 2005
Page 2

1) you preserve for examination all film, photographs, photographic stills, video tapes, DVDs, or other photographic/video-graphic representations taken and/or recorded by the above four screen multiplex camera on the date of Mr. Austin's incident, August 25, 2005; and

2) you refrain from disposing of, selling, transferring, modifying, destroying, or in any way altering the above items.

Thank you in advance for your attention to this matter. If you have any questions, or you would like to discuss this matter, please do not hesitate to contact me.

Very truly yours,

Peter C. Grenier

PCG:JST

Enclosure

cc:   Mr. Nigel Austin (without encl.)