UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIGEL AUSTIN,

    Plaintiff,

        v.                             Civil Action No. 05-2219 (JDB)

DISTRICT OF COLUMBIA,

    Defendant.

**ORDER FOR INITIAL SCHEDULING CONFERENCE
& NON-SPOLIATION OF EVIDENCE RELATING TO PLAINTIFF'S CLAIMS**

Upon consideration of the representations of counsel at the Status Conference held with the Court on May 8, 2006, the parties' status reports, and the entire record herein, it is this ninth day of May, 2006, hereby:

**ORDERED** that the initial scheduling conference in this matter is set for June 27, 2006 at 9:45 a.m. Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise. Parties are welcome to attend.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure, and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen days following their conference, see L. Civ. R.16.3(d), and in no event less than three business days before the initial scheduling conference. Counsel also may include in their Joint Rule 16.3 Report a brief statement of the case and any statutory basis for causes of action and defenses.

Written communication with the Court is to be by motion, opposition, and reply, rather

than letter. See L. Civ. R. 5.1(b). The parties are directed to the requirements of Local Civil Rule 7.1(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time); and it is further

**ORDERED** that the District of Columbia, the Metropolitan Police Department, and all employees of both entities shall preserve all evidence and other materials relating to the incident that is the subject of this case (and its subsequent investigation) from destruction, disposal, transfer, modification, or alteration, including: all film, photographs, photographic stills, videotapes, DVDs, or other photographic/video-graphic representations taken and/or recorded by the four- screen multiplex camera in operation at the Central Cell facility (located at 300 Indiana Avenue, N.W.) on August 25, 2005.

**SO ORDERED.**

/s/   John D. Bates
JOHN D. BATES
United States District Judge

Dated:   May 9, 2006

*Copies to*:

Peter C. Grenier
BODE & GRENIER, LLP
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036
(202) 862-4311
Fax: (202) 828-4130
Email: pgrenier@bode.com
   *Counsel for plaintiff*

Michael P. Bruckheim

OFFICE OF THE ATTORNEY GENERAL DISTRICT OF COLUMBIA
441 Fourth Street, NW
Sixth Floor North
Washington, DC 20001
(202) 442-9833
Fax: (202) 727-3625
Email: michael.bruckheim@dc.gov

Lauren J. Birnbaum
OFFICE OF THE ATTORNEY GENERAL
441 Fourth Street, NW
6th Floor North
Washington, DC 20001
(202) 442-9754
Fax: (202) 727-3625
Email: lauren.birnbaum@dc.gov
    *Counsel for defendants*