UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nigel Austin, | : |
| Plaintiff, | : |
| v. | : |
| | : Civil Action No. 05-2219 (JDB) |
| District of Columbia, *et al.*, | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Fed. LCvR 83.6(b), please withdraw the appearance of Lauren J. Birnbaum, Assistant Attorney General, as co-counsel for the District of Columbia and Officer Don Thomas in the above-captioned matter.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Sec. IV


_____s/_____
LAUREN J. BIRNBAUM [483515]
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4th Street, N.W., 6th Floor North
Washington, DC 20001
(202) 442-9754; (202) 724-6649; (202) 727-6295
(202) 727-3625 (fax)
E-mail: Lauren.birnbaum@dc.gov;
Michael. Bruckheim@dc.gov