UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NIGEL AUSTIN** | ) | |
| **Plaintiff,** | )<br>)<br>) | |
| v. | ) | Case No. 05-2219 (JDB) |
| **DISTRICT OF COLUMBIA,** *et al.* | )<br>)<br>) | |
| **Defendant.** | )<br>) | |

## SCHEDULING ORDER

Upon consideration of the pleadings in this matter to date, and following the initial Scheduling Conference on June 27, 2006, it is, by the Court, this 27th day of June, 2006, hereby ORDERED:

1. The parties shall make their Fed.R.Civ.P. 26(a)(1) initial disclosures on or before **July 11, 2006**.

2. The parties shall serve all post-Rule 26(a)(1) Discovery Requests by **August 15, 2006**.

3. All discovery shall be completed by **October 11, 2006**. Each party shall be permitted to take ten (10) depositions and serve _____ Interrogatories on the other party.

4. Plaintiff shall file his Rule 26(a)(2) Statements and expert reports by **August 28, 2006**.

5. Defendants shall file their Rule 26(a)(2) Statements and expert reports by **September 28, 2006.**

6. All expert depositions shall be completed by **October 11, 2006**.

7. The parties shall participate in alternative dispute resolution, if appropriate, by **November 13, 2006**.

8. All dispositive motions shall be filed by **November 13, 2006**.

9. The Pretrial Conference shall be scheduled approximately 45 days after the October 11, 2006 close of discovery.

10. All matters and disputes involving discovery shall _____ [Court to fill in].

_____
Judge, U.S. District Court for the District of Columbia

Copies to:

Peter C. Grenier, Esquire
BODE & GRENIER, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036
*Counsel for Plaintiff*

Patricia C. Jones (D.C. Bar No. 428132)
Chief, General Litigation Sec. IV
Michael P. Bruckheim (D.C. Bar No. 455192)
Assistant Attorney General
441 4th Street, N.W., 6th Floor North
Washington D.C. 20001
*Counsel for Defendants*

2