UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NIGIL AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-2219 (JDB) |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**

Pursuant to the Initial Scheduling Conference with the Court on June 27, 2006, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby **ORDERED** as follows:

1. All discovery shall be completed by not later than October 11, 2006.

2. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) are due by not later than July 11, 2006. All discovery requests occurring after these 26(a)(1) disclosures are completed must be served by not later than August 15, 2006.

3. The parties shall exchange expert witness reports and information in conformity with Federal Rule of Civil Procedure 26(a)(2). Plaintiff's disclosures are due by not later than August 28, 2006, and defendants' are due by not later than September 28, 2006. All expert depositions must be completed before the close of discovery, by not later than October 11, 2006.

3. If plaintiff wishes to join parties in this action by identifying one or more of the currently-named "John Does" or "Jane Does," then such joinder must be completed before the close of discovery, by not later than October 11, 2006.

4. Each side is hereby limited to ten (10) depositions. The number of interrogatories is hereby limited to forty (40) per side, and requests for production of documents shall not exceed twenty-five (25) per side.

5. Summary judgment motions are due by not later than November 13, 2006, with oppositions due by not later than November 27, 2006, and replies due by not later than December 1, 2006.

6. The parties shall appear for a status conference on October 17, 2006 at 9:15 a.m.

7. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

/s/    John D. Bates
John D. Bates
United States District Judge

Dated:    June 28, 2006

*Copies to*:

Peter C. Grenier
BODE & GRENIER, LLP
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036
(202) 862-4311
Fax: (202) 828-4130
Email: pgrenier@bode.com
    *Counsel for plaintiff*

Michael P. Bruckheim
OFFICE OF THE ATTORNEY GENERAL DISTRICT OF COLUMBIA
441 Fourth Street, NW
Sixth Floor North
Washington, DC 20001
(202) 442-9833
Fax: (202) 727-3625
Email: michael.bruckheim@dc.gov
    *Counsel for defendants*