UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NIGEL AUSTIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. 05-2219 (JDB) |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**DEFENDANTS' INITIAL DISCLOSURES**

Defendants the District of Columbia and Don Thomas, ("defendants") pursuant to Fed. R. Civ. P. 26, make the following initial disclosures:

**A.  Persons Likely to Have Discoverable Information Regarding Defenses:**

>Officer Don Thomas
>Officer George Hawkins II
>Officer Rhonda Crowder
>Mr. Lynn Lewis
>Officer Heath Bowman
>Officer Andrew Richardson
>
>Metropolitan Police Department
>300 Indiana Avenue, NW
>Washington, DC 20001

Officers Thomas, Hawkins, Crowder, and Civilian Employee Lewis may have witnessed or have information about the incident, and may be able to testify regarding the events that led up to and followed the incident that is the subject of this complaint. Officers Bowman and Richardson transported plaintiff to the hospital, and may be able to testify about plaintiff's physical appearance and health following the incident. The District will supplement this through discovery if any additional persons with discoverable information are discovered.

**B.  Documents Which May be Relevant to Defenses:**

1) Hospital Interview of Nigel Austin
2) Internal Affairs Complaint Summary Sheet
3) On Scene Assessment Forms – FIT Case
4) Arrestee Injury/Illness Report

    5) Crime Scene Examination Section Evidence Report
    6) Daily Vehicle Inspection and Activity Report
    7) Statement of Officer Bowman
    8) Statement of Officer Richardson
    9) Statement of Don Thomas
    10) Report by Rhonda Crowder
    11) Report by Don Thomas
    12) Report by George Hawkins II
    13) Tour of Duty Sheet for 8-25-05
    14) Preliminary Report by Sgt. Harrison, FIT
    15) Arrestee Lockup Sheet 8-25-05
    16) Hospital Photos of Nigel Austin

The District reserves its right to assert the attorney-client, attorney work product, deliberative process, law enforcement and/or any other type of privilege which may preclude the production of any of the above-listed documents.

                                Respectfully submitted,

                                ROBERT J. SPAGNOLETTI
                                Attorney General for the District of Columbia

                                GEORGE C. VALENTINE
                                Deputy Attorney General, Civil Litigation Division

                                _____\s_____
                                PATRICIA A. JONES [428132]
                                Chief, General Litigation Sec. IV

        By:          _____\s_____
                                MICHAEL P. BRUCKHEIM [455192]
                                Assistant Attorney General
                                441 4TH Street, NW, 6th Floor-South
                                Washington, D.C. 20001
                                202-724-6649; 202-727-6295
                                E-mail: Michael.bruckheim@dc.gov