UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NIGEL AUSTIN** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) Civil Action No. 05-2219 (JDB) |
| v. | ) |
|  | ) |
| **DISTRICT OF COLUMBIA,** *et al,* | ) |
|  | ) |
| **Defendant.** | ) |

## PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff Nigel Austin, by undersigned counsel, provides the following Initial Disclosures, which he reserves the right to supplement and to amend as necessary:

(A)   The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

   Nigel Austin
   12916 Windbrook Drive
   Clinton, MD 20735
   (301) 292-7407
   Plaintiff -- all aspects of his claims

   Barbara Boyd
   12916 Windbrook Drive
   Clinton, MD 20735
   (301) 292-7407
   Plaintiff's mother -- knowledgeable of Plaintiff's damages

>Officer Don Thomas
>Metropolitan Police Department
>Central Cell Block
>300 Indiana Avenue, NW
>Washington, DC 20001
>Defendant -- knowledgeable of facts surrounding the incident
>
>Gilbert Daniel, MD, Russom B. Ghebrai, MD, Dr. Moon, Dr. Modaressi,
>Jonathan Hunn, MD, Dennis Scurry, MD, and other employees of Greater
>Southeast Community Hospital
>Greater Southeast Community Hospital
>1310 Southern Avenue, S.E.
>Washington, DC 20032
>Plaintiff's healthcare providers at Greater Southeast Community Hospital
>
>Sandra L. McCatty, MD
>Greater Southeast Community Hospital
>1310 Southern Avenue, S.E.
>Washington, DC 20032
>Emergency room physician who treated Plaintiff
>
>Irfana Ali, MD
>Sibley Memorial Hospital
>5255 Loughboro Rd. N.W.
>Washington D.C. 20016
>Emergency room physician who saw Plaintiff for Plaintiff's complaints of
>jaw pain following his release from Greater Southeast Memorial Hospital
>
>Rene McCoy-Collin, DDS
>Capital Dental
>1900 Massachusetts Avenue, S.E.
>Washington, DC 20003
>Orthopedic surgeon who performed jaw surgery on Plaintiff

(B)   A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

>Copies of the following documents and things are attached hereto:
>
>1)   Photographs of Mr. Austin post-incident;
>2)   Videotapes of Mr. Austin post-incident;
>3)   Records of Mr. Austin's injuries arising from the incident giving rise to this litigation;

        4)     Records of Mr. Austin's medical treatment for such injuries;
        5)     Documents relating to the pain and suffering endured by Mr. Austin as a result of such injuries;
        6)     Bills and other evidence of expenses for such medical treatment;
        7)     Other documents supporting Mr. Austin's claims.

(C)     A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

$   20,878.07                     Required medical treatment as a result of the incident

**$20,878.07**                     **Total (excluding Non-Economic Damages and future treatment costs)**

**TBD**                               **Non-economic damages, including pain and suffering**

(D)     For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

        Not applicable.

                                    Respectfully submitted,

                                    NIIGEL AUSTIN

                          By:    */s/ Peter C. Grenier*
                                    Peter C. Grenier (D.C. Bar No. 418570)
                                    Bode & Grenier, L.L.P.
                                    1150 Connecticut Avenue, N.W.
                                    Ninth Floor
                                    Washington, D.C.  20036
                                    (202) 828-4100
                                    (202) 828-4130 (fax)
                                    *Counsel for Plaintiff*

Dated: July 11, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of July, 2006 I sent PLAINTIFF'S INITIAL DISCLOSURES by first-class mail, postage prepaid to:

Patricia A. Jones, Esquire
Chief, General Litigation Sec. IV
Michael P. Bruckheim, Esquire
Assistant General Counsel
441 4th Street, N.W.
6th Floor North
Washington, DC 20001
*Attorney for Defendants*

          */s/ Peter C. Grenier*
           Peter C. Grenier