UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NIGEL AUSTIN, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 05-2219 (JDB) |
| v. | ) ) ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S DISCLOSURE OF EXPERTS**

Pursuant to Fed. R. Civ. P. 26(a)(2), Plaintiff Nigel Austin hereby discloses to all parties of record the identities and opinions of the following expert witnesses whom he anticipates will be called to testify on his behalf at the trial of this matter: Steven A. Guttenberg, D.D.S., M.D. and Mr. James E. Bradley, Jr. Written reports prepared and signed by each of these individuals – in addition to information setting forth the respective qualifications, publications, prior cases involving testimony, and compensation for such individual as required by Rule 26(a)(2)(B) – are attached hereto. Each of the aforementioned reports is based upon the factual information available, and thus may require supplementation to the extent that additional pertinent information is produced or discovered.

Plaintiff reserves the right to designate rebuttal expert witnesses in response to the Defendants' designations of testifying expert witnesses. Plaintiff also reserves the right to call to testify at trial, and/or to rely on the testimony or report(s) of, any expert witness(es) designated by any of the Defendants. Finally, while it is Plaintiff's understanding that, should he prevail on his claims brought under 42 U.S.C. § 1983, any award to his of attorneys' fees (including the

amount of such award) would be decided by the Court based upon the Court's review of such fees, Plaintiff respectfully reserves the right to provide expert testimony as to the reasonableness of his attorneys' fees to the extent such a showing may be deemed helpful or useful to the trier of fact.

        Respectfully submitted,

        _____*/s/ Peter C. Grenier*_____
        Peter C. Grenier (D.C. Bar No. 418570)
        Bode & Grenier, L.L.P.
        1150 Connecticut Avenue, N.W.
        Ninth Floor
        Washington, D.C.  20036
        (202) 828-4100
        (202) 828-4130 (fax)
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2006 I sent PLAINTIFF'S EXPERT DISCLOSURES by first-class mail, postage prepaid to:

Patricia A. Jones, Esquire  
Chief, General Litigation Sec. IV  
Michael P. Bruckheim, Esquire  
Assistant General Counsel  
441 4th Street, N.W.  
6th Floor North  
Washington, DC 20001  
*Attorney for Defendants*

                         ____*/s/ Peter C. Grenier*_____  
                               Peter C. Grenier