

Doctors Guttenberg and Emery, PC
ORAL AND MAXILLOFACIAL SURGERY

Steven A. Guttenberg, DDS, MD
*Diplomate, American
Board of Oral and
Maxillofacial Surgery*

*Fellow, American
College of Oral and
Maxillofacial Surgeons*

Robert W. Emery, DDS
*Diplomate, American
Board of Oral and
Maxillofacial Surgery*

*Fellow, American
College of Oral and
Maxillofacial Surgeons*



*Fellows, American
Association of Oral and
Maxillofacial Surgeons*

August 28, 2006

Jeremy S. Tishler, Esquire
Ninth Floor, Connecticut Building
1150 Connecticut Avenue, NW
Washington, DC  20036-4129

Re: Your Client, Mr. Nigel Austin

Dear Mr. Tishler:

I saw Mr. Austin for an independent medical/dental examination on August 18, 2006. The following is a summary of my findings all of which are to a reasonable degree of medical certainty.

Mr. Austin is a generally healthy 20 year old African American male. He has smoked cigarettes for one-half pack years, consumes one glass of alcohol weekly, and reports that he does not abuse drugs. He has an innocent heart murmur and has chest pains on occasion. His vital signs were: Blood pressure, 111/66; Pulse, 73 beats per minute; SaO2, 99 % and he was an ASA II classification: mild or well controlled systemic disease

He advised me that he had been attacked by the police around this time last year. He complains of pain when he yawns and problems while eating. I have reviewed the medical records from that time period surrounding his trauma from Greater Southeast and Sibley Hospitals.

In addition, a panoramic radiograph from today and copies of head films from the time frame of the injury (these are copies and not of particularly good quality) were reviewed. No laboratory examinations were indicated and none were performed.

His clinical examination reveals an intact dentition with 32 teeth present and in good repair. The occlusion is very good and is in Class I relationship. Mr. Austin can open to 34 mm without shift or pain. This is on the low side of normal opening for a man. He can protrude his mandible 7 mm and his right and left lateral movements are 10 mm, all of which are within normal limits. Stethoscopic examination of his temporomandibular joints reveal no abnormal noises (pops, clicks, crepitus) bilaterally.

The impressions that I drew from acquiring the medical history and his-



Doctors Guttenberg and Emery, PC

ORAL AND MAXILLOFACIAL SURGERY

Steven A. Guttenberg, DDS, MD
*Diplomate, American
Board of Oral and
Maxillofacial Surgery*

*Fellow, American
College of Oral and
Maxillofacial Surgeons*

Robert W. Emery, DDS
*Diplomate, American
Board of Oral and
Maxillofacial Surgery*

*Fellow, American
College of Oral and
Maxillofacial Surgeons*



*Fellows, American
Association of Oral and
Maxillofacial Surgeons*

Page 2/2
Medical Report
Nigel Austin

tory of the present illness from the patient as well as from review of the records and past and present xrays, as well as physical examination are as follows:

1.    Injury to mandible consistent with trauma which could be inflicted by fists. Based upon the facts as I understand them, this injury was proximately caused by Officer Thomas' striking of Mr. Austin.

2.    The chart from Greater Southeast Hospital indicates that his jaw was fractured and that this was treated by closed reduction and intermaxillary fixation (jaw wiring) using transmucosal intraosseous bone screws to secure the wires. This treatment was both reasonable and appropriate as were the associated expenses. This was borne out by noting the excellent postoperative result at my examination.

3.    Well healed mandibular fracture(s). The #17 site was seen clearly on the pre and post operative xrays, but I could see no evidence of a fracture on the right side.

4. Mildly limited jaw opening which could probably be increased with exercises, since there is no apparent anatomic impediment.

If I may be of further assistance to you in this matter, please feel free to contact me.

Sincerely,

Steven A. Guttenberg, DDS, MD
sag@mouthfacejaw.com



Doctors Guttenberg and Emery, PC
ORAL AND MAXILLOFACIAL SURGERY

Steven A. Guttenberg, DDS, MD
*Diplomate, American
Board of Oral and
Maxillofacial Surgery*

*Fellow, American
College of Oral and
Maxillofacial Surgeons*

Robert W. Emery, DDS
*Diplomate, American
Board of Oral and
Maxillofacial Surgery*

*Fellow, American
College of Oral and
Maxillofacial Surgeons*



*Fellows, American
Association of Oral and
Maxillofacial Surgeons*

August 23, 2006

TO:  Mr. Jeremy Tishler, Esq.

FROM:  Dr. Steven A. Guttenberg

RE: Nigel Austin v. District of Columbia

The following are the cases that Dr. Steven A. Guttenberg has given a deposition or testified in court as an expert during the past 4 years.

- Virginia Boggs v. Chevy Chase Land Co. - Attorney John E. Powell - 2-3-02

- Paulson v. Berman - Attorney Robert Morgan - 3-4-02

- Polanco v. Tenen - Attorney Stuart Herschfeld - 12-02-03

- Vogel v. Footer - Attorney Pat Tazzara - 7-21-05

- Houch v. Schwartz - Attorney Robert Morgan - 8-22-05



Doctors Guttenberg and Emery, PC
ORAL AND MAXILLOFACIAL SURGERY

Steven A. Guttenberg, DDS, MD
*Diplomate, American
Board of Oral and
Maxillofacial Surgery*

*Fellow, American
College of Oral and
Maxillofacial Surgeons*

Robert W. Emery, DDS
*Diplomate, American
Board of Oral and
Maxillofacial Surgery*

*Fellow, American
College of Oral and
Maxillofacial Surgeons*



*Fellows, American
Association of Oral and
Maxillofacial Surgeons*

August 28, 2006

Mr. Jeremy Tishler, Esq.
1150 Connecticut Ave., NW
9th Floor, Connecticut Building
Washington, DC 20036

Re:   Austin v. District of Columbia

Dear Mr. Tishler:

The following are the fees for my services:

Deposition: $750.00 hr. if performed after regular business hours.  $1,000.00hr per hour if performed during business hours.

Trial testimony: $1,000.00 per hr. with 4 hour minimum plus  expenses.

Sincerely,

Steven A. Guttenberg DDS

# CURRICULUM VITAE:                    Steven A. Guttenberg, DDS, MD

## PERSONAL DATA

| | |
|---|---|
| Date of Birth: | February 9, 1944 |
| Place of Birth: | Passaic, New Jersey |
| Home: | 8801 Chalon Drive |
| | Bethesda, Maryland  20817-3040 |
| Office: | 2021 K Street, NW, Suite 200 |
| | Washington, D.C.  20006-1003 |
| | 202.466.3323 |
| | Fax:  202.466.5236 |
| E-Mail: | sag@mouthfacejaw.com |
| Website: | www.mouthfacejaw.com |

## EDUCATION

| | |
|---|---|
| 1961-1965: | Bachelor of Arts (Psychology) |
| | State University of New York at Buffalo |
| 1965-1969: | Doctor of Dental Surgery |
| | School of Dental Medicine |
| | State University of New York at Buffalo |
| 1971-1974: | Residency in Oral and Maxillofacial Surgery |
| | Washington Hospital Center, Washington, DC |
| 2000-2001: | Doctor of Medicine |
| | School of Medicine, University of Health Sciences Antigua |

## PROFESSIONAL  EXPERIENCE

| | |
|---|---|
| 1969-1971: | Dental Officer, United States Army, Fort Knox, Kentucky |
| 1970-1971: | Chief, Oral Surgery Section, Craven Army |
| | Dental Clinic, Fort Knox, Kentucky |
| 1974-        : | Private practice, Oral and Maxillofacial Surgery |
| 1974-        : | Teaching Staff, Washington Hospital Center, Oral and Maxillofacial Surgery |
| 1974-1977: | Training and Education Committee, |
| | Washington Hospital Center |
| 1975-1977: | Guest Lecturer, School of Dentistry, Georgetown University |
| 1976-1977: | Medical Records Committee, Doctors' Hospital of |
| | Prince Georges County |
| 1977-        : | Consultant in Oral and Maxillofacial Surgery |
| | to the Peace Corps |
| 1980-1983: | Oral Surgery Consultant, American Cancer |
| | Society of the District of Columbia |
| 1980-1982: | Tissue Committee and Medical Records Committee, |
| | Capitol Hill Hospital |
| 1981-        : | Resident Training and Education Committee, Department of Oral and |
| | Maxillofacial Surgery, Washington Hospital Center |
| 1981-1989: | Medical Records and Audit Committee, |
| | Washington Hospital Center |
| 1981-        : | Consultant in Oral and Maxillofacial Surgery |
| | to the National Zoo |
| 1981-1991: | Chief, Section of Oral and Maxillofacial Surgery, |
| | Capitol Hill Hospital |
| 1983-1985: | Operating Room Committee, Capitol Hill Hospital |
| 1984-1986: | Medical Advisory Committee, Rehabilitation |
| | Services Administration, District of Columbia |
| 1986-1988: | Mortality and Morbidity Committee, Capitol Hill Hospital |
| 1987-2000: | Maxillofacial Consultant, Transplantation Services, American Red Cross |

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 2
August 14, 2006

| | |
|---|---|
| 1988-1991: | Secretary-Treasurer, Department of Oral and Maxillofacial Surgery, Washington Hospital Center |
| 1988-1991: | Operating Room Committee, Capitol Hill Hospital |
| 1989-      : | Practice Committee, Department of Oral and Maxillofacial Surgery, Washington Hospital Center |
| 1991-1994: | Vice-Chairman, Department of Oral and Maxillofacial Surgery, Washington Hospital Center |
| 1992-1993 : | Medical and Dental Staff Development Committee, Washington Hospital Center |
| 1993-1994 : | Managed Care Advisory Task Force, Washington Hospital Center |
| 1997-      : | Clinical Associate Professor, Oral and Maxillofacial Surgery, Temple University, Philadelphia, Pennsylvania |
| 1999-      : | Chairman of Training and Education Committee, Department of Oral and Maxillofacial Surgery, Washington Hospital Center |
| 2000-      : | Professor of Surgery, Nova Southeastern University, School of Dental Medicine |
| 2001-2003      : | Editorial Review Board Consultant, The Internet Medical Journal |
| 2002-      : | Editorial Review Board Consultant, Oral Surgery, Oral Medicine, Oral Pathology, Oral Radiology and Endodontics |
| 2004-      : | Administrative Editor, Practical Reviews in Oral and Maxillofacial Surgery |

## SOCIETIES AND MEMBERSHIPS

International Association of Oral and Maxillofacial Surgeons: Fellow
Academy of Dentistry International: Fellow
International College of Dentists: Fellow
Federation Dentaire Internationale
International Congress of Oral Implantologists: Diplomate
American Dental Association
American Medical Association
American Association of Oral and Maxillofacial Surgeons: Fellow
     Task Force on the Legal and Ethical Advertising of Degrees
American College of Oral and Maxillofacial Surgeons: Fellow,
     President-Elect
     Vice President,
     Chairman of Committee on Continuing Education
     Regent of District II - Middle Atlantic; Co-General Chairman, 23rd Annual
     Scientific Session, 2002; Local Arrangements Co-Chair 2000;
     Scientific Committee, Editorial Committee-ACOMS Review
American College of Oral Implantology: Diplomate
American Society of Osseointegration: Fellow
American Society for Laser Medicine and Surgery: Fellow
American Board of Forensic Dentistry: Diplomate
American Academy of Cosmetic Surgery: Fellow
     Practice Parameters Task Force
American Dental Society of Anesthesiology
American Trauma Society
American Academy of Sleep Medicine
Academy of Osseointegration
American College of Forensic Examiners
American Cleft Palate-Craniofacial Association
Middle Atlantic Society of Oral and Maxillofacial Surgeons
Pan American Medical Society
Greater Washington Society of Oral and Maxillofacial Surgeons:
     Office Anesthesia Evaluation Committee

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 3
August 14, 2006

District of Columbia Society of Oral and Maxillofacial Surgeons:
        President, Secretary-Treasurer, Office Anesthesia Evaluation Committee (Chair)
District of Columbia Dental Society:
        Vice President; Spring Meeting-General Chairman, General Chair-Elect, Vice-
        General Chair; Secretary, Board of Directors; Editor-in-Chief of Society
        Newsletter; Tellers Committee–Chair; Associate Editor of Society Journal
Medical Society of the District of Columbia
Alpha Omega Dental Fraternity:
        President, President-Elect, Sergeant at Arms, Trustee of Sherril Siegal
        Memorial  Foundation
Maimonides Dental Society:
        President, President-elect, Vice-President, Secretary,
        Treasurer, Executive Committee
Metropolitan Study Club:
        President, Scientific Program Director

## HONORS AND SPECIAL TRAINING

George B. Snow Prize, State University of New York at Buffalo,School of Dental Medicine, 1969
Oral Surgery Externship, Ireland Army Hospital, 1970
Commendation Medal, United States Army, 1971
Advanced Oral Pathology, Armed Forces Institute of Pathology, 1972
Certificate in Forensic Odontology, Armed Forces Institute of Pathology, 1972
Harry H. Kerr Medical Essay Competition, First Prize, Washington Hospital Center, 1973
Alton Brashear Post-Graduate Course in Head and Neck Anatomy,
        Medical College of Virginia, 1973
Harry H. Kerr Medical Essay Competition, Fourth Prize, Washington Hospital Center, 1974
Microsurgery for Oral and Maxillofacial Surgeons, University of Washington, 1981
Branemark Osseointegration Course, Washington Hospital Center, 1986
Advanced Concepts in Rigid Facial Skeletal Fixation, School of Medicine,
        University of Maryland, 1987
Innovations in Dental Implantology and Restoration of the Implant Patient,
        State University of New York at Buffalo, 1988
The Art of Cosmetic Facial Surgery, Graduate Hospital of the
        University of Pennsylvania, 1989
Update In Cutaneous Laser Surgery, Harvard University Medical School, 1989
Facial Aesthetic Considerations in the Surgical Correction of Dentofacial
        Deformities, University of Florida College of Dentistry, 1991
Open and Closed Rhinoplastic Surgery for the Oral and Maxillofacial Surgeon,
        University of Michigan School of Dentistry, 1991
Esthetic Maxillofacial Surgery, American Association of Oral and Maxillofacial
        Surgeons, Chicago, Illinois, 1991
Excellence in Continuing Education Award, District of Columbia Dental Society, 1988, 1989,
        1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001,
        2002, 2003, 2004, 2005
Pulsed Dye Cutaneous Laser Surgery-A "Hands-On" Supervised Workshop for
        Physicians, Georgetown University Medical Center, 1992
Dermabrasion and Chemical Peel, Gulf South Medical and Surgical Institute,
        Burks-Farber Clinics, New Orleans, Louisiana, 1992
Open Structure Rhinoplasty, Harvard University Medical School, 1992
Tumor and Reconstructive Surgery, American Association of Oral and
        Maxillofacial Surgeons, Chicago, Illinois, 1992
OMFS Practitioner Innovation Award, Oral and Maxillofacial Surgery Foundation, 1993
Lasers in Oral and Maxillofacial Surgery, Alexandria, Virginia, 1994

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 4
August 14, 2006

Preceptorship in Laser Assisted Uvulopalatoplasty, Department of Surgery,
      Medical College of Virginia, Richmond, VA, 1994
Laser Course on Office Based ENT Procedures, Philadelphia, PA, 1994
Advances in the Diagnosis and Treatment of Sleep Apnea and Snoring, University of
      Pennsylvania Medical Center, Philadelphia, PA, 1994
Advanced Cardiac Life Support Certification, 1980, 1995, 2004
Preceptorship in Laser Cosmetic Skin Resurfacing, Facial Plastic Surgery Center,
      Indianapolis, IN, 1995
Golden Spear Point Award for Teaching Excellence and Outstanding Contributions to the Oral and
      Maxillofacial Surgery Residency Training Program,
      Washington Hospital Center, 1996
Outstanding Clinical Instructor Award, Department of Oral and Maxillofacial Surgery, Washington
      Hospital Center, 1997, 1998, 1999, 2000, 2001, 2002, 2004, 2005, 2006
The Aging Face '97, American Academy of Facial Plastic and Reconstructive Surgery,
      Indianapolis, IN, October 16-19, 1997
Best Dentists List (Oral and Maxillofacial Surgery), Washingtonian Magazine, December, 1997
Oral Surgery Honor Society, Temple University School of Dentistry,
      Elected as an honorary member, 2000
Continuing Medical Education Award, American Academy of Cosmetic Surgery, 1999
Valedictorian, University of Health Sciences Antigua, School of Medicine, January 19, 2002
Exemplary Leadership Award, University of Health Sciences Antigua, School of Medicine,
      January 19, 2002
Best Dentists List (Oral and Maxillofacial Surgery-top vote getter), Washingtonian Magazine,
      February, 2003
Endoscopy for Mandibular Reconstruction and Salivary Disease, Harvard Medical School, Boston,
      Massachusetts, October 9-10, 2004

## LICENSES AND BOARDS

District of Columbia
Maryland
Northeast Regional Board
National Dental Board, Parts I and II
American Board of Oral and Maxillofacial Surgery-Diplomate

## PUBLICATIONS AND PRESENTATIONS

Oral Surgeon Within the Hospital Environment, OR Tech, January/February 1973
Osteoradionecrosis of the Jaw, American Journal of Surgery, March 1974
Common Non-Neoplastic Disorders of the Major Salivary Glands,
      District of Columbia Dental Journal, Spring 1978
Oral and Maxillofacial Surgery:  An Overview, Editorial,
      District of Columbia Dental Journal, Spring 1978
Masseteric Intramuscular Hemangioma:  Report of Case and Literature Review,
      Washington Hospital Center Archives, 1974
Osteoradionecrosis of the Jaw, Reprinted for "Selected Readings in General
      Surgery", The University of Texas
Maxillofacial Osteoradionecrosis:  Unpublished Clinical Investigation, 1971-1972
Arthritic Disorders of the Temporomandibular Joint,
      District of Columbia Dental Journal, Winter 1978
Oral and Maxillofacial Surgery, Guest Lecture, Association of Surgical Technologists, Regional
      Meeting, Silver Spring, MD, October 6, 1979
District of Columbia Dental Journal, Theme Editor, Spring 1980, Volume 54, Number 3
District of Columbia Dental Journal, Theme Editor, Spring 1981, Volume 55, Number 2

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 5
August 14, 2006

Oral Surgery Panel Discussion, Moderator, District of Columbia Dental Journal,
          Spring 1981, Volume 55, Number 2
Oral and Maxillofacial Surgical Considerations in Midface Trauma, Guest Lecture,   Ocular and
          Orbital Trauma Symposium, Washington Hospital Center, March 30-31, 1984
Dental Involvement in Midface Trauma, Guest Lecture, Metropolitan Dental Study Club,
          Williamsburg, Virginia, June 9,1984
Jaw Reconstruction with Hydroxylapatite, Guest Lecture, Metropolitan Dental
          Study Club, Williamsburg, Virginia, June 10, 1984
Midface Trauma for the Emergency Room Physician, Guest Lecture, Emergency Medicine
          Department, Capitol Hill Hospital, June 13, 1984
Orthognathic Surgery for the General Practitioner, Lunch and Learn Lecture,
          District of Columbia Dental Society 53rd Annual Spring Meeting,
          April 15, 1985
Maxillofacial Injuries, Inservice Lecture, Nursing Staff, Capitol Hill Hospital, November 5, 1985
Newsletter of The District of Columbia Dental Society, Editor-in-Chief, Published Monthly,
          June 1985-June 1987
The Medical Letter for Dentists, Editor and Publisher, Published Quarterly,
          March 1985-1995
A Symposium on Acquired Immune Deficiency Syndrome, Lunch and Learn Lecture, Alpha
          Omega Dental Fraternity, Rockville, Maryland, January 21, 1986
Hydroxylapatite-Coated Titanium Osseointegrated Dental Implants, Guest Lecture, Metropolitan
          Dental Study Club, Rockville, Maryland, March 12, 1986
Diagnosis and Treatment of Oral and Maxillofacial Injuries, Inservice Lecture,
          Emergency Room Nursing Staff, Capitol Hill Hospital, March 26, 1986
Assessment and Management of Maxillofacial Injuries, Guest Lecture, Pediatric Dentistry,
          Children's Hospital National Medical Center, Washington, DC, April 16, 1986
Costochondral Grafting in Condyle Replacement and Mandibular Reconstruction, Poster Session,
          (Co-authored with Georgi Obeid and Peter Connole), 68th Annual Scientific
          Sessions of the American Association of Oral and Maxillofacial Surgeons,
          New Orleans, Louisiana, September 26, 1986
It's Time To Wake Up And Smell The Coffee, The Newsletter of the District of Columbia Dental
          Society, October 1986
Utilization of the Integral Implant System, Table Clinic, 62nd Annual Session of the Greater New
          York Dental Meeting, New York, New York,December 1, 1986
Successful Dental Implantology with the Integral System, Guest Lecture, Diagnostics Unlimited
          Study Club, Washington, DC, January 29, 1987
Jaw Reconstruction with Costochondral Grafts, Guest Lecture, Hospital of San Juan de Dios,
          San José, Costa Rica, March 2, 1987
Jet Lag:  Proper Dietary Preparation May Prevent It, The Newsletter of The District of Columbia
          Dental Society, Spring Meeting Edition,1987
Osseointegrated Implants-Simplified, Lunch and Learn Lecture, District of Columbia Dental
          Society 55th Annual Spring Meeting, April 23, 1987
Costochondral Grafting in Condyle Replacement and Mandibular Reconstruction, Table Clinic,
          (Co-authored with Georgi Obeid and Peter Connole), District of Columbia
          Dental Society 55th Annual Spring Meeting, April 26, 1987
Fish, Fish, Fish, and More Fish, The Newsletter of The District of Columbia Dental Society,
          May 1987
Nuclear Magnetic Resonance Imaging (MRI), The Newsletter of the District of
          Columbia Dental Society, November 1987
Complicated Orbital Fractures, Advances in Ophthalmic Plastic and Reconstructive Surgery,-
          Orbital Trauma, Volume VII, Pergamon Press, New York, 1988

Advances/Standards in Trauma, Panel Discussion (also, Drs. Phillip J. Boyne, John N. Kent, Robert V. Walker), American College of Oral and Maxillofacial Surgeons, Palm Beach, Florida, March 21, 1988

Costochondral Graft for TMJ Reconstruction, Presentation of Case Reports, American College of Oral and Maxillofacial Surgeons, Palm Beach, Florida, March 23, 1988

Costochondral Grafting in Condyle Replacement and Mandibular Reconstruction, (Co-authored with G. Obeid and P. Connole), J Oral and Maxillofac Surg, March 1988

Surgical Aspects of the Integral Implant System, Instructor, Implant Course, Dallas Texas, June 9-12, 1988

Benign Mesenchymoma of the Palate: Report of a Case, (Co-authored with Jane Marie Daly), J Oral and Maxillofac Surg, October 1988

Surgical Aspects Osseointegrated Dental Implants, Guest Lecture, Metropolitan and District of Columbia Dental Study Clubs, Washington, DC, March 22, 1989

Computers in the Dental Practice, Participation Clinic, District of Columbia Dental Society 57th Annual Spring Meeting, April 6, 1989

TMJ, Guest Lecture, Nursing Staff, Capitol Hill Hospital, October 17, 1989

Cranial Arteritis Mimicking Odontogenic Pain: Report of Case, (Co-authored with R.W. Emery, S. Milobsky, and M. Geballa), JADA, November 1989

Orthognathic Surgery, Guest Lecture, Nursing Staff, Capitol Hill Hospital,    March 6, 1990

Cranial Arteritis Mimicking Odontogenic Pain: Report of Case, (Abstract), Dental Abstracts, March-April 1990

Chemical Injury Of The Oral Mucosa From Verapamil, N Engl J Med, August 30, 1990

Why There Should Not Be A Specialty of Dental Anesthesiology, ACOMS Review, September, 1990

Soft Tissue Laser Surgery, Guest Lecture, Greater Washington Dental Science Club, Rockville, MD, May 9, 1991

Diagnosis and Treatment of Facial Bone Fractures: Part I, (Co-authored with R.W. Emery), Trauma, October 1991

Diagnosis and Treatment of Facial Bone Fractures: Part II, (Co-authored with R.W. Emery), Trauma, December 1991

Laser Surgery of the Oral Cavity, Guest Lecture, Yater Clinic, Washington, DC, March 26, 1992

Advanced Techniques for Treating the Challenging Implant Patient, Lecture, University of Maryland, School of Dentistry Continuing Education Program, Baltimore, Maryland, May 1, 1992

Surgical Management of the Implant Patient, Lecture, Brookdale Hospital Maxi-Course in Oral Implantology, New York University New York, New York, October 24, 1992

Advanced Implant Techniques, Guest Lecture, DC Metropolitan Dental Study Club, Washington, DC, November 18, 1992

Diagnosis and Treatment Planning for the Implant Patient, Lecture, Residents of the University of Maryland, School of Dentistry, Baltimore, Maryland, January 25, 1993

Surgical Technique for Implant and Abutment Placement, Lecture, Residents of the University of Maryland, School of Dentistry, Baltimore, Maryland, February 22, 1993

Advanced Surgical Techniques for Implants, Lecture, Residents of the University of Maryland, School of Dentistry, Baltimore, Maryland, April 26, 1993

Adjunctive Surgical Implant Techniques, Guest Lecture, Progressive Dental Study Club, Bethesda, Maryland, May 13, 1993

Advanced Surgical Implant Techniques; Longitudinal Report on HA-Coated Implants in Private Practice, Lecture, University of Pennsylvania, School of Dental Medicine/The Compendium of Continuing Education in Dentistry Symposium on HA-Coated Implants, Philadelphia, Pennsylvania, June 14, 1993

Determination of Blood Flow in the Posterior Mandible by Means of Laser Doppler Flowmetry, Clinical Investigation, 1992, 1993

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 7
August 14, 2006

Longitudinal Report on HA-Coated Implants and Advanced Surgical Techniques in a Private
Practice, The Compendium of Continuing Education in Dentistry,
October 1993
Advanced Surgical Implant Techniques and Statistical Analysis of HA-Coated Implant
Success, Lecture, Renaissance Dental Study Club,
Washington, DC, October 5, 1993
Medical Evaluation of the Dental Patient Made Easy, Lunch and Learn Lecture, Alpha Omega
Dental Fraternity, Rockville, Maryland, January 23, 1994
Advanced Implant Related Surgical Procedures and Management of Surgical Complications,
Lecture, 6th Annual Mid Winter Dental Convention and Implant Symposium,
Barbados Dental Association, Dover Convention Centre, February 10, 1994
Utilization of an Hydroxylapatite Coated Implant System and Long-Term Followup, Lecture, 6th
Annual Mid Winter Dental Convention and Implant Symposium, Barbados
Dental Association, Dover Convention Centre, February 12, 1994
Advanced Implant Related Surgical Procedures, Lecture, District of Columbia Dental Hygienists'
Association, Washington, DC, May 12, 1994
Orthognathic Surgery, Lecture, Comprehensive Care Study Sessions,
Washington, DC, June 24, 1994
Long-Term Experience with Posterior Mandibular Implants, Lecture, Abstract Session, 76th
Annual Scientific Sessions of the American Association of Oral and
Maxillofacial Surgeons, Denver, Colorado, September 29, 1994
Laser Doppler Flowmetry: Identification of Neurovascular Parameters and Proximity During
Implant Placement, (Co-authored with R.W. Emery and Hamid Kazemi),
Lecture, Abstract Session, 76th Annual Scientific Sessions of the American
Association of Oral and Maxillofacial Surgeons, Denver, Colorado,
September 28, 1994
Long-Term Experience with Posterior Mandibular Implants, Abstract, J Oral Maxillofac Surg,
1994:52 (suppl): 95-96
Therapeutic Uses of Carbon Dioxide Lasers in Oral and Maxillofacial Surgery, Lectures, Denver,
Colorado, September 28 and 29, 1994
Advancing the Practice of Oral and Maxillofacial Surgery, A practical hands-on and lecture course,
focusing on applications, indications and techniques for using the CO2 laser,
Cleveland, Ohio, December 3, 1994
Diagnosis and Treatment of Sleep Disorders, Lecture, Delta Sigma Delta Dental Fraternity,
Washington, DC, January 17, 1995
Advancing the Practice of Oral and Maxillofacial Surgery, A practical hands-on and lecture course,
focusing on applications, indications and techniques for using the CO2 laser,
Orlando, Florida, January 28, 1995
Advancing the Practice of Oral and Maxillofacial Surgery, A practical hands-on and lecture course,
focusing on applications, indications and techniques for using the CO2 laser,
Emory University, Atlanta, Georgia, February 18, 1995
Reconstructive Orthognathic Surgery and The Treatment of Sleep Disorders, Lecture, District of
Columbia Dental Society 63rd Annual Spring Meeting,
Washington, DC, March 4, 1995
Malpractice Pitfalls in Oral and Maxillofacial Surgery, Lecture, American Bar Association Annual
Meeting, San Francisco, California, April 8, 1995
Long-Term Implant Success: Private Practice Perspective, Lecture, Calcitek's 1995 International
Implant Symposium, La Jolla, California, April 28, 1995
Use of the CO2 Laser in Clinical Oral and Maxillofacial Surgery, Lecture, Great Lakes Society of
Oral and Maxillofacial Surgeons, Indianapolis, Indiana, May 7, 1995

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 8
August 14, 2006

Applications, Indications and Techniques for Using the CO2 Laser in Oral and Maxillofacial
      Surgery and Diagnosis and Treatment of Sleep Disorders, Lecture and Hands-
      on Instruction, Northeastern Association of Oral and Maxillofacial Surgeons,
      Mystic, Connecticut, May 8, 1995

Lasers in the Oral and Maxillofacial Surgery Practice, Lecture and Hands-on Instruction, Dental
      School, University of Maryland, Baltimore, Maryland, May 13, 1995

Long-Term Experience Utilizing Hydroxylapatite Coated Implants, Lecture, Implant Study Group,
      University of Paris, School of Dentistry, Paris, France, June 9, 1995

Long-Term Implant Success:  A Private Practice Perspective, Lecture,
      College de Parodontie du Sud-Ouest, Toulouse, France, June 10, 1995

Advanced Implant Related Surgical Procedures to Improve Long-Term Success, Lecture,
      Renaissance Dental Study Club, Washington, DC, October 11, 1995

Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on
      Instruction Course, University of Texas, Dental Branch, Houston, Texas,
      October 21, 1995

Demonstration Course in the Use of the CO2 Laser for Facial Cosmetic Surgery, Treatment of
      Skin Lesions and Laser Assisted Uvulopalatoplasty,
      Washington, DC, November 15, 1995

Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on
      Instruction Course, Chicago, Illinois, November 18, 1995

Use of the CO2 Laser for Facial Cosmetic Surgery and the Treatment of Skin Lesions, Lecture and
      Demonstration Course, Washington, DC, December 9, 1995

Cosmetic Treatment of Facial Lesions and Wrinkles with the CO2 Laser, Brunch and Learn
      Lecture, Alpha Omega Dental Fraternity, Bethesda, Maryland,
      January 21, 1996

Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on
      Instruction Course, Denver, Colorado, January 27, 1996

Use of the CO2 Laser for Facial Cosmetic Surgery and the Treatment of Skin Lesions, Lecture and
      Demonstration Course, Washington, DC, February 3, 1996

Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on
      Instruction Course, Charlotte, North Carolina, February 24, 1996

Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on
      Instruction Course, Albany New York, March 16, 1996

Use of the CO2 Laser in Cosmetic Oral and Maxillofacial Surgery, Lecture, Southern Maryland
      Academy of General Dentistry, Rockville, Maryland, March 27, 1996

Use of the CO2 Laser for Facial Cosmetic Surgery and the Treatment of Skin Lesions, Lecture and
      Demonstration Course, Washington, DC, March 30, 1996

Using the Laser to Treat Dermatologic Pathology and Cosmetic Deficiencies of the Skin, Guest
      Lecture, Progressive Dental Study Club, Bethesda, Maryland, April 11, 1996

Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on
      Instruction Course, St. Louis, Missouri, April 20, 1996

Current Concepts in Facial Cosmetic Laser Surgery, Guest Lecture, Dental Progress Study Club,
      Chevy Chase, Maryland, April 22, 1996

Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on
      Instruction Course, Tampa, Florida, April 27, 1996

Skin Resurfacing Procedures Using the CO2 Laser, Lecture, American College of Oral and
      Maxillofacial Surgeons 17th Annual Meeting, Philadelphia, Pennsylvania,
      May 9, 1996

Laser Safety and the Operation of the Laser for Cosmetic Surgery and the Removal of
      Dermatologic Lesion, Eight Lectures and Hands-on Sessions, American
      College of Oral and Maxillofacial Surgeons 17th Annual Meeting,
      Philadelphia, Pennsylvania, May 10 ,11, and 12, 1996

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 9
August 14, 2006

The CO2 Laser for Treatment of Dermatologic Lesions and Cosmetic Skin Resurfacing, Guest
          Lecture, St. Luke's Roosevelt Hospital Center,
          New York, New York, June 7, 1996
Use of the CO2 Laser for Facial Cosmetic Surgery and the Treatment of Skin Lesions, Lecture and
          Demonstration Course, Washington, DC, June 8, 1996
Long-Term Experience with HA-Coated Implants:  Clinical Analysis and Proposals for Success,
          Guest Lecture, Legacy Emanuel Hospital & Health Center, Portland, Oregon,
          June 19, 1996
Treatment of Pathologic and Cosmetic Facial Lesions with the CO2 Laser, Guest Lecture, Oregon
          Health Sciences University, Portland, Oregon, June 20, 1996
Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on
          Instruction Course, Seattle Washington, June 22, 1996
Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on
          Instruction Course, Louisville, Kentucky, July 13, 1996
Long-Term Evaluation of HA-Coated Implants:  Paradigm for Success, Lecture, Calcitek's
          1996 International Implant Symposium, San Diego, California, August 3, 1996
Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
          Hands-on Instruction Course, San Francisco, California, August 24, 1996
The CO2 Laser for Treatment of Dermatologic Lesions and Cosmetic Skin Resurfacing, Guest
          Lecture, Columbia Presbyterian Hospital, New York, New York,
          September 7, 1996
CO2 Laserabrasion for Facial Cosmetic Surgery and the Treatment of Skin Lesions, Lecture and
          Demonstration Course, Washington, DC, September 28, 1996
The CO2 Laser for Treatment of Dermatologic Lesions and Cosmetic Skin Resurfacing, Lecture,
          Atlanta, Georgia, October 13 1996
Use of the CO2 Laser for Facial Cosmetic Surgery and the Treatment of Skin Lesions, Lecture and
          Demonstration Course, Washington, DC, November 2, 1996
Laser Physics and Principles of Laser Surgery, Guest Lecture, Middle Atlantic Society of Oral and
          Maxillofacial Surgeons, Ellicot City, Maryland, November 7, 1996
Removal of Facial Lesions and Cosmetic Skin Resurfacing, Guest Lecture, Middle Atlantic
          Society of Oral and Maxillofacial Surgeons, Ellicot City, Maryland,
          November 7, 1996
Statistical Analysis of HA-Coated Endosseous Implants, Lecture, 1996 HA-Coated Implant
          Symposium, Tokyo, Japan, November 16, 1996
Adjunctive Procedures to Promote Long-Term Implant Success, Lecture, 1996 HA-Coated
          Implant Symposium Tokyo, Japan, November 17, 1996
Laser Cosmetic Skin Resurfacing, Article, Newsletter of the American Society Of Laser In
          Dentistry & Advanced Technologies, Fall 1996 Issue
The CO2 Laser for Treatment of Dermatologic Lesions and Cosmetic Skin Resurfacing, Lecture,
          Detroit, Michigan, December 7, 1996
Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
          Hands-on Instruction Course, Santa Barbara, California, December 14, 1996
Long-Term Evaluation of HA-Coated Implants:  Paradigm for Success, Abstract,
          Implant Dentistry: Volume 5, Number 4, 1996
Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture,
          Boston, Massachusetts, January 12, 1997
Bone Grafting and Nerve Repositioning Surgery to Improve the Success of Endosseous Implants,
          Guest Lecture, Central Maryland Implant Society, Columbia, Maryland,
          January 16, 1997
Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
          Hands-on Instruction Course, Pittsburgh, Pennsylvania, January 18, 1997
Skin Resurfacing Procedures Using the Carbon Dioxide Laser, Lecture and Demonstration
          Course, Washington, DC, February 1, 1997

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 10
August 14, 2006

Laser Treatment for Facial Pathology and Cosmetic Defects, Lecture, District of Columbia Dental
        Society 65th Annual Meeting, Washington, DC, February 15, 1997
Cosmetic Skin Resurfacing, Lecture at the Louisiana State University School of Dentistry Course
        on Lasers in Oral and Maxillofacial and Cosmetic Surgery, New Orleans,
        Louisiana, February 22, 1997
Marketing Your Practice for Cosmetic Surgery, Lecture at the Louisiana State University School of
        Dentistry Course on Lasers in Oral and Maxillofacial and Cosmetic Surgery,
        New Orleans, Louisiana, February 22, 1997
Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
        Hands-on Instruction Course, Chicago, Illinois, March 1, 1997
Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
        Hands-on Instruction Course, St. Louis, Missouri, March 8, 1997
Laser Assisted Uvulopalatoplasty (LAUP) for the Treatment of Obstructive Sleep Disorders, Guest
        Lecture, Metro Study Club, Bethesda, Maryland, March 12, 1997
Laser-Assisted Cosmetic Skin Resurfacing and Dentistry, (Co-authored with Robert S. Emery),
        MSDA Journal, Volume 40 Number 1, Winter 1997
Use of the CO2 Laser for Facial Cosmetic Surgery and the Treatment of Skin Lesions, Lecture and
        Live Surgery Demonstration Course, Washington, DC, March 15, 1997
CO2 Laser Skin Resurfacing Course, Lecture, American College of Oral and Maxillofacial
        Surgeons 18th Annual Meeting, San Diego, California, March 20, 1997
CO2 Laser Skin Resurfacing Course, Clinical Sessions (6), American College of Oral and
        Maxillofacial Surgeons 18th Annual Meeting, San Diego, California,
        March 21 and 22, 1997
Laser Facial Skin Resurfacing, Lecture, Georgetown University, Washington, DC,
        March 26, 1997
Microsporidiosis of the Mandible in a Patient with Acquired Immunodeficiency Disease,
        (Co-authored with James Belcher and Barry Schmookler), J Oral Maxillofac
        Surg, 55:424-426, April 1997
Laserabrasion for Cosmetic Skin Resurfacing, Lecture, Kentucky Society of Oral and
        Maxillofacial Surgeons, Louisville, Kentucky, April 5, 1997
Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
        Hands-on Instruction Course, Ohio State University, April 19, 1997
Laser Cosmetic Skin Resurfacing and Removal of Dermatologic Pathology, Lecture and Hands-on
        Instruction Course, Dallas, Texas, April 26, 1997
Use of the CO2 Laser for Facial Cosmetic Surgery and the Treatment of Skin Lesions, Lecture and
        Live Surgery Demonstration Course, Washington, DC, May 3, 1997
Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
        Hands-on Instruction Course, New York, New York, May 10, 1997
Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
        Hands-on Instruction Course, Kansas City, Missouri, May 31, 1997
Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
        Hands-on Instruction Course, Denver, Colorado, June 7, 1997
Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
        Hands-on Instruction Course, Orlando, Florida, July 12, 1997
Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
        Hands-on Instruction Course, Monterey, California, July 26, 1997
Use of the CO2 Laser for Facial Cosmetic Surgery and the Treatment of Skin Lesions, Lecture and
        Live Surgery Demonstration Course, Washington, DC, September 13, 1997
Laser Assisted Removal of Facial Rhytids and Lesions, Lecture, Surgical Clinic, 79th Annual
        Scientific Sessions of the American Association of Oral and Maxillofacial
        Surgeons, Seattle, Washington, September 19, 1997
Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
        Hands-on Instruction Course, San Francisco, California, October 4, 1997

Use of the CO2 Laser for Facial Cosmetic Surgery, Treatment of Skin Lesions and Blepharoplasties, Lecture and Live Surgery Demonstration Course, Washington, DC, October 23, 24, 25, 1997

CO2 Laser Workshop for Oral and Maxillofacial Surgeons, Lecture and Hands-on Instruction Course, Coral Gables, Florida, October 31, November 1, 1997

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and Hands-on Instruction Course, Stamford, Connecticut, November 15, 1997

Laser Cosmetic Skin Resurfacing, Lecture Course, Scottsdale, Arizona, December 6, 1997

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and Hands-on Instruction Course, Cincinnati, Ohio, December 12 and 13, 1997

Use of the CO2 Laser for Facial Cosmetic Surgery, Treatment of Skin Lesions and Blepharoplasties, Live Surgery Demonstration Course, Washington, DC, January 10, 1998

Safety and Successfulness of Hydroxylapatite Coated Implants, Testimony before the Dental Products Panel Meeting of the Food and Drug Administration on the Reclassification of Endosseous Implant Subgroups, Rockville, Maryland, January 13, 1998

Ask the Expert, Answering Health Questions at the NBC 4 Your Health and Fitness Expo, Washington, DC, January 17, 1998

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and Hands-on Instruction Course, St. Louis, Missouri, January 24, 1998

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and Hands-on Instruction Course, Atlanta, Georgia, January 30 and 31, 1998

Surgical Procedures to Improve Prosthetic Results and Implant Survival Outcomes, Lecture, Scientific Sessions of International Congress of Oral Implantologists Winter Symposium, Tarpon Springs, Florida, February 5, 1998

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and Hands-on Instruction Course, Bellevue, Washington, February 14, 1998

Use of the CO2 Laser for Facial Cosmetic Surgery, Treatment of Skin Lesions and Blepharoplasties, Lecture and Live Surgery Demonstration Course, Washington, DC, February 19, 20, 21, 1998

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and Hands-on Instruction Course, Iselin, New Jersey, February 27 and 28, 1998

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and Hands-on Instruction Course, Chicago, Illinois, March 14, 1998

Laser Treatment of Skin Lesions, Lecture, Twelfth Annual University of Pennsylvania Oral and Maxillofacial Surgery Conference, Palm Beach, Florida, April 3, 1998

Complications of Laser Surgery, Lecture, Twelfth Annual University of Pennsylvania Oral and Maxillofacial Surgery Conference, Palm Beach, Florida, April 4, 1998

Update on Current Techniques to Improve Implant Success, Lecture, Greater Baltimore Implant Study Club, Timonium, Maryland, April 14, 1998

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and Hands-on Instruction Course, Pittsburgh, Pennsylvania, April 17 and 18, 1998

Surgical Procedures to Increase Implant Success, Lecture, 25th Annual Scientific Sessions of The Academy for Implants and Transplants, Washington, DC, April 30, 1998

Use of the CO2 Laser for Facial Cosmetic Surgery, Treatment of Skin Lesions and Blepharoplasties, Live Surgery Demonstration Course, Washington, DC, May 16, 1998

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and Hands-on Instruction Course, Costa Mesa, California, May 29 and 30, 1998

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and Hands-on Instruction Course, Chicago, Illinois, June 19 and 20, 1998

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 12
August 14, 2006

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
    Hands-on Instruction Course, Charlotte, North Carolina, July 10 and 11, 1998
Effect of Managed Care on Oral and Maxillofacial Surgery, Interview by Charles Bierbauer, CNN,
    Broadcast on July 15, 1998
Laser Assisted Skin Resurfacing and Blepharoplasties, Abstract, J Oral Maxillofac Surg, August
    1998:56, Number 8, Supplement 4: 131-132
Symposium on Laser Types and Uses, Moderator of Major Symposium at 80th Annual Scientific
    Sessions of the American Association of Oral and Maxillofacial Surgeons, New
    Orleans, Louisiana, September 16, 1998
Laser Assisted Skin Resurfacing and Blepharoplasties, Lecture, Surgical Clinic, 80th Annual
    Scientific Sessions of the American Association of Oral and Maxillofacial
    Surgeons, New Orleans, Louisiana, September 17, 1998
Laser-Assisted Facial Cosmetic Surgery and Treatment of Common Dermatologic Lesions, Lecture
    and Hands-on Instruction Course, Scottsdale, Arizona,
    October 30 and 31, 1998
Laser-Assisted Facial Cosmetic Surgery and Treatment of Common Dermatologic Lesions, Lecture
    and Hands-on Instruction Course, Cleveland, Ohio,
    November 13 and 14, 1998
Laser-Assisted Facial Cosmetic Surgery and Treatment of Common Dermatologic Lesions, Lecture
    and Hands-on Instruction Course, Dallas, Texas, December 11 and 12, 1998
Pediatric Facial Fractures: Who Should Treat What, and How?, Correspondence and Brief
    Communications, Letter to the Editor (Co-authored with Robert W. Emery),
    Plast. Reconstr. Surg. 103:  325, 1999
Lasers and Facial Surgical Procedures, Lecture and Surgical Demonstration Course, Temple
    University School of Dentistry, Philadelphia, Pennsylvania,
    January 8 and 9, 1999
Site Preparation and Development for Optimal Dental Implant Placement, Lecture, Rockville Study
    Club, Rockville, Maryland, January 18, 1999
Surgical Techniques to Enhance Implant Success, Brunch and Learn Lecture, Alpha Omega Dental
    Fraternity, Columbia, Maryland, January 24, 1999
Treatment of the "Baggy Eyelid" Deformity: Blepharoplasty and Laser, Lecture, American College
    of Oral and Maxillofacial Surgeons 20th Annual Meeting, Orlando, Florida
    February 26, 1999
Oral Brush Biopsy: A Minimally Invasive Computer Assisted Diagnostic Tool, Lecture,
    Washington, DC, April 6, 1999
Laser-Assisted Facial Cosmetic Surgery and Treatment of Common Dermatologic Lesions, Lecture
    and Hands-on Instruction Course, Boston, Massachusetts
    April 10 and 11, 1999
Oral Brush Biopsy: A Minimally Invasive Computer Assisted Diagnostic Tool, Lecture,
    Washington, DC, April 20, 1999
Oral Brush Biopsy: A Minimally Invasive Computer Assisted Diagnostic Tool, Lecture,
    Washington, DC, May 4, 1999
Advanced Surgical Considerations for the Implant Patient, Lecture Course, Ohio State University,
    Columbus, Ohio, May 19, 1999
Laser Resurfacing and Oral and Maxillofacial Surgeons, Letter to the Editor (Co-authored with
    Robert W. Emery), Dermatol Surg 25: 519, June 1999
Highly Crystalline MP-1 Hydroxylapatite Coating Part II:  In Vivo Performance on Endosseous
    Root Implants in Dogs, (Co-authored with Ann V. Burgess, Brooks J. Story,
    William R. Wagner, Paolo Trisi, and Michael Pikos), Clinical Oral Implant
    Research, 10: 257-266, 1999
Management Priorities and Treatment Strategies for Medical Emergencies in the Dental Office
    (Co-authored with Robert W. Emery) Chapter in Dental Clinics of North
    America, WB Saunders, Volume 43, Number 3: 401-419, July 1999

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 13
August 14, 2006

Surgical Approaches to Expedite Dental Implant Placement, Enhance Aesthetics and Improve
            Survival Statistics, Lecture Course, Temple University School of Dentistry,
            Philadelphia, Pennsylvania, July 30, 1999
Laser Assisted Skin Resurfacing and Blepharoplasties, Abstract, J Oral Maxillofac Surg, August
            1999:57, Number 8, Supplement 1: 153-154
Surgical Strategies to Facilitate Excellent Implant Restorative, Cosmetic and Functional Outcomes,
            Lecture, 22nd Annual Greater Niagara Frontier Dental Meeting, Buffalo, New
            York, September 30, 1999
Laser Assisted Skin Resurfacing and Blepharoplasties, Lecture, Surgical Clinic, 81st Annual
            Scientific Sessions of the American Association of Oral and Maxillofacial
            Surgeons, Boston, Massachusetts, October 1, 1999
Enhancing the Facial Profile by Restructuring the Underlying Bone, Lecture, Symposium on Body
            Contouring and Facial Profile Enhancement, American Academy of Cosmetic
            Surgery, Chicago, Illinois, October 15, 1999
Advanced Maxillofacial Surgical Techniques in Dental Implantology, Lecture, University of Hong
            Kong, Hong Kong Association of Oral and Maxillofacial Surgeons,
            November 6, 1999
Current Concepts in Dental Implantology, Lectures and Surgical Demonstrations, Hokkaido Health
            Sciences University, Sapporo, Japan, November 12, 13, 14, 1999
Hydroxylapatite Facts and Fiction: A Report on Long-term Implant Success, (Co-authored with
            Osamu Tanaka, Takeo Maida, Tomoaki Sato, and Makoto Tamura),
            Dental Outlook Journal (Japan), Volume 95 No. 2, February 2000
Facial Cosmetic Surgery and Treatment of Common Dermatologic Lesions, Lecture Course,
            Montana Society of Oral and Maxillofacial Surgeons, Big Sky, Montana,
            February 11, 2000
Dentoalveolar Ridge Reconstruction for the Placement of Dental Implants, Lecture Course,
            Montana Society of Oral and Maxillofacial Surgeons, Big Sky, Montana,
            February 12, 2000
Lasers, Cosmetic Facial Surgery and Implantology, Eight Lectures, Medical College of Virginia
            Continuing Education Course, February 20-27, 2000
Sleep Apnea and Snoring: Recognition and Therapy, Lecture, Tysons Dental Study Club,
            Vienna, VA, March 6, 2000
Use of the CO2 Laser for Facial Cosmetic Enhancement, Guest Speaker, Lecture, 47th Annual
            Symposium of the Society of Air Force Clinical Surgeons,
            Biloxi, Mississippi, April 6, 2000
Cosmetic Surgery Symposium, Moderator, American College of Oral and Maxillofacial Surgeons
            21st Annual Meeting, Washington, DC, April 17, 2000
Reconstructive Surgery to Facilitate Dental Implant Placement and Success , Lecture Course,
            Francis Scott Key Study Club, Frederick, MD, May 3, 2000
Laser Cosmetic Surgery, Lectures, Florida Society of Oral and Maxillofacial Surgeons,
            Long Boat Key, July 28 and 29, 2000
The 3 B's of Upper Face Rejuvenation: Blepharoplasty, Browlifting and Botulinum, Abstract, J
            Oral Maxillofac Surg, August 2000:58, Number 8, Supplement 1: 107
Laser Assisted Skin Resurfacing and Blepharoplasties, Abstract, J Oral Maxillofac Surg, August
            2000:58, Number 8, Supplement 1: 124-125
Esthetic Cutaneous Laser Surgery and Chemical Peels, Chapter in Oral and Maxillofacial Surgery
            (a seven volume textbook),Volume 6, Section III, Chapter 19, 421-457,
            Ray Fonseca, ed., WB Saunders, Philadelphia, 2000
Surgical Procedures to Facilitate Ideal Implant Restorations, Lecture, Rancho Santa Fe, CA,
            September 8, 2000.
Cosmetic and Functional Aspects of Orthognathic Surgery: A Primer for Dentists, Alpha Omegan,
            Volume 93, Number 3, August/September 2000. Scientific Issue.

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 14
August 14, 2006

The 3 B's of Upper Face Rejuvenation: Blepharoplasty, Browlifting and Botulinum, Lecture, Surgical Clinic, 82nd Annual Scientific Sessions of the American Association of Oral and Maxillofacial Surgeons, San Francisco, California, September 20, 2000

Laser Assisted Skin Resurfacing and Blepharoplasties, Lecture, Surgical Clinic, 82nd Annual Scientific Sessions of the American Association of Oral and Maxillofacial Surgeons, San Francisco, California, September 22, 2000

Orthognathic and Craniofacial Surgery, Reactor Panelist, Abstract Session , 82nd Annual Scientific Sessions of the American Association of Oral and Maxillofacial Surgeons, San Francisco, California, September 23, 2000

Oral Surgical Adjuncts to Dental Aesthetics, Lecture, Comprehensive Care Study Sessions (Seattle Study Club), Chevy Chase, MD, November 1, 2000

Scope of Oral and Maxillofacial Surgery, Interview by KFNX Radio Show "Tooth Talk", Broadcast on November 9, 2000

Temporomandibular Disorders, Lecture, Peace Corps Medical Division, Washington, DC, December 19, 2000

Advances in the Reconstruction of Deficient Dentoalveolar Ridges: An Overview, Lecture, American College of Oral and Maxillofacial Surgeons 22nd Annual Meeting, Las Vegas, Nevada, April 29, 2001

Contemporary, Office Based, Aesthetic Facial Enhancement, Lecture, The International Academy for Dental Facial Esthetics, Paris, France, May 11, 2001

Lasers, Cosmetic Facial Surgery and Implantology, Series of Lectures, Medical College of Virginia Continuing Education Course/Mediterranean Cruise, May 12-19, 2001

Scope of Oral and Maxillofacial Surgery, Interview by KFNX Radio Show "Tooth Talk", Broadcast on May 31, 2001

A Single Standard in Double Degree, Letter to the Editor, J Oral Maxillofac Surg, 59: 714-715, June 2001

Techniques to Improve Communication and Team Collaboration, Lectures (2), 2001 American Association of Oral and Maxillofacial Surgeons Dental Implant Conference, Chicago, Illinois, November 30, 2001

Techniques for Use in Medical Emergencies I and II, Lectures (2), District of Columbia Dental Society, 70th Annual Nation's Capital Dental Meeting, Washington, DC, March 2, 2002

Current Strategies to Increase Jaw Bone Volume and Implant Success,Lecture, American College of Oral and Maxillofacial Surgeons 23rd Annual Meeting, Biloxi, Mississippi April 12, 2002

Cosmetic Rejuvenation: of the Upper Face, Lecture, Howard University Hospital, Washington, DC, May 2, 2002

Nerve Repositioning for Implant Placement, (co-authored with Robert W. Emery), Implant News and Views, May/June 2002 Volume 4, Number 3: 6-10

Techniques to Improve Communication and Team Collaboration,, Lecture, Maryland Dental Implant Study Club, Baltimore, Maryland, May 14, 2002

Surgical Modalities to Improve Implant Restorative Success, Lecture, Prizm Dental Clinical Session, Bethesda, Maryland, May 21, 2002

Communicating to Enhance Collaboration of the Implant Team, Lecture, San Diego Mini Residency Implant Study Club, San Diego, California, July 17, 2002

Altering the Anatomically Deficient Alveolar Ridge, Lecture, San Diego Mini Residency Implant Study Club, San Diego, California, July 17, 2002

Removing Facial Moles, Lumps and Bumps, Lecture, Cosmetic Symposium, 84th Annual Scientific Sessions of the American Association of Oral and Maxillofacial Surgeons, Chicago, Illinois, October 3, 2002

The 3 B's of Upper Face Rejuvenation: Blepharoplasty, Browlifting and Botulinum, Lecture, Surgical Clinic, 84th Annual Scientific Sessions of the American Association of Oral and Maxillofacial Surgeons, Chicago, Illinois, October 2, 2002

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 15
August 14, 2006

Surgical Techniques to Enhance Functional and Esthetic Dental Implant Success, Lecture, Surgical
    Mini-Lecture, 84th Annual Scientific Sessions of the American Association of
    Oral and Maxillofacial Surgeons, Chicago, Illinois, October 5, 2002

Botulinum: It's Not Just for Poisoning Anymore, Lecture, 2002 New Era of Medicine Symposium,
    St. John, US Virgin Islands, December 10, 2002

Understanding Skin Quality, Lecture, American College of Oral and Maxillofacial Surgeons
    Cosmetic Symposium, Biloxi, Mississippi, January 20, 2003

Procedures to Enhance Cosmetic Facial Surgery, Lecture, Cosmetic Symposium, American College
    of Oral and Maxillofacial Surgeons, Biloxi, Mississippi, January 20, 2003

Lasers, Cosmetic Facial Surgery and Implant Surgery, Eight Lectures, Medical College of Virginia
    Continuing Education Course, March 9-16, 2003

Platelet Rich Plasma and Bone Grafting, Lecture, Comprehensive Care Study Sessions (Seattle
    Study Club), Chevy Chase, MD, March 17, 2003

Update on Common Medicine Conditions, Lecture, District of Columbia Dental Society, 71st
    Annual Nation's Capital Dental Meeting, Washington, DC, March 27, 2003

Treatment of Medical Emergencies in the Dental Office, Lecture, District of Columbia Dental
    Society, 71st Annual Nation's Capital Dental Meeting, Washington, DC,
    March 27, 2003

So, What's New in Medicine? Lecture, District of Columbia Academy of General Dentistry,
    Washington, DC, April 23, 2003

Bone Grafting... in Half the Time?, Lecture, Friadent 10th Annual Implant Symposium,
    Mannheim, Germany, May 16, 2003

Update on Contemporary Oral and Maxillofacial Surgery, Numerous Lectures (all day program),
    Fort Gordon, Augusta, Georgia, June 16, 2003

Cosmetic Facial Enhancement Without Surgery, Lecture, Renaissance II Study Club,
    Washington,. DC, July 16, 2003

Surgical Techniques to Enhance Functional and Esthetic Dental Implant Success, Abstract, J Oral
    and Maxillofacial Surg 61:8 Suppl.1:104, 2003

The 3 B's of Upper Face Rejuvenation: Blepharoplasty, Browlifting and Botulinum, Abstract, J
    Oral and Maxillofacial Surg 61:8 Suppl.1:109, 2003

The 3 B's of Upper Face Rejuvenation: Blepharoplasty, Browlifting and Botulinum, Lecture,
    Surgical Clinic, 85th Annual Scientific Sessions of the American Association of
    Oral and Maxillofacial Surgeons, Orlando, Florida, September 10, 2003

Surgical Techniques to Enhance Functional and Esthetic Dental Implant Success, Lecture, Surgical
    Mini-Lecture, 85th Annual Scientific Sessions of the American Association of
    Oral and Maxillofacial Surgeons, Orlando, Florida, September 13, 2003

Enhancing Facial Aesthetics by Manipulation of the Underlying Osseous Structures, Lecture,
    American Academy of Cosmetic Surgery Symposium on Body Augmentation
    and Contouring, October 10, 2003, Philadelphia, Pennsylvania

How to Make Your Face Look Better Without Surgery, Lecture, Hadassah Nurses Council,
    Rockville, Maryland, Scheduled for November 12, 2003

Noninvasive Ways of Improving Facial Beauty, Lecture, 2003 New Era of Medicine Symposium,
    St. Croix, US Virgin Islands, December 10, 2003

Aesthetic and Functional Use of Botulinum Toxin in the Maxillofacial Region, Lecture, Cosmetic
    Symposium, American College of Oral and Maxillofacial Surgeons, NOVA
    Southeastern University, Fort Lauderdale, Florida, January 19, 2004

Update on Contemporary Oral and Maxillofacial Surgery, Numerous Lectures (all day program),
    NOVA Southeastern University, Ft. Lauderdale, Florida, February 16, 2004

Bone Enhancement - Local and Systemic: Plenary Session II, Panelist and Panel Chairman, World
    Congress of Oral Implantology 6, Honolulu, Hawaii, March 5, 2004

Onlay Bone Grafting for Vertical and Horizontal Augmentation of the Maxilla and Mandible,.
    Lecture, World Congress of Oral Implantology 6, Honolulu, Hawaii,
    March 6, 2004

Wrinkle Reduction Using BOTOX: Cosmetic in Oral and Maxillofacial Surgery, Three Lectures,
American College of Oral and Maxillofacial Surgeons 25th Annual Meeting,,
Hollywood, Florida, April 17, 2004
Osseous Recreation of Deficient Dentoalveolar Ridges, Lecture, American College of Oral and
Maxillofacial Surgeons 25th Annual Meeting,, Hollywood, Florida,
April 18, 2004
Enhancing Facial Aesthetics Without Surgery, Lecture, Galil Hadassah, Rockville, Maryland,
April 26, 2004
Update on Common Medicine Conditions, Lecture, District of Columbia Dental Society, 72nd
Annual Nation's Capital Dental Meeting, Washington, DC, May 13, 2004
Treatment of Medical Emergencies in the Dental Office, Lecture, District of Columbia Dental
Society, 72nd Annual Nation's Capital Dental Meeting, Washington, DC,
May 13, 2004
Lasers in Oral and Maxillofacial Surgery, Oral and Maxillofacial Surgery Clinics of North
America, Co-Editor, Volume 16 Number 2, WB Saunders,
Philadelphia, May 2004
Preface, Oral and Maxillofacial Surgery Clinics of North America, Vol. 16 Number 2, xi-xii,
WB Saunders, Philadelphia, May 2004
Laser Physics and Tissue Interaction, Chapter in Oral and Maxillofacial Surgery Clinics of North
America, Vol.16 Number 2, 143-147, WB Saunders, Philadelphia, May 2004
Laser Dermatopathology, Chapter in Oral and Maxillofacial Surgery Clinics of North America,
Vol. 16 Number 2, 189-195, WB Saunders, Philadelphia, May 2004
Laser Cosmetic Skin Resurfacing, Chapter in Oral and Maxillofacial Surgery Clinics of North
America, Vol. 16 Number 2, 197-213, WB Saunders, Philadelphia, May 2004
BOTOX Cosmetic and Restylane: Strategies to Enhance Facial Beauty, Lecture and Demonstration
Course, Greater Washington Academy of Women Dentists, Washington, DC,
June 3, 2004
BOTOX: Cosmetic and Functional Uses in Oral and Maxillofacial Surgery, Lecture, Surgical
Clinic, 86th Annual Scientific Sessions of the American Association of Oral and
Maxillofacial Surgeons, San Francisco, California, September 30, 2004
Building and Maintaining an Insurance-Free Practice, Lecture, 86th Annual Scientific Sessions of
the American Association of Oral and Maxillofacial Surgeons, San Francisco,
California, October 2, 2004
Update on Common Medicine Conditions, Lecture, District of Columbia Dental Hygienists'
Association Capital Symposiums, Washington, DC, October, 23, 2004
Management of Medical Emergencies in the Dental Office, Lecture, District of Columbia Dental
Hygienists' Association Capital Symposiums, Washington, DC,
October, 23, 2004
Orthognathic and Cosmetic Surgery, Lecture, Howard University, School of Dentistry,
Washington, DC, November 24, 2004
Facial Cosmetic Procedures to Augment Cosmetic Dental Results. Lecture, District of Columbia
Academy of General Dentistry, Washington, DC, January 12, 2005
Perioral and Gingival Cosmetic Surgery, Laboratory Instructor, Cosmetic Symposium, American
College of Oral and Maxillofacial Surgeons, Louisiana State University Health
Sciences Center, New Orleans, Louisiana January 15 and 16, 2005
Nonsurgical Strategies to Improve Facial Beauty, Lecture, Miami Winter Meeting and Dental Expo,
Miami Beach, Florida, January 21, 2005
Medical Update for Practicing Dentists, Lecture, Miami Winter Meeting and Dental Expo, Miami
Beach, Florida, January 21, 2005
Dental Healthcare, Guest interview (one hour) by Armstrong Williams on his television program,
"The Right Side with Armstrong Williams", March 14, 2005
Educational Purpose and Content: More on the Offshore Degree,
J Oral Maxillofac Surg, 63: 571-572, April 2005

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 17
August 14, 2006

Platelet Rich Plasma Preparation and Maxillary Sinusplasty with Bone Graft, Interview and Live
   Procedure Video by Eliza Bussy, Reuters Health, May 24, 2005
Cutting the Umbilicus: Creating a Profitable Private Practice, Academic Day Mark Wein Memorial
   Lecture, OMS and GPR programs, University of Miami School of Medicine,
   Miami Beach, Florida, June 18, 2005
Three Dimensional Digital Imaging, Interview by IJ Hudson, WRC TV 4 (NBC), June 23, 2005
The 3 B's of Upper Face Rejuvenation: Browlifts, Blepharoplasties, and Botox, Lecture, American
   College of Oral and Maxillofacial Surgeons 26th Annual Meeting,, Halifax,
   Nova Scotia, June 24, 2005
Botox: Cosmetic and Functional Uses in Oral and Maxillofacial Surgery, Abstract, J Oral and
   Maxillofacial Surg 63:8 Suppl.1:111, 2005
In-office Pre and Post Operative Implant Imaging with the i-CAT Digital 3-D Computed
   Tomogram: A Significant Technological Advance, Lecture, 9th Congress of the
   International Congress of Oral Implantologists (ICOI) Asia Pacific Section,
   Jeju Island, South Korea, September 2, 2005
i-CAT 3 Dimensional Digital Imaging: Improving Patient Care, Lecture, Living Well Hospital,
   Dental Symposium, Seoul, South Korea, September 4, 2005,
Ethics Seminar: :Offshore Degrees-Sorting Through the Ethical Issues', Invited Panelist, 87th
   Annual Scientific Sessions of the American Association of Oral and
   Maxillofacial Surgeons, Boston, Massachusetts, September 21, 2005
Building and Maintaining an Insurance-Free Practice, Lecture, 87th Annual Scientific Sessions of
   the American Association of Oral and Maxillofacial Surgeons, Boston,
   Massachusetts, September 22, 2005
BOTOX: Cosmetic and Functional Uses in Oral and Maxillofacial Surgery, Lecture, Surgical
   Mini-Lecture, 87th Annual Scientific Sessions of the American Association of
   Oral and Maxillofacial Surgeons, Boston, Massachusetts, September 24, 2005
Dentofacial Deformities: Orthognathic and Esthetic Surgery, Lecture, Howard University, School
   of Dentistry, Washington, DC, October 12, 2005
Update on Medical Conditions and Medical Emergencies in the Dental Office, Lecture, 28th
   Annual Greater Niagara Frontier Dental Meeting, Buffalo, New York,
   October 27, 2005
Oral and Maxillofacial Surgery: What's New and How Can it Benefit You and Your Patients?,
   Lecture, 28th Annual Greater Niagara Frontier Dental Meeting, Buffalo, New
   York, October 27, 2005
i-CAT Digital 3-D Computed Tomography: Improving Implantology, Lecture, Washington, DC
   November 19, 2005.
The Latest on Early Detection of Oropharyngeal Cancer, Live interview by Andrea
   Roane on WUSA-TV, Washington, DC, November 23, 2005
TMJ: Fact, Fantasy and Fiction, Lecture, 2006 New Era of Medicine Symposium, Grand Cayman
   Island, January 20, 2006
Innovations in Dentistry: In-office 3 Dimensional Digital Radiographic Imaging, Lecture, Robert T.
   Freeman Dental Society, Washington, DC, February 21, 2006
Medical Emergencies in the Dental Office, Lecture, Vietnamese-American Dental Study Club,
   McLean, Virginia, March 29, 2006
Introduction to Facial Cosmetic Surgery, Lecture, Howard University OMS Residents,
   Washington, DC, scheduled for April 3, 2006
Update on Medical Conditions and Medical Emergencies in the Dental Office, Lecture, 74th
   Annual Nation's Capital Dental Meeting, Washington, DC, April 20, 2006
Dental Implantology: Yesterday, Today and Tomorrow Lecture, American College of Oral and
   Maxillofacial Surgeons 27th Annual Meeting,, Las Vegas, Nevada, May 1, 2006
Perioral Chemical and Laser Skin Resurfacing, Lecture, American College of Oral and
   Maxillofacial Surgeons 27th Annual Meeting,, Las Vegas, Nevada, May 3. 2006

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 18
August 14, 2006

Soft tissue lipoma with the radiographic appearance of a neoplasm within the mandibular canal, Pass, B, Guttenberg, S, Childers, ELB and Emery, RW, Dentomaxillofacial Radiology,(2006) 35, 299-302

Upgrading Dental Implant Diagnostics and Treatment Results with 3 Dimensional Radiographs: In-Office Cone Beam Computed Tomography, Lecture, Guy's Hospital, London, England, July 3, 2006

Improved Dentofacial Diagnostics and Treatment Outcomes Using i-CAT CBCT Imaging, Lecture, London, England, July 4, 2006

Dental and Oral and Maxillofacial Applications for the i-CAT Cone Beam Computed Tomogram, Lecture, Universitat Internacional de Catalunya ( UIC ) Dental School, Barcelona, Spain, July 7, 2006

Early Detection and Treatment of Oropharyngeal Cancer, Lecture, Medicine in the 21st Century Conference, Mediterranean Cruise, July 14, 2006.

Practical Integration of Intreactive CT Technology for the Oral and Maxillofacial Surgery Practice, Lecture for Clinical Interest Group on Dental Implantology, 88th Annual Scientific Sessions of the American Association of Oral and Maxillofacial Surgeons, San Diego, California, Scheduled for October 5, 2006.

Diagnosis and Treatment Planning for Mandibular Fractures, Lecture, George Washington University Hospital, Washington, DC, Scheduled for November 10, 2006

Dentofacial Deformities: Orthognathic and Esthetic Surgery, Lecture, Howard University, School of Dentistry, Washington, DC, Scheduled for November 22, 2006

The Bone Wasn't Where I Thought It Was: Intraoperative Problem Solving and Current Preoperative Problem Avoidance Using In-office CBCT Technology, Lecture, Symposium on Treatment Planning Complications, 2006 American Association of Oral and Maxillofacial Surgeons, Dental Implant Conference, Chicago, Illinois, Scheduled for December 1, 2006.

Enhanced In-Office Radiology for All Dentists: i-CAT 3 Dimensional Computed Tomography, Lecture, Maimonides Dental Society, Washington, DC,, Scheduled for January 23, 2007

Update on Common Medical Conditions and The Treatment of Medical Emergencies in the Dental Office, Lecture, Howard County Dental Hygienists Association, Columbia, Maryland, Scheduled for April 11, 2007