# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIGEL AUSTIN )
)
Plaintiff, )
) Civil Action No. 05-2216(JDB)
v. )
)
DISTRICT OF COLUMBIA, et al., )
)
Defendants. )

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff will take the deposition, to be recorded by sound-and-visual and stenographic means, of Officer Don Thomas on September 20, 2006. The deposition will begin at 10:00 a.m., and continue until completed at Bode & Grenier, LLP, 1150 Connecticut Ave., NW, Ninth Floor, Washington, DC 20036.

Officer Thomas' address is:

Central Cell Block
300 Indiana Avenue, NW
Washington, DC 20001

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September 2006, I sent the above NOTICE OF DEPOSITION by U.S. Mail, postage prepaid, and facsimile to:

Patricia A. Jones, Esquire
Chief, General Litigation Sec. IV
Michael P. Bruckheim, Esquire
Assistant General Counsel
441 4th Street, N.W.
6th Floor North
Washington, DC 20001
*Attorney for Defendants*

Peter C. Grenier

-3-

TOTAL P.22