# Exhibit 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nigel Austin,

  Plaintiff,

v.

District of Columbia, et al.,

  Defendants.

Civil Action No. 05-2219 (JDB)

## DECLARATION OF WILLIAM PONTON

I, WILLIAM PONTON, declare under penalty of perjury that the following is true and correct:

1. I am an Assistant Chief with the Metropolitan Police Department and Director of the Office of Professional Responsibility. In my position, I oversee internal investigations for the Department, including claims involving serious uses of force, misconduct and corruption, as well as the agency's compliance with the Memorandum of Agreement with the U.S. Department of Justice.

2. I have personally reviewed the investigatory file relating to the Office of Internal Affairs Division's (IAD) investigation of Don Thomas, an officer assigned to the central cell block. This investigation concerned a charge that Officer Thomas used excessive force against the complainant, Nigel Austin.

3. In accordance with standard procedure, during this confidential investigation of Officer Thomas, IAD directed members of the Metropolitan Police Department to provide statements during recorded interviews. As part of those interviews, members signed documents

acknowledging that the investigation was confidential and directing the members not to discuss the interviews with other persons.

4. The Metropolitan Police Department has an interest in protecting the confidentiality of its IAD investigative files. Public disclosure of an IAD investigative file can also harm the privacy of witnesses or other persons involved in the investigation or its subject matter. Maintaining confidentiality protects the privacy of these individuals and can thereby encourage witnesses to come forward with information that assists an investigation.

5. Although the preliminary investigation involving Officer Thomas has been completed, no final determination has been made. The information compiled in the IAD file was gathered for law enforcement purposes.

6. The public disclosure of the IAD investigative file, and any depositions of any and all Metropolitan Police Department witnesses at this time concerning the contents of the file and the investigation itself could interfere with law enforcement proceedings, and specifically, the integrity and confidentiality of the ongoing investigation. Upon information and belief, the case is still an open investigation with the U.S. Attorney's Office (USAO).

Executed on this __19__ day of September, 2006.

*[signature]*
WILLIAM PONTON
Assistant Chief, MPD

2