# Exhibit 1



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

September 21, 2006

Assistant Chief William Ponton
Metropolitan Police Department
Office of Professional Responsibility
801 Shepherd Street, N.W., 3rd Floor
Washington, D.C. 20011

Re: **Cellblock Officers Don Thomas (Badge No. 1644) and George Hawkins (Badge No. 3607)
Case No. 05-1553**

Dear Chief Ponton:

This office has considered the facts and circumstances surrounding the alleged use of excessive force by Officers Don Thomas and George Hawkins on August 25, 2005. At this time we have decided to decline any criminal prosecution of these officers arising from this incident, because the complaining witness is unwilling to speak to our office. Accordingly, this matter is referred to you for whatever administrative action you deem appropriate.

Very truly yours,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: _____
JEFFREY R. RAGSDALE
Assistant United States Attorney
Chief, Federal Major Crimes Section