# Exhibit 2



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 21, 2006

**Sent Via First Class Mail**

Peter C. Grenier, Esq.
Bode & Grenier, L.P.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington, DC 20036

      Re:    <u>Nigel Austin</u>

Dear Mr. Grenier:

      I write to memorialize our conversation of May 31, 2006, and to update you on the status of the criminal investigation into the injuries suffered by Nigel Austin on August 25, 2005. It is my understanding that you represent Nigel Austin. I am investigating the cause of the injuries Mr. Austin suffered on August 25, 2005. In that capacity, I would like to interview Mr. Austin. However, during our conversation you made it clear that you will not permit your client to be interviewed during the pendency of the civil suit you have filed. Mr. Austin's information and testimony are essential to the successful investigation and prosecution of this matter. Given your refusal to allow me to speak with Mr. Austin, this office cannot pursue the matter at this time, and considers it closed.

                                          Sincerely,

                                          Catherine K. Connelly
                                          Assistant United States Attorney