# Exhibit 1

## Bruckheim, Michael (OAG)

**From:** Bruckheim, Michael (OAG)
**Sent:** Wednesday, September 13, 2006 11:32 AM
**To:** 'pgrenier@bode.com'; 'Jeremy S. Tishler'
**Subject:** Austin depositions

Hi Peter and Jeremy,

Just writing to give you an update on the upcoming depositions. 

Regarding Sgts Wittington and Harrison, I will be filing for a protective order. in lieu of that action, I am again asking if their depositions could also be postponed. They are conducting the ongoing internal affairs investigation of Officer Thomas. Accordingly, they also cannot be called upon to answer questions under oath until the investigation is complete. Please let me know your positions on these issues. Again, I am only interested in saving time for everyone involved.



Please get back to me when you have a chance. I hope all else is well with you both. Take care.

Michael

**Michael Bruckheim**
**Assistant Attorney General**
**Office of the Attorney General for DC**
**Civil Division**
**441 4th Street, NW**
**6th Floor-South**
**Washington, DC 20001**
**(202)-724-6649**

## Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

9/27/2006