# Exhibit 2

**Bruckheim, Michael (OAG)**

| | |
|---|---|
| **From:** | Bruckheim, Michael (OAG) |
| **Sent:** | Monday, September 18, 2006 1:09 PM |
| **To:** | 'Jeremy S. Tishler' |
| **Subject:** | RE: Austin depositions |

I can do October 13th or any date the week of October 16-20.  I will note again that we will be filing for a protective order with respect to those depositions on the basis of law enforcement privilege.  However, re-scheduling the proposed dates is not a problem.

-----Original Message-----
From: Jeremy S. Tishler [mailto:jtishler@bode.com]
Sent: Monday, September 18, 2006 12:05 PM
To: 'Bruckheim, Michael (OAG)'
Subject: RE: Austin depositions

Michael:

Why don't we move the two FIT investigators (Whittington and Harrison) to a different date? What dates are good for you?

Jeremy

-----Original Message-----
From: Bruckheim, Michael (OAG) [mailto:Michael.Bruckheim@dc.gov]
Sent: Wednesday, September 13, 2006 5:30 PM
To: 'Jeremy S. Tishler'
Subject: RE: Austin depositions

I have Harrison and Richardson noted for 10 am on Sept. 28th.  We will be moving for relief with respect to Harrison, but for clarity's sake, can his deposition be noted for another date?



1