IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NIGEL AUSTIN | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE No. 1:05-CV-02219 (JDB) |
| | : | |
| THE DISTRICT OF COLUMBIA, et al. | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

WILL THE CLERK OF THE COURT please enter the appearance of James W. Pressler, Jr. and James C. Mehigan as counsel of record for Defendant Don Thomas in the above-captioned case.

Respectfully submitted,

  /s/ James C. Mehigan
James W. Pressler, Jr. #221051
James C. Mehigan #480691

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005
(202) 822-8384

ATTORNEY FOR DEFENDANT DON THOMAS