UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIGEL AUSTIN, :<br>:<br>    Plaintiff, :<br>:<br>v. :<br>: C.A. No. 05-2219 (JDB)<br>DISTRICT OF COLUMBIA, <u>et al.</u>,, :<br>:<br>    Defendants. :<br>_____: | |

## NOTICE OF WITHDRAWAL

The Clerk of said Court will please withdraw the appearance of Michael Bruckheim, Assistant Attorney General, for the District of Columbia and defendant Don Thomas, and enter the appearance of Steve Anderson, Assistant Attorney General, on behalf of the Defendant District of Columbia.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

___\s_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

___\s_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6649; 202-727-6295

\_\_\_\s\_____
KIMBERLY JOHNSON  [435163]
Section Chief
General Litigation Section I
441 4th Street, N.W., 6S-053
Washington, D.C.  20001
(202) 724-6636; (202) 727-6295
(202) 727-3625 (fax)


\_\_\_\_\s\_____
STEVEN J. ANDERSON [334480]
Assistant Attorney General
General Litigation Section I
441 4th Street, N.W.
Washington, D.C.  20001
(202) 724-6615; (202) 727-6295
(202) 727-3625 (fax)