UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIGEL AUSTIN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CA no. 05-02219 (JDB) |
| DISTRICT OF COLUMBIA, et al., : | |
| : | |
| Defendants. : | |
| _____ : | |

**DEFENDANT DISTRICT OF COLUMBIA'S
RESPONSE TO NOVEMBER 6, 2006, COURT ORDER**

On November 6, 2006, the Court directed that the District should provide certain information in support of its motion to stay discovery no later than noon November 8, 2006. Upon consideration of the plaintiff's arguments on November 6, 2006, and the record herein, the District hereby withdraws its request for a stay. The District believes that it may be necessary to raise certain limited objections in light of the on-going internal investigation of co-defendant Officer Thomas by the Metropolitan Police Department. However, it aggress with plaintiff that it is now appropriate to proceed with discovery.

Counsel for plaintiff and co-defendant were notified so that unnecessary work on their part could be avoided.

Respectfully submitted,

EUGENE ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

2

_____
KIMBERLY JOHNSON
Bar no. 435163
Chief, General Litigation Section I


_____
STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202)
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov