PD 775  Rev. 4/85

**METROPOLITAN POLICE DEPARTMENT**
Washington, D. C.

**DAILY VEHICLE INSPECTION AND ACTIVITY REPORT**

Reference Directive G.O.301.1

MILEAGE (End of Tour of Duty): 66732
MILEAGE (Beginning of Tour of Duty): 66708
TOTAL MILES: 24

**RADIO RUN LOG**
**SECTION A**

| UNIT CAR NO. | SHOP NO. | TOUR OF DUTY | DAY OF WEEK | DATE | X-CAR USED | SHOP NO. | GAS | OIL | ANTI-FREEZE |
|---|---|---|---|---|---|---|---|---|---|
| 706 | 176254 | 1400-2230 | Thur. | 8/25/05 | 744 | | 0 gals. | 0 qts. | 0 |

| TIME RECEIVED | TIME ARRIVED | BACK IN SERVICE | TIME EXPIRED | LOCATION | NATURE OF RUN | DISPOSITION |
|---|---|---|---|---|---|---|
| 05 | 08 | 40 | | #303 | | 10-8 |
| 15 | 15 | 15 | 35 | 223 Newcomb St. SE. | DOP | #114809 |
| 40 | 00 | 40 | | | Trans. | |
| 15 | 16 | 16 | 60 | 7D | 1 to Hospital | T/C |
| 40 | | 40 | | | " | Returned to CCB Picked up 1 to Hosp. |
| 16 | | 17 | 60 | | | |
| 40 | | 40 | | Greater SE. Hosp. | Detail | |
| 17 | | 18 | 60 | | | T/C |
| 40 | | 40 | | | " | |
| 18 | | 19 | 60 | | | T/C |
| 40 | | 40 | | | " | |
| 19 | | 20 | 60 | | | T/C |
| 40 | | 40 | | | " | |
| 20 | | 21 | 60 | " | | T/C |
| 40 | | 40 | | | " | |
| 21 | | 22 | 60 | " | | T/C |
| 40 | | 40 | | | " | |
| 22 | | 23 | 60 | " | | 10-8 Relieved |

"ON THE SCENE" "NOTIFY DISPATCHER"

## DAILY VEHICLE INSPECTION CHECKLIST
### SECTION B

**INSTRUCTIONS:** ✓ Indicates item is in good serviceable condition.    * Indicates item is applicable to motorscooters.
X Indicates item missing, needs repair, replacement, etc. Explain in REMARKS.

**1. CLEANLINESS**
- ☑ EXTERIOR WASHED *
- ☑ INTERIOR WASHED *
- ☑ TRUNK CLEANED
- ☑ CHECK FOR LEAKS
- ☑ WINDOWS CLEAN

**2. FLUIDS**
- ☑ GASOLINE *
- ☑ MOTOR OIL *
- ☑ RADIATOR
- ☑ BATTERY *
- ☑ WINDSHIELD WASHER
- ☑ AUTOMATIC TRANSMISSION

**3. TIRES**
- ☑ AIR PRESSURE *
- ☑ GENERAL CONDITION *
- ☑ SPARE TIRE AND TOOLS

**4. EMERGENCY FLASHER *** ✓
**5. SIREN** (All Switch Positions) ✓

**6. OPERATING PERFORMANCE**
- ☑ ENGINE *
- ☑ TRANSMISSION *
- ☑ STEERING *
- ☑ CHAIN
- ☑ GEAR SHIFT *
- ☑ THROTTLE CABLE *

**7. HORN *** ✓
**8. EMERGENCY BRAKE & RELEASE** ✓
**9. BRAKE ADJUSTMENT *** ✓
**10. WINDSHIELD WIPERS & WASHERS** ✓

**11. LIGHTS**
- ☑ HIGH BEAMS *
- ☑ TAIL & STOP LIGHTS *
- ☑ TURN SIGNALS *
- ☑ DOME & COURTESY LIGHTS
- ☑ ALTERNATOR GAUGE
- ☑ TEMPERATURE GAUGE
- ☑ OIL PRESSURE GAUGE
- ☑ HIGH BEAM INDICATOR *
- ☑ LOW BEAMS *
- ☑ LICENSE LIGHT *

**12. AIR CONDITIONER** ✓
**13. MIRRORS *** ✓

**13. DAMAGE** * (Scooters explain in Remarks)
- ☐ LIGHT ☐ MEDIUM ☐ HEAVY
- ☐ GLASS ☐ SCRATCH
- ☐ UPHOLSTERY

Mark damaged part with an X on the pictures.

RIGHT

LEFT

## DAILY VEHICLE EQUIPMENT INSPECTION CHECKLIST
### SECTION C

1. ☒ CLIP BOARD
2. ☒ 50' TAPE MEASURE
3. ☒ FIRST AID KIT
4. ☒ DISPOSABLE BLANKET
5. ☒ BROOM
6. ☒ 60 ROUNDS .38 CALIBER AMMO.
7. ☒ BATTERY BOOSTER CABLES
8. ☒ ATTACHE CASE
9. ☒ YELLOW CRAYON
10. ☒ VENTI BREATHER
11. ☒ ROPE
12. ☒ AXE
13. ☒ 12 GA. SHOTGUN & SHELLS
14. ☒ REQUIRED FORMS
15. ☒ FIRE EXTINGUISHER
16. ☒ SIGNAL FLARES
17. ☒ JACK & LUG WRENCH
18. ☒ TOW CRANE LIST
19. ☒ STREET GUIDE
20. ☐ SKID CHAINS (SET)
21. ☒ MEASURING WHEEL

### DAMAGE NOTIFICATION

| OFFICIAL NOTIFIED OF DAMAGE | DATE | TIME | COMPLAINT NUMBER (If a report is made) |
|---|---|---|---|
|  |  |  |  |

**REMARKS:** (1. Explain discrepancies noted in Sections B and C.; 2. For Court Appearances, list Defendant and Court.; 3. Explain any Special Details.)

Key turned in.

### TOUR OF DUTY ASSIGNMENT

| OFFICERS ASSIGNED | OFFICERS RELIEVING DURING TOUR OF DUTY | HOURS RELIEVED |
|---|---|---|
| 1. Richardson | 1. | FROM    TO |
| 2. Bowman | 2. | FROM    TO |

| REASON FOR BEING RELIEVED | REASON FOR BEING RELIEVED |
|---|---|
| 1. | 2. |

SIGNATURE OF REVIEWING OFFICIAL: Sgt. J.H. Kelly

DATE: 8-25-05    TIME:    PAGE 1 of 1 PAGES

# METROPOLITAN POLICE DEPARTMENT
## WASHINGTON, D.C.
### COMPLAINANT / SUSPECT STATEMENT

P.D. 119 Rev. 7/74

| Field | Value |
|---|---|
| 1. COMPLAINT NO. | |
| 2. NATURE OF INVESTIGATION | Use of Force |
| 3. UNIT FILE NO. | |
| 4. STATEMENT OF: (Last, First, Middle) | Bowman, Heath E. |
| 5. DOB | On file |
| 6. SEX | Male |
| 7. HOME ADDRESS | On file |
| 8. HOME PHONE | On file |
| 9. EMPLOYMENT (Occupation and Location) | Metropolitan Police Dept., WDC, 7th District |
| 10. BUSINESS PHONE | 202-698-1500 |
| 11. LOCATION STATEMENT TAKEN | 7th District |
| 12. NAME OF OFFICER TAKING STATEMENT | |
| 13. DATE/TIME STARTED | 01-25-06/2140 |

**14. STATEMENT**

On August 25, 2005, at approximately 1740 hours, while assigned to scout car 7061 and partnered with Officer Richardson, A. #409, we received a call to transport an adult male from CCB to Greater Southeast Community Hospital for treatment of an injury. Upon arrival CCB we were presented an adult male with swollen cheek, and a dried bloody white t-shirt on. This male was also wearing "flex-cuffs" around his ankles, we were told because CCB had deemed him a flight risk. An officer at CCB told us to be careful because this individual had refused to follow instructions at CCB, and had thrown a punch at an officer and received his injury while being subdued. We transported this individual to GSCH Emergency Room for treatment of his jaw injury. The prisoner stated that he had been injured when he got into it with the staff at CCB. We were directed to wait in the MPD room until a hospital employee told us what to do. We were then directed to "Fast-Track" to have the prisoner's vital signs checked. After this we went to X-Ray where midnight Officers relieved us while further treatment was being administered to the prisoner. 1/25/06

**15.** I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION.

SIGNATURE OF PERSON GIVING STATEMENT

**16. DATE / TIME ENDED** 01/25/06 2155

**17. PAGE** 1 **OF** 1 **PAGES**

**18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:** (Name and Signature)

**19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:** (Name and Signature)

# METROPOLITAN POLICE DEPARTMENT
## WASHINGTON, D.C.

### COMPLAINANT / SUSPECT STATEMENT

P.D. 119 Rev. 7/74

| Field | Value |
|---|---|
| 1. COMPLAINT NO. | |
| 2. NATURE OF INVESTIGATION | Use of Force |
| 3. UNIT FILE NO. | |
| 4. STATEMENT OF: (Last, First, Middle) | Richardson, Andrew Keith |
| 5. DOB | On file |
| 6. SEX | Male |
| 7. HOME ADDRESS | On file |
| 8. HOME PHONE | On file |
| 9. EMPLOYMENT (Occupation and Location) | Metropolitan Police Dept., WDC, 7th District |
| 10. BUSINESS PHONE | 202-698-1500 |
| 11. LOCATION STATEMENT TAKEN | 7th District |
| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature) | |
| 13. DATE/TIME STARTED | 01-25-06/2120 |

**14. STATEMENT**

On August 25, 2005, at approximately 1740 hours, while assigned to scout car 7061 and partnered with officer Bowman, H. #1162, I was given a call to transport an adult male from CCB to GSCH for treatment of an injured jaw.

Upon arrival CCB presented an adult male with swelling to his cheek, and a bloody white t-shirt on. This male was also wearing "flex-cuffs" around his ankles because CCB had deemed him a flight risk. An officer at CCB told us to be careful because this individual had refused to follow instructions at CCB, and had thrown a punch at an officer and received his injury while being subdued. We transported this individual to GSCH Emergeny Room for treatment of his jaw injury. We were directed to wait in the MPD room until a hospital employee told us what to do. We were then directed to "Fast-Track" to have the prisoners vital signs checked. After this we went to X-Ray where midnight Officers relieved us while further treatment was being administered to the prisoner.

END OF STATEMENT
AKR

**15.** I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. ("I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES. D.C. CODE SECTION 22-2514)

SIGNATURE OF PERSON GIVING STATEMENT

**16. DATE / TIME ENDED:** 1/25/06 / 2140

**17. PAGE** 1 **OF** 1 **PAGES**

**18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:** (Name and Signature)

**19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:** (Name and Signature)

Automated by Egray, TD, 497

# On Scene Force Assessment Form
☑ FIT Case  ☐ Tracking Case

CASE # __X-0-05-180__   CS# __05-1553__   CCN: _____

Day of the Week: __THURSDAY__   Date: __08-25-05__   Time: __1500__

Location of Incident: __300 INDIANA AVE. N.W. (C.C.B)__   Zip Code: _____

District/Occurrence: __1D__   ROC: __CENT.__   Notifying Official: __MR. R. HAMILTON__

**#1 OFFICER INFORMATION**: Name __HAWKINS, GEORGE__   Race: __B__   Sex: __M__
SSN: __[redacted]__   DOB: __[redacted]__   Age: __48__
Rank: __OFFICER__   DOA: __03-27-72__   Years of Service: __33__
Badge #: __3607__   Tour of Duty __1330-2200__   Uniformed: __YES__   On/Off Duty: __ON__
Assignment: __CELL BLOCK OFFICER__   Current Duty Status: __FULL__   Revoked: __NO__
Injuries: __NONE__   Reported to Clinic: __N/A__   Hospitalization: __N/A__
Impairment: __NONE__

**#2 OFFICER INFORMATION**: Name __THOMAS, DON__   Race: __B__   Sex: __M__
SSN: __[redacted]__   DOB: __[redacted]__   Age: __44__
Rank: __OFFICER__   DOA: __03-18-85__   Years of Service: __20__
Badge #: __1644__   Tour of Duty __1330-2200__   Uniformed: __YES__   On/Off Duty: __ON__
Assignment: __CELL BLOCK OFFICER__   Current Duty Status: __FULL__   Revoked: __NO__
Injuries: __NONE__   Reported to Clinic: __N/A__   Hospitalization: __N/A__
Impairment: __NONE__

**TYPE OF FORCE USED**: __PHYSICAL/FIST__   Strikes/Bursts: __1__
Reason for the Use of Force: _____   Impairment: _____

**COMPLAINANT/SUSPECT INFORMATION**: Name: __AUSTIN, NIGEL__
Race: __B__   Sex: __M__   Address: __1341 HOWARD RD. SE. #302__
DOB: __08-27-85__   Age: __20__   Injuries: __FRACTURED JAW__   Hospitalization: __YES__
Arrested: __YES__   Charges/Violations: __BENCH WARRANT__
Suspect Armed? __NO__   Weapon Type: __N/A__

ATTACHMENTS: ☐ Preliminary Report ☐ PD 251 ☐ PD 252 ☐ PD 253 ☒ PD 313 ☐ PD 163
☐ PD 119 (Involved Officer) ☐ PD 119 (Suspect) ☐ Other: _____
☐ PD 901e (UFIR) *Completed*   ☐ Member *Declined* UFIR until Letter of Declination is issued
☐ Reverse Garrity issued. Date/Time: _____ By: _____
USAO Notification: Date sent to USAO: _____ USAO Name: _____

FIT Investigator: __LANCE HARRISON__   Notified Manager: __M. LYONS__
Commanding Officer, FIT: _____   Date: _____
Director, Civil Rights & Force Investigations Division: _____   Date: _____

| REPORT ID: | | | DATE: |
|---|---|---|---|

## REPORTING PERSON

| OFFICER ☒ | SUBJECT ☐ | EYE WITNESS ☐ | THIRD PARTY ☐ |
|---|---|---|---|
| LAST: HAWKINS II | FIRST: George | MIDDLE: Rudolph | CAD# |
| ADDRESS: [redacted] | CITY: [redacted] | STATE: | ZIP: [redacted] |
| PHONE (H): [redacted] | EMPLOYMENT/SCHOOL: MPDC | | PHONE (W): 7274227 |
| DOB: [redacted] | SEX: M | RACE: B | HEIGHT: 6'0" | WEIGHT: 235 |
| PERSON NOTIFIED: | RANK: | CAD# | DATE/TIME NOTIFIED: |
| FIT NOTIFIED: | TIME NOTIFIED: | FIT INVESTIGATOR: | CAD# |

## EVENT INFORMATION

| CCN: | TOTAL # OF OFFICERS USING FORCE: 2 | TOTAL # OF SUBJECTS: 1 |
|---|---|---|
| REPORT TAKEN BY: George R HAWKINS II | CAD# 3899 | |
| REPORT TAKEN ON SCENE? YES ☒ NO ☐ | REPORT DATE: 8-25-05 | REPORT TIME: |
| OTHER JURISDICTION? YES ☐ NO ☒ | INCIDENT DATE: 8-25-05 | INCIDENT TIME: |
| INCIDENT LOCATION: | DISTRICT: 1 | PSA: |
| FIRST MEMBER ON SCENE: Thomas Don | CAD# | RADIO ASSIGNMENT? YES ☐ NO ☒ |
| WEATHER: N/A | GROUND: Dry | LIGHTING: Floresent |

### LOCATION TYPE (Check all that apply)

| ☐ Air/Bus/Train Terminal | ☐ Department/Discount Store | ☐ Lake/Waterway | ☐ Service Station |
|---|---|---|---|
| ☐ Alley | ☒ DC Government Building | ☐ Liquor Store | ☐ Sidewalk |
| ☐ Bank/Savings & Loan | ☐ Doctor Office/Hospital | ☐ Park Area | ☐ Specialty Store |
| ☐ Bus Stop | ☐ Drug Store | ☐ Parking Lot/Garage | ☐ Street/Highway/Road |
| ☐ Church/Synagogue/Temple | ☐ Federal/Government Building | ☐ Public Housing Project | ☐ Tavern/Nightclub |
| ☐ College/University | ☐ Fields/Woods | ☐ School | ☒ Other Cell Block |
| ☐ Commercial Office Building | ☐ Grocery/Supermarket | ☐ Rental Storage Facility | ☐ N/A |
| ☐ Construction Site | ☐ Hotel/Motel | ☐ Residence/Home | ☐ Unknown |
| ☐ Convenience Store | ☐ Jail/Prison | ☐ Restaurant | |

### DESIGNATED AREAS (Check all that apply)

| ☐ Victim's Vehicle | ☐ Suspect's Vehicle | ☐ Taxi-Cab | ☐ Bus |
|---|---|---|---|
| ☐ Train/Metro/Amtrak/Etc. | ☐ Hallway | ☐ Elevator | ☐ Stairwell |
| ☐ Basement/Laundry Room | ☐ Apartment/Condo Unit | ☐ Single-Family Dwelling | ☐ Hotel/Motel Room |
| ☐ College/University Dorm | ☐ Classroom | ☐ Office Room | ☐ Vacant Bldg./Room |
| ☐ Customer Area | ☐ Storage Area | ☐ In Public Housing | ☐ W/in 1 Block of Public Housing |
| ☐ Within 1000 Ft. of School | ☐ N/A | ☐ Unknown | ☒ Other CCB |

## REVIEW INFORMATION

| SUPERVISOR SIGNATURE: | CAD# | ELEMENT: | DATE: |
|---|---|---|---|
| FINDING: | RECOMMENDATION: | | |
| REASON: | | | |
| COMMANDER SIGNATURE: | CAD# | ELEMENT: | DATE: |
| FINDING: | RECOMMENDATION: | | |
| REASON: | | | |
| ROC SIGNATURE: | CAD# | ELEMENT: | DATE: |
| FINDING: | RECOMMENDATION: | | |
| REASON: | | | |
| CASE STATUS: OPEN ☒  CLOSED ☐ | REASON: | | |

| REPORT ID: | | 8/30/2005 | DATE: |
|---|---|---|---|

### REPORTING PERSON

| OFFICER ☑ | SUBJECT ☐ | EYE WITNESS ☐ | THIRD PARTY ☐ | |
|---|---|---|---|---|
| LAST: THOMAS | FIRST: Don | MIDDLE: E | | CAD# 3906 |
| ADDRESS: ▓ | CITY: ▓ | | STATE: ▓ | ZIP: ▓ |
| PHONE (H): ▓ | EMPLOYMENT/SCHOOL: CCB | | | PHONE (W): 727-4222 |
| DOB: ▓ | SEX: M | RACE: B | HEIGHT: 5'10" | WEIGHT: 175 |
| PERSON NOTIFIED: Hawkins | RANK: A/Sgt | CAD# | DATE/TIME NOTIFIED: 8/25/2005 1400-1700 | |
| FIT NOTIFIED: | TIME NOTIFIED: | FIT INVESTIGATOR: Harrison | CAD# | |

### EVENT INFORMATION

| CCN: 117488 | TOTAL # OF OFFICERS USING FORCE: 3 | TOTAL # OF SUBJECTS: 01 |
|---|---|---|
| REPORT TAKEN BY: Thomas, Don  E. | CAD# 3906 | |
| REPORT TAKEN ON SCENE? YES ☐ NO ☑ | REPORT DATE: 8/30/2005 | REPORT TIME: 1540 HRS. |
| OTHER JURISDICTION? YES ☐ NO ☑ | INCIDENT DATE: 8/25/2005 | INCIDENT TIME: 1400-1700 HRS. |
| INCIDENT LOCATION: 300 Indiana Ave. NW (CCB) | DISTRICT: 1D | PSA: |
| FIRST MEMBER ON SCENE: | CAD# | RADIO ASSIGNMENT? YES ☐ NO ☑ |
| WEATHER: | GROUND: | LIGHTING: |

### LOCATION TYPE (Check all that apply)

| | | | |
|---|---|---|---|
| ☐ Air/Bus/Train Terminal | ☐ Department/Discount Store | ☐ Lake/Waterway | ☐ Service Station |
| ☐ Alley | ☑ DC Government Building | ☐ Liquor Store | ☐ Sidewalk |
| ☐ Bank/Savings & Loan | ☐ Doctor Office/Hospital | ☐ Park Area | ☐ Specialty Store |
| ☐ Bus Stop | ☐ Drug Store | ☐ Parking Lot/Garage | ☐ Street/Highway/Road |
| ☐ Church/Synagogue/Temple | ☐ Federal/Government Building | ☐ Public Housing Project | ☐ Tavern/Nightclub |
| ☐ College/University | ☐ Fields/Woods | ☐ School | ☐ Other |
| ☐ Commercial Office Building | ☐ Grocery/Supermarket | ☐ Rental Storage Facility | ☐ N/A |
| ☐ Construction Site | ☐ Hotel/Motel | ☐ Residence/Home | ☐ Unknown |
| ☐ Convenience Store | ☐ Jail/Prison | ☐ Restaurant | |

### DESIGNATED AREAS (Check all that apply)

| | | | |
|---|---|---|---|
| ☐ Victim's Vehicle | ☐ Suspect's Vehicle | ☐ Taxi-Cab | ☐ Bus |
| ☐ Train/Metro/Amtrak/Etc. | ☐ Hallway | ☐ Elevator | ☐ Stairwell |
| ☐ Basement/Laundry Room | ☐ Apartment/Condo Unit | ☐ Single-Family Dwelling | ☐ Hotel/Motel Room |
| ☐ College/University Dorm | ☐ Classroom | ☑ Office Room | ☐ Vacant Bldg./Room |
| ☐ Customer Area | ☐ Storage Area | ☐ In Public Housing | ☐ W/In 1 Block of Public Housing |
| ☐ Within 1000 Ft. of School | ☐ N/A | ☐ Unknown | ☐ Other |

### REVIEW INFORMATION

| SUPERVISOR SIGNATURE: | CAD# | ELEMENT: | DATE: |
|---|---|---|---|
| FINDING: | RECOMMENDATION: | | |
| REASON: | | | |
| COMMANDER SIGNATURE: | CAD# | ELEMENT: | DATE: |
| FINDING: | RECOMMENDATION: | | |
| REASON: | | | |
| ROC SIGNATURE: | CAD# | ELEMENT: | DATE: |
| FINDING: | RECOMMENDATION: | | |
| REASON: | | | |
| CASE STATUS: OPEN ☐    CLOSED ☐    REASON: | | | |

## OFFICER INFORMATION

| Field | Value |
|---|---|
| NUMBER OF OFFICERS USING FORCE: | 2 |
| CS#: | |
| LAST: | HAWKINS II |
| FIRST: | George |
| MIDDLE: | Rudolph |
| CAD#: | 3877 |
| RANK: | Officer |
| ELEMENT: | Cell Block |
| ASSIGNMENT: | |
| PSA: | |
| SUPERVISOR: | |
| CAD#: | |
| DISTRICT: | |
| DATE NOTIFIED: | |
| DOB: | |
| SEX: | |
| RACE: | |
| HEIGHT: | |
| WEIGHT: | |
| APPOINTMENT DATE: | 3-27-72 |
| DUTY STATUS: | ON ☒ OFF ☐ |
| UNIFORM: | FULL ☒ PARTIAL ☐ PLAIN CLOTHES ☐ |
| OFFICER INJURED? | YES ☐ NO ☒ |

### DESCRIPTION OF OFFICER INJURIES (Check all that apply)

| OBSERVATIONS | COMPLAINTS |
|---|---|
| ☐ ABRASION | ☐ BURNING |
| ☐ BRUISING | ☐ COMPLAINT OF PAIN, NO VISIBLE PAIN |
| ☐ LACERATION | ☐ DIFFICULT BREATHING |
| ☐ STAB WOUND | ☐ NUMBNESS |
| ☐ UNCONSCIOUS | ☒ NONE |
| ☒ NONE | |

PHOTOS TAKEN: YES ☐ NO ☐

## OFFICER INFORMATION

NUMBER OF OFFICERS USING FORCE: 2
LAST: HAWKINS II    FIRST: George    MIDDLE: Rudolph

### TYPE OF FORCE USED

| | | | |
|---|---|---|---|
| ☒ HANDS | ☐ ASP-CONTROL | **FIREARM** | |
| ☐ FEET-KICK | ☐ ASP-STRIKE | ☐ POINTED AT | ☐ DISCHARGED |
| ☐ FIRM GRIP | ☐ STUNGUN (ERT) | # OF SHOTS FIRED: | |
| ☐ CONTROL HOLDS | ☐ TASERS (ERT) | **FIREARM TYPE** | |
| ☐ JOINT LOCKS | ☐ BEANBAGS (ERT) | ☐ HANDGUN | ☐ SHOTGUN |
| ☐ PRESSURE POINTS | ☐ STUNBAGS (ERT) | ☐ RIFLE (ERT) | ☐ AUTOMATIC WEAPON (ERT) |
| ☒ FIST | ☐ FLASHBANGS (ERT) | **OTHER** | |
| ☐ TAKEDOWN – SOLO | ☐ STINGBALL | ☐ MOUNTAIN BIKE SLIDE STRIKE/TAKEDOWN (CERTIFIED) | |
| ☐ TAKEDOWN – TEAM | ☐ CS CHEMICAL AGENT | ☐ CANINE | |
| ☐ OC AEROSOL | ☐ BATON-CONTROL (CDU) | ☒ OTHER FORCE USED: Place RT hand behind and cuff same. | |
| | ☐ BATON-STRIKE (CDU) | | |

WAS FIRST AID RENDERED?   YES ☒   NO ☐   PD 313
NON-ISSUED WEAPON USED:
QUALIFIED IN WEAPON USE:
DATE CERTIFIED:

## SUBJECT INFORMATION

- # of SUBJECTS: 1
- LAST: AUSTIN    FIRST: Nigel    MIDDLE: NMN    SSN: 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
- ADDRESS: 1341 Howard Rd SE    CITY: Wash DC    STATE:    ZIP:
- PHONE (H): UNK    EMPLOYMENT/SCHOOL: UNK    CERTIFIED:
- DOB: 03-77-85    SEX: M    RACE: B    HEIGHT: 6'1"    WEIGHT: 180

## SUBJECT ACTION

- [x] COMPLIANT
- [ ] RESISTANT (PASSIVE)
- [x] RESISTANT (ACTIVE)
- [ ] ASSAULTIVE (PHYSICAL INJURY)
- [ ] ASSAULTIVE (SERIOUS PHYSICAL INJURY / DEATH)

## SUBJECT ACTIVITY

| | | | |
|---|---|---|---|
| [ ] ASSAULT ON POLICE | [ ] DISORDERLY CONDUCT | [ ] HOSTAGE | [ ] DANGEROUS ANIMAL |
| [ ] ATTEMPT ARREST | [ ] DEMONSTRATION | [ ] LANDLORD/TENANT DISPUTE | [ ] ROBBERY |
| [ ] ADW | [ ] DEFENDING AND ASSAULT | [ ] SUICIDE ATTEMPT | [ ] BURGLARY |
| [ ] ALCOHOL | [ ] DOMESTIC VIOLENCE | [ ] TRANSPORTING | [ ] FOOT PURSUIT |
| [ ] BARRICADE | [ ] DRUGS | [ ] TRAFFIC STOP | [ ] VEHICLE PURSUIT |
| [ ] CROWD CONTROL | [ ] DUI | [ ] SUSPICIOUS SITUATION | [x] OTHER Resist Handcuffing |

## WEAPON INFORMATION

- WEAPON? Yes [ ] No [x]    FIREARM TYPE:    BLUNT WEAPON TYPE:
- EDGED WEAPON TYPE:    OTHER WEAPON TYPE:
- DISCHARGED? Yes [ ] No [ ]    # SHOTS FIRED:    WEAPON DESCRIPTION:
- WEAPON RECOVERED? Yes [ ] No [ ]    RECOVERY LOCATION:
- SUBJECT INTERVIEWED? Yes [ ] No [x]    INTERVIEW DATE:    TIME:
- SUBJECT INJURED? Yes [x] No [ ]    RECORDED? Yes [ ] No [ ]
- IMPAIRMENT:
- DESCRIBE INJURIES: Broken Jaw
- HOSPITAL TREATMENT RECEIVED: YES [x] NO [ ]    DATE TAKEN:    TIME:
- HOSPITAL:    HOSPITAL STATUS:
- TAKEN BY AMBULANCE? YES [ ] NO [x]    AMBULANCE#:    MEDIC#:
- ESCORT PROVIDED? YES [x] NO [ ]    PHYSICIAN NAME:
- PHOTOS TAKEN? YES [ ] NO [x]    [ ] ADMITTED    [ ] RELEASED    [ ] N/A
- ARREST DATE: 8-25-05    TIME: 10:00    PDID: 551744    CHARGES: ADW Weapon (Other)
- CHARGES:

## OFFICERS AT SCENE

- # OFFICERS AT SCENE: 3    NON-MPD AGENCIES: 1 Tech Lewis
- COMMANDING OFFICIAL: LT Cheryl Parish    CAD#:    DISTRICT ASSIGNMENT: Cell Block
- LAST:    FIRST:    MIDDLE:
- RANK:    CAD#:    DISTRICT:    PSA:    DUTY STATUS: ON [ ] OFF [ ]
- PD119? YES [ ] NO [x]    INTERVIEW DATE: 8-28-05    TIME: 1940    RECORDED INTERVIEW? YES [x] NO [ ]
- TECHNICIAN NAME: Lewis Lynn    CAD# 8357 CIV

## OFFICER INFORMATION

NUMBER OF OFFICERS USING FORCE: 03   CS#:

LAST: THOMAS,   FIRST: DON   MIDDLE: E.

#3906   RANK: OFC.   ELEMENT: CCB   ASSIGNMENT: CCB   PSA:

SUPERVISOR: A/SGT. G. HAWKINS   CAD#   DISTRICT: CCB   DATE NOTIFIED:

DOB: 01/15/61   SEX: M   RACE: B   HEIGHT: 5'10"   WEIGHT: 175

APPOINTMENT DATE: 3/18/85   DUTY STATUS: ON [✓] OFF [ ]

UNIFORM: FULL [✓]   PARTIAL [ ]   PLAIN CLOTHES [ ]   OFFICER INJURED: YES [ ] NO [✓]

### DESCRIPTION OF OFFICER INJURIES (Check all that apply)

**OBSERVATIONS**
- ABRASION
- BRUISING
- LACERATION
- STAB WOUND
- UNCONSCIOUS
- NONE ✓

**COMPLAINTS**
- [ ] BURNING
- [ ] COMPLAINT OF PAIN, NO VISIBLE PAIN
- [ ] DIFFICULT BREATHING
- [ ] NUMBNESS
- [✓] NONE

PHOTOS TAKEN: YES [ ] NO [ ]

## OFFICER INFORMATION

NUMBER OF OFFICERS USING FORCE: 03

LAST: THOMAS   FIRST: DON   MIDDLE: E.

### TYPE OF FORCE USED

- [ ] HANDS
- [ ] FEET-KICK
- [ ] FIRM GRIP
- [ ] CONTROL HOLDS
- [ ] JOINT LOCKS
- [ ] PRESSURE POINTS
- [✓] FIST
- [ ] TAKEDOWN – SOLO
- [ ] TAKEDOWN – TEAM
- [ ] OC AEROSOL

- [ ] ASP-CONTROL
- [ ] ASP-STRIKE
- [ ] STUNGUN (ERT)
- [ ] TASERS (ERT)
- [ ] BEANBAGS (ERT)
- [ ] STUNBAGS (ERT)
- [ ] FLASHBANGS (ERT)
- [ ] STINGBALL
- [ ] CS CHEMICAL AGENT
- [ ] BATON-CONTROL (CDU)
- [ ] BATON-STRIKE (CDU)

FIREARM
- [ ] POINTED AT   [ ] DISCHARGED
- # OF SHOTS FIRED:
- [ ] HANDGUN
- [ ] RIFLE (ERT)

FIREARM TYPE
- [ ] SHOTGUN
- [ ] AUTOMATIC WEAPON (ERT)

OTHER
- [ ] MOUNTAIN BIKE SLIDE STRIKE/TAKEDOWN (CERTIFIED)
- [ ] CANINE
- [ ] OTHER FORCE USED:

WAS FIRST AID RENDERED? YES [✓] NO [ ]

NON-ISSUED WEAPON USED:

QUALIFIED IN WEAPON USE:

DATE CERTIFIED:

## SUBJECT INFORMATION

| # of SUBJECTS: | 01 | | | | |
|---|---|---|---|---|---|
| LAST: AUSTIN | | FIRST: Nigel | MIDDLE: | | SSN: 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 |
| ADDRESS: 1341 Howard Rd. SE 3rd | | CITY: Wash | | STATE: DC | ZIP: |
| PHONE (H): | EMPLOYMENT/SCHOOL: | | | CERTIFIED: | |
| DOB: 8/27/85 | SEX: M | RACE: B | HEIGHT: 6'1" | | WEIGHT: 180 |

## SUBJECT ACTION

- [x] COMPLIANT
- [ ] RESISTANT (PASSIVE)
- [x] RESISTANT (ACTIVE)
- [ ] ASSAULTIVE (PHYSICAL INJURY)
- [ ] ASSAULTIVE (SERIOUS PHYSICAL INJURY / DEATH)

## SUBJECT ACTIVITY

- [x] ASSAULT ON POLICE
- [ ] ATTEMPT ARREST
- [ ] ADW
- [ ] ALCOHOL
- [ ] BARRICADE
- [ ] CROWD CONTROL
- [ ] DISORDERLY CONDUCT
- [ ] DEMONSTRATION
- [ ] DEFENDING AND ASSAULT
- [ ] DOMESTIC VIOLENCE
- [ ] DRUGS
- [ ] DUI
- [ ] HOSTAGE
- [ ] LANDLORD/TENANT DISPUTE
- [ ] SUICIDE ATTEMPT
- [ ] TRANSPORTING
- [ ] TRAFFIC STOP
- [ ] SUSPICIOUS SITUATION
- [ ] DANGEROUS ANIMAL
- [ ] ROBBERY
- [ ] BURGLARY
- [ ] FOOT PURSUIT
- [ ] VEHICLE PURSUIT
- [ ] OTHER

## WEAPON INFORMATION

| WEAPON? Yes ☐ No ☑ | FIREARM TYPE: | | BLUNT WEAPON TYPE: | |
|---|---|---|---|---|
| EDGED WEAPON TYPE: | | OTHER WEAPON TYPE: | | |
| DISCHARGED? Yes ☐ No ☐ | # SHOTS FIRED: | WEAPON DESCRIPTION: | | |
| WEAPON RECOVERED? | Yes ☐ No ☐ | RECOVERY LOCATION: | | |
| SUBJECT INTERVIEWED? | Yes ☐ No ☐ | INTERVIEW DATE: | | TIME: |
| SUBJECT INJURED? | Yes ☐ No ☐ | RECORDED? Yes ☐ No ☐ | | |
| IMPAIRMENT: | | | | |
| DESCRIBE INJURIES: Jaw | | | | |
| HOSPITAL TREATMENT RECEIVED: | YES ☑ NO ☐ | DATE TAKEN: 8/25/2005 | TIME: | |
| HOSPITAL: DC General Hospital | | HOSPITAL STATUS: | | |
| TAKEN BY AMBULANCE? | YES ☐ NO ☑ | AMBULANCE#: | MEDIC#: | |
| ESCORT PROVIDED? | YES ☐ NO ☐ | PHYSICIAN NAME: | | |
| PHOTOS TAKEN? | YES ☐ NO ☐ | ☑ ADMITTED | ☐ RELEASED | ☐ N/A |
| ARREST DATE: 8/25/05 | TIME: | PDID: 551744 | CHARGES: ADW | |
| CHARGES: | | | | |

## OFFICERS AT SCENE

| # OFFICERS AT SCENE: | NON-MPD AGENCIES: | | | |
|---|---|---|---|---|
| COMMANDING OFFICIAL: | | CAD# 3897 | DISTRICT ASSIGNMENT: | |
| LAST: Hawkins | FIRST: Guest | | MIDDLE: | |
| RANK: A/SGT | CAD# | DISTRICT: | PSA: | DUTY STATUS: | ON ☑ OFF ☐ |
| PD119? YES ☑ NO ☐ | INTERVIEW DATE: 8/30/2005 | TIME: 1400 | RECORDED INTERVIEW? YES ☐ NO ☑ | |
| TECHNICIAN NAME: | | | CAD# | |

## OFFICER INFORMATION

| | | | |
|---|---|---|---|
| NUMBER OF OFFICERS USING FORCE: 03 | CS#: | | |
| LAST: Thomas, | FIRST: Don | MIDDLE: E. | |
| CAD# 3906 | RANK: OFC. | ELEMENT: CCB | ASSIGNMENT: CCB | PSA: |
| SUPERVISOR: f/Sgt. G. Hawkins | CAD# | DISTRICT: CCB | DATE NOTIFIED: |
| DOB: 01/15/61 | SEX: M | RACE: B | HEIGHT: 5'10" | WEIGHT: 175 |
| APPOINTMENT DATE: 3/18/85 | DUTY STATUS: ON ☑ OFF ☐ | | |
| UNIFORM: FULL ☑ PARTIAL ☐ PLAIN CLOTHES ☐ | OFFICER INJURED: YES ☐ NO ☑ | | |

### DESCRIPTION OF OFFICER INJURIES (Check all that apply)

| OBSERVATIONS | COMPLAINTS |
|---|---|
| ☐ ABRASION | ☐ BURNING |
| ☐ BRUISING | ☐ COMPLAINT OF PAIN, NO VISIBLE PAIN |
| ☐ LACERATION | ☐ DIFFICULT BREATHING |
| ☐ STAB WOUND | ☐ NUMBNESS |
| ☐ UNCONSCIOUS | ☑ NONE |
| ☑ NONE | |

PHOTOS TAKEN:   YES ☐   NO ☐

## OFFICER INFORMATION

NUMBER OF OFFICERS USING FORCE: 03
LAST: Thomas   FIRST: Don   MIDDLE: E.

### TYPE OF FORCE USED

| | | | FIREARM | |
|---|---|---|---|---|
| ☑ HANDS | ☐ ASP-CONTROL | ☐ POINTED AT | ☐ DISCHARGED | |
| ☐ FEET-KICK | ☐ ASP-STRIKE | # OF SHOTS FIRED: | | |
| ☐ FIRM GRIP | ☐ STUNGUN (ERT) | | FIREARM TYPE | |
| ☐ CONTROL HOLDS | ☐ TASERS (ERT) | | | |
| ☐ JOINT LOCKS | ☐ BEANBAGS (ERT) | ☐ HANDGUN | ☐ SHOTGUN | |
| ☐ PRESSURE POINTS | ☐ STUNBAGS (ERT) | ☐ RIFLE (ERT) | ☐ AUTOMATIC WEAPON (ERT) | |
| ☑ FIST | ☐ FLASHBANGS (ERT) | | OTHER | |
| ☐ TAKEDOWN – SOLO | ☐ STINGBALL | ☐ MOUNTAIN BIKE SLIDE STRIKE/TAKEDOWN (CERTIFIED) | | |
| ☐ TAKEDOWN – TEAM | ☐ CS CHEMICAL AGENT | ☐ CANINE | | |
| ☐ OC AEROSOL | ☐ BATON-CONTROL (CDU) | ☐ OTHER FORCE USED: | | |
| | ☐ BATON-STRIKE (CDU) | | | |

WAS FIRST AID RENDERED?   YES ☑   NO ☐
NON-ISSUED WEAPON USED:
QUALIFIED IN WEAPON USE:
DATE CERTIFIED:

## SUBJECT INFORMATION

| # of SUBJECTS: 1 | | | |
|---|---|---|---|
| LAST: AUSTIN | FIRST: Nigel | MIDDLE: NMN | SSN: 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 |
| ADDRESS: 1341 Howard Rd SE | CITY: Wash DC | STATE: | ZIP: |
| PHONE (H): UNK | EMPLOYMENT/SCHOOL: UNK | | CERTIFIED: |
| DOB: 08-27-85 | SEX: M | RACE: B | HEIGHT: 6'1"  WEIGHT: 180 |

## SUBJECT ACTION

| | |
|---|---|
| ☒ COMPLIANT | ☐ ASSAULTIVE (PHYSICAL INJURY) |
| ☐ RESISTANT (PASSIVE) | ☐ ASSAULTIVE (SERIOUS PHYSICAL INJURY / DEATH) |
| ☒ RESISTANT (ACTIVE) | |

## SUBJECT ACTIVITY

| | | | |
|---|---|---|---|
| ☐ ASSAULT ON POLICE | ☐ DISORDERLY CONDUCT | ☐ HOSTAGE | ☐ DANGEROUS ANIMAL |
| ☐ ATTEMPT ARREST | ☐ DEMONSTRATION | ☐ LANDLORD/TENANT DISPUTE | ☐ ROBBERY |
| ☐ ADW | ☐ DEFENDING AND ASSAULT | ☐ SUICIDE ATTEMPT | ☐ BURGLARY |
| ☐ ALCOHOL | ☐ DOMESTIC VIOLENCE | ☐ TRANSPORTING | ☐ FOOT PURSUIT |
| ☐ BARRICADE | ☐ DRUGS | ☐ TRAFFIC STOP | ☐ VEHICLE PURSUIT |
| ☐ CROWD CONTROL | ☐ DUI | ☐ SUSPICIOUS SITUATION | ☒ OTHER Resist Hand Cuffing |

## WEAPON INFORMATION

| WEAPON? Yes ☐ No ☒ | FIREARM TYPE: | BLUNT WEAPON TYPE: | |
|---|---|---|---|
| EDGED WEAPON TYPE: | | OTHER WEAPON TYPE: | |
| DISCHARGED? Yes ☐ No ☐ | # SHOTS FIRED: | WEAPON DESCRIPTION: | |
| WEAPON RECOVERED? | Yes ☐ No ☐ | RECOVERY LOCATION: | |
| SUBJECT INTERVIEWED? | Yes ☐ No ☒ | INTERVIEW DATE: | TIME: |
| SUBJECT INJURED? | Yes ☒ No ☐ | RECORDED? Yes ☐ No ☐ | |
| IMPAIRMENT: | | | |
| DESCRIBE INJURIES: Broken Jaw | | | |
| HOSPITAL TREATMENT RECEIVED: | YES ☒ NO ☐ | DATE TAKEN: | TIME: |
| HOSPITAL: | | HOSPITAL STATUS: | |
| TAKEN BY AMBULANCE? | YES ☐ NO ☒ | AMBULANCE# | MEDIC# |
| ESCORT PROVIDED? | YES ☒ NO ☐ | PHYSICIAN NAME: | |
| PHOTOS TAKEN? | YES ☐ NO ☒ | ☐ ADMITTED | ☐ RELEASED  ☐ N/A |
| ARREST DATE: 8-25-05 | TIME: 10:00 | PDID: 551744 | CHARGES: ADW Weapon (Other) |
| CHARGES: | | | |

## OFFICERS AT SCENE

| # OFFICERS AT SCENE: 3 | NON-MPD AGENCIES: 1 Tech Lewis | | |
|---|---|---|---|
| COMMANDING OFFICIAL: LT Cheryl Parish | | CAD# | DISTRICT ASSIGNMENT Cell Block |
| LAST: | FIRST: | | MIDDLE: |
| RANK: | CAD# | DISTRICT: PSA: | DUTY STATUS: ON ☐ OFF ☐ |
| PD119? YES ☐ NO ☒ | INTERVIEW DATE: 8-28-05 | TIME: 1440 | RECORDED INTERVIEW? YES ☒ NO ☐ |
| TECHNICIAN NAME: Lewis Lynn | | | CAD# 8359 CIV |

## WITNESS INFORMATION

# WITNESSES: 03
LAST: Crowder   FIRST: Rhonda   MIDDLE: A.
ADDRESS: 300 Indiana Ave. NW   CITY: Wash.   STATE: D.C.   ZIP: 20001
PHONE (H):   EMPLOYMENT/SCHOOL: Metropol. Police Dept.
DOB:   SEX: F   RACE: B   LOCAL CANVASS? YES ☐ NO ☑
PD 119? YES ☑ NO ☐   INTERVIEW DATE: 8/28/2005   TIME:   RECORDED INTERVIEW? YES ☐ NO ☐

## PROPERTY INFORMATION

# OF PROPERTIES:   PROPERTY DAMAGED FROM USE OF FORCE? YES ☐ NO ☑   ESTIMATED VALUE: $
PROPERTY#:
PROPERTY TYPE:   DESCRIPTION:

## NARRATIVE

On 8/25/2005 while the 1300-2130 hrs. of tour of duty. I escorted Nigel Austin to the processing side of the central cell block. Austin was placed inside of the attorny-prisoner room. Mr. Austin attempted to leave the room without permission. Ofc. Crowder asked Mr. Austin step back into the room. Mr. Austin refused and started to leave the room without permission. I Ofc. Thomas attempted to stop Mr. Austin from leave by grabbing his arm. Mr. Then attempted to strike me. I moved slightly and to protect myself I swung back striking Mr. Austin in the face. We both fell to the floor. Mr. Austin was subdued by Ofc. Crowder, Ofc. Hawkin, C.W. Lewis and myself. He was handcuffed and placed into a cell. Mr Austin complain of injuries and was sent to the hospital for his injuries.

GRHA Rm 5# CCB

| REPORT ID: | | | DATE: 8·25·05 | |
|---|---|---|---|---|
| CS# | | CCN# | PDID# 551·747 | |
| BODY DIAGRAM IS: | ☐ OFFICER | | OFFICER# | N/A CAD# |
| | ☒ SUBJECT | | SUBJECT# | |
| LAST: Austin | FIRST: Nigel | | MIDDLE: NMN | |

| OBSERVATIONS | COMPLAINTS |
|---|---|
| ☐ ABRASIONS | ☐ BURNING |
| ☐ BRUISING | ☒ COMPLAINT OF PAIN, NO VISIBLE PAIN |
| ☐ GUN SHOT WOUND | ☐ DIFFICULTY BREATHING |
| ☐ LACERATION(s) | ☐ NUMBNESS |
| ☐ STAB WOUND | ☐ NONE |
| ☐ UNCONSCIOUS | |
| ☒ NONE | |

| HOSPITAL TREATMENT RECEIVED: | YES ☐ NO ☐ | DATE TAKEN: 08·25·05 | TIME: | |
|---|---|---|---|---|
| HOSPITAL: | | HOSPITAL STATUS: admitted | | |
| TAKEN BY AMBULANCE? | YES ☐ NO ☐ | AMBULANCE# | MEDIC# | |
| ESCORT PROVIDED? | YES ☒ NO ☐ | PHYSICIAN NAME: | | |
| PHOTOS TAKEN? | YES ☐ NO ☒ | ☒ ADMITTED | ☐ RELEASED | ☐ N/A |

/01/2005 THU 19:14 FAX 2027274160

| | |
|---|---|
| | DATE: 9-1-2005 |
| REPORT ID: | |

### REPORTING PERSON

| OFFICER ☑ | SUBJECT ☐ | EYE-WITNESS ☐ | THIRD PARTY ☐ | CAD# |
|---|---|---|---|---|
| LAST: CROWDER | FIRST: RHONDA | MIDDLE: ANNETTE | STATE: | ZIP: |
| ADDRESS: 300 INDIANA AVE | CITY: WASH., DC | | PHONE (W): 727-4224 | |
| PHONE (H): | EMPLOYMENT/SCHOOL: | HEIGHT: 5'6" | WEIGHT: 220 | |
| DOB: 8-8-1960 | SEX: F | RACE: B | | |
| PERSON NOTIFIED: | RANK: OFC. | CAD# 5278 | DATE/TIME NOTIFIED: | CAD# |
| FIT NOTIFIED: | TIME NOTIFIED: | FIT INVESTIGATOR: | | |

### EVENT INFORMATION

| CCN: 117488 | TOTAL # OF OFFICERS USING FORCE: 1 | TOTAL # OF SUBJECTS: 1 |
|---|---|---|
| REPORT TAKEN BY: | CAD# | |
| REPORT TAKEN ON SCENE? YES ☐ NO ☐ | REPORT DATE: | REPORT TIME: |
| OTHER JURISDICTION? YES ☐ NO ☑ | INCIDENT DATE: 8-25-05 | INCIDENT TIME: |
| INCIDENT LOCATION: (PROCESSING ROOM) CCB | DISTRICT: | PSA: |
| FIRST MEMBER ON SCENE: | CAD# | RADIO ASSIGNMENT? YES ☐ NO ☑ |
| WEATHER: | GROUND: | LIGHTING: |

### LOCATION TYPE (Check all that apply)

| | | | |
|---|---|---|---|
| ☐ Air/Bus/Train Terminal | ☐ Department/Discount Store | ☐ Lake/Waterway | ☐ Service Station |
| ☐ Alley | ☑ DC Government Building | ☐ Liquor Store | ☐ Sidewalk |
| ☐ Bank/Savings & Loan | ☐ Doctor Office/Hospital | ☐ Park Area | ☐ Specialty Store |
| ☐ Bus Stop | ☐ Drug Store | ☐ Parking Lot/Garage | ☐ Street/Highway/Road |
| ☐ Church/Synagogue/Temple | ☐ Federal/Government Building | ☐ Public Housing Project | ☐ Tavern/Nightclub |
| ☐ College/University | ☐ Fields/Woods | ☐ School | ☐ Other |
| ☐ Commercial Office Building | ☐ Grocery/Supermarket | ☐ Rental Storage Facility | ☐ N/A |
| ☐ Construction Site | ☐ Hotel/Motel | ☐ Residence/Home | ☐ Unknown |
| ☐ Convenience Store | ☐ Jail/Prison | ☐ Restaurant | |

### DESIGNATED AREAS (Check all that apply)

| | | | |
|---|---|---|---|
| ☐ Victim's Vehicle | ☐ Suspect's Vehicle | ☐ Taxi-Cab | ☐ Bus |
| ☐ Train/Metro/Amtrak/Etc. | ☐ Hallway | ☐ Elevator | ☐ Stairwell |
| ☐ Basement/Laundry Room | ☐ Apartment/Condo Unit | ☐ Single-Family Dwelling | ☐ Hotel/Motel Room |
| ☐ College/University Dorm | ☐ Classroom | ☐ Office Room | ☐ Vacant Bldg./Room |
| ☐ Customer Area | ☐ Storage Area | ☐ In Public Housing | ☐ W/in 1 Block of Public Housing |
| ☐ Within 1000 Ft. of School | ☐ N/A | ☐ Unknown | ☑ Other |

### REVIEW INFORMATION

| SUPERVISOR SIGNATURE: | CAD# | ELEMENT: | DATE: |
|---|---|---|---|
| | RECOMMENDATION: | | |
| FINDING: | | | |
| REASON: | | | |
| COMMANDER SIGNATURE: | CAD# | ELEMENT: | DATE: |
| | RECOMMENDATION: | | |
| FINDING: | | | |
| REASON: | | | |
| ROC SIGNATURE: | CAD# | ELEMENT: | DATE: |
| | RECOMMENDATION: | | |
| FINDING: | | | |
| REASON: | | | |
| CASE STATUS: OPEN ☐ | CLOSED ☐ | REASON: | |