# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NIGEL AUSTIN | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE No. 1:05-CV-02219 (JDB) |
| | : | |
| THE DISTRICT OF COLUMBIA, et al. | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF FILING

Please accept for filing the corrected Defendant Don Thomas's Memorandum Pursuant to

The Court's Order of November 6, 2006, attached hereto. The original document filed with the

Court [Document 26], contains formatting errors that occurred in its conversion to PDF format.


Respectfully submitted,


  _/s/ James C. Mehigan_____
James W. Pressler, Jr. #221051
James C. Mehigan #480691

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005
(202) 822-8384

*Attorneys for Defendant Thomas*

1