Peter C. Grenier

| | |
|---|---|
| **From:** | Peter C. Grenier [pgrenier@bode.com] |
| **Sent:** | Tuesday, November 07, 2006 4:00 PM |
| **To:** | 'steve.anderson@dc.gov' |
| **Cc:** | 'Jeremy S. Tishler'; 'pgrenier@bode.com' |
| **Subject:** | Nigel Austin v. D.C. |

Steve:

    This will confirm our telephone conversation today, wherein you indicated that the District is withdrawing its request that the Austin case be stayed. You also indicated Mr. Mehigan's consent to same. I understand that you will file the appropriate notification with the Court prior to noon tomorrow. It occurs to us that this decision by your office may not fully dispose of the briefing issues; specifically with respect to the waiver issue. If I have misstated anything, please contact me immediately.

Peter C. Grenier, Esquire
**BODE & GRENIER, LLP**
**1150 Connecticut Avenue, N.W.**
**Ninth Floor**
**Washington, D.C. 20036-4192**
**Direct Dial:**   (202) 862-4311
**General No.:**  (202) 828-4100
**Facsimile:**   (202) 828-4130
**E-mail:**   pgrenier@bode.com

This message is intended for the sole use of the addressee, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the addressee you are hereby notified that you may not use, copy, disclose, or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete this message.

11/8/2006

Exhibit A