UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NIGEL AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-2219 (JDB) |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of [24] defendant District of Columbia's notice announcing the withdrawal of its request for a stay, [25] plaintiff's memorandum (which includes a request for an expedited discovery schedule), [27] the corrected memorandum submitted by defendant Don Thomas, [28] plaintiff's supplemental memorandum, and the entire record herein, it is hereby

**ORDERED** that the stay of discovery entered on September 28, 2006, is lifted; it is further

**ORDERED** that the scheduling order previously entered is modified as follows:

1. All discovery shall be completed by not later than February 7, 2007, and defendant Don Thomas may not be deposed until on or after February 1, 2007;

2. Defendant District of Columbia's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due by not later than December 11, 2006;

1

3.   Summary judgment motions are due by not later than March 9, 2007, with oppositions due by not later than March 26, 2007, and replies, if any, due by not later than April 2, 2007; it is further

**ORDERED** that, except as explicitly modified herein, all applicable terms of the Court's prior scheduling order remain in effect; and it is further

**ORDERED** that the parties shall appear for a status conference on February 8, 2007 at 9:00 a.m.

**SO ORDERED**.

/s/   John D. Bates
John D. Bates
United States District Judge

Dated:   November 8, 2006