IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NIGEL AUSTIN | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE No. 1:05-CV-02219 (JDB) |
| | : | |
| THE DISTRICT OF COLUMBIA, et al. | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT THOMAS'S CONSENT MOTION FOR LEAVE TO SUPPLEMENT HIS EXPERT DISCLOSURE AFTER THE DEADLINE

Defendant Officer Don Thomas, through counsel, hereby moves this honorable Court for an order granting him leave to designate his damages expert pursuant to Fed. R. Civ. P. 26(a)(2) after the deadline set forth in the Court's scheduling order, and for reasons states:

1.  As the Court is aware, this matter arises out of a physical altercation that occurred at the Metropolitan Police Station cell block on August 25, 2005. Pursuant to the Court's November 8, 2006 scheduling order [Document 29], Defendants are required to designate experts pursuant to Fed. R. Civ. P. 26(a)(2) on or before December 11, 2006.

2.  While this litigation has been ongoing for some time, Counsel for Officer Thomas was only recently retained, having entered their appearance on November 1, 2006 [Document 22]. Consequently, Officer Thomas has had very little time to locate and retain the appropriate experts required to adequately prepare his defense to Plaintiff's claims.

3.  While Officer Thomas shall be prepared to designate timely his liability expert and produce his liability expert's corresponding report, he requires additional time to designate an expert to address Plaintiff's injuries and damages.

4.  Accordingly, Officer Thomas seeks an additional thirty (30) days to designate his damages expert and file the appropriate expert report. With the Court's permission, Officer Thomas shall supplement his expert witness designation on or before January 10, 2007.

5. The relief Officer Thomas requests will not cause any delay to this litigation, as it will not disturb the current discovery deadline set for February 7, 2007.

6. Moreover, the relief Officer Thomas requests will not cause any party any prejudice, as the parties will have nearly a month to depose the expert, if they so choose.

7. Pursuant to LCvR 7(m), undersigned counsel conferred with lead counsel for Plaintiff and the District of Columbia. All parties consent to the relief herein requested.

WHEREFORE, for the foregoing reasons, Defendant Officer Don Thomas requests that this honorable Court GRANT his Motion for Leave to Supplement His Expert Witness Designation.

Respectfully submitted,

  /s/ James C. Mehigan
James W. Pressler, Jr. #221051
James C. Mehigan #480691

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005
(202) 822-8384

*Attorneys for Defendant Thomas*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIGEL AUSTIN | : |
| Plaintiff, | : |
| v. | : CASE No. 1:05-CV-02219 (JDB) |
| THE DISTRICT OF COLUMBIA, et al. | : |
| Defendants. | : |

## ORDER

In consideration of Defendant Officer Don Thomas's Consent Motion to Supplement His Expert Witness Designation, it is this ____ day of December, 2006

ORDERED that the motion be and is hereby GRANTED, and it is further

ORDERED that Defendant Officer Thomas shall have until January 10, 2007 to supplement his expert witness designation pursuant to Fed. R. Civ. P. 26(a)(2).

_____
John D. Bates
United States District Court Judge

3