UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIGEL AUSTIN, | ) |
| | ) |
| Plaintiff, | ) Case No. 05-2219(JDB) |
| | ) |
| v. | ) |
| | ) |
| THE DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S CONSENT MOTION FOR ENTRY OF DISCOVERY ORDER
CONCERNING CONFIDENTIAL INFORMATION**

Plaintiff Nigel Austin ("Mr. Austin"), through undersigned counsel, and with the consent of all parties herein, hereby moves this Court for an entry of the attached Discovery Order Concerning Confidential Information.

        Respectfully submitted,

        NIGEL AUSTIN

        By:   *Peter C. Grenier /s/*
              Peter C. Grenier (D.C. Bar No. 418570)
              Bode & Grenier, L.L.P.
              1150 Connecticut Avenue, N.W.
              Ninth Floor
              Washington, D.C. 20036
              (202) 828-4100
              (202) 828-4130 (fax)
              *Counsel for Plaintiff*

Dated: January 12, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January 2007, I served a true and accurate copy of the foregoing Plaintiff's Consent Motion for Entry of Discovery Order Concerning Confidential Information, including all exhibits and attachments, by electronic case filing and U.S. Mail, postage-prepaid upon:

>Philip Lattimore III, Esquire
>Chief, General Litigation Sec. III
>Steven J. Anderson, Esquire
>Assistant General Counsel
>441 4th Street, N.W.
>6th Floor North
>Washington, DC 20001
>*Attorney for Defendant District of Columbia*
>
>James C. Mehigan, Esquire
>PRESSLER & SENFTLE, P.C.
>927 15th Street, N.W.
>Twelfth Floor
>Washington, D.C. 20005
>*Counsel for Defendant*
>*Officer Don Thomas*

>>*Peter C. Grenier /s/*
>>Peter C. Grenier