UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **NIGEL AUSTIN,** )  |  |
| ) |  |
| Plaintiff, ) | Case No. 05-2219(JDB) |
| ) |  |
| v. ) |  |
| ) |  |
| **THE DISTRICT OF COLUMBIA, et al.** ) |  |
| ) |  |
| Defendants. ) |  |

_____)

## ERRATA

Plaintiff Nigel Austin ("Mr. Austin"), through undersigned counsel, hereby files the following Errata in the above action. On January 12, 2006, Plaintiff filed Plaintiff's Consent Motion for the Entry of a Discovery Order Concerning Confidential Information, and attached a Discovery Order Concerning Confidential Information for entry by the Court. Plaintiff mistakenly put the incorrect case number, 05-1355 (JR) on the Discovery Order Concerning Confidential Information. Wherefore, Plaintiff requests that the Court place the correct case number, 05-2219 (JDB), on the Discovery Order Concerning Confidential Information.

                                        Respectfully submitted,

                                        NIGEL AUSTIN

                                        By:   *Peter C. Grenier /s/*
                                                     Peter C. Grenier (D.C. Bar No. 418570)
                                                       Bode & Grenier, L.L.P.
                                                       1150 Connecticut Avenue, N.W.
                                                       Ninth Floor
                                                       Washington, D.C. 20036
                                                       (202) 828-4100
                                                       (202) 828-4130 (fax)
                                                       *Counsel for Plaintiff*

Dated: January 16, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January 2007, I served a true and accurate copy of the foregoing Errata, by electronic case filing and U.S. Mail, postage-prepaid upon:

>Philip Lattimore III, Esquire
>Chief, General Litigation Sec. III
>Steven J. Anderson, Esquire
>Assistant General Counsel
>441 4th Street, N.W.
>6th Floor North
>Washington, DC 20001
>*Attorney for Defendant District of Columbia*

>James C. Mehigan, Esquire
>PRESSLER & SENFTLE, P.C.
>927 15th Street, N.W.
>Twelfth Floor
>Washington, D.C. 20005
>*Counsel for Defendant*
>*Officer Don Thomas*

           _____*Peter C. Grenier /s/*_____
                Peter C. Grenier