**Exhibit 1**

**CONSENT FORM**

The undersigned, _____, hereby acknowledges that he or she has received a copy of the "Stipulation for a Protective Order" and "Protective Order" entered into in connection with the matter of Nigel Austin v. District of Columbia, et al., 05-2219 (JDB) has read the same, and agrees to be bound thereby.

Dated: _____           _____
                                                    [Name]