# Exhibit A

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

26 (Pages 101 to 104)

**Page 101**

1  go with your hand. Correct? You let go where you
2  were squeezing his arm?
3     MR. ANDERSON: Objection. He never
4  testified he was squeezing his arm.
5     THE WITNESS: I don't know if I let go
6  or not. All I know is I moved back slightly.
7  BY MR. GRENIER:
8     Q. So you think you might have still been
9  holding his arm?
10    A. I don't know.
11    Q. And I'm sorry. You said you were using
12 your right hand with which to grab his arm?
13    A. Correct.
14    Q. What did you do after Mr. Austin
15 supposedly swung at you and you jumped or moved
16 backwards to avoid, I guess, being hit? What did
17 you do then?
18    A. I swung back at Mr. Austin.
19    Q. With your left hand?
20    A. Right hand.
21    Q. With your right hand?
22    A. Uh-huh.

**Page 102**

1     Q. Yes?
2     A. Yes. Excuse me.
3     Q. May I assume, then, that if you had
4  grabbed Mr. Austin's arm with your right hand,
5  that at some point prior to swinging at Mr. Austin
6  with your right hand, you had to have let go of
7  Mr. Austin's arm with your right hand?
8     A. Yes.
9     Q. After you let go of Mr. Austin's arm
10 with your right hand, and before you swung at him,
11 was Mr. Austin coming towards you?
12    A. I don't recall him coming towards me.
13    Q. Did you sense that there was an
14 immediate danger to you after you let go of his
15 arm and after he missed you when he swung at you?
16    A. Somewhat, yes.
17    Q. What was the basis for that?
18    A. Someone was trying to hit me. Someone
19 is attacking me.
20    Q. Were there other alternatives you could
21 have used to restrain Mr. Austin than swinging at
22 him with your right fist?

**Page 103**

1     A. I don't know.
2     Q. Have you ever considered, in
3  retrospect, whether there were alternative means
4  of restraint that could have been used to restrain
5  Mr. Austin as opposed to using your right fist on
6  him?
7     A. Have I ever --
8     Q. Considered, looking back, whether there
9  were alternative means to restrain Mr. Austin
10 other than swinging at him with your right fist.
11    A. No.
12    Q. And I shouldn't put words in your
13 mouth. Did you swing at Mr. Austin with a closed
14 fist?
15    A. Yes.
16    Q. Were you wearing any jewelry on that
17 right hand at the time?
18    A. No.
19    Q. What part, if any, of Mr. Austin's body
20 did your fist hit?
21    A. I'm not sure because I swung and sort
22 of grabbed him at the same time, bear-hug style.

**Page 104**

1     Q. When you say swung and grabbed him,
2  could you demonstrate what you mean?
3     A. Sort of swung and grabbed at the same
4  time (indicating).
5     Q. So do you know what part of his body
6  your fist connected with, if any?
7     A. I'm not sure.
8     Q. What happened after you swung and
9  bear-hugged Mr. Austin?
10    A. We fell off the steps onto the ground.
11    Q. Did you fall on top of him or did he
12 fall on top of you?
13    A. We sort of fell somewhat side by side
14 with me still holding onto him.
15    Q. And then what happened?
16    A. I attempted to grab one of his arms to
17 handcuff him.
18    Q. Did you have handcuffs with you?
19    A. Yes.
20    Q. What kind? Flex cuffs? Metal cuffs?
21    A. Metal.
22    Q. Were you able to do so?