IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIGEL AUSTIN                                   :
                                               :
        Plaintiff,                             :
                                               :
v.                                             :   CASE No. 1:05-CV-02219 (JDB)
                                               :
THE DISTRICT OF COLUMBIA, et al.               :
                                               :
        Defendants.                            :

**DEFENDANT THOMAS' PARTIAL MOTION FOR SUMMARY JUDGMENT**

Defendant Don Thomas, through counsel, and pursuant to the Fed. Rule Civ. Pro 56, moves for partial summary judgment as to Counts IV (Violation of Civil Rights/Right to Necessary Medical Care), V (Violation of Civil Rights/Conspiracy to Deny Medical Care) and VI (Negligence). The basis for this motion is that the Defendant Thomas' alleged failure to provide medical care did not amount to "punishment" or "egregious/conscience shocking" activity proscribed by the Due Process Clause; that the Defendant Thomas is protected under the qualified immunity doctrine; and that the Plaintiff's negligence claims are barred because the law does not recognize a "negligent assault".

This motion is supported by the attached memorandum of points and authorities. A proposed order is also attached.[1]

---

[1] Pursuant to LCvR 7(m), the Defendant Thomas did not seek opposing counsel's consent because this is a dispositive motion.

Respectfully submitted,

*/s/ James W. Pressler*
James W. Pressler, Jr. #221051
Patrick G. Senftle #412191

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005
(202) 822-8384
(202) 331-7587

Attorney for Defendant Thomas

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Defendant Thomas' Partial Motion for Summary Judgment, Memorandum of Points and Authorities, and proposed Order was electronically served this 9th day of March, 2007 on Peter C. Grenier, Esq., 1150 Connecticut Avenue, N.W., Ninth Floor, Washington, D.C. 20036 and Steven J. Anderson, Esq., 441 Fourth Street, N.W., Suite 600S, Washington, D.C. 20001.

*/s/ James W. Pressler*
James W. Pressler
Patrick G. Senftle