**EXHIBIT 3**

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

47

| | | |
|---|---|---|
| 1 | of the cellblock. | 11:22:20 |
| 2 | Q.    When you're talking about the intake | 11:22:22 |
| 3 | side, that has nothing to do with the processing | 11:22:27 |
| 4 | room or the attorney/prisoner meeting rooms where | 11:22:31 |
| 5 | this incident occurred.  Am I correct? | 11:22:35 |
| 6 | A.    That's correct. | 11:22:36 |
| 7 | Q.    Okay.  Do you know whether anyone ever | 11:22:38 |
| 8 | requested that the cameras in or around the | 11:22:41 |
| 9 | processing room be repaired? | 11:22:44 |
| 10 | A.    No. | 11:22:44 |
| 11 | Q.    Do you know why they weren't repaired? | 11:22:50 |
| 12 | A.    Do I know why? | 11:22:51 |
| 13 | Q.    Yes.  Has anyone ever told you why no | 11:22:55 |
| 14 | one was repairing them? | 11:22:57 |
| 15 | A.    No. | 11:23:05 |
| 16 | Q.    When did you first encounter Mr. Austin | 11:23:07 |
| 17 | on August 25, 2005? | 11:23:11 |
| 18 | A.    When I escorted him from one of the | 11:23:16 |
| 19 | holding cells to the processing room. | 11:23:20 |
| 20 | Q.    Presumably that occurred at some point | 11:23:23 |
| 21 | after 1:00 o'clock since you arrived at | 11:23:26 |
| 22 | 1:00 o'clock, correct? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

48

| | | |
|---|---|---|
| 1 | A. That's correct. | 11:23:29 |
| 2 | Q. Do you know about when that occurred? | 11:23:34 |
| 3 | A. About somewhere between 2:00 and | 11:23:38 |
| 4 | probably 5:00 or so. | 11:23:40 |
| 5 | Q. And what was your purpose in retrieving | 11:23:44 |
| 6 | Mr. Austin? | 11:23:44 |
| 7 | A. I believe to put an armband on him. | 11:23:47 |
| 8 | Q. What's the purpose of an armband? | 11:23:50 |
| 9 | A. Once a person has been fingerprinted, | 11:23:51 |
| 10 | they've been identified, then we put that | 11:23:53 |
| 11 | information on their wrist so that we know who | 11:23:56 |
| 12 | they are. | 11:23:57 |
| 13 | Q. Do you know which cell you retrieved | 11:24:01 |
| 14 | him from? | 11:24:01 |
| 15 | A. No. | 11:24:02 |
| 16 | Q. Any idea how long he had been in the | 11:24:04 |
| 17 | cell when you went to retrieve him? | 11:24:06 |
| 18 | A. No. | 11:24:07 |
| 19 | Q. Had you ever seen him or met him | 11:24:09 |
| 20 | before? | 11:24:09 |
| 21 | A. No. | 11:24:09 |
| 22 | Q. Did you speak with him when you went to | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

55

1    A.    From what I remember, myself, Officer    11:29:17

2  Crowder, Officer Hawkins, and civilian Lewis, Lynn    11:29:23

3  Lewis.    11:29:24

4    Q.    Anyone else?    11:29:26

5    A.    I don't remember if there was anyone    11:29:27

6  else.    11:29:27

7    Q.    Is that a normal size staff for the    11:29:30

8  central cellblock for that day?  For that time    11:29:33

9  period, I should say.    11:29:36

10    A.    It's not supposed to be.    11:29:38

11    Q.    Is it supposed to be more?    11:29:40

12    A.    Yes.    11:29:41

13    Q.    What is it usually supposed to be?  And    11:29:44

14  I counted, by the way, you, Crowder, Hawkins,    11:29:46

15  Lewis is four.    11:29:47

16    A.    Correct.    11:29:48

17    Q.    How many should it be?    11:29:49

18    A.    Five.    11:29:50

19    Q.    Do you have a particular recollection    11:29:51

20  or an understanding as to why you were one person    11:29:55

21  short that day?    11:29:56

22    A.    No.

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

78

| | | |
|---|---|---|
| 1 | interviewing room and you went back to the live | 12:02:42 |
| 2 | scan machine? | 12:02:44 |
| 3 | A.    He stepped outside the room again. | 12:02:49 |
| 4 | Q.    Was he saying anything as he did that? | 12:02:54 |
| 5 | A.    I'm not sure. | 12:02:57 |
| 6 | Q.    Did you ever instruct Mr. Austin to sit | 12:02:59 |
| 7 | down after the initial leaving him in the | 12:03:07 |
| 8 | attorney/prisoner interviewing room? | 12:03:14 |
| 9 | A.    I'm not sure. | 12:03:20 |
| 10 | Q.    Now, the second time that you're | 12:03:23 |
| 11 | testifying Mr. Austin stepped out of the | 12:03:26 |
| 12 | attorney/prisoner interviewing room, did he step | 12:03:29 |
| 13 | to the same place he had done so before when he | 12:03:32 |
| 14 | stepped out of the room? | 12:03:33 |
| 15 | A.    No. | 12:03:33 |
| 16 | Q.    What did he do differently? | 12:03:36 |
| 17 | A.    He moved slightly towards the right of | 12:03:38 |
| 18 | the room. | 12:03:39 |
| 19 | Q.    You mean once he stepped out of the | 12:03:42 |
| 20 | attorney/prisoner interviewing room? | 12:03:44 |
| 21 | A.    He moved slightly towards the right. | 12:03:47 |
| 22 | Q.    Did he sidestep, or did he turn his | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

79

| | | |
|---|---|---|
| 1 | body and walk straight? | 12:03:52 |
| 2 | A.    Turned slightly towards the right, but | 12:03:55 |
| 3 | not completely facing the steps towards the right. | 12:04:01 |
| 4 | If that makes sense. | 12:04:03 |
| 5 | Q.    Was he in motion walking, or did he | 12:04:08 |
| 6 | just take a step and stop? | 12:04:23 |
| 7 | A.    I believe he turned back around towards | 12:04:27 |
| 8 | me and towards the room where he actually came out | 12:04:32 |
| 9 | of. | 12:04:33 |
| 10 | Q.    Okay.  And were you still the same | 12:04:36 |
| 11 | distance away from him; namely, ten to 15 feet at | 12:04:40 |
| 12 | that point? | 12:04:40 |
| 13 | A.    I was actually closer at that point. | 12:04:44 |
| 14 | Q.    Was Mr. Austin making any threatening | 12:04:47 |
| 15 | gestures towards you, such as making fists or | 12:04:51 |
| 16 | stepping towards you? | 12:04:52 |
| 17 | A.    I don't know. | 12:04:54 |
| 18 | Q.    Well, did you take your eyes off of him | 12:04:57 |
| 19 | at any point after he left or walked out of the | 12:05:00 |
| 20 | attorney/prisoner interviewing room the second | 12:05:03 |
| 21 | time? | 12:05:05 |
| 22 | A.    I think I did briefly when I pointed to | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

80

| | | |
|---|---|---|
| 1 | the room where I wanted him to step back into. | 12:05:13 |
| 2 | Q.    That was the same room he had been in? | 12:05:16 |
| 3 | A.    Yes. | 12:05:18 |
| 4 | Q.    Did you have anything in either of your | 12:05:20 |
| 5 | hands during the times that you instructed him to | 12:05:23 |
| 6 | step back into the room the first time or the | 12:05:25 |
| 7 | second time? | 12:05:26 |
| 8 | A.    No. | 12:05:29 |
| 9 | Q.    Was Mr. Austin's armband still there | 12:05:33 |
| 10 | sitting where it had been when you first came into | 12:05:36 |
| 11 | the room with him? | 12:05:39 |
| 12 | A.    I believe so, but I'm not sure. | 12:05:45 |
| 13 | Q.    Did you ever make any statements to | 12:05:46 |
| 14 | Mr. Austin about the fact that he would be staying | 12:05:50 |
| 15 | in the cell for the night?  Words to the effect | 12:05:57 |
| 16 | of, "You're in here for tonight"? | 12:06:05 |
| 17 | A.    I don't believe so. | 12:06:06 |
| 18 | Q.    The second time you saw Mr. Austin step | 12:06:08 |
| 19 | out of the attorney/prisoner interviewing room, | 12:06:11 |
| 20 | did Officer Crowder say anything to Mr. Austin? | 12:06:18 |
| 21 | A.    I believe so. | 12:06:19 |
| 22 | Q.    Do you recall what she said? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

81

| | | |
|---|---|---|
| 1 | A. I believe she said, "Step back into the | 12:06:29 |
| 2 | room." | 12:06:29 |
| 3 | Q. Did she make any motion to go towards | 12:06:33 |
| 4 | Mr. Austin? | 12:06:33 |
| 5 | A. I don't know. | 12:06:36 |
| 6 | Q. Did Mr. Austin, to your recollection, | 12:06:39 |
| 7 | make any threatening gestures or steps towards | 12:06:44 |
| 8 | Officer Crowder? | 12:06:45 |
| 9 | A. What do you mean, "steps"? | 12:06:47 |
| 10 | Q. Did he walk towards her? | 12:06:50 |
| 11 | A. He actually walked back towards the | 12:06:53 |
| 12 | interview room. So that's actually going in her | 12:06:57 |
| 13 | direction, but that's not directly to her. | 12:07:02 |
| 14 | Q. The second time that Mr. Austin came | 12:07:04 |
| 15 | out of the attorney/prisoner interviewing room and | 12:07:07 |
| 16 | you told him and Officer Crowder told him to step | 12:07:10 |
| 17 | back into the room, what did he do in response to | 12:07:13 |
| 18 | that? | 12:07:14 |
| 19 | A. He went back to the room. | 12:07:16 |
| 20 | Q. Into it? | 12:07:16 |
| 21 | A. No. To the doorwell of it. But he | 12:07:21 |
| 22 | never actually went into the room. | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

82

| | | |
|---|---|---|
| 1 | Q.    Was his face facing into the | 12:07:34 |
| 2 | attorney/prisoner interviewing room, then?  You | 12:07:41 |
| 3 | said he walked back to the doorway and stood | 12:07:44 |
| 4 | there.  Was he facing into the attorney/prisoner | 12:07:47 |
| 5 | interviewing room? | 12:07:53 |
| 6 | A.    I'm not sure. | 12:07:58 |
| 7 | Q.    What did you do when Mr. Austin walked | 12:08:01 |
| 8 | back after the second exiting of the | 12:08:03 |
| 9 | attorney/prisoner interviewing room and, as you've | 12:08:06 |
| 10 | just testified it, went back and stood in the | 12:08:09 |
| 11 | doorway of the room?  What did you do next? | 12:08:12 |
| 12 | A.    Went back to the live scan machine. | 12:08:20 |
| 13 | Q.    Can you tell me about how much time | 12:08:22 |
| 14 | passed between the time that you first put | 12:08:25 |
| 15 | Mr. Austin in the attorney/prisoner interviewing | 12:08:27 |
| 16 | room and the second time that you instructed him | 12:08:29 |
| 17 | to go back into that room? | 12:08:38 |
| 18 | A.    Less than five minutes or so. | 12:08:46 |
| 19 | Q.    Now, after you went back to the live | 12:08:49 |
| 20 | scan machine the second time after telling | 12:08:51 |
| 21 | Mr. Austin to go back into the attorney/prisoner | 12:08:54 |
| 22 | interviewing room, what's the next thing that you | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

83

| | | |
|---|---|---|
| 1 | saw or heard Mr. Austin do? | 12:09:03 |
| 2 | A.    Step out of the room again. | 12:09:05 |
| 3 | Q.    I thought he hadn't gone back into it. | 12:09:08 |
| 4 | I thought you said he was standing in the doorway. | 12:09:10 |
| 5 | A.    From where he was, he moved away from | 12:09:13 |
| 6 | that location. | 12:09:14 |
| 7 | Q.    Out or into the attorney/prisoner | 12:09:17 |
| 8 | interviewing room? | 12:09:18 |
| 9 | A.    Out of the frame of the door. | 12:09:20 |
| 10 | Q.    So essentially standing in the | 12:09:21 |
| 11 | processing room at that point?  Well, he has to be | 12:09:27 |
| 12 | in one or the other, right? | 12:09:28 |
| 13 | A.    He was in the processing room, but he | 12:09:30 |
| 14 | was leaving the processing room. | 12:09:32 |
| 15 | Q.    Okay.  So he was moving? | 12:09:35 |
| 16 | A.    Yes. | 12:09:35 |
| 17 | Q.    Okay.  Which way -- Was he walking | 12:09:38 |
| 18 | forward?  Irrespective of what part of the room he | 12:09:43 |
| 19 | was walking towards, was he walking physically | 12:09:46 |
| 20 | forward, sideways or backwards? | 12:09:50 |
| 21 | A.    He was moving towards the right. | 12:09:52 |
| 22 | Q.    When you say "moving towards the | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

84

| | | |
|---|---|---|
| 1 | right," do you mean sidestepping; in other words, | 12:09:55 |
| 2 | putting your right foot out and moving your left | 12:09:55 |
| 3 | foot to it, et cetera? | 12:09:56 |
| 4 | A.    No, I mean facing the exit of the room | 12:10:02 |
| 5 | as though he's leaving. | 12:10:04 |
| 6 | Q.    So he was facing -- His face was facing | 12:10:06 |
| 7 | the direction he was moving? | 12:10:09 |
| 8 | A.    From what I remember, yes. | 12:10:12 |
| 9 | Q.    Was he walking fast or slow? | 12:10:20 |
| 10 | A.    I don't remember. | 12:10:21 |
| 11 | Q.    Was he saying anything as he was | 12:10:23 |
| 12 | walking? | 12:10:24 |
| 13 | A.    Not to my knowledge. | 12:10:25 |
| 14 | Q.    Were his hands in his pockets or out of | 12:10:27 |
| 15 | his pockets, if you remember? | 12:10:30 |
| 16 | A.    I don't remember. | 12:10:30 |
| 17 | Q.    Were his hands open or in fists?  Do | 12:10:33 |
| 18 | you know? | 12:10:34 |
| 19 | A.    No. | 12:10:37 |
| 20 | Q.    When you saw him walking, that's | 12:10:40 |
| 21 | towards the stairs; is that right? | 12:10:43 |
| 22 | A.    Correct. | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

85

| | | |
|---|---|---|
| 1 | Q.    Okay.  What did you do, if anything, in | 12:10:47 |
| 2 | response to that? | 12:10:49 |
| 3 | A.    Left where I was standing to try to | 12:10:52 |
| 4 | stop him from leaving the room. | 12:10:53 |
| 5 | Q.    Did you run or walk? | 12:10:58 |
| 6 | A.    I don't know, but I got there quickly. | 12:11:00 |
| 7 | Q.    Did you call for help from anyone else? | 12:11:03 |
| 8 | A.    No. | 12:11:05 |
| 9 | Q.    Did you observe Officer Crowder, | 12:11:07 |
| 10 | whether she was doing anything in response to | 12:11:10 |
| 11 | Mr. Austin walking towards the steps? | 12:11:13 |
| 12 | A.    Did I see?  No. | 12:11:15 |
| 13 | Q.    Did you see or observe her doing | 12:11:17 |
| 14 | anything? | 12:11:17 |
| 15 | A.    No. | 12:11:18 |
| 16 | Q.    Or hear her say anything? | 12:11:20 |
| 17 | A.    No. | 12:11:21 |
| 18 | Q.    Do you recall her having a banana? | 12:11:24 |
| 19 | A.    No. | 12:11:25 |
| 20 | Q.    Have you read her deposition? | 12:11:27 |
| 21 | A.    No. | 12:11:35 |
| 22 | Q.    At this point, when Mr. Austin was | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

86

| | | |
|---|---|---|
| 1 | walking towards the stairs, other than you, | 12:11:40 |
| 2 | Officer Crowder and Mr. Austin, were there any | 12:11:42 |
| 3 | other human beings in the processing room or any | 12:11:47 |
| 4 | of the attorney/prisoner interviewing rooms? | 12:11:51 |
| 5 | A.    I don't think so, but I'm not sure. | 12:12:03 |
| 6 | Q.    Did you say anything to Mr. Austin as | 12:12:08 |
| 7 | you walked quickly or moved quickly towards him as | 12:12:10 |
| 8 | he approached those stairs? | 12:12:16 |
| 9 | A.    Not to my knowledge. | 12:12:18 |
| 10 | Q.    Can you explain to me, as you were | 12:12:20 |
| 11 | moving forward towards Mr. Austin, what part of | 12:12:26 |
| 12 | his body was facing you as you walked to him? | 12:12:37 |
| 13 | A.    I am assuming his back.  But I don't | 12:12:40 |
| 14 | remember exactly. | 12:12:42 |
| 15 | Q.    Did you walk squarely from behind him | 12:12:44 |
| 16 | towards his back, or from his left or from his | 12:12:48 |
| 17 | right? | 12:12:56 |
| 18 | A.    Since I don't remember if he was | 12:12:58 |
| 19 | actually squared off like I just, you know, | 12:13:04 |
| 20 | mentioned, I had to be moving from the live scan | 12:13:08 |
| 21 | machine to the steps, sort of in an angle. | 12:13:17 |
| 22 | Q.    An angle to your right? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

91

| | | |
|---|---|---|
| 1 | A.    Yes. | 12:17:19 |
| 2 | Q.    But on August 25, 2005, there was no | 12:17:23 |
| 3 | more night court, correct? | 12:17:26 |
| 4 | A.    That's correct. | 12:17:26 |
| 5 | Q.    As an aside, there was landlord/tenant | 12:17:30 |
| 6 | night court.  But we're talking about criminal, | 12:17:34 |
| 7 | right? | 12:17:34 |
| 8 | A.    Correct. | 12:17:35 |
| 9 | Q.    At any time -- and now we're at the | 12:17:37 |
| 10 | point of you moving quickly towards Mr. Austin | 12:17:40 |
| 11 | walking toward the steps -- did you ever hear | 12:17:44 |
| 12 | Mr. Austin talk about going back to his cell? | 12:17:47 |
| 13 | A.    No. | 12:17:54 |
| 14 | Q.    At any point before you actually | 12:17:56 |
| 15 | physically got to Mr. Austin as he was walking to | 12:17:59 |
| 16 | the steps, did Mr. Austin say anything? | 12:18:04 |
| 17 | A.    I believe so. | 12:18:05 |
| 18 | Q.    What did he say, if you remember? | 12:18:07 |
| 19 | A.    I don't remember. | 12:18:09 |
| 20 | Q.    Well, can you tell me, summarize, or | 12:18:12 |
| 21 | what were the words to the effect of? | 12:18:16 |
| 22 | A.    I'm not sure what he was actually | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

92

| | | |
|---|---|---|
| 1 | saying, but he was saying something. | 12:18:2 |
| 2 | Q.    Were you able to figure out -- and I | 12:18:2 |
| 3 | understand this is somewhat on the spot -- where | 12:18:2 |
| 4 | he was heading? | 12:18:2 |
| 5 | A.    I assumed that he was trying to leave. | 12:18:3 |
| 6 | Q.    To go where?  Like out into the public? | 12:18:3 |
| 7 | A.    Yes. | 12:18:3 |
| 8 | Q.    So you assumed he was trying to escape? | 12:18:3 |
| 9 | A.    That's correct. | 12:18:3 |
| 10 | Q.    But he wasn't running? | 12:18:4 |
| 11 | A.    I don't know if he was running or not. | 12:18:4 |
| 12 | But I was trying to get to him quickly. | 12:18:4 |
| 13 | Q.    Well, I thought you said he was | 12:18:4 |
| 14 | walking. | 12:18:5 |
| 15 | A.    I don't know if he was running or if he | 12:18:5 |
| 16 | was walking fast, but he was moving towards the | 12:18:5 |
| 17 | steps as though he was leaving. | 12:18:5 |
| 18 | Q.    Okay.  And you thought he was trying to | 12:19:0 |
| 19 | escape? | 12:19:0 |
| 20 | A.    Yes. | 12:19:1 |
| 21 | Q.    Did you have any reason to believe that | 12:19:1 |
| 22 | the door that you said is sometimes left open to | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

93

| | | |
|---|---|---|
| 1 | bring in inmates, did you have any reason to | 12:19:19 |
| 2 | believe that that door was open or unlocked at the | 12:19:22 |
| 3 | time that he was walking out the stairs? | 12:19:27 |
| 4 | A.    I don't know. | 12:19:39 |
| 5 | Q.    Where was Mr. Austin physically when | 12:19:41 |
| 6 | you got to him?  And when I say "got to him," why | 12:19:49 |
| 7 | don't we define that as him being within your | 12:19:53 |
| 8 | arm's reach. | 12:19:55 |
| 9 | A.    Towards the last step. | 12:19:57 |
| 10 | Q.    The bottom step? | 12:19:59 |
| 11 | A.    Towards the last step of the three | 12:20:01 |
| 12 | steps. | 12:20:02 |
| 13 | Q.    Okay.  Just so I'm clear, they go down? | 12:20:06 |
| 14 | A.    Correct. | 12:20:06 |
| 15 | Q.    So he had already gone down at least | 12:20:09 |
| 16 | two steps? | 12:20:10 |
| 17 | A.    At least. | 12:20:11 |
| 18 | Q.    Okay.  So he was below you when you got | 12:20:14 |
| 19 | to him? | 12:20:15 |
| 20 | A.    I believe so. | 12:20:17 |
| 21 | Q.    Did you touch him? | 12:20:19 |
| 22 | A.    Yes. | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

94

1    Q.    How did you touch him?                          12:20:22

2    A.    I grabbed his arm.                              12:20:23

3    Q.    Which arm?                                      12:20:26

4    A.    The closest one to me.                          12:20:28

5    Q.    Okay.  Which one -- Which of his arms           12:20:31

6  was that, his left or his right?                        12:20:34

7    A.    I don't know.                                   12:20:34

8    Q.    You don't know?                                 12:20:35

9    A.    I don't know.  I don't remember.                12:20:40

10   Q.    What part of his arm did you grab?  And         12:20:43

11 if you could show me on you, that would be              12:20:45

12 wonderful.                                              12:20:46

13   A.    I believe it was from the elbow up,             12:20:49

14 somewhere from the elbow up.                            12:20:51

15   Q.    Somewhere between the elbow and the             12:20:53

16 shoulder?                                               12:20:54

17   A.    I believe so.                                   12:20:58

18   Q.    Did you squeeze his arm?                        12:21:03

19   A.    I don't remember.                               12:21:03

20   Q.    Well, did you grab it hard enough               12:21:06

21 because your purpose was to stop him?                   12:21:11

22   A.    I -- I don't know.  I just know that I

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

95

| | | |
|---|---|---|
| 1 | grabbed his arm. | 12:21:15 |
| 2 | Q.    Well, it wasn't a love pat, was it? | 12:21:18 |
| 3 | Did you squeeze hard enough to try to get him to | 12:21:22 |
| 4 | stop? | 12:21:23 |
| 5 | MR. MEHIGAN:   Objection. | 12:21:24 |
| 6 | MR. GRENIER:   I'll withdraw the love | 12:21:25 |
| 7 | pat. | 12:21:27 |
| 8 | THE WITNESS:   Thank you.   I don't know. | 12:21:27 |
| 9 | BY MR. GRENIER: | 12:21:28 |
| 10 | Q.    Well, what was your purpose in grabbing | 12:21:31 |
| 11 | his arm? | 12:21:32 |
| 12 | A.    To stop him from leaving. | 12:21:33 |
| 13 | Q.    And in order to stop him from leaving, | 12:21:35 |
| 14 | did you need to squeeze hard enough to stop him | 12:21:39 |
| 15 | from leaving? | 12:21:40 |
| 16 | A.    I don't know.   I know that I did grab | 12:21:42 |
| 17 | him. | 12:21:43 |
| 18 | Q.    I'm just trying to understand.   What | 12:21:45 |
| 19 | was your intention in grabbing his arm?   What were | 12:21:48 |
| 20 | you intending to do? | 12:21:50 |
| 21 | A.    Stop him from leaving. | 12:21:51 |
| 22 | Q.    I understand that at two levels; to | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

97

| | |
|---|---|
| 1 | Mr. Austin's arm? | 12:23:09 |
| 2 | A.    Not to my knowledge. | 12:23:10 |
| 3 | Q.    Did you hear Officer Crowder or anyone | 12:23:11 |
| 4 | else say anything as you grabbed Mr. Austin's arm? | 12:23:17 |
| 5 | A.    Not to my knowledge. | 12:23:26 |
| 6 | Q.    What did Mr. Austin do, if anything, in | 12:23:29 |
| 7 | response to your grabbing his arm? | 12:23:32 |
| 8 | A.    He turned towards me with a fist and | 12:23:38 |
| 9 | swung it at me. | 12:23:42 |
| 10 | Q.    Which way did he turn his body?  To his | 12:23:47 |
| 11 | left or to his right? | 12:23:49 |
| 12 | A.    I believe towards his left. | 12:24:01 |
| 13 | Q.    You said Mr. Austin attempted to take a | 12:24:04 |
| 14 | swing at you? | 12:24:06 |
| 15 | A.    Yes. | 12:24:06 |
| 16 | Q.    With his right or with his left arm? | 12:24:10 |
| 17 | A.    I don't know.  All I recall is a fist | 12:24:12 |
| 18 | coming towards me. | 12:24:14 |
| 19 | Q.    So the fist was actually moving towards | 12:24:17 |
| 20 | you? | 12:24:17 |
| 21 | A.    Oh, yeah. | 12:24:19 |
| 22 | Q.    Did his fist touch any part of your | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

101

| | | |
|---|---|---|
| 1 | go with your hand.  Correct?  You let go where you | 12:27:01 |
| 2 | were squeezing his arm? | 12:27:03 |
| 3 | MR. ANDERSON:  Objection.  He never | 12:27:04 |
| 4 | testified he was squeezing his arm. | 12:27:09 |
| 5 | THE WITNESS:  I don't know if I let go | 12:27:10 |
| 6 | or not.  All I know is I moved back slightly. | 12:27:13 |
| 7 | BY MR. GRENIER: | 12:27:14 |
| 8 | Q.    So you think you might have still been | 12:27:17 |
| 9 | holding his arm? | 12:27:18 |
| 10 | A.    I don't know. | 12:27:28 |
| 11 | Q.    And I'm sorry.  You said you were using | 12:27:30 |
| 12 | your right hand with which to grab his arm? | 12:27:35 |
| 13 | A.    Correct. | 12:27:37 |
| 14 | Q.    What did you do after Mr. Austin | 12:27:42 |
| 15 | supposedly swung at you and you jumped or moved | 12:27:48 |
| 16 | backwards to avoid, I guess, being hit?  What did | 12:27:52 |
| 17 | you do then? | 12:27:53 |
| 18 | A.    I swung back at Mr. Austin. | 12:27:56 |
| 19 | Q.    With your left hand? | 12:27:58 |
| 20 | A.    Right hand. | 12:27:59 |
| 21 | Q.    With your right hand? | 12:28:00 |
| 22 | A.    Uh-huh. | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

102

| | | |
|---|---|---|
| 1 | Q.    Yes? | 12:28:01 |
| 2 | A.    Yes.   Excuse me. | 12:28:04 |
| 3 | Q.    May I assume, then, that if you had | 12:28:06 |
| 4 | grabbed Mr. Austin's arm with your right hand, | 12:28:10 |
| 5 | that at some point prior to swinging at Mr. Austin | 12:28:14 |
| 6 | with your right hand, you had to have let go of | 12:28:17 |
| 7 | Mr. Austin's arm with your right hand? | 12:28:19 |
| 8 | A.    Yes. | 12:28:23 |
| 9 | Q.    After you let go of Mr. Austin's arm | 12:28:25 |
| 10 | with your right hand, and before you swung at him, | 12:28:32 |
| 11 | was Mr. Austin coming towards you? | 12:28:43 |
| 12 | A.    I don't recall him coming towards me. | 12:28:48 |
| 13 | Q.    Did you sense that there was an | 12:28:50 |
| 14 | immediate danger to you after you let go of his | 12:28:54 |
| 15 | arm and after he missed you when he swung at you? | 12:29:00 |
| 16 | A.    Somewhat, yes. | 12:29:01 |
| 17 | Q.    What was the basis for that? | 12:29:04 |
| 18 | A.    Someone was trying to hit me.   Someone | 12:29:07 |
| 19 | is attacking me. | 12:29:10 |
| 20 | Q.    Were there other alternatives you could | 12:29:12 |
| 21 | have used to restrain Mr. Austin than swinging at | 12:29:18 |
| 22 | him with your right fist? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

126

| | | |
|---|---|---|
| 1 | broken."  Did essentially that exchange of words | 13:00:42 |
| 2 | between you and Mr. Austin occur, to your | 13:00:42 |
| 3 | recollection? | 13:00:43 |
| 4 | A.    Not to my knowledge, no. | 13:00:45 |
| 5 | Q.    But you don't have a clear memory of | 13:00:47 |
| 6 | everything; is that right? | 13:00:49 |
| 7 | A.    Of everything? | 13:00:51 |
| 8 | Q.    Right.  Of everything involved at and | 13:00:54 |
| 9 | around the time of the incident. | 13:00:55 |
| 10 | A.    No, I don't.  It's been almost two | 13:00:59 |
| 11 | years. | 13:00:59 |
| 12 | Q.    You don't even remember which arm of | 13:01:03 |
| 13 | his you grabbed, right? | 13:01:05 |
| 14 | A.    No. | 13:01:06 |
| 15 | Q.    I mean I'm correct?  I am correct that | 13:01:09 |
| 16 | you do not, correct? | 13:01:11 |
| 17 | A.    That's correct. | 13:01:15 |
| 18 | Q.    At what point did Mr. Austin ask for | 13:01:17 |
| 19 | medical treatment or to go to a hospital? | 13:01:28 |
| 20 | A.    Shortly after being put in the cell. | 13:01:31 |
| 21 | Q.    While you were still within earshot of | 13:01:34 |
| 22 | him? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

127

| 1 | A. I believe so. | 13:01:42 |
| 2 | Q. And did you respond to his request for | 13:01:45 |
| 3 | treatment? | 13:01:48 |
| 4 | A. I actually told Hawkins, who was acting | 13:01:54 |
| 5 | sergeant/watch commander that Mr. Austin needed to | 13:02:05 |
| 6 | go to the hospital; said he wanted to go to the | 13:02:10 |
| 7 | hospital. | 13:02:11 |
| 8 | Q. Did you make any comment to Hawkins as | 13:02:12 |
| 9 | far as whether or not you believed Mr. Austin | 13:02:15 |
| 10 | needed medical treatment? | 13:02:20 |
| 11 | A. I don't remember. | 13:02:21 |
| 12 | Q. Did you ever render or attempt to | 13:02:23 |
| 13 | render any first aid to Mr. Austin after he was | 13:02:26 |
| 14 | subdued? | 13:02:30 |
| 15 | A. What do you mean, "first aid"? | 13:02:33 |
| 16 | Q. Anything to try to stop bleeding, | 13:02:34 |
| 17 | control bleeding, clean him up, get him a | 13:02:38 |
| 18 | Band-Aid, get him a bandage, anything. | 13:02:42 |
| 19 | A. I didn't see that he needed any | 13:02:44 |
| 20 | bandages or anything. | 13:02:46 |
| 21 | Q. So you didn't believe -- When you saw | 13:02:48 |
| 22 | him after he was subdued, you did not believe he | |