**EXHIBIT 4**

DEPOSITION OF OFFICER GEORGE R. HAWKINS, II
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

32

1  Q  So you only remember what Mr. Austin said after
2  the incident and after being placed in the cell but not
3  anything else anyone else said?
4  A  No, sir.
5  Q  Well, did you respond to anything Mr. Austin
6  said?
7  A  Yes, sir.
8  Q  What did you say?
9  A  When you say respond, I did the PD form 313 so
10 he can go to the hospital, notified the dispatcher.
11 Q  Did you do that right away?
12 A  Yes, sir.
13 Q  So tell me within how many minutes after
14 putting Mr. Austin in the cell, handcuffed with his hands
15 behind his back in cell number 3 after the incident,
16 until the time you filled out the PD 313?  How much time
17 passed?
18 A  I don't know, sir.
19 Q  More than an hour?
20 A  I don't think so.  No, sir.
21 Q  More than five minutes?
22 A  Maybe.

DEPOSITION OF OFFICER GEORGE R. HAWKINS, II
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

33

1  Q  More than ten minutes?

2  A  No, sir.

3  Q  So somewhere between ten minutes and an hour?

4  A  No, sir. Less than that, sir.

5  Q  Less than an hour?

6  A  Less, yes, sir.

7  Q  Less than 45 minutes?

8  A  I would say so, yes, sir.

9  Q  Less than a half hour?

10 A  I don't -- you're narrowing it down. I have no
11 idea about time wise, no --

12 Q  I'm just trying to get your best estimate.

13 A  Yes, sir.

14 Q  When you filled out a PD 313, did you call
15 anyone?

16 A  Called a dispatcher, yes, sir.

17 Q  What time did you call the dispatcher?

18 A  The first time I called, I didn't write down
19 the time. Second time I called, I wrote down the time.

20 Q  Why did you call twice?

21 A  Take too long.

22 Q  How long were they taking between the first

Case 1:05-cv-02219-JDB   Document 38-5   Filed 03/09/2007   Page 4 of 12

**EXHIBIT 5**

DEPOSITION OF PAUL M. MAZZEI
CONDUCTED ON TUESDAY, FEBRUARY 6, 2007

118

1    Q   And do you agree with me that it reads
2  "When a metropolitan police officer becomes involved
3  in a use of force incident that requires a use of
4  force incident report, the initial responsibilities
5  of the officers shall be to ensure that the scene is
6  safe, render first aid, secure the scene's integrity
7  and notify a supervisor"?
8    A   Yes, sir.
9    Q   Have you formulated an opinion as to
10 whether Officer Thomas complied with that section of
11 901.08?
12   A   I believe he did in the near immediate
13 notification of his supervisor being on the scene.
14   Q   Okay. So he did the last part where it
15 says notify a supervisor, correct, the very last part
16 of the paragraph?
17   A   No, I, yes, he did that, but I'm saying
18 that once the supervisor -- I don't think in most
19 cases the supervisor is right there when the incident
20 occurs.
21   Q   Okay.
22   A   So it's been my experience that minus the

DEPOSITION OF PAUL M. MAZZEI
CONDUCTED ON TUESDAY, FEBRUARY 6, 2007

119

1  supervisor being on the scene the officer would have
2  to be taking responsibility for all of these on their
3  own.
4      Q   Is there anything in this general order
5  that suggests to you that Officer Thomas was relieved
6  of an obligation to render first aid by virtue of
7  Hawkins being present?
8      A   In this specific general order, no.
9      Q   Okay, that's what I'm talking about, this
10 general order.
11     A   But going to earlier answer to a question,
12 I based my opinion on that, and I believe it's 901.07
13 that states whenever a supervisor is on the scene of
14 any individual involved with the police that is
15 violent, combatant or an arrestee of that nature that
16 they then are responsible for basically commanding
17 control of the entire scene.
18         So I would take that at that point it
19 would be the supervisor's responsibility to direct
20 individuals in what they need to be doing.  I
21 perceive this more to be a situation -- again my
22 opinion based on my experience, if an officer is out

DEPOSITION OF PAUL M. MAZZEI
CONDUCTED ON TUESDAY, FEBRUARY 6, 2007

120

1  in a scenario where there is, he's the only one there
2  or there is no supervisor there, and prior to the
3  supervisor getting on the scene these things would,
4  it would be their primary responsibility.
5      Q   So your testimony is that because the
6  acting supervisor Hawkins was near, at or around the
7  scene -- you can keep it there --
8      A   Okay.
9      Q   -- was at or around the scene, Officer
10 Thomas was not obligated to render first aid under
11 this general order?
12     A   Yes, sir.
13     Q   And would it be your interpretation then
14 that because Hawkins, Acting Supervisor Hawkins or
15 Acting Sergeant Hawkins was at or around the scene of
16 the incident, that Thomas was not obligated to secure
17 the scene's integrity?
18     A   Yes, sir, it would be the supervisor's
19 responsibility.
20     Q   So Thomas had no obligations under this
21 subsection that we've just read together because
22 Hawkins was present?

DEPOSITION OF PAUL M. MAZZEI
CONDUCTED ON TUESDAY, FEBRUARY 6, 2007

121

1  A   That is, that is my opinion, yes, sir.

2  Q   Well, do you see anywhere in that

3 provision that says in the absence of a supervisor

4 the member is obligated to perform A, B, C that's

5 listed there?

6  A   No, sir, not specifically in this general

7 order.  I thought --

8  Q   Okay.  Do you know when FIT was ever

9 contacted regarding the Austin incident?

10  A   I don't know the exact, the exact date and

11 time, no, sir.

12  Q   Do you know if it was the same day, being

13 August 25, 2005?

14  A   I am not certain.

15  Q   Do you know whether there was any blood on

16 the floor where the injury occurred?

17  A   I remember there being reference to blood

18 and I can't remember exactly where, where that was.

19  Q   Do you know whether it was preserved with

20 photographs?

21  A   No, sir, I do not.

22  Q   Now, one of the documents that you say

**EXHIBIT 6**

**Greater Southeast Community Hospital**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

GSCH Form 155-A Rev 9/03
WHITE-Medical Records
YELLOW-ED Administration
PINK-Physician Billing

# EMERGENCY DEPARTMENT
## Triage / Initial Assessment

(2110) TV Room    NAME M

MR #: _____
TRIAGE: ___ Core ___ After Chart ✓ Fast Track
DISPOSITION: ___ ASAP ___ Routine ___ Adv. Triage

LAST NAME: Austin    FIRST NAME: Nigel    MI: —    SEX: M    AGE: ___    DOB: 8-2-78
DATE: 8/25/05    ARRIVAL TIME: 2030 PM    TRIAGE TIME: 2035 PM

### TRIAGE ASSESSMENT
Chief Complaint/History Present Illness: Jaw hurts (pt states that jaw was bleeding a lot)
Information being given by: Pt

**TREATMENTS IN PROGRESS UPON ARRIVAL** (Please Check) ✓ No treatments received prior to arrival in ED.
___ C-COLLAR ___ Towel Rolls ___ I.V. Fluids ___ Oxygen
___ Backboard ___ Splint ___ Neb. treatment ___ Other

Current Medications: NONE
Past Medical History: NONE
NKDA / Allergies: NKDA    Allergy bracelet placed on patient: ☐ Yes ✓ Not Needed
Due to the increase in domestic violence, we ask all adult patients: Have you ever been a victim of domestic violence? Yes ☐ No ✓
If yes, would you like some help? Yes ☐ No ☐

Social History: ✓ Tobacco ✓ ETOH ___ Substance Abuse ___ None    Comments: _____
Family History: ___ Stroke ✓ Heart Attack/Heart Disease ✓ Diabetes ___ Cancer ___ Asthma ___ None
LMP: NA    Normal/Abnormal: (circle)
Tetanus: up to date, ___ >5 years ___ Unknown: ___    Primary Physician: NONE
Triage VS: T/route 97.9  HR 60  RR 20  B/P 130/69  Pulse Ox: 93  Weight: ___ kg/lbs
Impairments: ☐ Visual ☐ Hearing ☐ Speech    Triage Signature/Title: _____ LSN

### INITIAL TRIAGE ASSESSMENT (please check)

**Mental Status:**
___ Alert
✓ Oriented
___ Confused
___ Crying
___ Drowsy
___ Sleeping
___ Arousable
___ Unarousable
___ Unresponsive
___ Smiling/playful (peds)
___ Other

**Respiratory Status:**
___ Clear
(R) Breath sounds (L)
___ Rales
___ Wheezing
___ Rhonchi
___ Diminished
___ Other
___ Nasal flaring
___ Retractions
___ Cough (productive**)
___ Cough non-productive
✓ No deficit noted during Triage

**Cardiovascular Status:**
Color:
✓ Normal
___ Pale
___ Cyanotic
___ Other
Temperature of skin:
✓ Warm
✓ Dry
___ Cool
___ Diaphoretic
___ Peripheral pulses present
___ Peripheral edema
Capillary refill:
✓ <3 sec. ___ >3 sec.

**GI Status:**
✓ Soft/Nontender
___ Distended/tender
___ Bowel sounds
___ Present/absent
___ Vomiting/diarrhea
___ G tube
___ Stoma
___ Other
✓ No deficit noted

**Musculo-skeletal Status:**
Location: Jaw
___ Pain ___ (0-10) Inten.
___ Skin broken
✓ Swelling Jaw
___ Discolored
___ Distal pulses present
___ Deformity
___ Other
___ No deficit noted during Triage

PAIN  0  2  4  6  8  (10)

**GU/GYN**
___ Vaginal bleeding
___ Freq./Burning
___ Discharge
___ Foley
✓ No deficit noted
___ Other

Signature/Title: _____ RN    Time: ___

### NURSING TREATMENT IN TRIAGE (Please Check)
___ Tylenol Dose and Route _____ Init. ___
___ Sling/Splint
___ Ice    ___ Orthostatics
___ Pedialyte
___ Wound Care
___ Accucheck
___ Visual Acuity
___ Pregnancy Test: Positive/Negative
___ Cup given in triage
___ Urine Dip
___ Advised Patient / Family Member to remain NPO

### TRIAGE REASSESSMENT
Patient Reassessment: Date: ___ Time: ___ VS: T: ___ HR ___ PR: ___ BP: ___
Pain: ___ Condition: Unchanged ___ Upgraded to Core ___ Notation: ___
RN Signature: ___    MD Signature: ___
Patient Reassessment: Date: ___ Time: ___ VS: T: ___ HR ___ PR: ___ BP: ___
Pain: ___ Condition: Unchanged ___ Upgraded to Core ___ Notation: ___
RN Signature: ___    MD Signature: ___

**EXHIBIT 7**

```
                    GREATER SOUTHEAST COMMUNITY HOSPITAL           PAGE 3
                   1310 SOUTHERN AVE. SE WASHINGTON, DC 20032
                           DEPARTMENT OF PATHOLOGY
                         CHAIRMAN: DAVID REAGIN, M.D.
****************************************************************************

                    PATHOLOGY LABORATORY FINAL REPORT
****************************************************************************
```

| PATIENT: NOINFOAUSTIN,NIGEL | ACCT #: V00000648043 | LOC: SW | U #: M00966180 |
|---|---|---|---|
| | AGE/SX: 20/M | ROOM: 532 | REG: 08/26/05 |
| REG DR: DANIEL GILBERT MD | STATUS: DIS IN | BED: 8 | DIS: 08/30/05 |

```
                   URINALYSIS / CLINICAL MICROSCOPY CONTINUED
****************************************************************************
-----------------------URINE DRUG SCREENS/QUALITATIVE-----------------------
```

|  |  | U-AMPHETAM (NONE DET) | U-BENZODIAZ (NONE DET) | U-BARBITUAR (NONE DET) | U-THC (NONE DET) | U-METHADONE (NONE DET) | U-OPIATES (NONE DET) | U-PCP (NONE DET) |
|---|---|---|---|---|---|---|---|---|
| Date | Time | | | | | | | |
| => AUG 27 | 1330 | NONE DET | NONE DET | NONE DET | DETECTED | NONE DET | NONE DET | NONE DET |
| => AUG 26 | 0203 | NONE DET | NONE DET | NONE DET | DETECTED | NONE DET | NONE DET | NONE DET |

|  |  | U-COC (NONE DET) |
|---|---|---|
| Date | Time | |
| AUG 27 | 1330 | (c) |
| => AUG 26 | 0203 | (e) |

NOTES: (c) NONE DET
         See also (d)
       (d) The Urine Drug Screen is a screening procedure only and test
           results should not be used for non medical purposes. If
           confirmation is desired please notify the Lab.
       (e) NONE DET
           See also (d)

| Patient: NOINFOAUSTIN,NIGEL | Age/Sex: 20/M | Acct#V00000648043 | Unit#M00966180 |
|---|---|---|---|

** CONTINUED ON NEXT PAGE **                     CHART DATE   ~ 14/05