IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIGEL AUSTIN                              :
                                          :
        Plaintiff,                        :
                                          :
v.                                        :   CASE No. 1:05-CV-02219 (JDB)
                                          :
THE DISTRICT OF COLUMBIA, et al.          :
                                          :
        Defendants.                       :

**DEFENDANT THOMAS' STATEMENT OF MATERIAL FACTS AS TO
WHICH THERE IS NO GENUINE ISSUE**

Defendant Don Thomas, through counsel, sets forth the following statement of material facts as to which there is no genuine issue:

1. In August 2005 the Plaintiff Nigel Austin (Austin) was involved in a neighborhood altercation. Austin swung a golf club at his neighbor, but missed. Ultimately, Austin threw a brick and struck his neighbor in the head. (Exhibit 1, Austin Deposition, p. 46.).

2. Within days of the altercation, the Metropolitan police arrested Austin who was charged with assault with a deadly weapon. Austin pled to attempted aggravated assault while armed and received 18 months probation. (Exhibit 1, Austin Deposition, pp. 40 & 47).

3. On August 25, 2005, at approximately 1:45 p.m. the Defendant Thomas was processing Austin in the Central Cell block which was under-staffed at the time. (Plaintiff's Complaint; Exhibit 2, Bradley Deposition, pp. 112-113; Exhibit 3, Thomas Deposition, pp. 47-48, 55).

3. Just before the occurrence, Austin had learned that he would be spending the

night in jail because he was too late for a court appearance that day.  Austin began shouting "take me back to my mother fucking cell" and started to repeatedly step out of a interview room (Exhibit 1, Austin Deposition, pp.151-152 & Exhibit 3, Thomas Deposition, pp. 78 ).

4.	At one point Austin stepped out of the interview room again, and started to move right towards the exit, leading the Defendant Thomas to believe that Austin was trying to escape. (Exhibit 3, Thomas Deposition, pp. 78-86, 91-94).

5.	Thomas followed Austin and grabbed his arm.  (Exhibit 3, Thomas Deposition, pp. 94-95).  Austin then swung at Thomas who swung back, in self defense, striking Austin in the face.  (Exhibit 3, Thomas Deposition, pp. 97, 101, & 102).

6.	Soon thereafter, once Austin was secured, Thomas advised his acting watch commander that Ausin had requested  medical transport.  The watch commander requested medical transport within ten minutes. (Exhibit 3, Thomas Deposition, p. 126-127 & Exhibit 4, Hawkins Deposition, pp. 32).

8.	The commanding officer had to recall transport who did not arrive at the cell block until approximately 8:00 p.m. (Exhibit 4, Hawkins Deposition, pp. 32-33).

9.	Delays in the arrival of the transport were not caused by Thomas who had fulfilled his duty upon notifying his watch commander. (Exhibit 2, Bradley Deposition, p. 155 & Exhibit 5, Mazzei Deposition, pp.  118-121).

10.	While waiting for transport, Austin was placed in a holding cell where he fell asleep for a couple of hours. (Exhibit 1, Austin Deposition, pp. 72-73).

11. Police officers from the Seventh District ultimately arrived and transported Austin to Greater Southeast Community Hospital emergency room. A triage nurse evaluated Austin by 8:30 p.m. (Exhibit 1, Austin Deposition, p. 74 & Exhibit 6).

12. Hospital lab tests of August 26 and 27, 2005, revealed that Austin was positive for marijuana (i.e. tetrahydrocannabinol or "THC"). (Exhibit 7 & Exhibit 1, Austin Deposition, pp. 194-197).

Respectfully submitted,

*/s/ James W. Pressler, Jr.*
James W. Pressler, Jr. #221051
Patrick G. Senftle #412191

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005
(202) 822-8384
(202) 331-7587 (Fax)

Attorney for Defendant Thomas

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Defendant Thomas' Partial Statement of Material Facts was electronically served this 9th day of March, 2007 on Peter C. Grenier, Esq., 1150 Connecticut Avenue, N.W., Ninth Floor, Washington, D.C. 20036 and Steven J. Anderson, Esq., 441 Fourth Street, N.W., Suite 600S, Washington, D.C. 20001.

                                                James W. Pressler
                                                Patrick G. Senftle