```
                                                              1

 1           IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF COLUMBIA

 3   - - - - - - - - - - - - - - -x

 4   NIGEL AUSTIN,                  :

 5        Plaintiff,                :

 6        -vs-                      : 05-2219(JDB)

 7   DISTRICT OF COLUMBIA, et al,   :

 8        Defendants.               :

 9   - - - - - - - - - - - - - - -x

10                             Washington, D.C.

11              Wednesday, January 31, 2007

12       Deposition of:

13              NIGEL JABOH AUSTIN,

14   a witness, called for examination by counsel on

15   behalf of the defendant at the offices of the

16   Attorney General, 441 4th Street, Suite 600,

17   Washington. D.C. beginning at 12:00 p.m. before

18   Kim Wolford, a Notary Public and court reporter in

19   and for the District of Columbia, when were

20   present on behalf of the respective parties:

21

22
```

NIGEL JABOH AUSTIN
Austin v. District of Columbia, et al.                              1/31/2007

37

1            So my father got on the phone. The
2    lady told my father what was going on, what she
3    told me. So she told my father I should be coming
4    home today, I may come home today. I should be
5    back home.
6            So we left.
7        Q.   The policeman who arrested you told you
8    that she expected you to be released that day?
9        A.   Yes.
10       Q.   So that is what you --
11       A.   She told me and my father that.
12       Q.   It was a woman who arrested you?
13       A.   Yes.
14       Q.   What time was that at that you got
15   arrested?
16       A.   I believe it was between 9:00 and
17   10:00.
18       Q.   Then where did you go after you got
19   arrested?
20       A.   7th district.
21       Q.   What happened there?
22       A.   They processed me, took my

NIGEL JABOH AUSTIN
Austin v. District of Columbia, et al.                               1/31/2007

38

1  fingerprints, my picture, placed me in a holding
2  cell.
3      Q.   How long did you stay there?
4      A.   About an hour.
5      Q.   Then what happened?
6      A.   They -- central block, they transferred
7  me back to central cell block.
8      Q.   From the 7th District?
9      A.   Yes.
10     Q.   About what time would you think that
11 you arrived at central cell block?
12     A.   I want to say 12:00.
13     Q.   Around noon?
14     A.   Between 11:00 and 12:00.
15     Q.   So I guess ultimately you pleaded
16 guilty to assault with deadly weapon cinder block;
17 is that right?
18          MR. TISHLER:  Objection.
19          THE WITNESS:  Yes.
20          MR. ANDERSON:  Is that -- you can
21 answer.
22          THE WITNESS:  It was not assault with a

52

1          MR. TISHLER:  Are we talking about the
2  day of the incident?
3          MR. ANDERSON:  Uh-huh.
4          THE WITNESS:  Yes.
5  BY MR. ANDERSON:
6      Q.   And did you stay in the cell block
7  until the incident happened or did you --
8      A.   No.  They -- well, Office Thomas, they
9  -- I didn't ever see him.  I seen it was a Spanish
10 guy.  He took us out and processes us, took our
11 fingerprints and our picture.
12     Q.   About how long after you had arrived
13 there?
14     A.   About 10 minutes.
15     Q.   Ten minutes, they took your picture --
16 I thought they took your picture at the 7th
17 District.  They took it again.
18     A.   They took it both times.
19     Q.   And more fingerprints.
20     A.   Yes.
21     Q.   Then the Spanish guy put you back into
22 the cell?

```
                                                              53

 1         A.    Yes.  They gave us some food, put us
 2   back into the cell.
 3         Q.    What did they give you?
 4         A.    Sandwiches and some juice.
 5         Q.    What kind of juice?
 6         A.    Lemonade.
 7         Q.    So how long did you stay in the cell
 8   the second time?
 9         A.    It was between I would say about 20 or
10   30 minutes.
11         Q.    Did you have it in your mind that you
12   had to be out of the central cell block by a
13   certain time in order to not be there overnight?
14         A.    That is what the lady at 7-D told me.
15         Q.    What did she say?
16         A.    She said we should be going to court
17   today when I asked her.
18         Q.    Did she say whether or not you had to
19   leave the central cell block by a certain time in
20   order to make it to court, or did you find that
21   out at any time?
22         A.    I found out when I was leaving when
```

                                                                    54

1   they try -- when the lady in the paddy wagon came,
2   I asked her.
3        Q.   When she came to the 7th District?
4        A.   Yes.
5        Q.   What did she say about what time you
6   had to be out of the central cell block in order
7   to not spend the night there?
8        A.   This was between -- she said before
9   12:30 -- yeah, before 12:30.
10       Q.   So I guess after the second time that
11  you were in there for 20 minutes -- or maybe I'm
12  getting the story wrong -- but --
13       A.   No, 20 or 30 minutes I was in there.
14       Q.   Before Thomas came to get you?
15       A.   Yes.
16       Q.   Did he get just you or you and other
17  people?
18       A.   It was two other people that was in the
19  paddy wagon with me.
20       Q.   Took you all out of the cell?
21       A.   Yes.
22       Q.   Where did you go?

NIGEL JABOH AUSTIN
Austin v. District of Columbia, et al.                              1/31/2007

55

1    A.    Back to the processing room.

2    Q.    Into an office?

3    A.    It was, like -- well, he told me go to
4  -- I mean, they told me go to the little room, the
5  interview room. But it's like the processing room
6  is like, it's a big open space.

7    Q.    So you and the other two people, or did
8  the other two people go somewhere else?

9    A.    One person did. The other guy, he went
10 in the room and sat down that I was supppoed to
11 sat beside him.

12   Q.    And did you?

13   A.    No.

14   Q.    What happened?

15   A.    Well, I heard Dwayne downstairs, I
16 mean -- he said -- he must have asked somebody
17 something because I knew we were not going to
18 court. So he asked the lady --

19   Q.    Dwayne Dunne?

20   A.    Yes, I believe that was Dwayne Dunne.

21   Q.    Is that somebody who you had known
22 before that day?

56

1    A.   Well, I just met him at the 7th
2  District and we was in the paddy wagon. That is
3  about it.
4    Q.   That is how you know his name?
5    A.   Yes.
6    Q.   So Dwayne Dunne said, like -- tell me
7  again what he said.
8    A.   He never even told me. I just knew he
9  was charged then I found -- that is how I found
10 out his name.
11   Q.   Later you found out his name was Dwayne
12 Dunne, the guy who you now know to be named Dwayne
13 Dunne --
14   A.   Yes.
15   Q.   -- said something about getting out.
16 What did he say?
17   A.   He said -- I believe it was either
18 Thomas or somebody said we are not going to make
19 court. So we said, what are we here for?
20        She said they interview us about our
21 case or something like that.
22   Q.   Somebody said you are not going to make

1   it to court, meaning that you would have to spend
2   the night in the cell that night?
3          A.    Yes.
4          Q.    Was that a police officer, or was that
5   a prisoner?
6          A.    Well --
7          Q.    Or --
8          A.    I heard -- actually, I heard the
9   prisoner -- I heard Dwayne Dunne say, so we are
10  not going to court, or something like that.
11               Somebody said, no.
12               I believe it was one of them.
13         Q.    Was there somebody in the office with
14  Dwayne talking to him, or was he talking, like,
15  somebody outside the office?
16         A.    No, I believe he was talking to Officer
17  Thomas.
18         Q.    Dwayne was talking to Thomas?
19         A.    Yes.
20         Q.    And Thomas told him, you are not going
21  to make it to court today?
22         A.    Yes --

NIGEL JABOH AUSTIN
Austin v. District of Columbia, et al.                                    1/31/2007

60

1          MR. TISHLER:  Objection.

2          THE WITNESS:  Yes.

3  BY MR. ANDERSON:

4      Q.     What did you say?  What happened?

5      A.     Well, I told him, take me back to my

6  mother fucking cell.

7      Q.     Who did you say that to?

8      A.     I just said it out loud.  I knew both

9  of them was right outside, but I knew Officer

10 Thompson (sic) walk up to my face and asked me

11 what did I say?  And I repeated myself.

12         I said, take me back to my mother

13 fucking cell.

14     Q.     When you said that, where were you?

15 Were you in the room, or were you in the

16 processing --

17     A.     I was there -- it was like space -- I'm

18 right there beside the room he told me to go in

19 and then the steps are, like, behind me.

20     Q.     So you are not in the little room but

21 at the door?

22     A.     Yes.

NIGEL JABOH AUSTIN
Austin v. District of Columbia, et al.                               1/31/2007

63

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | Then what happened? |
| 3 | A. | He asked me, what did I say? |
| 4 | | And I repeated myself. |
| 5 | Q. | Then what happened? |
| 6 | A. | That is when he -- that is when I -- we were staring each other in the face for about two seconds and I just glanced out of the way.  I never moved my body, and that is when he swung, hit me in my face and I fell. |
| 11 | Q. | Where did he hit you? |
| 12 | A. | On the right side -- left side of my face. |
| 14 | Q. | He hit you on the left side of your face? |
| 16 | A. | Right here at this side. |
| 17 | Q. | And you fell on the ground? |
| 18 | A. | Yes. |
| 19 | Q. | Did Thomas fall to? |
| 20 | A. | No.  He -- no, he didn't fall.  He didn't fall. |
| 22 | Q. | Did you fall in front of the door to |

64

1    the processing room?
2        A.   No.  My feet was down -- no, I fell
3    down the two little steps that was right there.
4    The steps that was behind me, I fell down the
5    steps and, like, the steps right here and my feet
6    right here, and my body just lying like this.
7        Q.   So Thomas knocked you down the steps?
8        A.   Yes.  I never touched that one foot.
9    I just fell over, like over a cliff, like, fell
10   right on the ground on my face.
11       Q.   Then what did Thomas do?
12       A.   Jumped on me, put his knee in my back.
13       Q.   Then what happened?
14       A.   I got -- handcuffed me and the police
15   officers came -- I think -- I know Crowder for
16   sure.  I guess it was Hawkins that came and was
17   just trying -- they was calling it restraining me
18   but I wasn't never moving.
19       Q.   Were you -- did they say, put your hand
20   behind your back?
21       A.   No one was saying that.  They just --
22   they put my hands behind my back.  No one was

65

```
 1    saying that. (unintelligible) I was unconscious

 2    for a minute.  They, like, surprised me.

 3         Q.    You were unconscious when you fell on

 4    the floor down the steps?

 5         A.    Yes.

 6         Q.    And do you recall them saying anything

 7    like, put your hands behind your back?

 8         A.    No.

 9         Q.    Do you recall them grabbing your hands

10    and putting them behind your back?

11         A.    Yes, yes.

12         Q.    How long -- do you know how long you

13    were unconscious?

14         A.    Well, I was just real shaken up, shaken

15    up at the time.  I was not moving; I was just

16    laying there.  I know other police officers came,

17    jumped on me, was holding me down.

18         Q.    They handcuffed you behind your back?

19         A.    Yes.

20         Q.    Then took you to a cell?

21         A.    Yes.

22         Q.    Were you bleeding?
```

66

1    A.    Yes.

2    Q.    Did you see whether there was any blood
3  on the floor where you had fallen?

4    A.    No, never seen.

5    Q.    Did they take you directly to the cell?

6    A.    Yes.

7    Q.    Did you walk to the cell, or did they
8  drag you?

9    A.    Thomas drug me to the cell.

10   Q.    "Thomas drug" you meaning that your
11 feet were not moving, or was he, like pulling you
12 by your -- I'm trying to figure out --

13   A.    You say, like, pulling me.  I mean, I
14 was, like, dead weight.

15   Q.    So you did not walk to the cell?

16   A.    No.

17   Q.    But Thomas alone drug you to the cell,
18 or did it take more than one person to drag you to
19 the cell?

20   A.    It was just Thomas.

21   Q.    And how tall are you?

22   A.    Six-one.

```
                                                                    69

 1   feels like it is loose.  So I tell Thomas, my jaw

 2   is broke.

 3              He say, if your jaw broke, you wouldn't

 4   be able to talk.

 5         Q.   That was after about 20 minutes you

 6   told him your jaw was broke, you thought your jaw

 7   was broke?

 8         A.   Yes.

 9         Q.   Did you cuss at him anymore?

10         A.   No.

11         Q.   Did you tell him that you wanted to go

12   to the doctor?

13         A.   Yes.

14         Q.   What did Thomas say, if anything, about

15   that?

16         A.   Well, after that, that is the last

17   thing he said after that.

18         Q.   Did he tell that he was going to --

19         A.   No.

20         Q.   -- have you sent to the doctor?

21         A.   I believe another officer said that

22   they coming or something like that.
```

71

1      Q.    So after two hours, they move you to
2  another cell?
3      A.    Yes.
4      Q.    And that was Hawkins that moved you?
5      A.    Yes.  I believe so.
6      Q.    Did you just walk to the other cell?
7      A.    Yes.
8      Q.    So there was no force or anything to
9  get you from one cell to another?
10     A.    No.
11     Q.    At that time, Hawkins said medical care
12 is coming for you?
13     A.    Yes.
14     Q.    After you complained to Thomas that one
15 time that your jaw -- you thought your jaw was
16 broken and that you wanted to go to the doctor,
17 did you tell the officers that anymore or just
18 that one time?
19     A.    No, I kept asking them.
20     Q.    You were repeating it?
21     A.    Yes.  I was in pain.  For the first
22 time -- the first cell I was in, it was just --