JN 931 Rev 4/97

# ARRESTEE LOCKUP SHEET

DATE 8-25-05  TOUR 0500 / 1330

| LOG TIME | ARREST NUMBERS | ARRESTEE NAME | CHARGES | ARREST TIME | PD 313 | L/U CIT/ EF | LOG OUT TIME | CELL # | DAYWORK OFFICIAL RECIEVING 163s | EVENING OFFICIAL RECIEVING 163s | MIDNIGHT OFFICIAL RECIEVING 163s | COURT OR TRANSP UNIT REC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1205 | 570479 | Brown Kenneth 1-6-81 | Shoplifting | 1250 | Y | L/U |  | 2 | | | | |
| 1215 | 073577 | Austin Nigel | ADW | 0455 | N | L/U |  | 2 | | | | |
| 1215 | 073575 | Dunn Dwayne | Theft I | 0852 | N | L/U |  | 2 | | | | |

Sin yrs st nc

EXHIBIT 2