```
                                                              1
 1          IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4   _____
                                   )
 5   NIGEL AUSTIN,                 )    Civil Action
                                   )
 6        Plaintiff,               )    No. 05-2219(JDB)
                                   )
 7   vs.                           )
                                   )
 8   THE DISTRICT OF COLUMBIA,     )
     et al.,                       )
 9                                 )
          Defendants.              )
10   _____)
11
12
13              VIDEOTAPED DEPOSITION OF
14                OFFICER DON E. THOMAS
15                   Washington, D.C.
16              Friday, January 26, 2007
17                      10:37 a.m.
18
19   Job No.:  1-95385
     Pages 1 through 166
20   Reported by:  John L. Harmonson, RPR
21
22                                      EXHIBIT 3
```



1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

37

| | | | |
|---|---|---|---|
| 1 | Q. | Go ahead. I'm sorry. | 11:12:17 |
| 2 | A. | The supervisor was right behind me. He | 11:12:20 |
| 3 | grabbed him. The three of us fell over, and I | | 11:12:23 |
| 4 | twisted my back. | | 11:12:24 |
| 5 | Q. | Was Hawkins the supervisor that day? | 11:12:27 |
| 6 | A. | No. | 11:12:27 |
| 7 | Q. | Who was it? | 11:12:28 |
| 8 | A. | Wallace. | 11:12:31 |
| 9 | Q. | Hawkins was involved somehow, though, | 11:12:33 |
| 10 | correct? | | 11:12:34 |
| 11 | A. | I don't know. | 11:12:35 |
| 12 | Q. | The reason I'm asking is if you saw the | 11:12:37 |
| 13 | final FIT report, it listed Hawkins and you as | | 11:12:41 |
| 14 | having a January 10, 2006, use of force. | | 11:12:45 |
| 15 | A. | He could have been. I don't remember, | 11:12:46 |
| 16 | to be honest with you. I know there were at least | | 11:12:50 |
| 17 | three other employees there. | | 11:12:54 |
| 18 | Q. | Any other citizen or civilian | 11:12:58 |
| 19 | complaints that you're aware of? | | 11:12:59 |
| 20 | A. | None that I remember. | 11:13:15 |
| 21 | Q. | I'd like to go to August 25, 2005, if I | 11:13:20 |
| 22 | may. What was your tour of duty that day, if you | | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

38

| | | |
|---|---|---|
| 1 | remember? | 11:13:23 |
| 2 | A.  1300 to 2130, 1:00 p.m. to 9:30 p.m. | 11:13:31 |
| 3 | Q.  Do you know how much sleep you had | 11:13:34 |
| 4 | gotten the night before?  Or if you don't | 11:13:36 |
| 5 | remember, what was your habit or routine at the | 11:13:39 |
| 6 | time? | 11:13:39 |
| 7 | A.  What do you mean by that? | 11:13:40 |
| 8 | Q.  As far as how much sleep you would get | 11:13:43 |
| 9 | during a workweek. | 11:13:45 |
| 10 | A.  The normal amount. | 11:13:46 |
| 11 | Q.  Which is? | 11:13:47 |
| 12 | A.  Seven or eight hours. | 11:13:53 |
| 13 | Q.  Were you married at the time? | 11:13:54 |
| 14 | A.  Yes. | 11:14:03 |
| 15 | Q.  Do you know whether you had worked -- | 11:14:05 |
| 16 | and I think I can represent to you that | 11:14:07 |
| 17 | August 25, 2005, was a Thursday.  Had you worked | 11:14:11 |
| 18 | every day previously that workweek?  In other | 11:14:15 |
| 19 | words, had you worked Monday, Tuesday, Wednesday? | 11:14:19 |
| 20 | A.  My days off are Sunday and Monday.  I | 11:14:22 |
| 21 | don't know if I had worked everything up until | 11:14:25 |
| 22 | that day.  I don't remember. | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

47

| | | |
|---|---|---|
| 1 | of the cellblock. | 11:22:20 |
| 2 | Q.  When you're talking about the intake | 11:22:22 |
| 3 | side, that has nothing to do with the processing | 11:22:27 |
| 4 | room or the attorney/prisoner meeting rooms where | 11:22:31 |
| 5 | this incident occurred.  Am I correct? | 11:22:35 |
| 6 | A.  That's correct. | 11:22:36 |
| 7 | Q.  Okay.  Do you know whether anyone ever | 11:22:38 |
| 8 | requested that the cameras in or around the | 11:22:41 |
| 9 | processing room be repaired? | 11:22:44 |
| 10 | A.  No. | 11:22:44 |
| 11 | Q.  Do you know why they weren't repaired? | 11:22:50 |
| 12 | A.  Do I know why? | 11:22:51 |
| 13 | Q.  Yes.  Has anyone ever told you why no | 11:22:55 |
| 14 | one was repairing them? | 11:22:57 |
| 15 | A.  No. | 11:23:05 |
| 16 | Q.  When did you first encounter Mr. Austin | 11:23:07 |
| 17 | on August 25, 2005? | 11:23:11 |
| 18 | A.  When I escorted him from one of the | 11:23:16 |
| 19 | holding cells to the processing room. | 11:23:20 |
| 20 | Q.  Presumably that occurred at some point | 11:23:23 |
| 21 | after 1:00 o'clock since you arrived at | 11:23:26 |
| 22 | 1:00 o'clock, correct? | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

48

| | | | |
|---|---|---|---|
| 1 | A. | That's correct. | 11:23:29 |
| 2 | Q. | Do you know about when that occurred? | 11:23:34 |
| 3 | A. | About somewhere between 2:00 and | 11:23:38 |
| 4 | probably 5:00 or so. | | 11:23:40 |
| 5 | Q. | And what was your purpose in retrieving | 11:23:44 |
| 6 | Mr. Austin? | | 11:23:44 |
| 7 | A. | I believe to put an armband on him. | 11:23:47 |
| 8 | Q. | What's the purpose of an armband? | 11:23:50 |
| 9 | A. | Once a person has been fingerprinted, | 11:23:51 |
| 10 | they've been identified, then we put that | | 11:23:53 |
| 11 | information on their wrist so that we know who | | 11:23:56 |
| 12 | they are. | | 11:23:57 |
| 13 | Q. | Do you know which cell you retrieved | 11:24:01 |
| 14 | him from? | | 11:24:01 |
| 15 | A. | No. | 11:24:02 |
| 16 | Q. | Any idea how long he had been in the | 11:24:04 |
| 17 | cell when you went to retrieve him? | | 11:24:06 |
| 18 | A. | No. | 11:24:07 |
| 19 | Q. | Had you ever seen him or met him | 11:24:09 |
| 20 | before? | | 11:24:09 |
| 21 | A. | No. | 11:24:09 |
| 22 | Q. | Did you speak with him when you went to | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

66

| | | |
|---|---|---|
| 1 | separated by the glass. | 11:39:15 |
| 2 | Q.    But how do I get into the | 11:39:18 |
| 3 | attorney/prisoner interviewing room where | 11:39:20 |
| 4 | Mr. Austin was from the processing room? | 11:39:22 |
| 5 | A.    There's a doorway. | 11:39:24 |
| 6 | Q.    Is there a door? | 11:39:25 |
| 7 | A.    Yes. | 11:39:25 |
| 8 | Q.    Does it open out or into the room, into | 11:39:28 |
| 9 | the attorney/prisoner room? | 11:39:32 |
| 10 | A.    I believe into the room. | 11:39:34 |
| 11 | Q.    When you took Mr. Austin into that | 11:39:36 |
| 12 | room, did you give him any instructions once you | 11:39:39 |
| 13 | got him into that room?  And I'll just throw some | 11:39:46 |
| 14 | out.  Stand here.  Sit here.  Face the wall. | 11:39:49 |
| 15 | Stand in the corner.  Whatever. | 11:39:52 |
| 16 | A.    I don't recall saying anything directly | 11:39:54 |
| 17 | to him, but I normally ask whoever I bring into | 11:39:57 |
| 18 | the room, "Have a seat in the room to the left." | 11:40:00 |
| 19 | Q.    What if they don't comply with your | 11:40:02 |
| 20 | instruction to sit down? | 11:40:04 |
| 21 | A.    As long as they're inside, that's fine. | 11:40:06 |
| 22 | Q.    So you're okay if they don't sit down? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

83

| | | |
|---|---|---|
| 1 | saw or heard Mr. Austin do? | 12:09:03 |
| 2 | A. Step out of the room again. | 12:09:05 |
| 3 | Q. I thought he hadn't gone back into it. | 12:09:08 |
| 4 | I thought you said he was standing in the doorway. | 12:09:10 |
| 5 | A. From where he was, he moved away from | 12:09:13 |
| 6 | that location. | 12:09:14 |
| 7 | Q. Out or into the attorney/prisoner | 12:09:17 |
| 8 | interviewing room? | 12:09:18 |
| 9 | A. Out of the frame of the door. | 12:09:20 |
| 10 | Q. So essentially standing in the | 12:09:21 |
| 11 | processing room at that point? Well, he has to be | 12:09:27 |
| 12 | in one or the other, right? | 12:09:28 |
| 13 | A. He was in the processing room, but he | 12:09:30 |
| 14 | was leaving the processing room. | 12:09:32 |
| 15 | Q. Okay. So he was moving? | 12:09:35 |
| 16 | A. Yes. | 12:09:35 |
| 17 | Q. Okay. Which way -- Was he walking | 12:09:38 |
| 18 | forward? Irrespective of what part of the room he | 12:09:43 |
| 19 | was walking towards, was he walking physically | 12:09:46 |
| 20 | forward, sideways or backwards? | 12:09:50 |
| 21 | A. He was moving towards the right. | 12:09:52 |
| 22 | Q. When you say "moving towards the | |

85

| | | |
|---|---|---|
| 1 | Q. | Okay. What did you do, if anything, in | 12:10:47 |
| 2 | response to that? | | 12:10:49 |
| 3 | A. | Left where I was standing to try to | 12:10:52 |
| 4 | stop him from leaving the room. | | 12:10:53 |
| 5 | Q. | Did you run or walk? | 12:10:58 |
| 6 | A. | I don't know, but I got there quickly. | 12:11:00 |
| 7 | Q. | Did you call for help from anyone else? | 12:11:03 |
| 8 | A. | No. | 12:11:05 |
| 9 | Q. | Did you observe Officer Crowder, | 12:11:07 |
| 10 | whether she was doing anything in response to | | 12:11:10 |
| 11 | Mr. Austin walking towards the steps? | | 12:11:13 |
| 12 | A. | Did I see? No. | 12:11:15 |
| 13 | Q. | Did you see or observe her doing | 12:11:17 |
| 14 | anything? | | 12:11:17 |
| 15 | A. | No. | 12:11:18 |
| 16 | Q. | Or hear her say anything? | 12:11:20 |
| 17 | A. | No. | 12:11:21 |
| 18 | Q. | Do you recall her having a banana? | 12:11:24 |
| 19 | A. | No. | 12:11:25 |
| 20 | Q. | Have you read her deposition? | 12:11:27 |
| 21 | A. | No. | 12:11:35 |
| 22 | Q. | At this point, when Mr. Austin was | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

96

| | | |
|---|---|---|
| 1 | make sure he doesn't leave, or to physically stop | 12:21:57 |
| 2 | him from leaving.  I'm trying to understand what | 12:21:59 |
| 3 | your intention was in your mind when you grabbed | 12:22:02 |
| 4 | his arm.  Was it to physically stop him from | 12:22:05 |
| 5 | continuing to walk? | 12:22:06 |
| 6 |     A.    Yes. | 12:22:07 |
| 7 |     Q.    So would you say, then, you had to have | 12:22:09 |
| 8 | a pretty good grab or good squeeze on his arm to | 12:22:12 |
| 9 | do that, considering his size and weight? | 12:22:22 |
| 10 |     A.    I don't know.  All I know is I grabbed | 12:22:24 |
| 11 | his arm.  I don't know what the -- how tight that | 12:22:27 |
| 12 | grip was.  I just know that I gripped his arm. | 12:22:32 |
| 13 |     Q.    Now, I understand you don't know which | 12:22:33 |
| 14 | of his arms you grabbed, correct? | 12:22:36 |
| 15 |     A.    Correct. | 12:22:36 |
| 16 |     Q.    Can you tell me which of your hands you | 12:22:39 |
| 17 | used with which to grab his arm? | 12:22:41 |
| 18 |     A.    My right, I believe. | 12:22:43 |
| 19 |     Q.    Do you know whether Mr. Austin is | 12:22:45 |
| 20 | right-handed, left-handed or ambidextrous? | 12:22:49 |
| 21 |     A.    I don't know. | 12:23:00 |
| 22 |     Q.    Did you say anything as you grabbed | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

97

| | | |
|---|---|---|
| 1 | Mr. Austin's arm? | 12:23:09 |
| 2 | A. Not to my knowledge. | 12:23:10 |
| 3 | Q. Did you hear Officer Crowder or anyone | 12:23:11 |
| 4 | else say anything as you grabbed Mr. Austin's arm? | 12:23:17 |
| 5 | A. Not to my knowledge. | 12:23:26 |
| 6 | Q. What did Mr. Austin do, if anything, in | 12:23:29 |
| 7 | response to your grabbing his arm? | 12:23:32 |
| 8 | A. He turned towards me with a fist and | 12:23:38 |
| 9 | swung it at me. | 12:23:42 |
| 10 | Q. Which way did he turn his body? To his | 12:23:47 |
| 11 | left or to his right? | 12:23:49 |
| 12 | A. I believe towards his left. | 12:24:01 |
| 13 | Q. You said Mr. Austin attempted to take a | 12:24:04 |
| 14 | swing at you? | 12:24:06 |
| 15 | A. Yes. | 12:24:06 |
| 16 | Q. With his right or with his left arm? | 12:24:10 |
| 17 | A. I don't know. All I recall is a fist | 12:24:12 |
| 18 | coming towards me. | 12:24:14 |
| 19 | Q. So the fist was actually moving towards | 12:24:17 |
| 20 | you? | 12:24:17 |
| 21 | A. Oh, yeah. | 12:24:19 |
| 22 | Q. Did his fist touch any part of your | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

103

| | | |
|---|---|---|
| 1 | A.    I don't know. | 12:29:22 |
| 2 | Q.    Have you ever considered, in | 12:29:24 |
| 3 | retrospect, whether there were alternative means | 12:29:27 |
| 4 | of restraint that could have been used to restrain | 12:29:31 |
| 5 | Mr. Austin as opposed to using your right fist on | 12:29:35 |
| 6 | him? | 12:29:35 |
| 7 | A.    Have I ever -- | 12:29:37 |
| 8 | Q.    Considered, looking back, whether there | 12:29:39 |
| 9 | were alternative means to restrain Mr. Austin | 12:29:42 |
| 10 | other than swinging at him with your right fist. | 12:29:46 |
| 11 | A.    No. | 12:29:50 |
| 12 | Q.    And I shouldn't put words in your | 12:29:53 |
| 13 | mouth.  Did you swing at Mr. Austin with a closed | 12:29:56 |
| 14 | fist? | 12:29:56 |
| 15 | A.    Yes. | 12:29:56 |
| 16 | Q.    Were you wearing any jewelry on that | 12:29:59 |
| 17 | right hand at the time? | 12:30:00 |
| 18 | A.    No. | 12:30:02 |
| 19 | Q.    What part, if any, of Mr. Austin's body | 12:30:05 |
| 20 | did your fist hit? | 12:30:08 |
| 21 | A.    I'm not sure because I swung and sort | 12:30:12 |
| 22 | of grabbed him at the same time, bear-hug style. | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

104

| # | | |
|---|---|---|
| 1 | Q. When you say swung and grabbed him, | 12:30:18 |
| 2 | could you demonstrate what you mean? | 12:30:25 |
| 3 | A. Sort of swung and grabbed at the same | 12:30:29 |
| 4 | time (indicating). | 12:30:30 |
| 5 | Q. So do you know what part of his body | 12:30:32 |
| 6 | your fist connected with, if any? | 12:30:35 |
| 7 | A. I'm not sure. | 12:30:37 |
| 8 | Q. What happened after you swung and | 12:30:42 |
| 9 | bear-hugged Mr. Austin? | 12:30:44 |
| 10 | A. We fell off the steps onto the ground. | 12:30:48 |
| 11 | Q. Did you fall on top of him or did he | 12:30:51 |
| 12 | fall on top of you? | 12:30:53 |
| 13 | A. We sort of fell somewhat side by side | 12:30:57 |
| 14 | with me still holding onto him. | 12:30:59 |
| 15 | Q. And then what happened? | 12:31:01 |
| 16 | A. I attempted to grab one of his arms to | 12:31:04 |
| 17 | handcuff him. | 12:31:05 |
| 18 | Q. Did you have handcuffs with you? | 12:31:07 |
| 19 | A. Yes. | 12:31:07 |
| 20 | Q. What kind? Flex cuffs? Metal cuffs? | 12:31:12 |
| 21 | A. Metal. | 12:31:16 |
| 22 | Q. Were you able to do so? | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664

109

| | | |
|---|---|---|
| 1 | the subjects of the investigation, correct? | 12:35:11 |
| 2 | A. Not to my knowledge. | 12:35:12 |
| 3 | Q. But Crowder was the one that you were | 12:35:14 |
| 4 | referring to when you mentioned three in your | 12:35:17 |
| 5 | UFIR? | 12:35:18 |
| 6 | A. Correct. | 12:35:22 |
| 7 | Q. Did there come a point when Mr. Austin | 12:35:23 |
| 8 | was in fact handcuffed? | 12:35:25 |
| 9 | A. Yes. | 12:35:27 |
| 10 | Q. And tell me, if you would, what you | 12:35:30 |
| 11 | were wearing at the time. | 12:35:36 |
| 12 | A. A dark blue uniform similar to what I'm | 12:35:40 |
| 13 | wearing now. Not exact. | 12:35:42 |
| 14 | Q. Same darkness of blue? | 12:35:44 |
| 15 | A. Yes. | 12:35:48 |
| 16 | Q. Did you observe what you believed to be | 12:35:50 |
| 17 | any physical injury to Mr. Austin? | 12:35:55 |
| 18 | A. No. | 12:35:57 |
| 19 | Q. Did you ever see any blood on the floor | 12:35:59 |
| 20 | in or about the area where the incident occurred? | 12:36:02 |
| 21 | A. Yes. | 12:36:04 |
| 22 | Q. Did you ever undertake to try to figure | |

118

| | | |
|---|---|---|
| 1 | Q. And that was immediately after being | 12:53:38 |
| 2 | subdued? | 12:53:41 |
| 3 | A. No. He was actually in the cell at | 12:53:43 |
| 4 | that point. | 12:53:45 |
| 5 | Q. Okay. Well, you jumped ahead. But | 12:53:47 |
| 6 | what did you do after you subdued him? | 12:53:49 |
| 7 | A. Put him in a cell. | 12:53:51 |
| 8 | Q. The same cell that he had been in when | 12:53:53 |
| 9 | you first arrived at work? | 12:53:56 |
| 10 | A. I believe it was a different cell. | 12:53:58 |
| 11 | Q. Do you know the cell number? | 12:54:00 |
| 12 | A. No. | 12:54:03 |
| 13 | Q. Did you observe any blood on any part | 12:54:06 |
| 14 | of Mr. Austin's body after he was subdued? | 12:54:09 |
| 15 | A. No. | 12:54:11 |
| 16 | Q. Do you recall what color shirt he was | 12:54:14 |
| 17 | wearing? | 12:54:17 |
| 18 | A. A light-colored shirt. | 12:54:20 |
| 19 | Q. Do you know what kind? Like was it | 12:54:22 |
| 20 | cotton? Do you know what it was? | 12:54:24 |
| 21 | A. I just remember it was light-colored. | 12:54:27 |
| 22 | Q. Was it white? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

122

| | | |
|---|---|---|
| 1 | A.   Yes. | 12:57:16 |
| 2 | Q.   Did you have to drag him, or did he | 12:57:20 |
| 3 | walk of his own accord and under his own control? | 12:57:24 |
| 4 | A.   He walked.  I had one arm.  Hawkins and | 12:57:29 |
| 5 | Lewis had the other arm.  But he walked on his own | 12:57:34 |
| 6 | accord. | 12:57:35 |
| 7 | Q.   Was he handcuffed with handcuffs behind | 12:57:38 |
| 8 | his back? | 12:57:39 |
| 9 | A.   Yes. | 12:57:39 |
| 10 | Q.   When you put him into the cell, did you | 12:57:42 |
| 11 | lock the cell? | 12:57:42 |
| 12 | A.   It locks automatically when you close | 12:57:44 |
| 13 | it. | 12:57:44 |
| 14 | Q.   Okay.  Well, then, did you shut the | 12:57:45 |
| 15 | door? | 12:57:47 |
| 16 | A.   Yes. | 12:57:47 |
| 17 | Q.   So therefore he was locked in the cell? | 12:57:48 |
| 18 | A.   Correct. | 12:57:48 |
| 19 | Q.   Was anyone else in the cell that you | 12:57:49 |
| 20 | put him in, if you know? | 12:57:51 |
| 21 | A.   I don't believe so. | 12:57:52 |
| 22 | Q.   What is the floor of that cell that you | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

124

| | | | |
|---|---|---|---|
| 1 | | There would be trash on the floor? | 12:58:43 |
| 2 | A. | Yes. | 12:58:44 |
| 3 | Q. | Was Mr. Austin bleeding when you put | 12:58:47 |
| 4 | | him in the cell after being subdued? | 12:58:51 |
| 5 | A. | Not to my knowledge. | 12:58:52 |
| 6 | Q. | Did any blood drip onto the floor when | 12:58:55 |
| 7 | | you walked him from the point of the incident into | 12:58:58 |
| 8 | | the cell, if you noticed? | 12:59:01 |
| 9 | A. | At what point? | 12:59:03 |
| 10 | Q. | Anytime from the point that you subdued | 12:59:06 |
| 11 | | him and walked him into the cell. | 12:59:09 |
| 12 | A. | Yes. | 12:59:09 |
| 13 | Q. | Onto the floor? | 12:59:10 |
| 14 | A. | Yes. | 12:59:11 |
| 15 | Q. | Was it dripping as he walked? | 12:59:15 |
| 16 | A. | Not to my knowledge. | 12:59:16 |
| 17 | Q. | Where did you see the blood? | 12:59:19 |
| 18 | A. | Where he was subdued. | 12:59:21 |
| 19 | Q. | But I'm saying as you walked between | 12:59:23 |
| 20 | | the point where he was subdued and to the cell, | 12:59:26 |
| 21 | | during that walk, did you see any blood coming | 12:59:29 |
| 22 | | from him or dripping onto the floor? | |

129

| | | |
|---|---|---|
| 1 | Q. Did you ever tell a FIT investigator | 13:03:51 |
| 2 | that you thought it was 3-by-5? | 13:03:53 |
| 3 | A. No. | 13:04:01 |
| 4 | Q. Was Mr. Austin left handcuffed after he | 13:04:03 |
| 5 | was put in the cell after being subdued? | 13:04:07 |
| 6 | A. Yes. | 13:04:08 |
| 7 | Q. Why? | 13:04:13 |
| 8 | A. I don't know. | 13:04:14 |
| 9 | Q. Was that appropriate protocol? | 13:04:17 |
| 10 | A. For the cellblock it is, yes. | 13:04:19 |
| 11 | Q. How many other inmates were in cells | 13:04:22 |
| 12 | with handcuffs on behind their back at the time | 13:04:26 |
| 13 | you put Mr. Austin in the cell after being | 13:04:30 |
| 14 | subdued? | 13:04:35 |
| 15 | A. I don't think there were any more. | 13:04:38 |
| 16 | Q. How many other people -- let's start | 13:04:40 |
| 17 | with males -- were in the cellblock, in cells, at | 13:04:47 |
| 18 | the time Mr. Austin was placed back into a cell | 13:04:50 |
| 19 | after being subdued? | 13:04:55 |
| 20 | A. I don't know. | 13:04:56 |
| 21 | Q. More than 25? | 13:05:00 |
| 22 | A. I really don't know. There were some | |