Capital Reporting Company

Page 1

1         UNITED STATES DISTRICT COURT

          FOR THE DISTRICT OF COLUMBIA

2

    ----------------------------------:
3   NIGEL AUSTIN,                     :
4              Plaintiff              :
5        v.                           : Case No.
                                      : 05CV02219
6   THE DISTRICT OF COLUMBIA          :
    and                               :
7   OFFICER DON THOMAS                :
    and                               :
8   JOHN DOES 1 - 25,                 :
9              Defendants             :
    ----------------------------------:

10                          Washington, D.C.

11                          Monday, December 11, 2006

12  Video Deposition of:

13            OFFICER RHONDA CROWDER

14  called for oral examination by counsel for

15  Plaintiff, pursuant to notice, at the Law Offices

16  of Bode and Grenier LLP, 1150 Connecticut Avenue,

17  N.W., Ninth Floor, Washington, D.C., 20036., before

18  Patricia A. Edwards of Capital Reporting, a Notary

19  Public in and for the District of Columbia,

20  beginning at 11:24 a.m., when were present on

21  behalf of the respective parties:

22

(866) 448 - DEPO
www.CapitalReportingCompany.com          EXHIBIT 6

Capital Reporting Company

Page 84

```
 1   Thomas when Officer Thomas reached for him; is
 2   that correct?
 3        A    Yes.
 4        Q    Okay.  Then what happened?
 5        A    He turned around real quick -- Austin
 6   did -- and Officer Thomas jumped back -- like
 7   his upper body just moved back.  And that was
 8   it.
 9        Q    And what --
10        A    From that point on it was -- they were
11   going down the steps.
12        Q    Did you -- when Officer Thomas jumped
13   back, as a result of him or in connection with
14   him jumping back, did you hear what sounded to
15   you like a punch land on Officer Thomas?  Such
16   as a fist hitting flesh?
17        A    I didn't hear anything.
18        Q    Did you ever see Mr. Austin attempt to
19   punch Officer Thomas?  Because all you just
20   told me was that you saw Officer Thomas jump
21   back.  Did you ever see Mr. Austin swing a
22   fist or a hand at Officer Thomas?
```

Page 85

1     A    I didn't see him attempt to punch him.

2     Q    Did you ever seen him attempt to punch

3  him, yes or no?  And that's mainly so I'm

4  clear.  Did you ever see Mr. Austin attempt to

5  punch Officer Thomas, yes or no?

6     A    No.

7     Q    Did you ever see Officer Thomas punch

8  Mr. Austin with a closed fist?

9     A    No.

10          (The document referred to was

11          marked for identification as

12          Crowder Deposition Exhibit

13          No. 2.)

14  BY MR. GRENIER:

15     Q    Officer Crowder, I'm showing you

16  what's been marked as Crowder Deposition

17  Exhibit No. 2.  This is the incident report

18  that you prepared as a result of this

19  incident; correct?

20     A    Yes.

21     Q    And you prepared it seven days after

22  the incident, i.e. a week after the incident;

Capital Reporting Company

Page 89

1  sounds like a blow or a hit to Officer Thomas;
2  correct?
3      A    Correct.
4      Q    And you didn't see Mr. Austin punch
5  Officer Thomas; correct?
6      A    Correct.
7      Q    Then what led you to the conclusion
8  that Officer Thomas had used a fist on Mr.
9  Austin if you personally did not observe that
10 Officer Thomas used a fist on Mr. Austin?
11     A    I guess when he jumped back, I would
12 imagine that he swung at him. It would be a
13 natural reaction. I don't know.
14     Q    Did he swung at Mr. Austin while
15 backing up away from Mr. Austin?
16     A    Austin swung at Officer Thomas.
17     Q    I understand you said that. You've
18 said that. My question is what leads you to
19 the conclusion that Officer Thomas used a fist
20 on Mr. Austin?
21     A    Well, I guess if somebody swings at
22 me, I'm going to swing back.

Page 102

```
 1   believe that a type of force had been used on
 2   Mr. Austin?
 3        A    I believed so at the time, yes.
 4        Q    That force was used by Officer Thomas
 5   on Mr. Austin?
 6        A    When trying to subdue him, yes.
 7        Q    And we've already talked about the
 8   fist thing, so I wont' go over that again.
 9   Now, where it says was first aid rendered, the
10   box that's checked, no.  When you observed Mr.
11   Austin after the incident, did you see any
12   visible indicate of injury on Mr. Austin?
13        A    I saw blood on the floor, that's it.
14        Q    Nothing on Mr. Austin?
15        A    No.
16        Q    At any time between the time of the
17   incident and the time that Mr. Austin was
18   transported to the hospital for medical
19   treatment, did you ever observe any blood on
20   Mr. Austin?
21        A    After they took him to the cell, I
22   didn't have anything else to do with him.
```

Page 106

1    A    Yes.

2    Q    Okay. Well, a minute ago you told me

3 under oath that you only saw blood on the

4 floor. So now are you saying you saw blood on

5 Mr. Austin?

6    A    Once he got up, I saw blood on his

7 shirt.

8    Q    On his white t-shirt?

9    A    Yes.

10    Q    That was previously clean and all

11 white; correct?

12    A    I don't know about that.

13    Q    Well, okay. I asked if you saw any

14 stains and you said you didn't see any;

15 correct? Correct?

16    A    That's correct.

17    Q    Okay. And afterwards you saw blood on

18 his shirt. Did you conclude that the blood on

19 Mr. Austin's shirt, that hadn't been there

20 before the incident, may have been caused by

21 the incident with Officer Thomas? Did that

22 occur to you?