```
         IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF COLUMBIA
    ---------------------------------

NIGEL AUSTIN                          |

           Plaintiff                  |

    v.                                | Case No.

THE DISTRICT OF COLUMBIA and          | 05CV02219

OFFICER DON THOMAS and                |

JOHN DOES 1-25                        |

           Defendants                 |
    ---------------------------------


    Deposition of OFFICER GEORGE R. HAWKINS, II

                  Washington, D.C.

              Thursday, February 1, 2007

                    11:21 a.m.


Job No.:  1-96236

Pages 1 - 128

Reported by:  Patricia G. Mitchell
```

**EXHIBIT 7**



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

22

1   Q   Did you observe any blood on the floor at that
2   time?
3   A   No, sir.
4   Q   Did there come a time when you observed blood?
5   A   Yes, sir.
6   Q   What, if anything, did you do to assist Officer
7   Thomas?
8   A   I assisted Officer Thomas in handcuffing
9   Mr. Austin.
10  Q   What did you do specifically?
11  A   Took his hand out from under him.
12  Q   Which hand?
13  A   I believe it was his right hand.
14  Q   And what did you do?
15  A   Put it behind him.
16  Q   Okay.
17  A   Got him handcuffed.
18  Q   Whose handcuffs?
19  A   Weren't mine.
20  Q   Where did you get the handcuffs?
21  A   I think Officer Thomas had the handcuffs
22  already.

27

1    If you remember this, you should say you
2    remember.  If you don't remember, you shouldn't say you
3    remember based on what Peter tells you.
4         MR. GRENIER:  Okay.
5    BY MR. GRENIER:
6    Q    Do you remember there being blood on the
7    clothing?  I think you said yes?
8    A    Yes, sir.
9    Q    Do you remember what part of the clothing?
10   A    No, sir.
11   Q    Can you tell me how much?  Not by quantity but
12   perhaps size on the clothing, size of blood?
13   A    No, sir.
14   Q    When Mr. Austin was picked up after being
15   subdued and handcuffed, did you see any blood on the
16   floor?
17   A    Yes, sir.
18   Q    How much?
19   A    Very little, sir.
20   Q    At any time after Mr. Austin was subdued and
21   the time that he was picked up and transported to the
22   hospital, did anyone render first aid to him?

28

1    A    First aid for what, sir?

2    Q    For his injuries.

3    A    Okay. Since we saw very little blood --
4  right -- what type of injury?

5    Q    Was that -- what was that, was that an answer a
6  statement or question? I don't understand what you just
7  said.

8    A    I'm just asking. If we thought it was an
9  emergency -- because we saw very little blood -- we would
10 have called an ambulance.

11   Q    Okay, I'll ask my question again. Maybe you
12 didn't understand it. Do you know what "first aid"
13 means?

14   A    Yes, sir.

15   Q    Did you render first aid to Mr. Austin?

16   A    No, sir.

17   Q    Did Officer Thomas render first aid to
18 Mr. Austin?

19   A    No, sir.

20   Q    What did you do with Mr. Austin after he was
21 injured and subdued and handcuffed?

22   A    We put him in his cell.

DEPOSITION OF OFFICER GEORGE R. HAWKINS, II
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

30

1    Q    -- and the time that you placed him in the cell
2  and locked it, is there any time that he was combative
3  between that time?
4    A    No, sir.
5    Q    Did you think he would become combative again?
6    A    Yes, sir.
7    Q    Why?
8    A    Listening to his mouth, his hollering and his
9  fussing and cussing, yes, sir.
10   Q    I thought you said you didn't hear any words?
11   A    When, sir?
12   Q    When did you first hear words come out of
13 Mr. Austin's mouth?
14   A    After he was in the cell, sir.
15   Q    After he was in the cell?
16   A    Yes, sir.
17   Q    So from the time his handcuffs were put on him
18 until the time he was locked in the cell, he said not a
19 word?
20   A    He said nothing.
21   Q    Did he complain about any injuries?
22   A    He said he needed to see a doctor, sir.

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664

DEPOSITION OF OFFICER GEORGE R. HAWKINS, II
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

31

1    Q    Is that all he said?

2    A    He said a lot more.

3    Q    What else?

4    A    Fussing and cussing, sir.

5    Q    Did he indicate what part of his body had been
6    injured?

7    A    Yes, sir.

8    Q    What?

9    A    His jaw.

10   Q    What did he say?

11   A    "My jaw is broken."

12   Q    Did you believe him?

13   A    No, sir.

14   Q    Why not?

15   A    Because -- I believe -- I'm not a doctor, I
16   believe if his jaw was broken, he couldn't have hollered
17   and made enough noise as he did.

18   Q    Did you or anyone else you observed, in
19   response to Mr. Austin's statement that his jaw was
20   broken, say words to the effect of, "If you can talk,
21   it's not broken"?

22   A    I don't know about that, sir.

DEPOSITION OF OFFICER GEORGE R. HAWKINS, II
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

38

1   A   I don't understand that question.

2   Q   Did he pose a danger to anyone at the MPD after
3   he was locked in cell number 3 after being subdued?

4   A   If Officer Thomas told me he was combative --
5   right -- I have no reason to disbelieve him.

6   Q   Do you believe that there was an unreasonable
7   delay in Mr. Austin receiving medical attention from the
8   time of the injury?

9   A   No, sir, not at all.

10   Q   What's your understanding of the meaning of the
11   word "immediately"?

12   A   Immediately is maybe five minutes.

13   Q   Now the General Orders in effect at the time
14   required that Mr. Austin receive medical attention
15   immediately, correct?

16   A   Yes, sir.

17   Q   And he did not receive medical attention
18   immediately, correct?

19   A   Yes, sir.

20   Q   Was that a violation of an order?

21   MR. ANDERSON:   I'm going to object to his
22   opinion.

DEPOSITION OF OFFICER GEORGE R. HAWKINS, II
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

44

1   A   No, sir.

2   Q   Looking at -- I'm going to jump ahead -- but
3   looking at the next sentence: "Medical assistance shall
4   be summoned immediately if a person is physically injured
5   in any way." Are you saying that there's a particular
6   level of injury that you need to see in order to summon
7   medical assistance immediately?

8   A   Yes, sir.

9   Q   What's the difference in your mind?

10  A   If you tell me you have chest pains, I'm going
11  to call the ambulance right away, stop. But if you tell
12  me you have a toothache, we'll call somebody, send you to
13  the hospital, yes, sir.

14  Q   Well, this order doesn't distinguish between
15  types of injury, does it?

16  A   Exactly, sir.

17  Q   So how in this order are you complying with
18  that provision by not summoning medical assistance
19  immediately if Mr. Austin was physically injured in any
20  way or complained of pain?

21  A   Evidently I didn't at that time.

22  Q   Did Mr. Austin complain of pain?

DEPOSITION OF OFFICER GEORGE R. HAWKINS, II
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

68

1    Q    Do you know how much he bled while in cell
2 number 3?
3         MR. ANDERSON:  If at all.
4 BY MR. GRENIER:
5    Q    I apologize.  Didn't you testify that he was
6 bleeding when he was placed in the cell?
7    A    That's because we saw drops of blood on the
8 floor.
9    Q    In the cell?
10   A    Yes, sir.
11        MR. GRENIER:  Mr. Anderson, I hope that
12 satisfies you.
13 BY MR. GRENIER:
14   Q    Should that have been photographed?
15   A    I would assume so, yes, sir.
16   Q    Was Mr. Austin ever placed in a different cell
17 after cell number 3 and before being taken to the
18 hospital?
19   A    I don't know that, sir.
20   Q    Are there any records that exist that might
21 tell us one way or another?
22   A    No, sir.