```
                                                              1
 1           IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3    ------------------------------------

 4   NIGEL AUSTIN                          |

 5              Plaintiff                  |

 6     v.                                  | Case No.

 7   THE DISTRICT OF COLUMBIA and          | 05CV02219

 8   OFFICER DON THOMAS and                |

 9   JOHN DOES 1-25                        |

10              Defendants                 |

11    ------------------------------------

12

13          Deposition of LYNN MAURICE LEWIS

14                  Washington, D.C.

15             Thursday, February 1, 2007

16                     2:26 p.m.

17

18   Job No.:  1-96236

19   Pages 1 - 28

20   Reported by:  Patricia G. Mitchell

21

22                                     EXHIBIT 8
```



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

13

1  mouth?

2      A    Like I said, when he got up, I seen little

3  spots on the floor.

4      Q    You saw a spot or two of what?

5      A    Blood.

6      Q    On the floor?

7      A    Yes.

8      Q    Did you ever see Mr. Austin bleeding from his

9  mouth?

10     A    No, no.

11     Q    Well, you saw blood dripping to the floor?

12     A    It was on the floor when they picked him up.

13     Q    Did you look up to see where the blood was

14 coming from?

15     A    No.

16     Q    Did you tell the FIT investigator that you saw

17 blood coming from Mr. Austin's mouth?

18     A    No.  Or I can't recall that.

19     Q    Okay.  Did you hear Mr. Austin say anything at

20 any time after you responded to the commotion?

21     A    Anything, he said he had to go to the hospital.

22     Q    Is that all you heard him say?

DEPOSITION OF LYNN MAURICE LEWIS
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

19

1    A    Yes.

2    Q    When they put him in the cell, did they have

3 handcuffs on?

4    A    Yes.

5    Q    Front or back; do you know?

6    A    It's kind of vague.  Back.

7    Q    Did you notice whether any blood was dripping

8 onto the floor as Mr. Austin was being led to the cell

9 after the incident?

10   A    No.

11   Q    Did you ever look in Mr. Austin's cell?

12   A    No.

13   Q    To your knowledge, was Mr. Austin switched from

14 cell number 3, where he was placed after the incident, to

15 another cell before being transported to the hospital?

16   A    To my knowledge, no.

17   Q    What were your general duties and

18 responsibilities during that tour of duty?

19   A    Bring prisoners in, search and see if they have

20 any contraband.

21   Q    Did you do that to Mr. Austin?

22   A    No.