**Greater Southeast Community Hospital**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

GSCH Form 165-A   Rev 9/03
WHITE-Medical Records
YELLOW-ED Administration
PINK-Physician Billing

# EMERGENCY DEPARTMENT
## Triage / Initial Assessment

NAME: Room
2110   TN

MR #: _____
TRIAGE: ___ Core   ___ After Chart   ✓ Fast Track
DISPOSITION: ___ ASAP   ___ Routine   ___ Adv. Triage

LAST NAME: Austin
FIRST NAME: Nigel
MI: —   SEX: M   AGE: ___   DOB: 8-2-78

DATE: 8/25/05   ARRIVAL TIME: 2030 PM   TRIAGE TIME: 2035 PM

## TRIAGE ASSESSMENT

Chief Complaint/History Present Illness: Jaw hurts. (Pt states that jaw was bleeding a lot)

Information being given by: Pt

**TREATMENTS IN PROGRESS UPON ARRIVAL** (Please Check)   ✓ No treatments received prior to arrival in ED.
___ C-COLLAR   ___ Towel Rolls   ___ I.V. Fluids _____   ___ Oxygen
___ Backboard   ___ Splint   ___ Neb. treatment   ___ Other _____

Current Medications: NONE
Past Medical History: NONE
NKDA / Allergies: NKDA   Allergy bracelet placed on patient: ☐ Yes   ✓ Not Needed

Due to the increase in domestic violence, we ask all adult patients: Have you ever been a victim of domestic violence? Yes ☐   No ✓
If yes, would you like some help?   Yes ☐   No ✓

Social History: ✓ Tobacco   ✓ ETOH   ___ Substance Abuse   ___ None   Comments: _____
Family History: ___ Stroke   ✓ Heart Attack/Heart Disease   ✓ Diabetes   ___ Cancer   ___ Asthma   ___ None
LMP: NA   Normal / Abnormal: (circle)
Tetanus: up to date, ✓   >5 years ___   Unknown: ___   Primary Physician: NONE
Triage VS: T/route 97.9   HR 66   RR 20   B/P 130/69   Pulse Ox: 93   Weight ___ kg/lbs
Impairments: Ø Visual   Ø Hearing   Ø Speech   Triage Signature/Title: _____ RN

## INITIAL TRIAGE ASSESSMENT (please check)

**Mental Status:**
✓ Alert
✓ Oriented
___ Confused
___ Crying
___ Drowsy
___ Sleeping
___ Arousable
___ Unarousable
___ Unresponsive
___ Smiling/playful (peds)
___ Other _____

**Respiratory Status:**
✓ Clear
(R) Breath sounds (L)
___ Rales ___
___ Wheezing ___
___ Rhonchi ___
___ Diminished ___
___ Other _____
___ Nasal flaring
___ Retractions
___ Cough (productive**)
___ Cough non-productive
✓ No deficit noted during Triage

**Cardiovascular Status:**
Color:
✓ Normal
___ Pale
___ Cyanotic
___ Other
Temperature of skin:
✓ Warm
___ Dry
___ Cool
___ Diaphoretic
___ Peripheral pulses present
___ Peripheral edema
Capillary refill:
✓ <3 sec.   ___ >3 sec.

**GI Status:**
✓ Soft/Nontender
___ Distended/tender
   Bowel sounds
___ Present/absent
___ Vomiting/diarrhea
___ G tube
___ Stoma
___ Other
✓ No deficit noted

**Musculo-skeletal Status:**
Location: ___
✓ Pain ___ (0-10) Inten.
___ Skin broken
✓ Swelling Jaw
___ Discolored
___ Distal pulses present
___ Deformity
___ Other _____
___ No deficit noted during Triage

PAIN   0   2   4   6   8   10   (10 circled)

**GU/GYN**
___ Vaginal bleeding   ___ Foley
___ Freq./Burning   ✓ No deficit noted
___ Discharge   ___ Other _____

Signature/Title: _____ RN   Time: ___

## NURSING TREATMENT IN TRIAGE (Please Check)
___ Tylenol Dose and Route _____ Init. ___
___ Sling/Sprint
___ Ice   ___ Orthostatics _____

___ Pedialyte
___ Wound Care
___ Accucheck
___ Visual Acuity

___ Pregnancy Test: Positive/Negative
___ Cup given in triage
___ Urine Dip: ___
___ Advised Patient / Family Member to remain/NPO

## TRIAGE REASSESSMENT

Patient Reassessment: Date: ___   Time: ___   VS: T: ___   HR ___   PR: ___   BP: ___
Pain: ___   Condition: Unchanged ___   Upgraded to Core ___   Notation: ___
RN Signature: ___   MD Signature: ___

Patient Reassessment: Date: ___   Time: ___   VS: T: ___   HR ___   PR: ___   BP: ___
Pain: ___   Condition: Unchanged ___   Upgraded to Core ___   Notation: ___
RN Signature: ___   MD Signature: ___

**EXHIBIT 10**

© 2001 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

| 03 | Greater Southeast Community Hospital |
|---|---|
| | Corporation I  ☐ DC General |
| | **EMERGENCY PHYSICIAN RECORD** |
| | **Facial or Head Injury** |

TIME SEEN: 2325   ROOM: FT   ____ EMS Arrival
HISTORIAN: ⊙patient  __paramedic  __translator  __other____
AGE 19   M / F   RACE B
__History limited by _____

**HPI**   chief complaint / location of injury:
__head  ⊙face  ⊙mouth / lip / chin / nose  ⊙neck
_mandible_ ✓

duration / occurred:
__just prior to arrival
__today
⊙yesterday
____ days PTA

where occurred:
__home     __school
__neighbor's  ⊙city park
__work     ⊙street

context:
__fell  ⊙direct blow  __incised wound  __stab wound  __burn
S/P assault
PMD arrest

severity: Pain Scale: (1-10) ____
LOC?  ⊙no  __dazed  __yes  duration: ____
IF YES, remembers:  __injury  __coming to hospital
☐ Agree w/ nurse's note for PFSH / ROS

**ROS**
☑ ROS below otherwise negative
__negative  __vomiting  __headache  ⊙neck pain

**PAST HISTORY**  ☐ Agree w/ nurse's note  ☑ Tetanus UTD
Other ____
Meds- __none / see list
Allergies- __NKDA / see list

**PHYSICAL EXAM**
**CONSTITUTIONAL**
☑ Agree w/ vital signs   Other ____
__Exam limited by ____
Distress...  ⊙NAD  __mild  __moderate  __severe
__c-collar (PTA / in ED)  __back-board  __IV  __splint
**HEAD**
__normocephalic, atraumatic
(1) tenderness c̄ swelling @ mandible

**EYES**
⊙PERRL
⊙lids / conjunctivae normal
⊙EOMI
__post-surgical pupillary defect (R/L)
__periorbital hematoma
__subconjunctival hemorrhage
__corneal abrasion
__hyphema
__retinal detachment
__unequal pupils
R pupil ___ mm  L pupil ___ mm
__foreign body

**ENT**
⊙normal inspection
⊙pharynx nml
⊙no injury to teeth lips or gums
__hemotympanum
__obscured by cerumen (R/L)
__TM obscured by wax
__clotted nasal blood
__dental injury
__dental malocclusion
__nasal septal hematoma

**NECK**
⊙non-tender
__painless ROM
__see diagram
__vertebral point-tenderness

T=Tenderness  PtT=Point Tenderness  S=Swelling  E=Ecchymosis  B=Burn
C=Contusion  Lac=Laceration  A=Abrasion  M=Muscle spasm
PW=puncture wound  (∅=without  m=mild  mod=moderate  sv=severe)
Example- Tsv = Tenderness on palpation (severe)

**NEURO**
- ✓ awake and alert
- ✓ oriented x ___
- ✓ no sensory / motor deficit
- ✓ CN's nml as tested
- __ lethargic ___
- __ confused / obtunded ___
- __ weakness/sensory loss ___
- __ facial droop/EOM palsy/anisocoria
- __ disoriented to person/place/time ___
- __ GCS ___
- __ abnormal gait ___
    *antalgic  ataxic* ___

**PSYCH**
- __ mood/affect normal
- __ depressed affect ___
- __ anxious ___

**CHEST**
- ✓ non tender

**GI / ABDOMEN**
- ✓ non tender

**MUSCULOSKELETAL / EXTREMITIES**
- ✓ non tender

☐ EMTALA EMC present    ☐ EMTALA EMC absent

**XRAYS**  C-spine    # of views ___
- __ no fracture
- __ nml disc spaces
- __ nml alignment
- __ nml soft tissue
- __ nml
- __ NAD
- __ fracture / subluxation ___
- __ DJD / disc disease ___
- __ prevertebral soft-tissue swelling ___
- __ enlarged epiglottis ___

PRIOR XRAY- __unchngd __unavail. __changed: ___
☐ interp contemporaneously by me    ☐ discussed w/ Radiologist
☐ interp by Radiologist    ☐ personally reviewed by me

**CT Scan:**
- __ normal
- Time reported: ___

**EMERGENCY DEPARTMENT COURSE:**
XR mandible (?) Fx.

**Wound Description/Repair**
length ___ cm    location ___
- __ superficial    __ linear    __ stellate    __ contused tissue
- __ SQ    __ irregular    __ skieved    __ through-and-through
- __ muscle    __ flap    lip laceration
- __ clean    __ contaminated    *minimally / moderately / *heavily*

---

**distal NV:** __ neurovascular status intact

**anesthesia:** __ local    __ LET / TAC    ___ cc
__ lidoc 1% 2% epi / bicarb    __ marcaine .25% .5%

**prep:**
- __ Betadine / other ___
- __ irrigated / washed with saline
    *minimal / mod. / *extensive*
- __ wound explored
- __ foreign material removed
    *partially  completely*
    *minimal / mod. / *extensive*
- __ *debrided
    *minimal / *mod. / *extensive
- __ undermined
    *minimal / mod. / *extensive
- __ *wound margins revised
- __ *vermilion border aligned
- __ *multiple flaps aligned

**repair:** Wound closed with: __ wound adhesive    steri-strips ___
- SKIN-  # ___  ___ -0 nylon / prolene / staples ___
    __ interrupted  __ running  __ simple  __ mattress ( h / v )
- *SQ-   # ___  ___ -0 vicryl ___
    __ interrupted  __ running  __ simple  __ mattress ( h / v )
- OTHER- # ___  ___ -0 material ___
    __ interrupted  __ running  __ simple  __ mattress ( h / v )

*may indicate intermediate repair   *may indicate intermediate or complex repair

__ Rx given ___ [signature] McCoy Collins
Discussed with Dr. ___    Time 0030
patient will be seen in: office / ED / hospital

## CLINICAL IMPRESSION:

| Contusion Hematoma | Laceration | Concussion |
|---|---|---|
| head | scalp    lip | with LOC |
| facial | forehead  buccal | without LOC |
| nose | facial   chin | |
| chin | periorbital  ear | Acute Cervical |
| mouth | nose | Myofascial Strain |

Fx Mandible

Follow up with Dr ___
DISPOSITION- ☐ discharged  ☑ admitted  ☐ transferred
Time ___    ☐ placed in obs. (See obs template)  ☐ Left AMA
CONDITION- ☐ unchanged  ☑ improved  ☐ stable ___

ARNP / PA ___ RAZ 2030

PHYSICIAN- [signature] 2040    Time ___

PHYSICIAN- ___    Time ___

☐ T Complete    ☐ T Sheet Add On ___    ☐ Other ___

Facial Injury - 03