U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from lcjdb1, entered on 1/17/2007 at 3:46 PM EDT and filed on 1/17/2007
**Case Name:**       AUSTIN v. DISTRICT OF COLUMBIA et al
**Case Number:**     1:05-cv-2219
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ORDER: In light of the telephone conference held on this date, and upon consideration of the plaintiff's First Request for Admissions and the entire record herein, it is hereby ORDERED that plaintiff shall be limited to serving defendant District of Columbia with no more than one hundred (100) requests for admission under Fed. R. Civ. P. 36; and it is further ORDERED that defendant shall respond to plaintiff's revised requests for admission within twenty-one (21) days of receipt of those requests. SO ORDERED. Signed by Judge John D. Bates on 1/17/2007. (lcjdb1)

The following document(s) are associated with this transaction:

**1:05-cv-2219 Notice will be electronically mailed to:**

Steven J. Anderson    steve.anderson@dc.gov; , psychiedog@hotmail.com; phillip.lattimore@dc.gov

Peter C. Grenier    pgrenier@bode.com, pmartin@bode.com; rsolorzano@bode.com; jtishler@bode.com; jverdi@bode.com; mhibey@bode.com; esoc@bode.com

James Charles Mehigan    jcmehigan@gmail.com

James William Pressler , Jr    jpressler@presslerpc.com, emahoney@presslerpc.com; psenftle@presslerpc.com; jmehigan@presslerpc.com

**1:05-cv-2219 Notice will be delivered by other means to:**

1/17/2007

**EXHIBIT 11**