## CERTIFICATE OF SERVICE

I hereby certify that on the 13nd day of February 2007, I sent copies of Defendant District of Columbia's responses to plaintiff's amended request for admissions to counsel of record as follows:

James Mehigan, Esquire
PRESSLER & SENFTLE,
927 15th Street, NW
Twelfth Floor
Washington, D.C. 20005

Peter C. Grenier
1150 Connecticut Ave. NW, 9th Floor
Washington DC, 20036

/s/ Steve Anderson
_____
Steve Anderson