"Escape Risk"

# METROPOLITAN POLICE DEPARTMENT
## WASHINGTON, D.C.
### ARRESTEE'S INJURY/ILLNESS REPORT

DATE: 8-25-05
COMPLAINT NUMBER: 113-184
ORG. ELEMENT: 7D

501055
6735
1930

**REQUEST FOR EXAMINATION AND TREATMENT**

The admission of AUSTIN NIGEL (Name) 8-27-85 of 1341 HOWARD Rd SE (Address) to D.C. General Hospital is requested for examination and treatment. There is a charge of ADW OTHER pending against him/her that was made by OFFICER T WHITTINGTON 2032-7D. You are requested to notify 7TH DIST 698-1500 (Name and Organizational Element of Officer) Prior to his/her release.

Date and Time Transported to Hospital: 8-25-05  2010 HRS.
Transported By: 7061 (2010 HRS.)

**HOSPITAL/ATTENDING PHYSICIAN REPORT**

☐ Treated and Returned to Police Custody
☐ Treated and Admitted
☐ Treatment Refused by Patient Against Advice of Attending Physician
☐ Admission Refused by Patient Against Advice of Attending Physician

Physician's Remarks: _____

Signature of Attending Physician: _____

Date and Time Returned: _____
Transported By: _____

**REPORT OF INJURY OR ILLNESS OF ARRESTEE**

Nature of or cause of arrestee's injury or illness: Subject attempted to leave the processing room when stopped he swung at the officer and was quickly subdued

I certify that the above ☒ injury / ☐ illness was received in the manner described above.

Signature of Reporting Officer: George R Hawkins II CCB
Signature of Arrestee: N/A  ☐ Signature Refused

**ARRESTEE'S ACCOUNT OF INCIDENT**

Subject states his jaw hurts he want to see a doctor.

THUMBPRINT

Arrestee's Signature: N/A
Date: 8-25-05

PD 313 REV. 11/83
Page 1 of 2

**EXHIBIT 18**

## SUPERVISORY OFFICIAL'S REPORT

**PRELIMINARY INVESTIGATION:**

Interviewed the Arrested ☒ Yes ☐ No

Interviewed the Officer ☐ Yes ☒ No

No Further Investigation ☐ Yes ☒ No

**PRELIMINARY DETERMINATION:**

Further Investigation is Required ☐ Yes ☒ No

Referral to CCRB . . . . . . . . . ☐ Yes ☒ No

Use of Force Report Required . . . ☐ Yes ☒ No

(Use additional space provided below for explanation of the responses above, or for a brief statement of facts surrounding any injury to persons while in police custody).

NO FURTHER INV REQUIRED

I have reviewed the documentation related to this incident in order to ensure the completeness & accuracy of this report. I certify that the information provided here, in the Preliminary Investigation/Determination and narrative portions, is a true and accurate reflection of events, to the best of my knowledge.

DID YOU WITNESS THIS INCIDENT? . . ☐ Yes ☒ No

SUBJECTS INJURY IS DUE MAINLY TO FAILURE TO COOPERATE AND LISTEN

Signature of Supervisory Official: George R Hawkins II  3607 CCB       Date: 8·25·05

Signature of Watch Commander: George R Hawkins II  3607 CCB       Date: 8·25·05

2-2