```
                                                                    1

 1                UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3    - - - - - - - - - - - - - - - - - X

 4    NIGEL AUSTIN,                      :

 5                 Plaintiff,            :   Case No.

 6    v.                                 :   1:05-CV-02219(JDB)

 7    THE DISTRICT OF COLUMBIA,          :

 8    et al.,                            :

 9                 Defendants.           :

10

11    - - - - - - - - - - - - - - - - - X

12

13            Deposition of ELDRICK CREAMER

14                    Washington, D.C.

15             Tuesday, February 6, 2007

16                      3:04 p.m.

17

18    Job No.: 1-96506

19    Pages 1 through 50

20    Reported by:  Cynthia R. Simmons, RMR, CRR

21
                                        EXHIBIT 19
22
```



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF ELDRICK CREAMER
CONDUCTED ON TUESDAY, FEBRUARY 6, 2007

22

1        A    Yes.
2        Q    Now, dare I ask what they mean by
3   immediately?
4        A    Again, sir, immediately in the, in this
5   sense would be, well, let's just put it this way,
6   again it depends on, it depends on the circumstance,
7   I don't want to sound like a parrot, but it depends
8   on the circumstance.
9        Q    Believe me, you're not sounding like a
10  parrot at all.
11       A    It actually depends on the circumstance.
12       Q    Would immediately at least mean as soon as
13  practical?
14       A    I can agree with you there.
15       Q    You can?
16       A    Yeah, immediate, as soon as, and when you
17  say practical, I mean as far as police procedures and
18  whatever is going on on that scene, and when I say
19  that, I mean it is so, it is difficult to answer your
20  question the way you want me to because there is so
21  many other variables involved, and when you say
22  immediate one might think, okay, you want me to stop