```
                                                              1
1           IN THE UNITED STATES DISTRICT COURT
2               FOR THE DISTRICT OF COLUMBIA
3
4    ------------------------------
                                   )
5    NIGEL AUSTIN,                 )   Civil Action
                                   )
6           Plaintiff,             )   No. 05-2219(JDB)
                                   )
7    vs.                           )
                                   )
8    THE DISTRICT OF COLUMBIA,     )
     et al.,                       )
9                                  )
            Defendants.            )
10   ------------------------------)
11
12                        Volume 1
13      VIDEOTAPED RULE 30(b)(6) DEPOSITION OF
14         THE METROPOLITAN POLICE DEPARTMENT
15      THROUGH ITS DESIGNATED REPRESENTATIVE
16           DETECTIVE CHRISTOPHER COLES
17                   Washington, D.C.
18             Wednesday, January 24, 2007
19                       11:00 a.m.
20
21   Job No.:  1-95657
     Pages 1 through 238
22   Reported by:  John L. Harmonson, RPR      EXHIBIT 22
```



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

145

| | | |
|---|---|---|
| 1 | Q. Actually it's 2:00 and 5:00? | 14:39:59 |
| 2 | A. I'm sorry, 2:00 and 5:00. | 14:40:00 |
| 3 | Q. That's okay. | 14:40:01 |
| 4 | A. And another report states something | 14:40:03 |
| 5 | maybe closer to 1:00. But we know that Mr. Austin | 14:40:06 |
| 6 | was not transported to the hospital until about | 14:40:11 |
| 7 | 2010, which is eight to ten hours. So even if | 14:40:19 |
| 8 | this happened at the latest time on the UFIR at | 14:40:23 |
| 9 | 5:00, then I guess there was a three-hour -- three | 14:40:29 |
| 10 | hours prior to the time he left central cellblock. | 14:40:33 |
| 11 | Q. In the second line where it says | 14:40:34 |
| 12 | "immediately" after the word "hospital," what did | 14:40:37 |
| 13 | you mean by "immediately"? Immediately after the | 14:40:42 |
| 14 | injury occurred? | 14:40:57 |
| 15 | A. It's faster than what he was taken to | 14:40:59 |
| 16 | the hospital. | 14:41:00 |
| 17 | Q. Well, the thing I'm trying to | 14:41:02 |
| 18 | understand is, it seems to me -- and maybe you can | 14:41:04 |
| 19 | explain this, if you would -- in order to | 14:41:08 |
| 20 | determine whether or not someone was transported | 14:41:10 |
| 21 | to a hospital immediately after an event, one | 14:41:13 |
| 22 | needs to determine the timing of the event. Would | |