# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## Civil Division

| | |
|---|---|
| **NIGEL AUSTIN** | ) |
| | ) |
| **Plaintiff,** | ) Case No. 05-2219 (JDB) |
| v. | ) |
| **THE DISTRICT OF COLUMBIA, et al.** | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of Plaintiff Nigel Austin's Motion for Partial Summary Judgment Against Defendant District of Columbia, any opposition filed hereto, and the record herein, it is this _____ day of _____, 2007,

ORDERED: That Plaintiff's Motion for Partial Summary Judgment Against Defendant District of Columbia is GRANTED, and that Judgment is entered for Plaintiff on Plaintiff's negligence claim regarding Defendant District of Columbia's breach of the standard of care to provide immediate medical treatment to Plaintiff.

_____
Judge John D. Bates