UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**NIGEL AUSTIN,**                           )
                                            )
                                            )
       **Plaintiff,**   ) Case No. 05-2219(JDB)
                                            )
       **v.**          )
                                            )
**THE DISTRICT OF COLUMBIA, et al.**        )
                                            )
       **Defendants.**  )
_____)

**JOINT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE
PARTIES' MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

      Plaintiff Nigel Austin ("Plaintiff"), by and through his counsel, Bode and Grenier, LLP, joined by Defendant District of Columbia ("District"), and with consent of Defendant Officer Thomas, hereby moves this Court to extend the time for the parties to file their respective responses to the various Motions for Partial Summary Judgment to April 6, 2007.

      On March 1, 2007, Defendant District filed a Motion for Partial Summary Judgment in the above action, which Plaintiff received via electronic case filing.[1] Pursuant to Federal Rules of Civil Procedure Rule 6(e) and LCvR 7(b), Plaintiff's Memorandum in Opposition is due within fourteen days after service, or by March 15, 2007.

      On March 9, 2007, Plaintiff served his Motion for Partial Summary Judgment against Defendant District via electronic case filing and regular mail. Pursuant to Federal

---

[1] As an aside, Plaintiff notes that Defendant District never submitted a certificate of service with its Motion certifying that Plaintiff was served with the Motion.

Rules of Civil Procedure Rule 6(e) and LCvR 7(b), Defendant District's Memorandum in Opposition is due within fourteen days after service, or by March 23, 2007.

On March 9, 2007, Defendant Officer Thomas served his Motion for Partial Summary Judgment against Plaintiff via electronic case filing and regular mail. Pursuant to Federal Rules of Civil Procedure Rule 6(e) and LCvR 7(b), Plaintiff's Memorandum in Opposition is due within fourteen days after service, or by March 23, 2007.

Plaintiff requests that the Court extend the time in which he may respond to Defendants' motions for summary judgment to April 6, 2007. The associate primarily responsible for the handling of this case, including its day-to-day management, and who will be preparing any such opposition to Defendant District's and Defendant Officer Thomas' motions will be out of the office immediately prior to March 15, 2007, as his wife is due to give birth to their first child on, or around, March 15, 2007. The associate will be returning on or about March 29, 2007. As a result, Plaintiff requests that the time to respond to Defendant District's and Defendant Officer Thomas' motions be extended to April 6, 2007.

Further, Defendant District has indicated that the primary attorney responsible for this matter will be out of the office until March 19, 2006. As a result, Defendant District joins in this request for an extension of time, and requests that its time to respond to Plaintiff's Motion for Summary Judgment be extended to April 6, 2007.

On November 8, 2006, the Court entered an order requiring that the parties submit their respective summary judgment order by no later than March 9, 2007, that any such responses be filed by March 26, 2007, and that any replies be filed by April 2, 2007. The parties respectfully submit that extending the time for the parties to submit their

responses until April 6, 2007 will not cause any undue delay in this action, and that even with such an extension of time, all of the above summary judgment motions will be fully briefed well in advance of the July 2, 2007 pre-trial conference, as required by LCvR 7(l).

Pursuant to LCvR 7(m), Plaintiff and Defendant District have conferred with all counsel in this matter, who have consented to the relief requested herein.

Respectfully submitted,

*Peter C. Grenier /s/*_____
Peter C. Grenier (D.C. Bar No. 418570)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036
(202) 828-4100
(202) 828-4130 (fax)
*Counsel for Plaintiff*


*James H. Vricos /s/*_____
Philip Lattimore III, Esquire
Chief, General Litigation Sec. III
Steven J. Anderson, Esquire
Assistant General Counsel
James H. Vricos, Esquire
Assistant General Counsel
441 4th Street, N.W.
6th Floor North
Washington, DC 20001
*Attorney for Defendant District of Columbia*

Dated: March 12, 2007

3

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March 2007, I served a true and accurate copy of the foregoing Joint Motion for Extension of Time to Respond to Motions for Partial Summary Judgment, including all exhibits and attachments, by electronic case filing and U.S. Mail, postage-prepaid upon:

>James Pressler, Esquire
>Patrick G. Senftle, Esquire
>PRESSLER & SENFTLE, P.C.
>927 15th Street, N.W.
>Twelfth Floor
>Washington, D.C. 20005
>*Counsel for Defendant*
>*Officer Don Thomas*

                                         *Peter C. Grenier /s/*
                                          Peter C. Grenier