UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
**NIGEL AUSTIN,**                      )
                                                    )
            **Plaintiff,**            )  **Case No. 05-2219(JDB)**
                                                    )
            **v.**            )
                                                    )
**THE DISTRICT OF COLUMBIA, et al.**  )
                                                    )
            **Defendants.**            )
_____)

**ORDER**

Upon consideration of the parties' Joint Motion seeking to extend their time in which to respond to the various Motions for Partial Summary Judgment,

it is this ____ day of _____, 2007

**ORDERED** that the parties' time in which to respond and file opposition papers to the above motions is hereby extended until April 6, 2007.

**IT IS FURTHER ORDERED** that the parties' shall submit any reply papers by April 13, 2006.

_____
Judge John D. Bates