NIGEL JABOH AUSTIN
Austin v. District of Columbia, et al.

1/31/2007

1

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3    - - - - - - - - - - - - - - -x

4    NIGEL AUSTIN,                    :

5            Plaintiff,               :

6            -vs-              : 05-2219(JDB)

7    DISTRICT OF COLUMBIA, et al, :

8            Defendants.             :

9    - - - - - - - - - - - - - -x

10                    Washington, D.C.

11           Wednesday, January 31, 2007

12      Deposition of:

13          NIGEL JABOH AUSTIN,

14    a witness, called for examination by counsel on

15    behalf of the defendant at the offices of the

16    Attorney General, 441 4th Street, Suite 600,

17    Washington. D.C. beginning at 12:00 p.m. before

18    Kim Wolford, a Notary Public and court reporter in

19    and for the District of Columbia, when were

20    present on behalf of the respective parties:

21

22

**NIGEL JABOH AUSTIN**

Austin v. District of Columbia, et al.

1/31/2007

37

```
 1              So my father got on the phone.  The

 2      lady told my father what was going on, what she

 3      told me.  So she told my father I should be coming

 4      home today, I may come home today.  I should be

 5      back home.

 6              So we left.

 7         Q.    The policeman who arrested you told you

 8      that she expected you to be released that day?

 9         A.    Yes.

10         Q.    So that is what you --

11         A.    She told me and my father that.

12         Q.    It was a woman who arrested you?

13         A.    Yes.

14         Q.    What time was that at that you got

15      arrested?

16         A.    I believe it was between 9:00 and

17      10:00.

18         Q.    Then where did you go after you got

19      arrested?

20         A.    7th district.

21         Q.    What happened there?

22         A.    They processed me, took my
```

**NIGEL JABOH AUSTIN**

Austin v. District of Columbia, et al.                                    1/31/2007

38

1   fingerprints, my picture, placed me in a holding

2   cell.

3        Q.    How long did you stay there?

4        A.    About an hour.

5        Q.    Then what happened?

6        A.    They -- central block, they transferred

7   me back to central cell block.

8        Q.    From the 7th District?

9        A.    Yes.

10       Q.    About what time would you think that

11   you arrived at central cell block?

12       A.    I want to say 12:00.

13       Q.    Around noon?

14       A.    Between 11:00 and 12:00.

15       Q.    So I guess ultimately you pleaded

16   guilty to assault with deadly weapon cinder block;

17   is that right?

18            MR. TISHLER:  Objection.

19            THE WITNESS:  Yes.

20            MR. ANDERSON:  Is that -- you can

21   answer.

22            THE WITNESS:  It was not assault with a

NIGEL JABOH AUSTIN

Austin v. District of Columbia, et al.                                    1/31/2007

44

```
 1          A.    He was mad at everybody, not just me.

 2          Q.    So how did it happen that what happened

 3    with the cinder block and Linwood?

 4          A.    Because me and him, he come outside

 5    everybody because he, like, a stocky dude and

 6    everybody thinks he is crazy.  So when he come

 7    around, everybody go the other way.

 8                So one day I was coming in the

 9    building.  He was coming downstairs --

10          Q.    Is this close to when you were

11    arrested?

12          A.    About three day before.

13          Q.    You were coming downstairs and he was

14    coming out of the building?

15          A.    I was going up the stairs, he was

16    coming down the stairs.  And when he was coming

17    down the stairs, he left out his mother-in-law's

18    house, he slammed the door like he had an attitude

19    about something.  I'm walking past him, and that

20    is when he got to jacking me up in the hall way.

21          Q.    What does that mean, "jacking you up in

22    the hallway"?
```

NIGEL JABOH AUSTIN

Austin v. District of Columbia, et al.

1/31/2007

45

```
 1        A.     I mean, he walked past -- he tried --
 2    he bumped into me.  I gave him a look.  He looked
 3    back.  I tried to go into the door, but he came
 4    back up the steps and just started pushing me into
 5    the other door.  And I got away from him and ran
 6    to the neighbor's house.
 7        Q.     When did you see Linwood next after
 8    that?
 9        A.     When I left back out the neighbor's
10    house.
11        Q.     That day?
12        A.     Yes.
13        Q.     Uh-huh.
14        A.     I had a golf club in my hand so --
15        Q.     Were you going golfing or were you
16    carrying around --
17        A.     No --
18        Q.     Was the golf club for Linwood?
19        A.     It was just for self-defense.  I went
20    in and used the phone to call my brother and told
21    him to come outside.  I might have go down to his
22    house.  He live in the next building.
```

**NIGEL JABOH AUSTIN**

Austin v. District of Columbia, et al.

1/31/2007

46

1          So I left out the building.  Linwood

2     was right there.  He seen me with the golf club,

3     so he started at rushing me.  When he rushed me,

4     he picked up a brick and threw it at me.  That

5     time I swung the golf club and missed, and it

6     slipped out my hand.

7          So he charged at me.  So the piece of

8     brick he threw, it broke into pieces.  I picked it

9     back up and threw it at him.  I threw it at his

10    mid-section but he ducked down, ducked right into

11    it and hit him in his head.

12         Q.    **Then what happened?**

13         A.    He got back up and just started

14    cracking out and then I stepped off, went to my

15    brother's house.

16         Q.    **So that was what you pleaded guilty to,**

17    **assaulting with the cinder block when you threw**

18    **the cinder block at him and it hit him in his**

19    **head?**

20         MR. TISHLER:  Objection.  I think he

21    had already pled guilty to attempted aggravated

22    assault.

Olender Reporing, Inc.              (888) 445-3376                    WORLDWIDE
Washington, D.C.                      Baltimore, MD                   Ft. Lauderdale, FL

**NIGEL JABOH AUSTIN**

Austin v. District of Columbia, et al.                                    1/31/2007

```
                                                                    53

 1        A.    Yes.  They gave us some food, put us

 2   back into the cell.

 3        Q.    What did they give you?

 4        A.    Sandwiches and some juice.

 5        Q.    What kind of juice?

 6        A.    Lemonade.

 7        Q.    So how long did you stay in the cell

 8   the second time?

 9        A.    It was between I would say about 20 or

10   30 minutes.

11        Q.    Did you have it in your mind that you

12   had to be out of the central cell block by a

13   certain time in order to not be there overnight?

14        A.    That is what the lady at 7-D told me.

15        Q.    What did she say?

16        A.    She said we should be going to court

17   today when I asked her.

18        Q.    Did she say whether or not you had to

19   leave the central cell block by a certain time in

20   order to make it to court, or did you find that

21   out at any time?

22        A.    I found out when I was leaving when
```

**NIGEL JABOH AUSTIN**

Austin v. District of Columbia, et al.                                    1/31/2007

54

1    they try -- when the lady in the paddy wagon came,

2    I asked her.

3          Q.    When she came to the 7th District?

4          A.    Yes.

5          Q.    What did she say about what time you

6    had to be out of the central cell block in order

7    to not spend the night there?

8          A.    This was between -- she said before

9    12:30 -- yeah, before 12:30.

10         Q.    So I guess after the second time that

11   you were in there for 20 minutes -- or maybe I'm

12   getting the story wrong -- but --

13         A.    No, 20 or 30 minutes I was in there.

14         Q.    Before Thomas came to get you?

15         A.    Yes.

16         Q.    Did he get just you or you and other

17   people?

18         A.    It was two other people that was in the

19   paddy wagon with me.

20         Q.    Took you all out of the cell?

21         A.    Yes.

22         Q.    Where did you go?

NIGEL JABOH AUSTIN

Austin v. District of Columbia, et al.                                    1/31/2007

55

```
1         A.    Back to the processing room.

2         Q.    Into an office?

3         A.    It was, like -- well, he told me go to

4    -- I mean, they told me go to the little room, the

5    interview room.  But it's like the processing room

6    is like, it's a big open space.

7         Q.    So you and the other two people, or did

8    the other two people go somewhere else?

9         A.    One person did.  The other guy, he went

10   in the room and sat down that I was supppoed to

11   sat beside him.

12        Q.    And did you?

13        A.    No.

14        Q.    What happened?

15        A.    Well, I heard Dwayne downstairs, I

16   mean -- he said -- he must have asked somebody

17   something because I knew we were not going to

18   court.  So he asked the lady --

19        Q.    Dwayne Dunne?

20        A.    Yes, I believe that was Dwayne Dunne.

21        Q.    Is that somebody who you had known

22   before that day?
```

NIGEL JABOH AUSTIN

Austin v. District of Columbia, et al.                                    1/31/2007

56

1         A.    Well, I just met him at the 7th

2   District and we was in the paddy wagon.  That is

3   about it.

4         Q.    That is how you know his name?

5         A.    Yes.

6         Q.    So Dwayne Dunne said, like -- tell me

7   again what he said.

8         A.    He never even told me.  I just knew he

9   was charged then I found -- that is how I found

10  out his name.

11        Q.    Later you found out his name was Dwayne

12  Dunne, the guy who you now know to be named Dwayne

13  Dunne --

14        A.    Yes.

15        Q.    -- said something about getting out.

16  What did he say?

17        A.    He said -- I believe it was either

18  Thomas or somebody said we are not going to make

19  court.  So we said, what are we here for?

20              She said they interview us about our

21  case or something like that.

22        Q.    Somebody said you are not going to make

### NIGEL JABOH AUSTIN

Austin v. District of Columbia, et al.                                     1/31/2007

57

1    it to court, meaning that you would have to spend

2    the night in the cell that night?

3        A.    Yes.

4        Q.    Was that a police officer, or was that

5    a prisoner?

6        A.    Well --

7        Q.    Or --

8        A.    I heard -- actually, I heard the

9    · prisoner -- I heard Dwayne Dunne say, so we are

10   not going to court, or something like that.

11              Somebody said, no.

12              I believe it was one of them.

13       Q.    Was there somebody in the office with

14   Dwayne talking to him, or was he talking, like,

15   somebody outside the office?

16       A.    No, I believe he was talking to Officer

17   Thomas.

18       Q.    Dwayne was talking to Thomas?

19       A.    Yes.

20       Q.    And Thomas told him, you are not going

21   to make it to court today?

22       A.    Yes --

NIGEL JABOH AUSTIN

Austin v. District of Columbia, et al.                    1/31/2007

60

```
 1              MR. TISHLER:  Objection.

 2              THE WITNESS:  Yes.

 3   BY MR. ANDERSON:

 4        Q.    What did you say?  What happened?

 5        A.    Well, I told him, take me back to my

 6   mother fucking cell.

 7        Q.    Who did you say that to?

 8        A.    I just said it out loud.  I knew both

 9   of them was right outside, but I knew Officer

10   Thompson (sic) walk up to my face and asked me

11   what did I say?  And I repeated myself.

12              I said, take me back to my mother

13   fucking cell.

14        Q.    When you said that, where were you?

15   Were you in the room, or were you in the

16   processing --

17        A.    I was there -- it was like space -- I'm

18   right there beside the room he told me to go in

19   and then the steps are, like, behind me.

20        Q.    So you are not in the little room but

21   at the door?

22        A.    Yes.
```

**NIGEL JABOH AUSTIN**

Austin v. District of Columbia, et al.                                    1/31/2007

61

1          Q.      And was there more than one police

2     officer in the room than Thomas?

3          A.      Yes.

4          Q.      How many other police officers were in

5     the room?

6          A.      I only seen two police officers in the

7     room, a female and Thomas.

8          Q.      Was the female, did she look at -- was

9     she watching what was going on, or did you notice?

10         A.      Yes.

11         Q.      She was watching?

12         A.      Yes.

13         Q.      So you said, take me back to my mother

14    fucking cell, to Thomas?

15         A.      Yes.  I just said it in general to both

16    of them because I just told somebody, take me back

17    to my mother fucking cell and --

18         Q.      Did you start to leave the room?

19         A.      No.  I never moved.

20         Q.      From the doorway to the --

21         A.      I stood right there.

22         Q.      Let me finish my question.

NIGEL JABOH AUSTIN

Austin v. District of Columbia, et al.                              1/31/2007

63

```
1        A.    Yes.

2        Q.    Then what happened?

3        A.    He asked me, what did I say?

4              And I repeated myself.

5        Q.    Then what happened?

6        A.    That is when he -- that is when I -- we

7   were staring each other in the face for about two

8   seconds and I just glanced out of the way.  I

9   never moved my body, and that is when he swung,

10  hit me in my face and I fell.

11       Q.    Where did he hit you?

12       A.    On the right side -- left side of my

13  face.

14       Q.    He hit you on the left side of your

15  face?

16       A.    Right here at this side.

17       Q.    And you fell on the ground?

18       A.    Yes.

19       Q.    Did Thomas fall to?

20       A.    No.  He -- no, he didn't fall.  He

21  didn't fall.

22       Q.    Did you fall in front of the door to
```

NIGEL JABOH AUSTIN

Austin v. District of Columbia, et al.                                1/31/2007

64

1    the processing room?

2         A.    No.  My feet was down -- no, I fell

3    down the two little steps that was right there.

4    The steps that was behind me, I fell down the

5    steps and, like, the steps right here and my feet

6    right here, and my body just lying like this.

7         Q.    So Thomas knocked you down the steps?

8         A.    Yes.  I never touched that one foot.

9    I just fell over, like over a cliff, like, fell

10   right on the ground on my face.

11        Q.    Then what did Thomas do?

12        A.    Jumped on me, put his knee in my back.

13        Q.    Then what happened?

14        A.    I got -- handcuffed me and the police

15   officers came -- I think -- I know Crowder for

16   sure.  I guess it was Hawkins that came and was

17   just trying -- they was calling it restraining me

18   but I wasn't never moving.

19        Q.    Were you -- did they say, put your hand

20   behind your back?

21        A.    No one was saying that.  They just --

22   they put my hands behind my back.  No one was

NIGEL JABOH AUSTIN

Austin v. District of Columbia, et al.                                1/31/2007

66

| | | |
|---|---|---|
| 1 | A. | Yes. |

1        A.      Yes.

2        Q.      Did you see whether there was any blood

3    on the floor where you had fallen?

4        A.      No, never seen.

5        Q.      Did they take you directly to the cell?

6        A.      Yes.

7        Q.      Did you walk to the cell, or did they

8    drag you?

9        A.      Thomas drug me to the cell.

10       Q.      "Thomas drug" you meaning that your

11   feet were not moving, or was he, like pulling you

12   by your -- I'm trying to figure out --

13       A.      You say, like, pulling me.  I mean, I

14   was, like, dead weight.

15       Q.      So you did not walk to the cell?

16       A.      No.

17       Q.      But Thomas alone drug you to the cell,

18   or did it take more than one person to drag you to

19   the cell?

20       A.      It was just Thomas.

21       Q.      And how tall are you?

22       A.      Six-one.

NIGEL JABOH AUSTIN

Austin v. District of Columbia, et al.                                    1/31/2007

67

| | | |
|---|---|---|
| 1 | Q. | How much do you weigh? |
| 2 | A. | Right now, I weigh 180. |
| 3 | Q. | Is that the same as on August 25th, |
| 4 | 2005? | |
| 5 | A. | I think I was, like, 170. |
| 6 | Q. | Were you still six-one? |
| 7 | A. | I believe so.  I don't think any -- I |
| 8 | believe so. | |
| 9 | Q. | So they put you in the cell? |
| 10 | A. | Yes. |
| 11 | Q. | Did you say anything more to them |
| 12 | after -- | |
| 13 | A. | He put me in the cell, he was, like, |
| 14 | your ass in here for the night and. | |
| 15 | Q. | That is what Thomas said? |
| 16 | A. | Yes.  And I was lying there bleeding. |
| 17 | Q. | He put you in the cell and you were |
| 18 | laid on the floor, or did you lay on the floor? | |
| 19 | How did that happen? | |
| 20 | A. | I mean, he put me -- he drug me in the |
| 21 | cell.  I just laid there. | |
| 22 | Q. | On the floor? |

**NIGEL JABOH AUSTIN**

Austin v. District of Columbia, et al.                                    1/31/2007

68

1          A.     Yes.

2          Q.     **Then he said, you are in here for the**

3    **night?**

4          A.     Yes.

5          Q.     **You were still handcuffed?**

6          A.     Yes.

7          Q.     **Behind your back?**

8          A.     Yes.

9          Q.     **Then what happened?**

10         A.     About 20 minutes went by, I was still

11    laying there bleeding and --

12         Q.     **I'm sorry.  Between the time when they**

13    **took you to the cell and 20 minutes, did you say**

14    **anything any of the officers?**

15         A.     No, not -- I didn't say nothing.

16         Q.     **What happened after you were in the**

17    **cell for 20 minutes?**

18         A.     I looked in the little mirror that was

19    in the bathroom and I could not see my bottom jaw,

20    could not see it.  I don't know if it was because

21    of the blood or not.

22                So as I'm moving my jaw around, it

NIGEL JABOH AUSTIN
Austin v. District of Columbia, et al.                                    1/31/2007

69

1    feels like it is loose.  So I tell Thomas, my jaw

2    is broke.

3                He say, if your jaw broke, you wouldn't

4    be able to talk.

5         Q.    That was after about 20 minutes you

6    told him your jaw was broke, you thought your jaw

7    was broke?

8         A.    Yes.

9         Q.    Did you cuss at him anymore?

10        A.    No.

11        Q.    Did you tell him that you wanted to go

12   to the doctor?

13        A.    Yes.

14        Q.    What did Thomas say, if anything, about

15   that?

16        A.    Well, after that, that is the last

17   thing he said after that.

18        Q.    Did he tell that he was going to --

19        A.    No.

20        Q.    -- have you sent to the doctor?

21        A.    I believe another officer said that

22   they coming or something like that.

Olender Reporing, Inc.          (888) 445-3376              WORLDWIDE
Washington, D.C.                Baltimore, MD           Ft. Lauderdale, FL

NIGEL JABOH AUSTIN

Austin v. District of Columbia, et al.                                    1/31/2007

71

1          Q.     So after two hours, they move you to

2     another cell?

3          A.     Yes.

4          Q.     And that was Hawkins that moved you?

5          A.     Yes.  I believe so.

6          Q.     Did you just walk to the other cell?

7          A.     Yes.

8          Q.     So there was no force or anything to

9     get you from one cell to another?

10          A.     No.

11          Q.     At that time, Hawkins said medical care

12     is coming for you?

13          A.     Yes.

14          Q.     After you complained to Thomas that one

15     time that your jaw -- you thought your jaw was

16     broken and that you wanted to go to the doctor,

17     did you tell the officers that anymore or just

18     that one time?

19          A.     No, I kept asking them.

20          Q.     You were repeating it?

21          A.     Yes.  I was in pain.  For the first

22     time -- the first cell I was in, it was just --

**NIGEL JABOH AUSTIN**

Austin v. District of Columbia, et al.                                      1/31/2007

72

1    everything was numb.  I could not feel nothing.

2           But the second cell, I could feel

3    everything.  I kept on -- I was still handcuffed

4    to the back and I was pushing up because I could

5    not push the water fountain in the cell block, so

6    I had to push on my head to get water, so the

7    water squirt out.

8           Q.    Were you in the cell by yourself that

9    time?

10          A.    Yes.

11          Q.    So after about 20 minutes, then you

12   were complaining, what?  Constantly or a couple of

13   times?

14          A.    I was complaining constantly until they

15   came and they --

16          Q.    Complaining constantly saying you

17   wanted medical care?

18          A.    Yeah, I kept on complaining until I

19   can't because I fell asleep.

20          Q.    I'm sorry?

21          A.    I fell asleep afterwards in the second

22   cell.

NIGEL JABOH AUSTIN

Austin v. District of Columbia, et al.                                    1/31/2007

178

1        Q.      You don't know how long you were out?

2        A.      I estimate of -- what did I say --

3     30,40 minutes -- no --

4        Q.      So if you were out 30, 40 minutes, is

5     it fair to say that you asked for medical

6     attention, spitting outside of the cell for

7     approximately an hour to hour and a half?

8        A.      Say that again?

9        Q.      I'm sorry.  Scratch that.  My math was

10    not adding up there.

11              Is it fair to say that if you were

12    passed out for 30 to 40 minutes that you were

13    yelling for assistance and spitting outside of the

14    cell for approximately 50 or 60 minutes?

15       A.      Yes, you could say that.

16       Q.      Now you testified that there was a pool

17    of blood on the floor, correct?

18       A.      Yes.

19       Q.      How deep was the pool?

20       A.      I don't know how deep it was.  I didn't

21    measure it.

22       Q.      Sure.  You testified that it was

**NIGEL JABOH AUSTIN**

Austin v. District of Columbia, et al.                                    1/31/2007

179

1       approximately three by two feet, correct, in --

2              A.     Yes.

3              Q.     -- diameter?

4              A.     Yes.

5              Q.     Was it a smear of blood on the floor,

6       or was there some depth to it?

7              A.     Well, you could tell if it was real

8       smeary.  It had to have some depth to it because

9       it looked real, real thick and dry.  It, like,

10      scared me for a second.

11             Q.     I'm going to ask you to estimate how

12      much blood you think you lost as a result of the

13      incident inside the cell block?

14                    MR. TISHLER:  Objection.  In what?

15      Cubic centimeters?  Milliliters?

16                    MR. MEHIGAN:  Let's say by cups.

17                    THE WITNESS:  Half a gallon to a

18      gallon.  I lost a lot of blood in both cells.

19      BY MR. MEHIGAN:

20             Q.     Half a gallon to a gallon.  Is that

21      your answer?

22             A.     Yes.