1

1    IN THE UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF COLUMBIA

3

4    _____

                              )
5    NIGEL AUSTIN,            )        Civil Action
                              )
6        Plaintiff,           )        No. 05-2219(JDB)
                              )
7    vs.                      )
                              )
8    THE DISTRICT OF COLUMBIA, )
     et al.,                  )
9                             )
         Defendants.          )
10   _____

11

12

13          VIDEOTAPED DEPOSITION OF

14        OFFICER DON E. THOMAS

15            Washington, D.C.

16       Friday, January 26, 2007

17            10:37 a.m.

18

19   Job No.:  1-95385

     Pages 1 through 166

20   Reported by:  John L. Harmonson, RPR

21

22                              **EXHIBIT**



**L.A.D.**
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

37

1    Q.    Go ahead.  I'm sorry.                    11:12:17

2    A.    The supervisor was right behind me.  He  11:12:20

3    grabbed him.  The three of us fell over, and I   11:12:23

4    twisted my back.                                 11:12:24

5    Q.    Was Hawkins the supervisor that day?     11:12:27

6    A.    No.                                       11:12:27

7    Q.    Who was it?                               11:12:28

8    A.    Wallace.                                  11:12:31

9    Q.    Hawkins was involved somehow, though,    11:12:33

10   correct?                                        11:12:34

11   A.    I don't know.                             11:12:35

12   Q.    The reason I'm asking is if you saw the  11:12:37

13   final FIT report, it listed Hawkins and you as   11:12:41

14   having a January 10, 2006, use of force.         11:12:45

15   A.    He could have been.  I don't remember,   11:12:46

16   to be honest with you.  I know there were at least 11:12:50

17   three other employees there.                     11:12:54

18   Q.    Any other citizen or civilian            11:12:58

19   complaints that you're aware of?                 11:12:59

20   A.    None that I remember.                     11:13:15

21   Q.    I'd like to go to August 25, 2005, if I  11:13:20

22   may.  What was your tour of duty that day, if you

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

38

| | | |
|---|---|---|
| 1 | remember? | 11:13:23 |
| 2 | A.    1300 to 2130, 1:00 p.m. to 9:30 p.m. | 11:13:31 |
| 3 | Q.    Do you know how much sleep you had | 11:13:34 |
| 4 | gotten the night before?  Or if you don't | 11:13:36 |
| 5 | remember, what was your habit or routine at the | 11:13:39 |
| 6 | time? | 11:13:39 |
| 7 | A.    What do you mean by that? | 11:13:40 |
| 8 | Q.    As far as how much sleep you would get | 11:13:43 |
| 9 | during a workweek. | 11:13:45 |
| 10 | A.    The normal amount. | 11:13:46 |
| 11 | Q.    Which is? | 11:13:47 |
| 12 | A.    Seven or eight hours. | 11:13:53 |
| 13 | Q.    Were you married at the time? | 11:13:54 |
| 14 | A.    Yes. | 11:14:03 |
| 15 | Q.    Do you know whether you had worked -- | 11:14:05 |
| 16 | and I think I can represent to you that | 11:14:07 |
| 17 | August 25, 2005, was a Thursday.  Had you worked | 11:14:11 |
| 18 | every day previously that workweek?  In other | 11:14:15 |
| 19 | words, had you worked Monday, Tuesday, Wednesday? | 11:14:19 |
| 20 | A.    My days off are Sunday and Monday.  I | 11:14:22 |
| 21 | don't know if I had worked everything up until | 11:14:25 |
| 22 | that day.  I don't remember. | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

47

| | | |
|---|---|---|
| 1 | of the cellblock. | 11:22:20 |
| 2 | Q.    When you're talking about the intake | 11:22:22 |
| 3 | side, that has nothing to do with the processing | 11:22:27 |
| 4 | room or the attorney/prisoner meeting rooms where | 11:22:31 |
| 5 | this incident occurred.  Am I correct? | 11:22:35 |
| 6 | A.    That's correct. | 11:22:36 |
| 7 | Q.    Okay.  Do you know whether anyone ever | 11:22:38 |
| 8 | requested that the cameras in or around the | 11:22:41 |
| 9 | processing room be repaired? | 11:22:44 |
| 10 | A.    No. | 11:22:44 |
| 11 | Q.    Do you know why they weren't repaired? | 11:22:50 |
| 12 | A.    Do I know why? | 11:22:51 |
| 13 | Q.    Yes.  Has anyone ever told you why no | 11:22:55 |
| 14 | one was repairing them? | 11:22:57 |
| 15 | A.    No. | 11:23:05 |
| 16 | Q.    When did you first encounter Mr. Austin | 11:23:07 |
| 17 | on August 25, 2005? | 11:23:11 |
| 18 | A.    When I escorted him from one of the | 11:23:16 |
| 19 | holding cells to the processing room. | 11:23:20 |
| 20 | Q.    Presumably that occurred at some point | 11:23:23 |
| 21 | after 1:00 o'clock since you arrived at | 11:23:26 |
| 22 | 1:00 o'clock, correct? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

48

| | | |
|---|---|---|
| 1 | A.   That's correct. | 11:23:29 |
| 2 | Q.   Do you know about when that occurred? | 11:23:34 |
| 3 | A.   About somewhere between 2:00 and | 11:23:38 |
| 4 | probably 5:00 or so. | 11:23:40 |
| 5 | Q.   And what was your purpose in retrieving | 11:23:44 |
| 6 | Mr. Austin? | 11:23:44 |
| 7 | A.   I believe to put an armband on him. | 11:23:47 |
| 8 | Q.   What's the purpose of an armband? | 11:23:50 |
| 9 | A.   Once a person has been fingerprinted, | 11:23:51 |
| 10 | they've been identified, then we put that | 11:23:53 |
| 11 | information on their wrist so that we know who | 11:23:56 |
| 12 | they are. | 11:23:57 |
| 13 | Q.   Do you know which cell you retrieved | 11:24:01 |
| 14 | him from? | 11:24:01 |
| 15 | A.   No. | 11:24:02 |
| 16 | Q.   Any idea how long he had been in the | 11:24:04 |
| 17 | cell when you went to retrieve him? | 11:24:06 |
| 18 | A.   No. | 11:24:07 |
| 19 | Q.   Had you ever seen him or met him | 11:24:09 |
| 20 | before? | 11:24:09 |
| 21 | A.   No. | 11:24:09 |
| 22 | Q.   Did you speak with him when you went to | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

49

| | | |
|---|---|---|
| 1 | get him from the cell? | 11:24:13 |
| 2 | A.    Just to ask him -- Just to holler out | 11:24:16 |
| 3 | his name.  He answered.  I escorted him from the | 11:24:20 |
| 4 | cell to the process room. | 11:24:22 |
| 5 | Q.    Was he belligerent or hostile to you | 11:24:25 |
| 6 | when you first encountered him in his cell? | 11:24:29 |
| 7 | A.    I don't remember. | 11:24:29 |
| 8 | Q.    Well, do you remember whether or not he | 11:24:31 |
| 9 | failed to cooperate with anything you asked him to | 11:24:34 |
| 10 | do when you first spoke with him in the cell? | 11:24:40 |
| 11 | A.    Not to my knowledge. | 11:24:41 |
| 12 | Q.    Was there a particular protocol you | 11:24:43 |
| 13 | were required to follow when retrieving an inmate | 11:24:48 |
| 14 | from a cell to take them into the processing room | 11:24:52 |
| 15 | for an armband?  And what I mean by that is such | 11:24:55 |
| 16 | as handcuffing them before you open the cell door, | 11:25:00 |
| 17 | anything like that.  Any particular protocol? | 11:25:03 |
| 18 | A.    No. | 11:25:04 |
| 19 | Q.    Did you assume or were you allowed to | 11:25:06 |
| 20 | assume that anyone in the cells had been searched | 11:25:09 |
| 21 | for weapons before being put in the cells? | 11:25:12 |
| 22 | A.    Yes. | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

50

| | | |
|---|---|---|
| 1 | Q.    So when you went to get Mr. Austin, you | 11:25:15 |
| 2 | had no thought in your mind that he might have a | 11:25:17 |
| 3 | weapon on him, correct? | 11:25:20 |
| 4 | A.    I never thought about it one way or the | 11:25:22 |
| 5 | other. | 11:25:25 |
| 6 | Q.    Did you handcuff Mr. Austin to bring | 11:25:28 |
| 7 | him from the cell into the processing room? | 11:25:31 |
| 8 | A.    No. | 11:25:31 |
| 9 | Q.    Could you have, had you so desired? | 11:25:38 |
| 10 | A.    Yes. | 11:25:39 |
| 11 | Q.    And what would be the circumstances | 11:25:41 |
| 12 | that would have permitted you to do that?  Or | 11:25:44 |
| 13 | could you just do it at your discretion? | 11:25:47 |
| 14 | A.    Well, actually, if he needed to be | 11:25:49 |
| 15 | handcuffed, I more than likely would not have | 11:25:53 |
| 16 | taken him out of the cell.  There would be no | 11:25:55 |
| 17 | reason to deal with him at that point. | 11:25:58 |
| 18 | Q.    So how would you get the armband on | 11:26:01 |
| 19 | him? | 11:26:01 |
| 20 | A.    Let him calm down and then attempt to | 11:26:05 |
| 21 | put it on him. | 11:26:07 |
| 22 | Q.    Was Mr. Austin alone in his cell when | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

55

| | | |
|---|---|---|
| 1 | A.    From what I remember, myself, Officer | 11:29:17 |
| 2 | Crowder, Officer Hawkins, and civilian Lewis, Lynn | 11:29:23 |
| 3 | Lewis. | 11:29:24 |
| 4 | Q.    Anyone else? | 11:29:26 |
| 5 | A.    I don't remember if there was anyone | 11:29:27 |
| 6 | else. | 11:29:27 |
| 7 | Q.    Is that a normal size staff for the | 11:29:30 |
| 8 | central cellblock for that day?  For that time | 11:29:33 |
| 9 | period, I should say. | 11:29:36 |
| 10 | A.    It's not supposed to be. | 11:29:38 |
| 11 | Q.    Is it supposed to be more? | 11:29:40 |
| 12 | A.    Yes. | 11:29:41 |
| 13 | Q.    What is it usually supposed to be?  And | 11:29:44 |
| 14 | I counted, by the way, you, Crowder, Hawkins, | 11:29:46 |
| 15 | Lewis is four. | 11:29:47 |
| 16 | A.    Correct. | 11:29:48 |
| 17 | Q.    How many should it be? | 11:29:49 |
| 18 | A.    Five. | 11:29:50 |
| 19 | Q.    Do you have a particular recollection | 11:29:51 |
| 20 | or an understanding as to why you were one person | 11:29:55 |
| 21 | short that day? | 11:29:56 |
| 22 | A.    No. | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

56

1   Q.    Do you remember who the fifth person          11:30:02

2   was that wasn't there that was supposed to be        11:30:04

3   there?                                               11:30:05

4       A.    No.                                        11:30:06

5       Q.    Were there any protocols that you          11:30:08

6   followed that were different than you would have     11:30:11

7   followed if five people had been there?              11:30:13

8       A.    No.                                        11:30:24

9       Q.    What were your duties and                  11:30:25

10  responsibilities working in the central cellblock    11:30:29

11  on August 25, 2005?  And if you prefer to answer     11:30:33

12  it more simply by just referencing Exhibit 1,        11:30:37

13  that's fine, because I think it lists the duties.    11:30:40

14      A.    That's fine.                               11:30:40

15      Q.    Is that okay?  I'm not trying to trick     11:30:43

16  you, but if you're just going to read Exhibit 1      11:30:46

17  and tell me those are your duties, then that's       11:30:48

18  fine.                                                11:30:49

19      A.    As it relates to the entire day, yes.      11:30:51

20  But as it relates to my assignment for that day,     11:30:55

21  it was to fingerprint and escort prisoners back to   11:31:01

22  the cell.

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

57

| | | |
|---|---|---|
| 1 | Q.    So would you rotate through particular | 11:31:04 |
| 2 | tasks for each day? | 11:31:06 |
| 3 | A.    Depending upon how many people we have | 11:31:09 |
| 4 | working.  Yes and no. | 11:31:11 |
| 5 | Q.    So that particular day, | 11:31:13 |
| 6 | August 25, 2005, am I correct that you were a | 11:31:17 |
| 7 | fingerprinter, putter-back-in-cell person? | 11:31:23 |
| 8 | A.    Processor, yes. | 11:31:24 |
| 9 | Q.    Processor. | 11:31:26 |
| 10 | Other than fingerprinting, would you do | 11:31:29 |
| 11 | photographing?  Or just literally fingerprinting | 11:31:33 |
| 12 | and processing? | 11:31:36 |
| 13 | A.    The photographing is part of the | 11:31:38 |
| 14 | fingerprinting.  It's a machine that does it all. | 11:31:41 |
| 15 | Q.    Okay.  Had Mr. Austin already been | 11:31:44 |
| 16 | fingerprinted, do you know, when you arrived? | 11:31:49 |
| 17 | A.    He must have been, because that's why | 11:31:52 |
| 18 | he had the armband, and that's the last phase of | 11:31:54 |
| 19 | the processing. | 11:31:55 |
| 20 | Q.    Why -- Just for my edification, why is | 11:31:58 |
| 21 | a person processed, like fingerprinted and | 11:32:02 |
| 22 | photographed, and not armbanded at the same time? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

59

| | |
|---|---|
| 1   you called out his name and he responded, did | 11:33:14 |
| 2   Mr. Austin ask you any questions? | 11:33:19 |
| 3        A.    Not that I recall. | 11:33:19 |
| 4        Q.    Did he say anything? | 11:33:23 |
| 5        A.    I'm assuming he had to say right here | 11:33:26 |
| 6   or something for me to -- He had to at least | 11:33:30 |
| 7   acknowledge where he was for me to respond to that | 11:33:33 |
| 8   particular cell.  So he said at least something | 11:33:36 |
| 9   for me to hear him and to know where he was. | 11:33:40 |
| 10       Q.    Now -- | 11:33:41 |
| 11       A.    What that was, I don't know. | 11:33:42 |
| 12       Q.    Did Mr. Austin appear to be high or | 11:33:45 |
| 13  drunk? | 11:33:45 |
| 14       A.    I don't remember. | 11:33:47 |
| 15       Q.    Is that something if you observed on an | 11:33:50 |
| 16  inmate or detainee, you would do things | 11:33:54 |
| 17  differently? | 11:33:55 |
| 18       A.    No. | 11:33:56 |
| 19       Q.    So if he was staggering drunk, you | 11:33:59 |
| 20  still would have just opened the cell and let him | 11:34:03 |
| 21  walk in the processing room to get armbanded? | 11:34:07 |
| 22       A.    If he was drunk or if he was high, I | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

60

| | | |
|---|---|---|
| 1 | would still treat him the same way.  If you're | 11:34:13 |
| 2 | asking would I help him up, I don't know. | 11:34:16 |
| 3 | Q.    When you first saw Mr. Austin, did he | 11:34:19 |
| 4 | appear to have any manifestations or physical | 11:34:23 |
| 5 | appearance of injury anywhere around his face? | 11:34:27 |
| 6 | A.    Not to my knowledge. | 11:34:32 |
| 7 | Q.    And am I correct he had already been | 11:34:35 |
| 8 | photographed before you went and got him in the | 11:34:38 |
| 9 | cell -- from the cell, correct? | 11:34:40 |
| 10 | A.    He had to have been, because that's why | 11:34:44 |
| 11 | he had the armband on the counter with his picture | 11:34:47 |
| 12 | on it. | 11:34:48 |
| 13 | Q.    And just so we're clear, you did not | 11:34:51 |
| 14 | handcuff Mr. Austin when you removed him from the | 11:34:55 |
| 15 | cell, correct? | 11:34:56 |
| 16 | A.    That's correct. | 11:34:57 |
| 17 | Q.    Or put any shackles or anything on his | 11:35:00 |
| 18 | legs, correct? | 11:35:01 |
| 19 | A.    That's correct. | 11:35:02 |
| 20 | Q.    When you escort someone such as | 11:35:04 |
| 21 | Mr. Austin -- and if you remember specifically | 11:35:06 |
| 22 | with respect to him, please tell me -- do you hold | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

64

| | | |
|---|---|---|
| 1 | BY MR. GRENIER: | 11:37:25 |
| 2 | Q.    Did Mr. Austin comply with your | 11:37:27 |
| 3 | instruction to go into the processing room? | 11:37:34 |
| 4 | A.    Yes. | 11:37:35 |
| 5 | Q.    And where did you lead him to once you | 11:37:38 |
| 6 | got into the processing room? | 11:37:42 |
| 7 | A.    I believe to one of the attorney/client | 11:37:48 |
| 8 | interview rooms. | 11:37:49 |
| 9 | Q.    Was that a typical procedure for you to | 11:37:51 |
| 10 | take someone who needed an armband and put them in | 11:37:55 |
| 11 | an attorney/prisoner interviewing room? | 11:37:59 |
| 12 | A.    Sometimes. | 11:37:59 |
| 13 | Q.    Did you leave him there alone? | 11:38:01 |
| 14 | A.    Yes. | 11:38:02 |
| 15 | Q.    Was he alone when you left him in the | 11:38:06 |
| 16 | attorney/prisoner interviewing room? | 11:38:08 |
| 17 | A.    Was he what? | 11:38:10 |
| 18 | Q.    Was he alone when you left him in the | 11:38:12 |
| 19 | attorney/prisoner interviewing room? | 11:38:15 |
| 20 | A.    To my knowledge, yes. | 11:38:16 |
| 21 | Q.    What furniture was in that particular | 11:38:19 |
| 22 | attorney/prisoner interviewing room at the time | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

65

| | | |
|---|---|---|
| 1 | you brought Mr. Austin in there? | 11:38:24 |
| 2 | A.    Two chairs. | 11:38:25 |
| 3 | Q.    Folding chairs?  Regular chairs?  How | 11:38:28 |
| 4 | would you describe them?  Wood?  Metal? | 11:38:32 |
| 5 | Government gray? | 11:38:33 |
| 6 | A.    Hard plastic covering with a metal | 11:38:36 |
| 7 | frame, silver metal frame. | 11:38:38 |
| 8 | Q.    Were they bolted to the floor? | 11:38:39 |
| 9 | A.    No. | 11:38:41 |
| 10 | Q.    Was there a table or desk there, too? | 11:38:44 |
| 11 | A.    No. | 11:38:45 |
| 12 | Q.    So just literally two chairs and | 11:38:47 |
| 13 | nothing else in the room? | 11:38:49 |
| 14 | A.    Correct. | 11:38:50 |
| 15 | Q.    Anything on the walls? | 11:38:51 |
| 16 | A.    No. | 11:38:52 |
| 17 | Q.    Was there glass on any of the walls? | 11:38:54 |
| 18 | A.    There is a partition between each room, | 11:39:00 |
| 19 | a plexiglass-type partition. | 11:39:05 |
| 20 | Q.    But what about between the processing | 11:39:08 |
| 21 | room and the attorney/prisoner interviewing room? | 11:39:11 |
| 22 | A.    No.  It's two rooms and they're | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

69

| | | |
|---|---|---|
| 1 | interviewing room? | 11:53:14 |
| 2 | A.    Yes. | 11:53:14 |
| 3 | Q.    How much time passed from the time you | 11:53:15 |
| 4 | left Mr. Austin in the attorney/prisoner | 11:53:19 |
| 5 | interviewing room and spoke to him again? | 11:53:27 |
| 6 | A.    A few minutes or so. | 11:53:31 |
| 7 | Q.    Three minutes? | 11:53:34 |
| 8 | A.    I can't be exact.  A few minutes later. | 11:53:42 |
| 9 | Q.    How many other prisoners or inmates | 11:53:47 |
| 10 | were you working on their files while you were | 11:53:50 |
| 11 | gone from Mr. Austin after you dropped him off in | 11:53:54 |
| 12 | the prisoner interviewing room and spoke to him | 11:53:58 |
| 13 | again? | 11:54:00 |
| 14 | A.    I'm not quite sure I understand the | 11:54:02 |
| 15 | question. | 11:54:02 |
| 16 | Q.    I'm trying to get an understanding of | 11:54:04 |
| 17 | what you did from the time you put Mr. Austin in | 11:54:08 |
| 18 | the attorney/prisoner interviewing room and spoke | 11:54:12 |
| 19 | with him again. | 11:54:13 |
| 20 | A.    What I was doing? | 11:54:15 |
| 21 | Q.    Yes. | 11:54:16 |
| 22 | A.    I was putting information in the live | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

70

| | | |
|---|---|---|
| 1 | scan machine so that I could fingerprint someone | 11:54:22 |
| 2 | else. | 11:54:23 |
| 3 | Q.    Is that a computer? | 11:54:24 |
| 4 | A.    Yes. | 11:54:24 |
| 5 | Q.    Is that physically in the processing | 11:54:26 |
| 6 | room? | 11:54:27 |
| 7 | A.    Yes. | 11:54:27 |
| 8 | Q.    Is it on a desk? | 11:54:29 |
| 9 | A.    No. | 11:54:30 |
| 10 | Q.    Where is it? | 11:54:31 |
| 11 | A.    It's in the processing room. | 11:54:33 |
| 12 | Q.    Right.  But is it sitting on the floor? | 11:54:36 |
| 13 | A.    Against the wall. | 11:54:37 |
| 14 | Q.    So you stand while you use it? | 11:54:39 |
| 15 | A.    Yes. | 11:54:41 |
| 16 | Q.    And how far physically was the -- | 11:54:43 |
| 17 | what's it called, the live scan machine? | 11:54:46 |
| 18 | A.    Yes. | 11:54:47 |
| 19 | Q.    How far physically was the live scan | 11:54:49 |
| 20 | machine from the doorway of the room where | 11:54:52 |
| 21 | Mr. Austin was left? | 11:54:57 |
| 22 | A.    About five steps. | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

109

| | | |
|---|---|---|
| 1 | the subjects of the investigation, correct? | 12:35:11 |
| 2 | A.    Not to my knowledge. | 12:35:12 |
| 3 | Q.    But Crowder was the one that you were | 12:35:14 |
| 4 | referring to when you mentioned three in your | 12:35:17 |
| 5 | UFIR? | 12:35:18 |
| 6 | A.    Correct. | 12:35:22 |
| 7 | Q.    Did there come a point when Mr. Austin | 12:35:23 |
| 8 | was in fact handcuffed? | 12:35:25 |
| 9 | A.    Yes. | 12:35:27 |
| 10 | Q.    And tell me, if you would, what you | 12:35:30 |
| 11 | were wearing at the time. | 12:35:36 |
| 12 | A.    A dark blue uniform similar to what I'm | 12:35:40 |
| 13 | wearing now.  Not exact. | 12:35:42 |
| 14 | Q.    Same darkness of blue? | 12:35:44 |
| 15 | A.    Yes. | 12:35:48 |
| 16 | Q.    Did you observe what you believed to be | 12:35:50 |
| 17 | any physical injury to Mr. Austin? | 12:35:55 |
| 18 | A.    No. | 12:35:57 |
| 19 | Q.    Did you ever see any blood on the floor | 12:35:59 |
| 20 | in or about the area where the incident occurred? | 12:36:02 |
| 21 | A.    Yes. | 12:36:04 |
| 22 | Q.    Did you ever undertake to try to figure | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

117

| | | |
|---|---|---|
| 1 | A.    Not to my knowledge. | 12:43:59 |
| 2 | MR. GRENIER:  Why don't we go off so | 12:44:00 |
| 3 | the videographer can change the tape. | 12:44:04 |
| 4 | THE VIDEOGRAPHER:  We are going off the | 12:44:04 |
| 5 | record.  The time is 12:44 p.m. | |
| 6 | (A recess was then taken.) | 12:52:51 |
| 7 | THE VIDEOGRAPHER:  Here begins | 12:52:52 |
| 8 | Videotape No. 2 in the deposition of Officer Don | 12:52:56 |
| 9 | Thomas.  We are back on the record.  The time is | 12:52:59 |
| 10 | 12:52 p.m. | 12:53:04 |
| 11 | BY MR. GRENIER: | 12:53:05 |
| 12 | Q.    Officer Thomas, during the break we | 12:53:08 |
| 13 | just took, did you review any documents? | 12:53:10 |
| 14 | A.    No. | 12:53:12 |
| 15 | Q.    Did Mr. Austin complain of any pain or | 12:53:15 |
| 16 | injury after the incident? | 12:53:22 |
| 17 | A.    Yes. | 12:53:23 |
| 18 | Q.    What did he specifically complain of, | 12:53:26 |
| 19 | or what did he say? | 12:53:29 |
| 20 | A.    I don't remember what he said.  I do | 12:53:32 |
| 21 | remember him saying he needed to go to the | 12:53:34 |
| 22 | hospital. | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

118

| | | |
|---|---|---|
| 1 | Q.    And that was immediately after being | 12:53:38 |
| 2 | subdued? | 12:53:41 |
| 3 | A.    No.    He was actually in the cell at | 12:53:43 |
| 4 | that point. | 12:53:45 |
| 5 | Q.    Okay.  Well, you jumped ahead.  But | 12:53:47 |
| 6 | what did you do after you subdued him? | 12:53:49 |
| 7 | A.    Put him in a cell. | 12:53:51 |
| 8 | Q.    The same cell that he had been in when | 12:53:53 |
| 9 | you first arrived at work? | 12:53:56 |
| 10 | A.    I believe it was a different cell. | 12:53:58 |
| 11 | Q.    Do you know the cell number? | 12:54:00 |
| 12 | A.    No. | 12:54:03 |
| 13 | Q.    Did you observe any blood on any part | 12:54:06 |
| 14 | of Mr. Austin's body after he was subdued? | 12:54:09 |
| 15 | A.    No. | 12:54:11 |
| 16 | Q.    Do you recall what color shirt he was | 12:54:14 |
| 17 | wearing? | 12:54:17 |
| 18 | A.    A light-colored shirt. | 12:54:20 |
| 19 | Q.    Do you know what kind?  Like was it | 12:54:22 |
| 20 | cotton?  Do you know what it was? | 12:54:24 |
| 21 | A.    I just remember it was light-colored. | 12:54:27 |
| 22 | Q.    Was it white? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

122

| | | |
|---|---|---|
| 1 | A.    Yes. | 12:57:16 |
| 2 | Q.    Did you have to drag him, or did he | 12:57:20 |
| 3 | walk of his own accord and under his own control? | 12:57:24 |
| 4 | A.    He walked.  I had one arm.  Hawkins and | 12:57:29 |
| 5 | Lewis had the other arm.  But he walked on his own | 12:57:34 |
| 6 | accord. | 12:57:35 |
| 7 | Q.    Was he handcuffed with handcuffs behind | 12:57:38 |
| 8 | his back? | 12:57:39 |
| 9 | A.    Yes. | 12:57:39 |
| 10 | Q.    When you put him into the cell, did you | 12:57:42 |
| 11 | lock the cell? | 12:57:42 |
| 12 | A.    It locks automatically when you close | 12:57:44 |
| 13 | it. | 12:57:44 |
| 14 | Q.    Okay.  Well, then, did you shut the | 12:57:45 |
| 15 | door? | 12:57:47 |
| 16 | A.    Yes. | 12:57:47 |
| 17 | Q.    So therefore he was locked in the cell? | 12:57:48 |
| 18 | A.    Correct. | 12:57:48 |
| 19 | Q.    Was anyone else in the cell that you | 12:57:49 |
| 20 | put him in, if you know? | 12:57:51 |
| 21 | A.    I don't believe so. | 12:57:52 |
| 22 | Q.    What is the floor of that cell that you | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

123

| | | |
|---|---|---|
| 1 | put him in made of? | 12:57:57 |
| 2 | A.    Cement concrete. | 12:57:58 |
| 3 | Q.    Is it painted? | 12:58:01 |
| 4 | A.    It started out that way. | 12:58:03 |
| 5 | Q.    What was it at that point? | 12:58:06 |
| 6 | A.    It's worn. | 12:58:07 |
| 7 | Q.    Did it look like normal cement or | 12:58:10 |
| 8 | concrete? | 12:58:11 |
| 9 | A.    Underneath the paint that's not there | 12:58:14 |
| 10 | anymore? | 12:58:15 |
| 11 | Q.    Yes.  Well, I'm asking its condition at | 12:58:19 |
| 12 | the time you put him in the cell.  Was the paint | 12:58:22 |
| 13 | worn on that floor? | 12:58:23 |
| 14 | A.    It's worn actually on all of the cells. | 12:58:26 |
| 15 | So yes. | 12:58:27 |
| 16 | Q.    If I looked in Mr. Austin's cell just | 12:58:30 |
| 17 | before you put him in there, what would I see on | 12:58:33 |
| 18 | the floor?  What would it look like? | 12:58:35 |
| 19 | MR. ANDERSON:  If you know. | 12:58:36 |
| 20 | THE WITNESS:  More than likely, trash. | 12:58:38 |
| 21 | BY MR. GRENIER: | 12:58:38 |
| 22 | Q.    When you say "trash," what do you mean? | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

124

| | | |
|---|---|---|
| 1 | There would be trash on the floor? | 12:58:43 |
| 2 | A.    Yes. | 12:58:44 |
| 3 | Q.    Was Mr. Austin bleeding when you put | 12:58:47 |
| 4 | him in the cell after being subdued? | 12:58:51 |
| 5 | A.    Not to my knowledge. | 12:58:52 |
| 6 | Q.    Did any blood drip onto the floor when | 12:58:55 |
| 7 | you walked him from the point of the incident into | 12:58:58 |
| 8 | the cell, if you noticed? | 12:59:01 |
| 9 | A.    At what point? | 12:59:03 |
| 10 | Q.    Anytime from the point that you subdued | 12:59:06 |
| 11 | him and walked him into the cell. | 12:59:09 |
| 12 | A.    Yes. | 12:59:09 |
| 13 | Q.    Onto the floor? | 12:59:10 |
| 14 | A.    Yes. | 12:59:11 |
| 15 | Q.    Was it dripping as he walked? | 12:59:15 |
| 16 | A.    Not to my knowledge. | 12:59:16 |
| 17 | Q.    Where did you see the blood? | 12:59:19 |
| 18 | A.    Where he was subdued. | 12:59:21 |
| 19 | Q.    But I'm saying as you walked between | 12:59:23 |
| 20 | the point where he was subdued and to the cell, | 12:59:26 |
| 21 | during that walk, did you see any blood coming | 12:59:29 |
| 22 | from him or dripping onto the floor? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

125

| | | |
|---|---|---|
| 1 | A.    I did not. | 12:59:31 |
| 2 | Q.    Did you have any blood on you after you | 12:59:34 |
| 3 | put Mr. Austin into the cell? | 12:59:36 |
| 4 | A.    No. | 12:59:38 |
| 5 | Q.    Did you observe blood on any of the | 12:59:40 |
| 6 | other persons involved, namely Hawkins, Crowder or | 12:59:44 |
| 7 | Lewis? | 12:59:49 |
| 8 | A.    Not to my knowledge, no. | 12:59:51 |
| 9 | Q.    Did you say anything to Mr. Austin at | 12:59:54 |
| 10 | any point after he was subdued and placed in | 12:59:57 |
| 11 | handcuffs and put in the cell? | 12:59:59 |
| 12 | A.    No. | 13:00:00 |
| 13 | Q.    Did he say anything to you? | 13:00:04 |
| 14 | A.    Yes. | 13:00:05 |
| 15 | Q.    What did he say? | 13:00:11 |
| 16 | A.    A lot of profanity. | 13:00:14 |
| 17 | Q.    Did he ever say any words to the effect | 13:00:18 |
| 18 | of, "You broke my jaw"? | 13:00:23 |
| 19 | A.    Not to my knowledge. | 13:00:25 |
| 20 | Q.    He claims that he said that you broke | 13:00:32 |
| 21 | his jaw, that he said that you broke his jaw, and | 13:00:33 |
| 22 | in response you said, "If you can talk, it's not | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

126

| | | |
|---|---|---|
| 1 | broken." Did essentially that exchange of words | 13:00:42 |
| 2 | between you and Mr. Austin occur, to your | 13:00:42 |
| 3 | recollection? | 13:00:43 |
| 4 | A.    Not to my knowledge, no. | 13:00:45 |
| 5 | Q.    But you don't have a clear memory of | 13:00:47 |
| 6 | everything; is that right? | 13:00:49 |
| 7 | A.    Of everything? | 13:00:51 |
| 8 | Q.    Right.  Of everything involved at and | 13:00:54 |
| 9 | around the time of the incident. | 13:00:55 |
| 10 | A.    No, I don't.  It's been almost two | 13:00:59 |
| 11 | years. | 13:00:59 |
| 12 | Q.    You don't even remember which arm of | 13:01:03 |
| 13 | his you grabbed, right? | 13:01:05 |
| 14 | A.    No. | 13:01:06 |
| 15 | Q.    I mean I'm correct?  I am correct that | 13:01:09 |
| 16 | you do not, correct? | 13:01:11 |
| 17 | A.    That's correct. | 13:01:15 |
| 18 | Q.    At what point did Mr. Austin ask for | 13:01:17 |
| 19 | medical treatment or to go to a hospital? | 13:01:28 |
| 20 | A.    Shortly after being put in the cell. | 13:01:31 |
| 21 | Q.    While you were still within earshot of | 13:01:34 |
| 22 | him? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

127

| | | |
|---|---|---|
| 1 | A.    I believe so. | 13:01:42 |
| 2 | Q.    And did you respond to his request for | 13:01:45 |
| 3 | treatment? | 13:01:48 |
| 4 | A.    I actually told Hawkins, who was acting | 13:01:54 |
| 5 | sergeant/watch commander that Mr. Austin needed to | 13:02:05 |
| 6 | go to the hospital; said he wanted to go to the | 13:02:10 |
| 7 | hospital. | 13:02:11 |
| 8 | Q.    Did you make any comment to Hawkins as | 13:02:12 |
| 9 | far as whether or not you believed Mr. Austin | 13:02:15 |
| 10 | needed medical treatment? | 13:02:20 |
| 11 | A.    I don't remember. | 13:02:21 |
| 12 | Q.    Did you ever render or attempt to | 13:02:23 |
| 13 | render any first aid to Mr. Austin after he was | 13:02:26 |
| 14 | subdued? | 13:02:30 |
| 15 | A.    What do you mean, "first aid"? | 13:02:33 |
| 16 | Q.    Anything to try to stop bleeding, | 13:02:34 |
| 17 | control bleeding, clean him up, get him a | 13:02:38 |
| 18 | Band-Aid, get him a bandage, anything. | 13:02:42 |
| 19 | A.    I didn't see that he needed any | 13:02:44 |
| 20 | bandages or anything. | 13:02:46 |
| 21 | Q.    So you didn't believe -- When you saw | 13:02:48 |
| 22 | him after he was subdued, you did not believe he | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

129

| 1 | Q. Did you ever tell a FIT investigator | 13:03:51 |
| 2 | that you thought it was 3-by-5? | 13:03:53 |
| 3 | A. No. | 13:04:01 |
| 4 | Q. Was Mr. Austin left handcuffed after he | 13:04:03 |
| 5 | was put in the cell after being subdued? | 13:04:07 |
| 6 | A. Yes. | 13:04:08 |
| 7 | Q. Why? | 13:04:13 |
| 8 | A. I don't know. | 13:04:14 |
| 9 | Q. Was that appropriate protocol? | 13:04:17 |
| 10 | A. For the cellblock it is, yes. | 13:04:19 |
| 11 | Q. How many other inmates were in cells | 13:04:22 |
| 12 | with handcuffs on behind their back at the time | 13:04:26 |
| 13 | you put Mr. Austin in the cell after being | 13:04:30 |
| 14 | subdued? | 13:04:35 |
| 15 | A. I don't think there were any more. | 13:04:38 |
| 16 | Q. How many other people -- let's start | 13:04:40 |
| 17 | with males -- were in the cellblock, in cells, at | 13:04:47 |
| 18 | the time Mr. Austin was placed back into a cell | 13:04:50 |
| 19 | after being subdued? | 13:04:55 |
| 20 | A. I don't know. | 13:04:56 |
| 21 | Q. More than 25? | 13:05:00 |
| 22 | A. I really don't know. There were some | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

131

| | | |
|---|---|---|
| 1 | Q.    Did you assign or ask any other human | 13:06:21 |
| 2 | being that worked with you to monitor or watch | 13:06:25 |
| 3 | Mr. Austin in the cell with handcuffs on behind | 13:06:29 |
| 4 | his back? | 13:06:31 |
| 5 | A.    That's not my responsibility. | 13:06:34 |
| 6 | Q.    I understand that. | 13:06:35 |
| 7 | A.    So no. | 13:06:36 |
| 8 | Q.    Did you observe anyone else do so, such | 13:06:39 |
| 9 | as Hawkins? | 13:06:40 |
| 10 | A.    No. | 13:06:41 |
| 11 | MR. ANDERSON:    Do so meaning monitor or | 13:06:44 |
| 12 | ask or -- The question is ambiguous. | 13:06:48 |
| 13 | BY MR. GRENIER: | 13:06:48 |
| 14 | Q.    You understand my question, right? | 13:06:51 |
| 15 | A.    Yeah. | 13:06:51 |
| 16 | Q.    Did you witness Hawkins ask or instruct | 13:06:54 |
| 17 | someone else to monitor Mr. Austin? | 13:06:57 |
| 18 | A.    No, I didn't. | 13:07:01 |
| 19 | Q.    Was that -- Based on your understanding | 13:07:03 |
| 20 | of the protocols for the Metropolitan Police | 13:07:05 |
| 21 | Department, was that appropriate, to leave a | 13:07:11 |
| 22 | handcuffed prisoner unsupervised or unmonitored? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

133

| # | | Time |
|---|---|---|
| 1 | after being subdued with handcuffs behind his | 13:08:18 |
| 2 | back, was that a violation of Metropolitan Police | 13:08:21 |
| 3 | Department policy? | 13:08:26 |
| 4 | A.    I don't know. | 13:08:28 |
| 5 | Q.    Well, am I correct that one of the | 13:08:29 |
| 6 | things you learn at the police academy is that | 13:08:34 |
| 7 | whenever you have a suspect in handcuffs, they are | 13:08:37 |
| 8 | to be monitored? | 13:08:43 |
| 9 | A.    I never heard that one. | 13:08:44 |
| 10 | Q.    No?  Okay. | 13:08:53 |
| 11 | Was there a toilet in Mr. Austin's | 13:08:56 |
| 12 | cell? | 13:08:58 |
| 13 | A.    Yes. | 13:08:59 |
| 14 | Q.    Was there a sink? | 13:09:01 |
| 15 | A.    Yes. | 13:09:03 |
| 16 | Q.    What if he had to go to the bathroom | 13:09:06 |
| 17 | while he was in the cell after being subdued with | 13:09:09 |
| 18 | his handcuffs behind his back? | 13:09:14 |
| 19 | A.    What do you mean? | 13:09:15 |
| 20 | Q.    How was he supposed to go to the | 13:09:17 |
| 21 | bathroom? | 13:09:18 |
| 22 | A.    That's up to the supervisor to make | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

134

| | | |
|---|---|---|
| 1 | that determination, what -- what happens. | 13:09:25 |
| 2 | Q.    How would a supervisor know he has to | 13:09:28 |
| 3 | go to the bathroom? | 13:09:29 |
| 4 | A.    I don't know. | 13:09:41 |
| 5 | Q.    Who made the decision to leave | 13:09:43 |
| 6 | Mr. Austin restrained with handcuffs on behind his | 13:09:46 |
| 7 | back when he was placed in his cell after being | 13:09:50 |
| 8 | subdued? | 13:09:53 |
| 9 | A.    I don't know. | 13:09:54 |
| 10 | Q.    Well, they were your handcuffs, weren't | 13:09:56 |
| 11 | they? | 13:09:57 |
| 12 | A.    Yes. | 13:09:57 |
| 13 | Q.    So were you handcuffless after you put | 13:10:01 |
| 14 | Mr. Austin in the cell? | 13:10:04 |
| 15 | A.    Temporarily. | 13:10:05 |
| 16 | Q.    Did you go get another pair somewhere? | 13:10:07 |
| 17 | A.    I didn't need to actually go get a | 13:10:10 |
| 18 | pair.  There are pairs on each side just in case | 13:10:13 |
| 19 | we need them. | 13:10:14 |
| 20 | Q.    Do you keep them on you, on your body? | 13:10:16 |
| 21 | A.    Normally I do. | 13:10:17 |
| 22 | Q.    So did you go retrieve another pair and | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

135

| | | |
|---|---|---|
| 1 | put them on you? | 13:10:22 |
| 2 | A.    No. | 13:10:24 |
| 3 | Q.    Could you have made the decision to | 13:10:28 |
| 4 | take the handcuffs off Mr. Austin when he was put | 13:10:31 |
| 5 | in the cell after being subdued? | 13:10:40 |
| 6 | A.    Yes and no. | 13:10:42 |
| 7 | Q.    Well, let me ask it this way:  Did any | 13:10:44 |
| 8 | of your supervisors -- and I assume that only | 13:10:47 |
| 9 | includes Hawkins -- instruct you to leave | 13:10:51 |
| 10 | Mr. Austin in handcuffs after being subdued and | 13:10:54 |
| 11 | put in the cell? | 13:10:56 |
| 12 | A.    No. | 13:10:56 |
| 13 | Q.    Did anyone else suggest to you or | 13:11:00 |
| 14 | instruct you to leave Mr. Austin with handcuffs on | 13:11:03 |
| 15 | behind his back after being subdued and put in the | 13:11:06 |
| 16 | cell? | 13:11:07 |
| 17 | A.    No. | 13:11:08 |
| 18 | Q.    So then in your mind, at the time, do | 13:11:11 |
| 19 | you think you had authority, if you wanted to, to | 13:11:14 |
| 20 | take off Mr. Austin's handcuffs that were behind | 13:11:18 |
| 21 | his back when you put him into the cell after | 13:11:21 |
| 22 | being subdued? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

137

| 1 | time you put him in the cell? | 13:12:18 |
| 2 |     A.    Say that again, please. | 13:12:19 |
| 3 |     Q.    Sure.  Was he combative from the time | 13:12:21 |
| 4 | you subdued him to the point that you put him into | 13:12:24 |
| 5 | the cell? | 13:12:30 |
| 6 |     A.    I don't remember. | 13:12:31 |
| 7 |     Q.    Well, I thought you said he walked | 13:12:33 |
| 8 | voluntarily. | 13:12:35 |
| 9 |     A.    I didn't have to drag him. | 13:12:37 |
| 10 |     Q.    Okay.  What do you mean by "combative"? | 13:12:42 |
| 11 |     A.    Kicking, spitting, hitting. | 13:12:45 |
| 12 |     Q.    Did he kick? | 13:12:48 |
| 13 |     A.    Not to my knowledge. | 13:12:48 |
| 14 |     Q.    Did he spit? | 13:12:54 |
| 15 |     A.    Not to my knowledge. | 13:12:55 |
| 16 |     Q.    He couldn't hit, right, because he was | 13:12:57 |
| 17 | handcuffed behind his back? | 13:12:59 |
| 18 |     A.    That's correct. | 13:12:59 |
| 19 |     Q.    So would you agree, then, under your | 13:13:02 |
| 20 | definition, he wasn't combative from the time that | 13:13:04 |
| 21 | he was subdued to the time he was put in the cell? | 13:13:08 |
| 22 |     A.    Not physically, no. | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

142

| | | |
|---|---|---|
| 1 | Q.    No idea? | 13:17:44 |
| 2 | A.    Not really, no. | 13:17:45 |
| 3 | Q.    Okay.  Did you assist in getting | 13:17:49 |
| 4 | Mr. Austin out of the cell for the transport | 13:17:52 |
| 5 | people to take him to the hospital? | 13:17:54 |
| 6 | A.    No. | 13:17:55 |
| 7 | Q.    Did you ever see Mr. Austin again | 13:17:58 |
| 8 | anytime before he went to the hospital and after | 13:18:01 |
| 9 | you placed him in the cell after being subdued? | 13:18:05 |
| 10 | A.    No. | 13:18:05 |
| 11 | Q.    Did you ever go -- You've answered the | 13:18:09 |
| 12 | question.  So you never went and checked on him; | 13:18:12 |
| 13 | is that right? | 13:18:13 |
| 14 | A.    That's correct. | 13:18:13 |
| 15 | Q.    Did you ever ask anyone to go check on | 13:18:15 |
| 16 | him? | 13:18:16 |
| 17 | A.    No. | 13:18:17 |
| 18 | Q.    Do you have an understanding as to | 13:18:18 |
| 19 | whether Mr. Austin was moved to any other cell | 13:18:21 |
| 20 | between the time that you subdued him and put him | 13:18:25 |
| 21 | in a cell and the time he went to the hospital? | 13:18:31 |
| 22 | A.    I don't think so, but I'm not sure. | |