**Capital Reporting Company**

Page 1

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
 2

    ----------------------------------:
 3  NIGEL AUSTIN,                     :
 4            Plaintiff               :
 5            v.                      :  Case No.
                                      :  05CV02219
 6  THE DISTRICT OF COLUMBIA          :
    and                               :
 7  OFFICER DON THOMAS                :
    and                               :
 8  JOHN DOES 1 - 25,                 :
 9            Defendants              :
    ----------------------------------:
10                              Washington, D.C.
11                       Monday, December 11, 2006
12  Video Deposition of:
13          OFFICER RHONDA CROWDER
14  called for oral examination by counsel for
15  Plaintiff, pursuant to notice, at the Law Offices
16  of Bode and Grenier LLP, 1150 Connecticut Avenue,
17  N.W., Ninth Floor, Washington, D.C., 20036., before
18  Patricia A. Edwards of Capital Reporting, a Notary
19  Public in and for the District of Columbia,
20  beginning at 11:24 a.m., when were present on
21  behalf of the respective parties:
22
```

**Capital Reporting Company**

Page 102

```
 1    believe that a type of force had been used on
 2    Mr. Austin?
 3         A    I believed so at the time, yes.
 4         Q    That force was used by Officer Thomas
 5    on Mr. Austin?
 6         A    When trying to subdue him, yes.
 7         Q    And we've already talked about the
 8    fist thing, so I wont' go over that again.
 9    Now, where it says was first aid rendered, the
10    box that's checked, no.  When you observed Mr.
11    Austin after the incident, did you see any
12    visible indicate of injury on Mr. Austin?
13         A    I saw blood on the floor, that's it.
14         Q    Nothing on Mr. Austin?
15         A    No.
16         Q    At any time between the time of the
17    incident and the time that Mr. Austin was
18    transported to the hospital for medical
19    treatment, did you ever observe any blood on
20    Mr. Austin?
21         A    After they took him to the cell, I
22    didn't have anything else to do with him.
```

Page 106

1    A    Yes.

2    Q    Okay. Well, a minute ago you told me

3 under oath that you only saw blood on the

4 floor. So now are you saying you saw blood on

5 Mr. Austin?

6    A    Once he got up, I saw blood on his

7 shirt.

8    Q    On his white t-shirt?

9    A    Yes.

10    Q    That was previously clean and all

11 white; correct?

12    A    I don't know about that.

13    Q    Well, okay. I asked if you saw any

14 stains and you said you didn't see any;

15 correct? Correct?

16    A    That's correct.

17    Q    Okay. And afterwards you saw blood on

18 his shirt. Did you conclude that the blood on

19 Mr. Austin's shirt, that hadn't been there

20 before the incident, may have been caused by

21 the incident with Officer Thomas? Did that

22 occur to you?