IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| NIGEL AUSTIN | \| |
| Plaintiff | \| |
| v. | \| Case No. |
| THE DISTRICT OF COLUMBIA and | \| 05CV02219 |
| OFFICER DON THOMAS and | \| |
| JOHN DOES 1-25 | \| |
| Defendants | \| |

---

Deposition of OFFICER GEORGE R. HAWKINS, II

Washington, D.C.

Thursday, February 1, 2007

11:21 a.m.

Job No.: 1-96236

Pages 1 - 128

Reported by: Patricia G. Mitchell

**EXHIBIT**


L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF OFFICER GEORGE R. HAWKINS, II
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

22

1   Q   Did you observe any blood on the floor at that
2   time?
3   A   No, sir.
4   Q   Did there come a time when you observed blood?
5   A   Yes, sir.
6   Q   What, if anything, did you do to assist Officer
7   Thomas?
8   A   I assisted Officer Thomas in handcuffing
9   Mr. Austin.
10  Q   What did you do specifically?
11  A   Took his hand out from under him.
12  Q   Which hand?
13  A   I believe it was his right hand.
14  Q   And what did you do?
15  A   Put it behind him.
16  Q   Okay.
17  A   Got him handcuffed.
18  Q   Whose handcuffs?
19  A   Weren't mine.
20  Q   Where did you get the handcuffs?
21  A   I think Officer Thomas had the handcuffs
22  already.

DEPOSITION OF OFFICER GEORGE R. HAWKINS, II
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

27

1    If you remember this, you should say you
2    remember.  If you don't remember, you shouldn't say you
3    remember based on what Peter tells you.
4         MR. GRENIER:  Okay.
5    BY MR. GRENIER:
6         Q    Do you remember there being blood on the
7    clothing?  I think you said yes?
8         A    Yes, sir.
9         Q    Do you remember what part of the clothing?
10        A    No, sir.
11        Q    Can you tell me how much?  Not by quantity but
12   perhaps size on the clothing, size of blood?
13        A    No, sir.
14        Q    When Mr. Austin was picked up after being
15   subdued and handcuffed, did you see any blood on the
16   floor?
17        A    Yes, sir.
18        Q    How much?
19        A    Very little, sir.
20        Q    At any time after Mr. Austin was subdued and
21   the time that he was picked up and transported to the
22   hospital, did anyone render first aid to him?

DEPOSITION OF OFFICER GEORGE R. HAWKINS, II
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

28

1    A    First aid for what, sir?

2    Q    For his injuries.

3    A    Okay. Since we saw very little blood --
4  right -- what type of injury?

5    Q    Was that -- what was that, was that an answer a
6  statement or question? I don't understand what you just
7  said.

8    A    I'm just asking. If we thought it was an
9  emergency -- because we saw very little blood -- we would
10 have called an ambulance.

11   Q    Okay, I'll ask my question again. Maybe you
12 didn't understand it. Do you know what "first aid"
13 means?

14   A    Yes, sir.

15   Q    Did you render first aid to Mr. Austin?

16   A    No, sir.

17   Q    Did Officer Thomas render first aid to
18 Mr. Austin?

19   A    No, sir.

20   Q    What did you do with Mr. Austin after he was
21 injured and subdued and handcuffed?

22   A    We put him in his cell.

32

1   Q   So you only remember what Mr. Austin said after
2   the incident and after being placed in the cell but not
3   anything else anyone else said?
4   A   No, sir.
5   Q   Well, did you respond to anything Mr. Austin
6   said?
7   A   Yes, sir.
8   Q   What did you say?
9   A   When you say respond, I did the PD form 313 so
10  he can go to the hospital, notified the dispatcher.
11  Q   Did you do that right away?
12  A   Yes, sir.
13  Q   So tell me within how many minutes after
14  putting Mr. Austin in the cell, handcuffed with his hands
15  behind his back in cell number 3 after the incident,
16  until the time you filled out the PD 313?  How much time
17  passed?
18  A   I don't know, sir.
19  Q   More than an hour?
20  A   I don't think so.  No, sir.
21  Q   More than five minutes?
22  A   Maybe.

DEPOSITION OF OFFICER GEORGE R. HAWKINS, II
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

47

1   handcuffs off of him.

2   Q   Is combative to you verbal, physical or both?

3   A   It could lead to that, yes, sir.

4   Q   What do you define combative as?

5   A   Any time, any time a prisoner gets fussing,

6   complaining very loudly, not to follow directions, it's

7   time to, we have to take some type of action.

8   Q   If I'm a detainee in your custody in the

9   Central Cell Block and I look at you, stand perfectly

10  still and start cussing at you and screaming at you, am I

11  being combative?

12  A   Not at that time, no, sir.

13  Q   Did you ever see Mr. Austin take a swing at

14  anyone?

15  A   No, sir.

16  Q   At any time after you put Mr. Austin in cell

17  number 3 after he was injured, did you ever ask him how

18  he was doing?

19  A   No, sir.

20  Q   Did you think you should?

21  A   No, sir.

22  Q   Did Officer Thomas ever tell you that he

DEPOSITION OF OFFICER GEORGE R. HAWKINS, II
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

48

1  believed Mr. Austin needed prompt medical assistance?
2      A    I don't recall that, sir.  No, sir.
3      Q    Was there any special training you had to
4  become an acting sergeant?
5      A    No, sir.  JOB, sir -- or OJB, sorry.
6           MR. ANDERSON:  OJT.
7      A    Sorry.
8  BY MR. GRENIER:
9      Q    Did Officer Thomas tell you what happened?
10     A    Yes, sir.
11     Q    What did he tell you?
12     A    Exactly what I put on the back of the 313, sir.
13     Q    Did Officer Thomas tell you whether he, Officer
14 Thomas, had struck Mr. Austin?
15     A    Yes, sir.
16     Q    What did he tell you he did?
17     A    He said when Mr. Austin swung at him, he hit
18 him.
19     Q    Could we mark this, please.
20          (Exhibit Number 4 was marked for
21 identification and is attached to the original.)
22     Q    Officer, I'm showing you what's marked as

DEPOSITION OF OFFICER GEORGE R. HAWKINS, II
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

97

1  Q   Did you ask him whether he needed to use the
2  bathroom?
3  A   No, sir.  He was too busy talking, sir.
4  Q   What if Mr. Austin wanted to use the toilet
5  when he was in cell number 3, how would he go about doing
6  that?
7  A   He probably couldn't, sir.
8  Q   If Mr. Austin wanted to get water out of the
9  sink while he was in cell number 3, how could he do that?
10 A   He probably couldn't because we didn't give him
11 a cup.
12 Q   Are all prisoners in the cell block supposed to
13 be able to use the toilet and the sink while they're
14 locked in the cell?
15 A   Yes, sir.
16 Q   Do you recall -- I'm not asking you for the
17 time, but do you recall Bowman and Richardson coming and
18 actually getting Mr. Austin to take him to the hospital?
19 A   I don't know those people, sir, at all.
20 Q   Do you recall anyone coming to get him?
21 A   You mean did a scout car arrive on the scene?
22 Q   Yes.