```
                                                              1

 1            IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF COLUMBIA

 3       ------------------------------------

 4       NIGEL AUSTIN                      |

 5                    Plaintiff            |

 6            v.                           | Case No.

 7       THE DISTRICT OF COLUMBIA and      | 05CV02219

 8       OFFICER DON THOMAS and            |

 9       JOHN DOES 1-25                    |

10                    Defendants           |

11       ------------------------------------

12

13            Deposition of LYNN MAURICE LEWIS

14                     Washington, D.C.

15                Thursday, February 1, 2007

16                        2:26 p.m.

17

18       Job No.:  1-96236

19       Pages 1 - 28

20       Reported by:  Patricia G. Mitchell

21

22                                         EXHIBIT
```


L.A.D
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

13

1  mouth?

2  A    Like I said, when he got up, I seen little

3  spots on the floor.

4  Q    You saw a spot or two of what?

5  A    Blood.

6  Q    On the floor?

7  A    Yes.

8  Q    Did you ever see Mr. Austin bleeding from his

9  mouth?

10 A    No, no.

11 Q    Well, you saw blood dripping to the floor?

12 A    It was on the floor when they picked him up.

13 Q    Did you look up to see where the blood was

14 coming from?

15 A    No.

16 Q    Did you tell the FIT investigator that you saw

17 blood coming from Mr. Austin's mouth?

18 A    No.  Or I can't recall that.

19 Q    Okay.  Did you hear Mr. Austin say anything at

20 any time after you responded to the commotion?

21 A    Anything, he said he had to go to the hospital.

22 Q    Is that all you heard him say?

DEPOSITION OF LYNN MAURICE LEWIS
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

19

1   A   Yes.

2   Q   When they put him in the cell, did they have
3   handcuffs on?

4   A   Yes.

5   Q   Front or back; do you know?

6   A   It's kind of vague. Back.

7   Q   Did you notice whether any blood was dripping
8   onto the floor as Mr. Austin was being led to the cell
9   after the incident?

10  A   No.

11  Q   Did you ever look in Mr. Austin's cell?

12  A   No.

13  Q   To your knowledge, was Mr. Austin switched from
14  cell number 3, where he was placed after the incident, to
15  another cell before being transported to the hospital?

16  A   To my knowledge, no.

17  Q   What were your general duties and
18  responsibilities during that tour of duty?

19  A   Bring prisoners in, search and see if they have
20  any contraband.

21  Q   Did you do that to Mr. Austin?

22  A   No.