© 2001 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

| 03 | Greater Southeast Community Hospital |
|---|---|
| | Corporation I  ☐ DC General |
| | **EMERGENCY PHYSICIAN RECORD** |
| | **Facial or Head Injury** |

TIME SEEN: 2325   ROOM: ___   ___ EMS Arrival
HISTORIAN: (patient) __paramedic __translator __other___
AGE ___ 19 ___   M/F   RACE __B__
__History limited by _____

### HPI   chief complaint / location of injury:
__head  face / mouth / lip / chin / nose & neck
_mandible_

**duration / occurred:**
__just prior to arrival
__today
(yesterday)
___ days PTA

**where occurred:**
__home   __school
__neighbor's  (city park)
__work   (street)

**context:**
__fell  (direct blow)  __incised wound  __stab wound  __burn
S/P assault
PMD _____

**severity:** Pain Scale: (1-10) ___
**LOC?** __no  __dazed  __yes  duration:___
**IF YES,** remembers: __injury __coming to hospital

☐ Agree w/ nurse's note for PFSH / ROS

### ROS
☑ ROS below otherwise negative
__negative __vomiting __headache __neck pain

### PAST HISTORY  ☐ Agree w/ nurse's note  ☐ Tetanus UTD
Other _____
Meds- __none / see list
Allergies- __NKDA / see list

### PHYSICAL EXAM
**CONSTITUTIONAL**
☐ Agree w/ vital signs  Other _____
__Exam limited by _____
Distress... __NAD __mild __moderate __severe___
__c-collar (PTA / in ED) __back-board __IV __splint___
**HEAD**
__normocephalic, atraumatic
(1) tenderness c
swelling @ mandible

**EYES**
__PERRL
__lids / conjunctivae
normal
__EOMI

__post-surgical pupillary defect (R/L)___
__periorbital hematoma___
__subconjunctival hemorrhage___
__corneal abrasion___
__hyphema___
__retinal detachment___
__unequal pupils___
R pupil ___mm  L pupil ___mm
__foreign body___

**ENT**
__normal inspection
__pharynx nml
__no injury to teeth
__lips or gums

__hemotympanum
__obscured by cerumen (R/L)___
__TM obscured by wax___
__clotted nasal blood___
__dental injury___
__dental malocclusion___
__nasal septal hematoma___

**NECK**
__non-tender
__painless ROM
__see diagram___
__vertebral point-tenderness___

T=Tenderness  PtT=Point Tenderness  S=Swelling  E=Ecchymosis  B=Burn
C=Contusion  Lac=Laceration  A=Abrasion  M=Muscle spasm
PW=puncture wound  (∅=without  m=mild  mod=moderate  sv=severe)
Example- Tsv = Tenderness on palpation (severe)

**NEURO**
✓ awake and alert
✓ oriented x ___
✓ no sensory / motor deficit
✓ CN's nml as tested
__ lethargic_____
__ confused / obtunded_____
__ weakness/sensory loss____
__ facial droop/EOM palsy/anisocoria
__ disoriented to person/place/time
__ GCS_____
__ abnormal gait_____
    antalgic   ataxic_____

**PSYCH**
__ mood/affect normal
__ depressed affect_____
__ anxious_____

**CHEST**
✓ non tender

**GI / ABDOMEN**
✓ non tender

**MUSCULOSKELETAL / EXTREMITIES**
__ non tender

distal NV:  __ neurovascular status intact

anesthesia: __ local  __ LET / TAC  ____ cc
__ lidoc 1% 2%  epi / bicarb  __ marcaine .25% .5%

prep:
__ Betadine / other _____
__ irrigated / washed with saline
   minimal / mod. / *extensive
__ wound explored
__ foreign material removed
   partially  completely
   minimal / mod. / *extensive

__ *debrided
   *minimal / ^mod. / ^extensive
__ undermined
   minimal / mod. / *extensive
__ ^wound margins revised
__ *vermilion border aligned
__ ^multiple flaps aligned

repair: Wound closed with: __ wound adhesive   steri-strips____
  SKIN-  #____  ____-0 nylon / prolene / staples____
          __ interrupted  __ running  __ simple  __ mattress ( h / v )
  *SQ-   #____  ____-0 vicryl_____
          __ interrupted  __ running  __ simple  __ mattress ( h / v )
  OTHER- #____  ____-0 material_____
          __ interrupted  __ running  __ simple  __ mattress ( h / v )

*may indicate intermediate repair  ^may indicate intermediate or complex repair

☐ EMTALA EMC present   ☐ EMTALA EMC absent

**XRAYS**  C-spine  # of views____
__ no fracture         __ fracture / subluxation_____
__ nml disc spaces     __ DJD / disc disease_____
__ nml alignment       __ prevertebral soft-tissue swelling
__ nml soft tissue     __ enlarged epiglottis_____
__ nml
__ NAD
PRIOR XRAY- __ unchngd __ unavail. __ changed:_____
☐ interp contemporaneously by me   ☐ discussed w/ Radiologist
☐ interp by Radiologist   ☐ personally reviewed by me

**CT Scan:**
__ normal
Time reported: ____

**EMERGENCY DEPARTMENT COURSE:** ____
XR mandible (?) Fx.

Rx given ____ [signature] ____
Discussed with Dr. ____  Time 0030
patient will be seen in: office / ED / hospital

**CLINICAL IMPRESSION:**

| Contusion | Laceration | Concussion |
|---|---|---|
| Hematoma | scalp    lip | with LOC |
| head | forehead   buccal | without LOC |
| facial | facial   chin | |
| nose | periorbital  ear | Acute Cervical |
| chin | nose | Myofascial Strain |
| mouth | | |

Fx Mandible

Follow up with ____
DISPOSITION- ☐ discharged  ☑ admitted  ☐ transferred____
Time____    ☐ placed in obs. (See obs template) ☐ Left AMA
CONDITION- ☐ unchanged ☑ improved ☐ stable ____

ARNP / PA ____

PHYSICIAN- ____ 2040 ____ Time ____

PHYSICIAN- ____ Time ____
☑ T Complete  ☐ T Sheet Add On ____  ☐ Other ____

**Wound Description/Repair**
length____ cm  location____
__ superficial  __ linear      __ stellate     __ contused tissue
__ *SQ          __ *irregular  __ skieved      __ through-and-through
__ muscle       __ flap                         lip laceration
__ clean   __ contaminated  minimally / moderately / *heavily

Facial Injury - 03