```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


   _____
                              )
   NIGEL AUSTIN,              )    Civil Action
                              )
         Plaintiff,           )    No. 05-2219(JDB)
                              )
   vs.                        )
                              )
   THE DISTRICT OF COLUMBIA,  )
   et al.,                    )
                              )
         Defendants.          )
   _____)


                   Volume 1
     VIDEOTAPED RULE 30(b)(6) DEPOSITION OF
        THE METROPOLITAN POLICE DEPARTMENT
     THROUGH ITS DESIGNATED REPRESENTATIVE
           DETECTIVE CHRISTOPHER COLES
                Washington, D.C.
            Wednesday, January 24, 2007
                   11:00 a.m.


   Job No.:  1-95657
   Pages 1 through 238
   Reported by:  John L. Harmonson, RPR      EXHIBIT
```



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

448

| | | |
|---|---|---|
| 1 | A.   No. | 15:31:33 |
| 2 | Q.   Okay.  If Officer Thomas reports the | 15:31:44 |
| 3 | injury from his use of force to his official and | 15:31:48 |
| 4 | observes that his official is not getting medical | 15:31:52 |
| 5 | attention immediately for the injured person, does | 15:31:56 |
| 6 | Officer Thomas have any further duty to that | 15:32:00 |
| 7 | injured person to get medical attention? | 15:32:09 |
| 8 | MR. ANDERSON:  I object.  It's | 15:32:10 |
| 9 | hypothetical. | 15:32:19 |
| 10 | THE WITNESS:  I would say it could be | 15:32:22 |
| 11 | possible due to the circumstances that he could be | 15:32:31 |
| 12 | held accountable for not. | 15:32:33 |
| 13 | BY MR. GRENIER: | 15:32:33 |
| 14 | Q.   Well, wasn't Thomas' -- what do you | 15:32:39 |
| 15 | call it -- tour of duty from 1:00 o'clock to | 15:32:45 |
| 16 | 9:30 p.m.? | 15:32:46 |
| 17 | A.   Right. | 15:32:46 |
| 18 | Q.   Right? | 15:32:46 |
| 19 | A.   Right. | 15:32:46 |
| 20 | Q.   And we know that the incident occurred | 15:32:48 |
| 21 | sometime during that, correct? | 15:32:49 |
| 22 | A.   Correct. | |