1

```
 1                UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF COLUMBIA

 3   - - - - - - - - - - - - - - - - - -X

 4   NIGEL AUSTIN,                       :

 5              Plaintiff,               :  Case No.

 6   v.                                  :  1:05-CV-02219(JDB)

 7   THE DISTRICT OF COLUMBIA,           :

 8   et al.,                             :

 9              Defendants.              :

10

11   - - - - - - - - - - - - - - - - - -X

12

13              Deposition of PAUL M. MAZZEI

14                    Washington, D.C.

15              Tuesday, February 6, 2007

16                       10:10 a.m.

17

18   Job No.: 1-96506

19   Pages 1 through 140

20   Reported by:  Cynthia R. Simmons, RMR, CRR
```

**ORIGINAL**



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF PAUL M. MAZZEI
CONDUCTED ON TUESDAY, FEBRUARY 6, 2007

79

1  Thomas complied with the standard of care regarding
2  medical attention?
3       A   It wasn't quite put that way.  I'm trying
4  to remember exactly, I think it was more in line with
5  simply being prepared for the deposition in a broad
6  focus.  I may have misspoke earlier.  I was never
7  specifically asked by Mr. Mehigan to render an
8  opinion on the medical.  I'm not qualified to render
9  an opinion on medical treatment per se.
10          But as it was part of, the way I perceived
11 it is it was part of the material given and, as
12 policy and procedure would go, that, you know, if I
13 was comfortable in that, or whatever the case may be,
14 simply to, you know, to, you know, just to look at
15 all those aspects.
16      Q   And again subject to my strenuous
17 objection to you providing such opinions, can you
18 tell me what is the totality of your opinions
19 regarding medical attention insofar as Officer Thomas
20 was concerned?
21      A   I don't have any specific to, from the
22 medical perspective other than the fact that he