```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA


    _____
                                    )
    NIGEL AUSTIN,                   )    Civil Action
                                    )
            Plaintiff,              )    No. 05-2219(JDB)
                                    )
    vs.                             )
                                    )
    THE DISTRICT OF COLUMBIA,       )
    et al.,                         )
                                    )
            Defendants.             )
    _____)



                   VIDEOTAPED DEPOSITION OF
                     OFFICER DON E. THOMAS
                       Washington, D.C.
                   Friday, January 26, 2007
                          10:37 a.m.


    Job No.: 1-95385
    Pages 1 through 166
    Reported by:  John L. Harmonson, RPR
```

**EXHIBIT**



L.A.D REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

37

| | | | |
|---|---|---|---|
| 1 | Q. | Go ahead. I'm sorry. | 11:12:17 |
| 2 | A. | The supervisor was right behind me. He | 11:12:20 |
| 3 | | grabbed him. The three of us fell over, and I | 11:12:23 |
| 4 | | twisted my back. | 11:12:24 |
| 5 | Q. | Was Hawkins the supervisor that day? | 11:12:27 |
| 6 | A. | No. | 11:12:27 |
| 7 | Q. | Who was it? | 11:12:28 |
| 8 | A. | Wallace. | 11:12:31 |
| 9 | Q. | Hawkins was involved somehow, though, | 11:12:33 |
| 10 | | correct? | 11:12:34 |
| 11 | A. | I don't know. | 11:12:35 |
| 12 | Q. | The reason I'm asking is if you saw the | 11:12:37 |
| 13 | | final FIT report, it listed Hawkins and you as | 11:12:41 |
| 14 | | having a January 10, 2006, use of force. | 11:12:45 |
| 15 | A. | He could have been. I don't remember, | 11:12:46 |
| 16 | | to be honest with you. I know there were at least | 11:12:50 |
| 17 | | three other employees there. | 11:12:54 |
| 18 | Q. | Any other citizen or civilian | 11:12:58 |
| 19 | | complaints that you're aware of? | 11:12:59 |
| 20 | A. | None that I remember. | 11:13:15 |
| 21 | Q. | I'd like to go to August 25, 2005, if I | 11:13:20 |
| 22 | | may. What was your tour of duty that day, if you | |

38

| | | | |
|---|---|---|---|
| 1 | | remember? | 11:13:23 |
| 2 | A. | 1300 to 2130, 1:00 p.m. to 9:30 p.m. | 11:13:31 |
| 3 | Q. | Do you know how much sleep you had | 11:13:34 |
| 4 | | gotten the night before?  Or if you don't | 11:13:36 |
| 5 | | remember, what was your habit or routine at the | 11:13:39 |
| 6 | | time? | 11:13:39 |
| 7 | A. | What do you mean by that? | 11:13:40 |
| 8 | Q. | As far as how much sleep you would get | 11:13:43 |
| 9 | | during a workweek. | 11:13:45 |
| 10 | A. | The normal amount. | 11:13:46 |
| 11 | Q. | Which is? | 11:13:47 |
| 12 | A. | Seven or eight hours. | 11:13:53 |
| 13 | Q. | Were you married at the time? | 11:13:54 |
| 14 | A. | Yes. | 11:14:03 |
| 15 | Q. | Do you know whether you had worked -- | 11:14:05 |
| 16 | | and I think I can represent to you that | 11:14:07 |
| 17 | | August 25, 2005, was a Thursday.  Had you worked | 11:14:11 |
| 18 | | every day previously that workweek?  In other | 11:14:15 |
| 19 | | words, had you worked Monday, Tuesday, Wednesday? | 11:14:19 |
| 20 | A. | My days off are Sunday and Monday.  I | 11:14:22 |
| 21 | | don't know if I had worked everything up until | 11:14:25 |
| 22 | | that day.  I don't remember. | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

47

| | | |
|---|---|---|
| 1 | of the cellblock. | 11:22:20 |
| 2 | Q. When you're talking about the intake | 11:22:22 |
| 3 | side, that has nothing to do with the processing | 11:22:27 |
| 4 | room or the attorney/prisoner meeting rooms where | 11:22:31 |
| 5 | this incident occurred. Am I correct? | 11:22:35 |
| 6 | A. That's correct. | 11:22:36 |
| 7 | Q. Okay. Do you know whether anyone ever | 11:22:38 |
| 8 | requested that the cameras in or around the | 11:22:41 |
| 9 | processing room be repaired? | 11:22:44 |
| 10 | A. No. | 11:22:44 |
| 11 | Q. Do you know why they weren't repaired? | 11:22:50 |
| 12 | A. Do I know why? | 11:22:51 |
| 13 | Q. Yes. Has anyone ever told you why no | 11:22:55 |
| 14 | one was repairing them? | 11:22:57 |
| 15 | A. No. | 11:23:05 |
| 16 | Q. When did you first encounter Mr. Austin | 11:23:07 |
| 17 | on August 25, 2005? | 11:23:11 |
| 18 | A. When I escorted him from one of the | 11:23:16 |
| 19 | holding cells to the processing room. | 11:23:20 |
| 20 | Q. Presumably that occurred at some point | 11:23:23 |
| 21 | after 1:00 o'clock since you arrived at | 11:23:26 |
| 22 | 1:00 o'clock, correct? | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664

48

| | | | |
|---|---|---|---|
| 1 | A. | That's correct. | 11:23:29 |
| 2 | Q. | Do you know about when that occurred? | 11:23:34 |
| 3 | A. | About somewhere between 2:00 and | 11:23:38 |
| 4 | probably 5:00 or so. | | 11:23:40 |
| 5 | Q. | And what was your purpose in retrieving | 11:23:44 |
| 6 | Mr. Austin? | | 11:23:44 |
| 7 | A. | I believe to put an armband on him. | 11:23:47 |
| 8 | Q. | What's the purpose of an armband? | 11:23:50 |
| 9 | A. | Once a person has been fingerprinted, | 11:23:51 |
| 10 | they've been identified, then we put that | | 11:23:53 |
| 11 | information on their wrist so that we know who | | 11:23:56 |
| 12 | they are. | | 11:23:57 |
| 13 | Q. | Do you know which cell you retrieved | 11:24:01 |
| 14 | him from? | | 11:24:01 |
| 15 | A. | No. | 11:24:02 |
| 16 | Q. | Any idea how long he had been in the | 11:24:04 |
| 17 | cell when you went to retrieve him? | | 11:24:06 |
| 18 | A. | No. | 11:24:07 |
| 19 | Q. | Had you ever seen him or met him | 11:24:09 |
| 20 | before? | | 11:24:09 |
| 21 | A. | No. | 11:24:09 |
| 22 | Q. | Did you speak with him when you went to | |

49

| | | |
|---|---|---|
| 1 | get him from the cell? | 11:24:13 |
| 2 | A.   Just to ask him -- Just to holler out | 11:24:16 |
| 3 | his name.  He answered.  I escorted him from the | 11:24:20 |
| 4 | cell to the process room. | 11:24:22 |
| 5 | Q.   Was he belligerent or hostile to you | 11:24:25 |
| 6 | when you first encountered him in his cell? | 11:24:29 |
| 7 | A.   I don't remember. | 11:24:29 |
| 8 | Q.   Well, do you remember whether or not he | 11:24:31 |
| 9 | failed to cooperate with anything you asked him to | 11:24:34 |
| 10 | do when you first spoke with him in the cell? | 11:24:40 |
| 11 | A.   Not to my knowledge. | 11:24:41 |
| 12 | Q.   Was there a particular protocol you | 11:24:43 |
| 13 | were required to follow when retrieving an inmate | 11:24:48 |
| 14 | from a cell to take them into the processing room | 11:24:52 |
| 15 | for an armband?  And what I mean by that is such | 11:24:55 |
| 16 | as handcuffing them before you open the cell door, | 11:25:00 |
| 17 | anything like that.  Any particular protocol? | 11:25:03 |
| 18 | A.   No. | 11:25:04 |
| 19 | Q.   Did you assume or were you allowed to | 11:25:06 |
| 20 | assume that anyone in the cells had been searched | 11:25:09 |
| 21 | for weapons before being put in the cells? | 11:25:12 |
| 22 | A.   Yes. | |

50

| | | |
|---|---|---|
| 1 | Q. So when you went to get Mr. Austin, you | 11:25:15 |
| 2 | had no thought in your mind that he might have a | 11:25:17 |
| 3 | weapon on him, correct? | 11:25:20 |
| 4 | A. I never thought about it one way or the | 11:25:22 |
| 5 | other. | 11:25:25 |
| 6 | Q. Did you handcuff Mr. Austin to bring | 11:25:28 |
| 7 | him from the cell into the processing room? | 11:25:31 |
| 8 | A. No. | 11:25:31 |
| 9 | Q. Could you have, had you so desired? | 11:25:38 |
| 10 | A. Yes. | 11:25:39 |
| 11 | Q. And what would be the circumstances | 11:25:41 |
| 12 | that would have permitted you to do that? Or | 11:25:44 |
| 13 | could you just do it at your discretion? | 11:25:47 |
| 14 | A. Well, actually, if he needed to be | 11:25:49 |
| 15 | handcuffed, I more than likely would not have | 11:25:53 |
| 16 | taken him out of the cell. There would be no | 11:25:55 |
| 17 | reason to deal with him at that point. | 11:25:58 |
| 18 | Q. So how would you get the armband on | 11:26:01 |
| 19 | him? | 11:26:01 |
| 20 | A. Let him calm down and then attempt to | 11:26:05 |
| 21 | put it on him. | 11:26:07 |
| 22 | Q. Was Mr. Austin alone in his cell when | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

60

1  would still treat him the same way.  If you're                11:34:13
2  asking would I help him up, I don't know.                     11:34:16
3        Q.    When you first saw Mr. Austin, did he             11:34:19
4  appear to have any manifestations or physical                 11:34:23
5  appearance of injury anywhere around his face?                11:34:27
6        A.    Not to my knowledge.                              11:34:32
7        Q.    And am I correct he had already been              11:34:35
8  photographed before you went and got him in the               11:34:38
9  cell -- from the cell, correct?                               11:34:40
10       A.    He had to have been, because that's why           11:34:44
11 he had the armband on the counter with his picture            11:34:47
12 on it.                                                        11:34:48
13       Q.    And just so we're clear, you did not              11:34:51
14 handcuff Mr. Austin when you removed him from the             11:34:55
15 cell, correct?                                                11:34:56
16       A.    That's correct.                                   11:34:57
17       Q.    Or put any shackles or anything on his            11:35:00
18 legs, correct?                                                11:35:01
19       A.    That's correct.                                   11:35:02
20       Q.    When you escort someone such as                   11:35:04
21 Mr. Austin -- and if you remember specifically                11:35:06
22 with respect to him, please tell me -- do you hold

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

66

| | | |
|---|---|---|
| 1 | separated by the glass. | 11:39:15 |
| 2 | Q.    But how do I get into the | 11:39:18 |
| 3 | attorney/prisoner interviewing room where | 11:39:20 |
| 4 | Mr. Austin was from the processing room? | 11:39:22 |
| 5 | A.    There's a doorway. | 11:39:24 |
| 6 | Q.    Is there a door? | 11:39:25 |
| 7 | A.    Yes. | 11:39:25 |
| 8 | Q.    Does it open out or into the room, into | 11:39:28 |
| 9 | the attorney/prisoner room? | 11:39:32 |
| 10 | A.    I believe into the room. | 11:39:34 |
| 11 | Q.    When you took Mr. Austin into that | 11:39:36 |
| 12 | room, did you give him any instructions once you | 11:39:39 |
| 13 | got him into that room?  And I'll just throw some | 11:39:46 |
| 14 | out.  Stand here.  Sit here.  Face the wall. | 11:39:49 |
| 15 | Stand in the corner.  Whatever. | 11:39:52 |
| 16 | A.    I don't recall saying anything directly | 11:39:54 |
| 17 | to him, but I normally ask whoever I bring into | 11:39:57 |
| 18 | the room, "Have a seat in the room to the left." | 11:40:00 |
| 19 | Q.    What if they don't comply with your | 11:40:02 |
| 20 | instruction to sit down? | 11:40:04 |
| 21 | A.    As long as they're inside, that's fine. | 11:40:06 |
| 22 | Q.    So you're okay if they don't sit down? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

83

| | | |
|---|---|---|
| 1 | saw or heard Mr. Austin do? | 12:09:03 |
| 2 | A. Step out of the room again. | 12:09:05 |
| 3 | Q. I thought he hadn't gone back into it. | 12:09:08 |
| 4 | I thought you said he was standing in the doorway. | 12:09:10 |
| 5 | A. From where he was, he moved away from | 12:09:13 |
| 6 | that location. | 12:09:14 |
| 7 | Q. Out or into the attorney/prisoner | 12:09:17 |
| 8 | interviewing room? | 12:09:18 |
| 9 | A. Out of the frame of the door. | 12:09:20 |
| 10 | Q. So essentially standing in the | 12:09:21 |
| 11 | processing room at that point? Well, he has to be | 12:09:27 |
| 12 | in one or the other, right? | 12:09:28 |
| 13 | A. He was in the processing room, but he | 12:09:30 |
| 14 | was leaving the processing room. | 12:09:32 |
| 15 | Q. Okay. So he was moving? | 12:09:35 |
| 16 | A. Yes. | 12:09:35 |
| 17 | Q. Okay. Which way -- Was he walking | 12:09:38 |
| 18 | forward? Irrespective of what part of the room he | 12:09:43 |
| 19 | was walking towards, was he walking physically | 12:09:46 |
| 20 | forward, sideways or backwards? | 12:09:50 |
| 21 | A. He was moving towards the right. | 12:09:52 |
| 22 | Q. When you say "moving towards the | |

85

| | | | |
|---|---|---|---|
| 1 | Q. | Okay.  What did you do, if anything, in | 12:10:47 |
| 2 | response to that? | | 12:10:49 |
| 3 | A. | Left where I was standing to try to | 12:10:52 |
| 4 | stop him from leaving the room. | | 12:10:53 |
| 5 | Q. | Did you run or walk? | 12:10:58 |
| 6 | A. | I don't know, but I got there quickly. | 12:11:00 |
| 7 | Q. | Did you call for help from anyone else? | 12:11:03 |
| 8 | A. | No. | 12:11:05 |
| 9 | Q. | Did you observe Officer Crowder, | 12:11:07 |
| 10 | whether she was doing anything in response to | | 12:11:10 |
| 11 | Mr. Austin walking towards the steps? | | 12:11:13 |
| 12 | A. | Did I see?  No. | 12:11:15 |
| 13 | Q. | Did you see or observe her doing | 12:11:17 |
| 14 | anything? | | 12:11:17 |
| 15 | A. | No. | 12:11:18 |
| 16 | Q. | Or hear her say anything? | 12:11:20 |
| 17 | A. | No. | 12:11:21 |
| 18 | Q. | Do you recall her having a banana? | 12:11:24 |
| 19 | A. | No. | 12:11:25 |
| 20 | Q. | Have you read her deposition? | 12:11:27 |
| 21 | A. | No. | 12:11:35 |
| 22 | Q. | At this point, when Mr. Austin was | |

96

1   make sure he doesn't leave, or to physically stop     12:21:57
2   him from leaving.  I'm trying to understand what      12:21:59
3   your intention was in your mind when you grabbed      12:22:02
4   his arm.  Was it to physically stop him from          12:22:05
5   continuing to walk?                                   12:22:06
6       A.   Yes.                                         12:22:07
7       Q.   So would you say, then, you had to have      12:22:09
8   a pretty good grab or good squeeze on his arm to      12:22:12
9   do that, considering his size and weight?             12:22:22
10      A.   I don't know.  All I know is I grabbed       12:22:24
11  his arm.  I don't know what the -- how tight that     12:22:27
12  grip was.  I just know that I gripped his arm.        12:22:32
13      Q.   Now, I understand you don't know which       12:22:33
14  of his arms you grabbed, correct?                     12:22:36
15      A.   Correct.                                     12:22:36
16      Q.   Can you tell me which of your hands you      12:22:39
17  used with which to grab his arm?                      12:22:41
18      A.   My right, I believe.                         12:22:43
19      Q.   Do you know whether Mr. Austin is            12:22:45
20  right-handed, left-handed or ambidextrous?            12:22:49
21      A.   I don't know.                                12:23:00
22      Q.   Did you say anything as you grabbed

97

| | | |
|---|---|---|
| 1 | Mr. Austin's arm? | 12:23:09 |
| 2 | A. Not to my knowledge. | 12:23:10 |
| 3 | Q. Did you hear Officer Crowder or anyone | 12:23:11 |
| 4 | else say anything as you grabbed Mr. Austin's arm? | 12:23:17 |
| 5 | A. Not to my knowledge. | 12:23:26 |
| 6 | Q. What did Mr. Austin do, if anything, in | 12:23:29 |
| 7 | response to your grabbing his arm? | 12:23:32 |
| 8 | A. He turned towards me with a fist and | 12:23:38 |
| 9 | swung it at me. | 12:23:42 |
| 10 | Q. Which way did he turn his body? To his | 12:23:47 |
| 11 | left or to his right? | 12:23:49 |
| 12 | A. I believe towards his left. | 12:24:01 |
| 13 | Q. You said Mr. Austin attempted to take a | 12:24:04 |
| 14 | swing at you? | 12:24:06 |
| 15 | A. Yes. | 12:24:06 |
| 16 | Q. With his right or with his left arm? | 12:24:10 |
| 17 | A. I don't know. All I recall is a fist | 12:24:12 |
| 18 | coming towards me. | 12:24:14 |
| 19 | Q. So the fist was actually moving towards | 12:24:17 |
| 20 | you? | 12:24:17 |
| 21 | A. Oh, yeah. | 12:24:19 |
| 22 | Q. Did his fist touch any part of your | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

103

| | | |
|---|---|---|
| 1 | A. I don't know. | 12:29:22 |
| 2 | Q. Have you ever considered, in | 12:29:24 |
| 3 | retrospect, whether there were alternative means | 12:29:27 |
| 4 | of restraint that could have been used to restrain | 12:29:31 |
| 5 | Mr. Austin as opposed to using your right fist on | 12:29:35 |
| 6 | him? | 12:29:35 |
| 7 | A. Have I ever -- | 12:29:37 |
| 8 | Q. Considered, looking back, whether there | 12:29:39 |
| 9 | were alternative means to restrain Mr. Austin | 12:29:42 |
| 10 | other than swinging at him with your right fist. | 12:29:46 |
| 11 | A. No. | 12:29:50 |
| 12 | Q. And I shouldn't put words in your | 12:29:53 |
| 13 | mouth. Did you swing at Mr. Austin with a closed | 12:29:56 |
| 14 | fist? | 12:29:56 |
| 15 | A. Yes. | 12:29:56 |
| 16 | Q. Were you wearing any jewelry on that | 12:29:59 |
| 17 | right hand at the time? | 12:30:00 |
| 18 | A. No. | 12:30:02 |
| 19 | Q. What part, if any, of Mr. Austin's body | 12:30:05 |
| 20 | did your fist hit? | 12:30:08 |
| 21 | A. I'm not sure because I swung and sort | 12:30:12 |
| 22 | of grabbed him at the same time, bear-hug style. | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

104

| | | |
|---|---|---|
| 1 | Q. When you say swung and grabbed him, | 12:30:18 |
| 2 | could you demonstrate what you mean? | 12:30:25 |
| 3 | A. Sort of swung and grabbed at the same | 12:30:29 |
| 4 | time (indicating). | 12:30:30 |
| 5 | Q. So do you know what part of his body | 12:30:32 |
| 6 | your fist connected with, if any? | 12:30:35 |
| 7 | A. I'm not sure. | 12:30:37 |
| 8 | Q. What happened after you swung and | 12:30:42 |
| 9 | bear-hugged Mr. Austin? | 12:30:44 |
| 10 | A. We fell off the steps onto the ground. | 12:30:48 |
| 11 | Q. Did you fall on top of him or did he | 12:30:51 |
| 12 | fall on top of you? | 12:30:53 |
| 13 | A. We sort of fell somewhat side by side | 12:30:57 |
| 14 | with me still holding onto him. | 12:30:59 |
| 15 | Q. And then what happened? | 12:31:01 |
| 16 | A. I attempted to grab one of his arms to | 12:31:04 |
| 17 | handcuff him. | 12:31:05 |
| 18 | Q. Did you have handcuffs with you? | 12:31:07 |
| 19 | A. Yes. | 12:31:07 |
| 20 | Q. What kind? Flex cuffs? Metal cuffs? | 12:31:12 |
| 21 | A. Metal. | 12:31:16 |
| 22 | Q. Were you able to do so? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

109

| | | |
|---|---|---|
| 1 | the subjects of the investigation, correct? | 12:35:11 |
| 2 | A.   Not to my knowledge. | 12:35:12 |
| 3 | Q.   But Crowder was the one that you were | 12:35:14 |
| 4 | referring to when you mentioned three in your | 12:35:17 |
| 5 | UFIR? | 12:35:18 |
| 6 | A.   Correct. | 12:35:22 |
| 7 | Q.   Did there come a point when Mr. Austin | 12:35:23 |
| 8 | was in fact handcuffed? | 12:35:25 |
| 9 | A.   Yes. | 12:35:27 |
| 10 | Q.   And tell me, if you would, what you | 12:35:30 |
| 11 | were wearing at the time. | 12:35:36 |
| 12 | A.   A dark blue uniform similar to what I'm | 12:35:40 |
| 13 | wearing now.  Not exact. | 12:35:42 |
| 14 | Q.   Same darkness of blue? | 12:35:44 |
| 15 | A.   Yes. | 12:35:48 |
| 16 | Q.   Did you observe what you believed to be | 12:35:50 |
| 17 | any physical injury to Mr. Austin? | 12:35:55 |
| 18 | A.   No. | 12:35:57 |
| 19 | Q.   Did you ever see any blood on the floor | 12:35:59 |
| 20 | in or about the area where the incident occurred? | 12:36:02 |
| 21 | A.   Yes. | 12:36:04 |
| 22 | Q.   Did you ever undertake to try to figure | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

118

| | | |
|---|---|---|
| 1 | Q. | And that was immediately after being | 12:53:38 |
| 2 | subdued? | | 12:53:41 |
| 3 | A. | No.  He was actually in the cell at | 12:53:43 |
| 4 | that point. | | 12:53:45 |
| 5 | Q. | Okay.  Well, you jumped ahead.  But | 12:53:47 |
| 6 | what did you do after you subdued him? | | 12:53:49 |
| 7 | A. | Put him in a cell. | 12:53:51 |
| 8 | Q. | The same cell that he had been in when | 12:53:53 |
| 9 | you first arrived at work? | | 12:53:56 |
| 10 | A. | I believe it was a different cell. | 12:53:58 |
| 11 | Q. | Do you know the cell number? | 12:54:00 |
| 12 | A. | No. | 12:54:03 |
| 13 | Q. | Did you observe any blood on any part | 12:54:06 |
| 14 | of Mr. Austin's body after he was subdued? | | 12:54:09 |
| 15 | A. | No. | 12:54:11 |
| 16 | Q. | Do you recall what color shirt he was | 12:54:14 |
| 17 | wearing? | | 12:54:17 |
| 18 | A. | A light-colored shirt. | 12:54:20 |
| 19 | Q. | Do you know what kind?  Like was it | 12:54:22 |
| 20 | cotton?  Do you know what it was? | | 12:54:24 |
| 21 | A. | I just remember it was light-colored. | 12:54:27 |
| 22 | Q. | Was it white? | |

122

| | | | |
|---|---|---|---|
| 1 | A. | Yes. | 12:57:16 |
| 2 | Q. | Did you have to drag him, or did he | 12:57:20 |
| 3 | walk of his own accord and under his own control? | | 12:57:24 |
| 4 | A. | He walked. I had one arm. Hawkins and | 12:57:29 |
| 5 | Lewis had the other arm. But he walked on his own | | 12:57:34 |
| 6 | accord. | | 12:57:35 |
| 7 | Q. | Was he handcuffed with handcuffs behind | 12:57:38 |
| 8 | his back? | | 12:57:39 |
| 9 | A. | Yes. | 12:57:39 |
| 10 | Q. | When you put him into the cell, did you | 12:57:42 |
| 11 | lock the cell? | | 12:57:42 |
| 12 | A. | It locks automatically when you close | 12:57:44 |
| 13 | it. | | 12:57:44 |
| 14 | Q. | Okay. Well, then, did you shut the | 12:57:45 |
| 15 | door? | | 12:57:47 |
| 16 | A. | Yes. | 12:57:47 |
| 17 | Q. | So therefore he was locked in the cell? | 12:57:48 |
| 18 | A. | Correct. | 12:57:48 |
| 19 | Q. | Was anyone else in the cell that you | 12:57:49 |
| 20 | put him in, if you know? | | 12:57:51 |
| 21 | A. | I don't believe so. | 12:57:52 |
| 22 | Q. | What is the floor of that cell that you | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

124

| | | |
|---|---|---|
| 1 | There would be trash on the floor? | 12:58:43 |
| 2 | A. Yes. | 12:58:44 |
| 3 | Q. Was Mr. Austin bleeding when you put | 12:58:47 |
| 4 | him in the cell after being subdued? | 12:58:51 |
| 5 | A. Not to my knowledge. | 12:58:52 |
| 6 | Q. Did any blood drip onto the floor when | 12:58:55 |
| 7 | you walked him from the point of the incident into | 12:58:58 |
| 8 | the cell, if you noticed? | 12:59:01 |
| 9 | A. At what point? | 12:59:03 |
| 10 | Q. Anytime from the point that you subdued | 12:59:06 |
| 11 | him and walked him into the cell. | 12:59:09 |
| 12 | A. Yes. | 12:59:09 |
| 13 | Q. Onto the floor? | 12:59:10 |
| 14 | A. Yes. | 12:59:11 |
| 15 | Q. Was it dripping as he walked? | 12:59:15 |
| 16 | A. Not to my knowledge. | 12:59:16 |
| 17 | Q. Where did you see the blood? | 12:59:19 |
| 18 | A. Where he was subdued. | 12:59:21 |
| 19 | Q. But I'm saying as you walked between | 12:59:23 |
| 20 | the point where he was subdued and to the cell, | 12:59:26 |
| 21 | during that walk, did you see any blood coming | 12:59:29 |
| 22 | from him or dripping onto the floor? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

129

1    Q.    Did you ever tell a FIT investigator    13:03:51
2    that you thought it was 3-by-5?    13:03:53
3    A.    No.    13:04:01
4    Q.    Was Mr. Austin left handcuffed after he    13:04:03
5    was put in the cell after being subdued?    13:04:07
6    A.    Yes.    13:04:08
7    Q.    Why?    13:04:13
8    A.    I don't know.    13:04:14
9    Q.    Was that appropriate protocol?    13:04:17
10    A.    For the cellblock it is, yes.    13:04:19
11    Q.    How many other inmates were in cells    13:04:22
12    with handcuffs on behind their back at the time    13:04:26
13    you put Mr. Austin in the cell after being    13:04:30
14    subdued?    13:04:35
15    A.    I don't think there were any more.    13:04:38
16    Q.    How many other people -- let's start    13:04:40
17    with males -- were in the cellblock, in cells, at    13:04:47
18    the time Mr. Austin was placed back into a cell    13:04:50
19    after being subdued?    13:04:55
20    A.    I don't know.    13:04:56
21    Q.    More than 25?    13:05:00
22    A.    I really don't know.  There were some

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664