| METROPOLITAN POLICE DEPARTMENT Washington, D.C. COMPLAINANT/WITNESS STATEMENT | | P.D. 119 REV. 10/89 1. COMPLAINT NO. 113-184 | |
|---|---|---|---|
| 2. NATURE OF INVESTIGATION Use of Force | | 3. UNIT FILE NO. X-O-05-180 | |
| 4. STATEMENT OF: (Last, First, Middle) Thomas, Don | | 5. DOB Adult | 6. SEX Male |
| 7. HOME ADDRESS | | 8. HOME PHONE On File | |
| 9. EMPLOYMENT (Occupation and Location) 300 Indiana Ave N.W.. | | 10. BUSINESS PHONE 727-4222 | |
| 11. LOCATION STATEMENT TAKEN 801 Shepherd Street N.W. | | | |
| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature) | | 13. DATE/TIME STARTED 8-30-05  1:55 PM | |

STATEMENT

Officer Thomas, this office is currently conducting an investigation into the Use of Force/ injury to Mr. Nigel Austin, on August 25, 2005, During the 1:30 PM to 10:00 PM tour of duty, in the processing area of the Central Cell Block, 300 Indiana Ave. N.W. As part of this investigation, I would like to take a written statement from you. This statement is optional. Whether or not you decide to provide a statement at this time will in no way affect your employment with the Metropolitan Police Department, that is to say, you will not be disciplined in any way should you decide not to provide a statement.

Q: Do you understand that this is NOT a compelled statement in that you are not required to provide a statement at this time?

A Yes

Q: Do you understand that, if you decide not to provide a statement at this time, this decision will not affect your employment with the Metropolitan Police Department and you will not be disciplined in any way for not providing a statement?

A Yes

Q: Do you understand that this statement will be utilized in a criminal investigation and in any subsequent administrative investigation?

| 15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)". | |
|---|---|
| *[signature: Don E. Thomas]* Signature of Person Giving Statement | 16. DATE/TIME ENDED 8-30-05  11:17PM |
| | 17. Page 1 of 1 Pages |
| 18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15: Sergeant Lance D. Harrison, Sr. *[signature]* (Name and Signature) | PERSON WITNESSING THE SIGNATURE IN BLOCK 15: (Name and Signature) |

023

| METROPOLITAN POLICE DEPARTMENT WASHINGTON, D.C. COMPLAINANT/WITNESS STATEMENT CONTINUATION | P.D. 119a REV. 10/89 1. COMPLAINT NO. 163-774 |
|---|---|
| 2. NATURE OF INVESTIGATION Use of Force | 3. UNIT FILE NO. X-O-05-075 |
| 4. STATEMENT OF: (Last, First, Middle) ~~Bonnoo, Manuel~~ Thomas, Don E | 5.   6. |

A: Yes

Q: Do you want a Union Representative or an attorney present during your statement?

A: No

Q: Do you wish to provide a voluntary statement and to answer questions at this time?

A: Yes.

Can you explain in detail what you, saw, heard and did?

I was working the 1300 to 2130 tour of duty and assigned to the Central Cell Block. I was working the processing side of the Cell Block. I went to the cell to get prisoner Nigel Austin to put a armband on him and then escorted him back to the processing room. I asked him to step in the attorney prisoner interview room. I walk towards the table to retrieve the armband when I heard Officer Crowder ask him to step back into the room. At that time I turned and saw that Mr. Austin was standing on the outside of the room.

I asked Mr. Austin to step back inside the room, at which time he started to walk away from the room towards the steps, without permission. Upon seeing that, I quickly walked over to him as he was going down the steps I then grabbed him by the arm to prevent him from leaving. He turned quickly towards me and swung all in one motion. I moved back slightly to prevent him from hitting me. In trying to protect myself I swung back, striking him about the body and

---

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

*Don E. Thomas*
Signature of Person Giving Statement

16. DATE/TIME ENDED
8-30-05  11:17PM

17. Page 2 of 2 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:
Sergeant Lance D. Harrison, Sr.
(Name and Signature)

PERSON WITNESSING THE SIGNATURE IN BLOCK 15:

(Name and Signature)

| METROPOLITAN POLICE DEPARTMENT WASHINGTON, D.C. COMPLAINANT/WITNESS STATEMENT CONTINUATION | | P.D. 119a REV. 10/89 1. COMPLAINT NO. 163-774 |
|---|---|---|
| 2. NATURE OF INVESTIGATION Use of Force | | 3. UNIT FILE NO. X-O-05-075 |
| 4. STATEMENT OF: (Last, First, Middle) ~~Benites, Manuel~~ Thomas, Don | 5. | 6. |

grabbed him at the same time. We both went to the floor at the bottom of the landing. I was attempting to put handcuffs on him to prevent any further confrontation. At that Time Officers Crowder, Hawkins and Mr. Lewis assisted me, which took all four of us to do.

We subdued him, put handcuffs on him and put him in a cell. He complained of injuries, I notified Officer Hawkins who did a PD-313 and he was sent to the hospital. Officer Hawkins asked me what happen? I told him that Mr. Austin tried to leave the room without permission. Mr. Austin swung on me and I swung back at him.

Q. How far away was Officer Crowder at the time Mr. Austin swung at you?

A. About 20 feet.

Q. Did Officer Crowder respond directly to assist you when Mr. Austin swung at you?

A. Yes, as far as I know.

Q. Was Officer Crowder watching you when you swung at Mr. Austin?

A. I don't know, my back was towards her. 

Q. Did Mr. Austin swing at you with a closed fist?

A. Yes.

Q. Did you swing back at Mr. Austin with a closed fist?

A. Yes.

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

Don E. Thoms
Signature of Person Giving Statement

16. DATE/TIME ENDED
8-30-05   11:17PM

17. Page 3 of 3 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:
Sergeant Lance D. Harrison, Sr.
(Name and Signature)

PERSON WITNESSING THE SIGNATURE IN BLOCK 15:

(Name and Signature)

025

| | METROPOLITAN POLICE DEPARTMENT<br>WASHINGTON, D.C.<br>**COMPLAINANT/WITNESS STATEMENT CONTINUATION** | | P.D. 119a REV. 10/89 |
|---|---|---|---|
| | | 1. | COMPLAINT NO.<br>163-774 |
| 2. | NATURE OF INVESTIGATION<br>Use of Force | 3. | UNIT FILE NO.<br>X-O-05-075 |
| 4. | STATEMENT OF: (Last, First, Middle)<br>~~Benitez, Manuel~~ Thomas  Von E. | 5. | 6. |

Q. You said that you hit Mr. Austin about the body, can you explain where?

A. It was somewhere in the face.

Q. Was it in the nose, cheek, forehead, can you be more specific?

A. I don't really know, because I grabbed and swung all in one motion.

Q. Did this striking occur on the steps or at the bottom of the steps?

A. It was the last step at the bottom of the landing.

Q. How did you and him end up on the floor?

A. I grabbed him and we both fell on the floor.

Q. Did he fall on you?

A. I did not fall on him and he did not fall on me. I believe we fell to the side.

Q. You said you struck Mr. Austin in the face. Can you tell me with what hand did you strike Mr. Austin with and where else on the body was Mr. Austin hit.

A. With my right hand and only in the face once.

Q. Was Mr. Austin facing you when you struck him?

A. Slightly facing me.

Q. Was Mr. Austin bleeding?

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "**I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)**".

_Von E. Thomas_
Signature of Person Giving Statement

16. DATE/TIME ENDED
8-30-05  11:17PM

17. Page 4 of 4 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:
Sergeant Lance D. Harrison, Sr.
(Name and Signature)

PERSON WITNESSING THE SIGNATURE IN BLOCK 15:

(Name and Signature)

026

| | METROPOLITAN POLICE DEPARTMENT<br>WASHINGTON, D.C.<br>COMPLAINANT/WITNESS STATEMENT CONTINUATION | | P.D. 119a REV. 10/89 |
|---|---|---|---|
| | | 1. | COMPLAINT NO.<br>163-774 |
| 2. | NATURE OF INVESTIGATION<br>Use of Force | 3. | UNIT FILE NO.<br>X-O-05-075 |
| 4. | STATEMENT OF: (Last, First, Middle)<br>~~Delmos, Manuel~~ Thomas L.O.K. | 5. | 6. |

A. There was some blood, not a lot, about 3x5.  ✱

Q. What time did this incident occur?

A. Not sure of the time, between 2 and 4 or 5 PM    ✱ Between 2-5pm

Q. Did you know the extent of Mr. Austin's injury?

A. No.

Q. After you realized Mr. Austin was injured did you or any other person working ascertain the extent of his injury.

A. I didn't, Officer Hawkins did the 313.

Q. Why didn't you complete a Use of Force Report, in reference to your use of force. ✱

A. I thought it had to be done if you used an issued service weapon. ✱

Q. Did you attend the 40 hour training in reference to the Use of Force Policy?

A. I recall going to the one of them.

Q. Are you required to notify the watch commander in reference to injured prisoners?

A Officer Hawkins was the acting watch commander and he already knew.

Q. Did Mr. Austin ever lose consciousness during this incident?

A. Not that I know of, because he get cursing me everytime I walked by the cell.

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

_Don E. Thomas_
Signature of Person Giving Statement

16. DATE/TIME ENDED
8-30-05  11:17PM

17. Page 5 of 5 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:
Sergeant Lance D. Harrison, Sr.
(Name and Signature)

PERSON WITNESSING THE SIGNATURE IN BLOCK 15:
(Name and Signature)

027

| METROPOLITAN POLICE DEPARTMENT WASHINGTON, D.C. COMPLAINANT/WITNESS STATEMENT CONTINUATION | | P.D. 119a REV. 10/89 1. COMPLAINT NO. 163-774 |
|---|---|---|
| 2. NATURE OF INVESTIGATION Use of Force | | 3. UNIT FILE NO. X-O-05-075 |
| 4. STATEMENT OF: (Last, First, Middle) ~~Damien Manuel~~ Thomas, L.R.H. | 5. | 6. |

Q. Specifically how did the others assist you in subduing Mr. Austin, each one's action in detail?

A. Officer Crowder assisted first, I was trying to get one of his hands behind his back to get him handcuffed. Officer Crowder assisted by grabbing the same arm I had. Officer Hawkins and Mr. Lewis came at the same time. They both grabbed the other free arm. He continued to resist. I heard Officer Hawkins asked him to give him his arm. After Hawkins and Lewis was able to get his arm behind him. The four of us placed him in the cell.

Q. How long did Mr. Austin have to wait before he was taken to the hospital?

A. I don't know, we were very busy I get processing the other prisoners.

Q. Do you know if anyone kept track of Mr. Austin's well being and the time he was waiting?

A. I don't know.

Q. Why wasn't Mr. Austin charged with APO?

A. I don't know, at the Cell Block we have to restrain combative people almost daily.

Q. Do you know how Mr. Austin sustained his injury?

A. I guess being subdued.

Q. Could you say that one of the other people working with you caused his injury?

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

*Don E. Thomas*
Signature of Person Giving Statement

16. DATE/TIME ENDED
8-30-05  11:17PM

17. Page 6 of 6 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:
Sergeant Lance D. Harrison, Sr.
(Name and Signature)

PERSON WITNESSING THE SIGNATURE IN BLOCK 15:

(Name and Signature)

028

| METROPOLITAN POLICE DEPARTMENT WASHINGTON, D.C. COMPLAINANT/WITNESS STATEMENT CONTINUATION | | P.D. 119a REV. 10/89 1. COMPLAINT NO. 163-774 |
|---|---|---|
| 2. NATURE OF INVESTIGATION Use of Force | | 3. UNIT FILE NO. X-O-05-075 |
| 4. STATEMENT OF: (Last, First, Middle) ~~Benites, Manuel~~ Thomas, Don E. | 5. | 6. |

A. I don't know.

Q. Do you know if your closed fist strike caused his injury?

A. I don't know.

Q. Were there any other prisoners in the processing area at the time of the incident?

A. Not that I know of.

Q. Are there any cameras in the cell block?

A. The only one that work is the entrance door.

Q. Is there anything else you can tell me about this incident that you believe I may not know or can aid in this investigation?

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

_Don E. Thomas_
Signature of Person Giving Statement

16. DATE/TIME ENDED
8-30-05  3:15PM

17. Page 7 of 7 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:
Sergeant Lance D. Harrison, Sr.
(Name and Signature)

PERSON WITNESSING THE SIGNATURE IN BLOCK 15:

(Name and Signature)

029

# METROPOLITAN POLICE DEPARTMENT
## WASHINGTON, D.C.

### COMPLAINANT / SUSPECT STATEMENT

P.D. 119 Rev. 7/74

| Field | Value |
|---|---|
| 1. COMPLAINT NO. | |
| 2. NATURE OF INVESTIGATION | Use of Force |
| 3. UNIT FILE NO. | |
| 4. STATEMENT OF: (Last, First, Middle) | Richardson, Andrew Keith |
| 5. DOB | On file |
| 6. SEX | Male |
| 7. HOME ADDRESS | On file |
| 8. HOME PHONE | On file |
| 9. EMPLOYMENT (Occupation and Location) | Metropolitan Police Dept., WDC, 7th District |
| 10. BUSINESS PHONE | 202-698-1500 |
| 11. LOCATION STATEMENT TAKEN | 7th District |
| 12. NAME OF OFFICER TAKING STATEMENT | |
| 13. DATE/TIME STARTED | 01-25-06/2120 |

**14. STATEMENT**

On August 25, 2005, at approximately 1740 hours, while assigned to scout car 7061 and partnered with officer Bowman, H. #1162, I was given a call to transport an adult male from CCB to GSCH for treatment of an injured jaw.

Upon arrival CCB presented an adult male with swelling to his cheek, and a bloody white t-shirt on. This male was also wearing "flex-cuffs" around his ankles because CCB had deemed him a flight risk. An officer at CCB told us to be careful because this individual had refused to follow instructions at CCB, and had thrown a punch at an officer and received his injury while being subdued. We transported this individual to GSCH Emergeny Room for treatment of his jaw injury. We were directed to wait in the MPD room until a hospital employee told us what to do. We were then directed to "Fast-Track" to have the prisoners vital signs checked. After this we went to X-Ray where midnight Officers relieved us while further treatment was being administered to the prisoner.

END OF STATEMENT
AKR

**15.** I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. ("I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES. D.C. CODE SECTION 22-2514)

_[signature]_
SIGNATURE OF PERSON GIVING STATEMENT

**16. DATE / TIME ENDED:** 1/25/06 / 2140

**17. PAGE** 1 **OF** 1 **PAGES**

**18.** OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:

**19.** PERSON WITNESSING THE SIGNATURE IN BLOCK 15:

(Name and Signature)   (Name and Signature)   Automated by Egray, 7D, 4/97

030

# METROPOLITAN POLICE DEPARTMENT
## WASHINGTON, D.C.
### COMPLAINANT / SUSPECT STATEMENT

P.D. 119 Rev. 7/74

| Field | Value |
|---|---|
| 1. COMPLAINT NO. | |
| 2. NATURE OF INVESTIGATION | Use of Force |
| 3. UNIT FILE NO. | |
| 4. STATEMENT OF: (Last, First, Middle) | Bowman, Heath E. |
| 5. DOB | On file |
| 6. SEX | Male |
| 7. HOME ADDRESS | On file |
| 8. HOME PHONE | On file |
| 9. EMPLOYMENT (Occupation and Location) | Metropolitan Police Dept., WDC, 7th District |
| 10. BUSINESS PHONE | 202-698-1500 |
| 11. LOCATION STATEMENT TAKEN | 7th District |
| 12. NAME OF OFFICER TAKING STATEMENT | |
| 13. DATE/TIME STARTED | 01-25-06/2140 |

**14. STATEMENT**

On August 25, 2005, at approximately 1740 hours, while assigned to scout car 7061 and partnered with Officer Richardson, A. #409, we received a call to transport an adult male from CCB to Greater Southeast Community Hospital for treatment of an injury. Upon arrival CCB we were presented an adult male with swollen cheek, and a dried bloody white t-shirt on. This male was also wearing "flex-cuffs" around his ankles, we were told because CCB had deemed him a flight risk. An officer at CCB told us to be careful because this individual had refused to follow instructions at CCB, and had thrown a punch at an officer and received his injury while being subdued. We transported this individual to GSCH Emergency Room for treatment of his jaw injury. The prisoner stated that he had been injured when he got into it with the staff at CCB. We were directed to wait in the MPD room until a hospital employee told us what to do. We were then directed to "Fast-Track" to have the prisoner's vital signs checked. After this we went to X-Ray where midnight Officers relieved us while further treatment was being administered to the prisoner. 1/25/06

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION.

SIGNATURE OF PERSON GIVING STATEMENT

16. DATE / TIME ENDED: 01/25/06 2155

17. PAGE 1 OF 1 PAGES

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15: (Name and Signature)

19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15: (Name and Signature)

031