'01/2005 THU 19:14  FAX 2027274160

DATE: **9-1-2005**

REPORT ID:

## REPORTING PERSON

| OFFICER ☑ | SUBJECT ☐ | EYE WITNESS ☐ | THIRD PARTY ☐ | CAD# |

LAST: **CROWDER**    FIRST: **RHONDA**    MIDDLE: **ANNETTE**    STATE:    ZIP:

ADDRESS: **300 INDIANA AVE**   CITY: **WASH., DC**    PHONE (W): **727-4224**

PHONE (H):    EMPLOYMENT/SCHOOL:

DOB: **8-8-1960**   SEX: **F**   RACE: **B**   HEIGHT: **5'6"**   WEIGHT: **220**

PERSON NOTIFIED:    RANK: **OFC.**   CAD# **5278**   DATE/TIME NOTIFIED:    CAD#

FIT NOTIFIED:    TIME NOTIFIED:    FIT INVESTIGATOR:

## EVENT INFORMATION

CCN: **117488**    TOTAL # OF OFFICERS USING FORCE: **1**    TOTAL # OF SUBJECTS: **1**

CAD#

REPORT TAKEN BY:

REPORT TAKEN ON SCENE?   YES ☐ NO ☐    REPORT DATE:    REPORT TIME:

OTHER JURISDICTION?   YES ☐ NO ☑    INCIDENT DATE: **8-25-05**   INCIDENT TIME:

INCIDENT LOCATION: **(PROCESSING ROOM) CCB**    DISTRICT:    PSA:

CAD#    RADIO ASSIGNMENT?   YES ☐ NO ☑

FIRST MEMBER ON SCENE:    LIGHTING:

WEATHER:    GROUND:

## LOCATION TYPE *(Check all that apply)*

| | | | |
|---|---|---|---|
| ☐ Air/Bus/Train Terminal | ☐ Department/Discount Store | ☐ Lake/Waterway | ☐ Service Station |
| ☐ Alley | ☑ DC Government Building | ☐ Liquor Store | ☐ Sidewalk |
| ☐ Bank/Savings & Loan | ☐ Doctor Office/Hospital | ☐ Park Area | ☐ Specialty Store |
| ☐ Bus Stop | ☐ Drug Store | ☐ Parking Lot/Garage | ☐ Street/Highway/Road |
| ☐ Church/Synagogue/Temple | ☐ Federal/Government Building | ☐ Public Housing Project | ☐ Tavern/Nightclub |
| ☐ College/University | ☐ Fields/Woods | ☐ School | ☐ Other |
| ☐ Commercial Office Building | ☐ Grocery/Supermarket | ☐ Rental Storage Facility | ☐ N/A |
| ☐ Construction Site | ☐ Hotel/Motel | ☐ Residence/Home | ☐ Unknown |
| ☐ Convenience Store | ☐ Jail/Prison | ☐ Restaurant | |

## DESIGNATED AREAS *(Check all that apply)*

| | | | |
|---|---|---|---|
| ☐ Victim's Vehicle | ☐ Suspect's Vehicle | ☐ Taxi-Cab | ☐ Bus |
| ☐ Train/Metro/Amtrak/Etc. | ☐ Hallway | ☐ Elevator | ☐ Stairwell |
| ☐ Basement/Laundry Room | ☐ Apartment/Condo Unit | ☐ Single-Family Dwelling | ☐ Hotel/Motel Room |
| ☐ College/University Dorm | ☐ Classroom | ☐ Office Room | ☐ Vacant Bldg./Room |
| ☐ Customer Area | ☐ Storage Area | ☐ In Public Housing | ☐ W/in 1 Block of Public Housing |
| ☐ Within 1000 Ft. of School | ☐ N/A | ☐ Unknown | ☑ Other |

## REVIEW INFORMATION

| SUPERVISOR SIGNATURE: | CAD# | ELEMENT: | DATE: |
|---|---|---|---|
| | RECOMMENDATION: | | |

FINDING:

REASON:

| COMMANDER SIGNATURE: | CAD# | ELEMENT: | DATE: |
|---|---|---|---|
| | RECOMMENDATION: | | |

FINDING:

REASON:

| ROC SIGNATURE: | CAD# | ELEMENT: | DATE: |
|---|---|---|---|
| | RECOMMENDATION: | | |

FINDING:

REASON:

CASE STATUS: OPEN ☐    CLOSED ☐    REASON:

## OFFICER INFORMATION

NUMBER OF OFFICERS USING FORCE: *1*          CS#: .

LAST: *THOMAS*          FIRST: *DON*          MIDDLE: *E.*

CAD#          RANK: *OFC*          ELEMENT: *CCB*          ASSIGNMENT:          PSA:

SUPERVISOR: *A/SGT. G. HAWKINS*    CAD# *3906*    DISTRICT:          DATE NOTIFIED:

DOB: *1-15-60*  SEX: *M*          RACE: *B*          HEIGHT: *5-10*    WEIGHT: *170*

APPOINTMENT DATE: *3-18-1985*    DUTY STATUS:  ON ☑  OFF ☐

UNIFORM:    FULL ☑          PARTIAL ☐    PLAIN CLOTHES ☐    OFFICER INJURED?    YES ☐  NO ☑

## DESCRIPTION OF OFFICER INJURIES (Check all that apply)

| OBSERVATIONS | COMPLAINTS |
|---|---|
| ☐ ABRASION | ☐ BURNING |
| ☐ BRUISING | ☐ COMPLAINT OF PAIN, NO VISIBLE PAIN |
| ☐ LACERATION | ☐ DIFFICULT BREATHING |
| ☐ STAB WOUND | ☐ NUMBNESS |
| ☐ UNCONSCIOUS | ☑ NONE |
| ☐ NONE | |

PHOTOS TAKEN:        YES ☐  NO ☑

## OFFICER INFORMATION

NUMBER OF OFFICERS USING FORCE: *1*

LAST: *THOMAS*          FIRST: *DON*          MIDDLE: *E.*

## TYPE OF FORCE USED

| | | FIREARM | |
|---|---|---|---|
| ☐ HANDS | ☐ ASP-CONTROL | ☐ POINTED AT | ☐ DISCHARGED |
| ☐ FEET-KICK | ☐ ASP-STRIKE | # OF SHOTS FIRED: | |
| ☐ FIRM GRIP | ☐ STUNGUN (ERT) | FIREARM TYPE | |
| ☐ CONTROL HOLDS | ☐ TASERS (ERT) | | |
| ☐ JOINT LOCKS | ☐ BEANBAGS (ERT) | ☐ HANDGUN | ☐ SHOTGUN |
| ☐ PRESSURE POINTS | ☐ STUNBAGS (ERT) | ☐ RIFLE (ERT) | ☐ AUTOMATIC WEAPON (ERT) |
| ☑ FIST | ☐ FLASHBANGS (ERT) | OTHER | |
| ☐ TAKEDOWN – SOLO | ☐ STINGBALL | ☐ MOUNTAIN BIKE SLIDE STRIKE/TAKEDOWN (CERTIFIED) | |
| ☐ TAKEDOWN – TEAM | ☐ CS CHEMICAL AGENT | ☐ CANINE | |
| ☐ OC AEROSOL | ☐ BATON-CONTROL (CDU) | ☐ OTHER FORCE USED: | |
| | ☐ BATON-STRIKE (CDU) | | |

WAS FIRST AID RENDERED?    YES ☐  NO ☑

NON-ISSUED WEAPON USED:

QUALIFIED IN WEAPON USE:

DATE CERTIFIED:

01/2005 THU 19:15 FAX 2027274169

## SUBJECT INFORMATION

# of SUBJECTS: 1     FIRST: NIGEL     MIDDLE: NMN     SSN: 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

LAST: AUSTIN     CITY: WASH., DC     STATE:     ZIP:

ADDRESS: 1341 HOWARD RD, SE     CERTIFIED:

PHONE (H):     EMPLOYMENT/SCHOOL:

DOB: 8-27-85     SEX: M     RACE: B     HEIGHT: 6-1     WEIGHT: 180

## SUBJECT ACTION

☐ COMPLIANT
☐ RESISTANT (PASSIVE)
☐ RESISTANT (ACTIVE)

☑ ASSAULTIVE (PHYSICAL INJURY)
☐ ASSAULTIVE (SERIOUS PHYSICAL INJURY / DEATH)

## SUBJECT ACTIVITY

☐ ASSAULT ON POLICE
☐ ATTEMPT ARREST
☐ ADW
☐ ALCOHOL
☐ BARRICADE
☐ CROWD CONTROL

☐ DISORDERLY CONDUCT
☐ DEMONSTRATION
☐ DEFENDING AND ASSAULT
☐ DOMESTIC VIOLENCE
☐ DRUGS
☐ DUI

☐ HOSTAGE
☐ LANDLORD/TENANT DISPUTE
☐ SUICIDE ATTEMPT
☐ TRANSPORTING
☐ TRAFFIC STOP
☐ SUSPICIOUS SITUATION

☐ DANGEROUS ANIMAL
☐ ROBBERY
☐ BURGLARY
☐ FOOT PURSUIT
☐ VEHICLE PURSUIT
☑ OTHER

## WEAPON INFORMATION

WEAPON?  Yes ☐  No ☑     FIREARM TYPE:     BLUNT WEAPON TYPE:

EDGED WEAPON TYPE:     OTHER WEAPON TYPE:

DISCHARGED?  Yes ☐  No ☐     # SHOTS FIRED:     WEAPON DESCRIPTION:

WEAPON RECOVERED?     Yes ☐  No ☐     RECOVERY LOCATION:

SUBJECT INTERVIEWED?     Yes ☐  No ☐     INTERVIEW DATE:     TIME:

SUBJECT INJURED?     Yes ☑  No ☐     RECORDED?  Yes ☐  No ☐

IMPAIRMENT: JAW

DESCRIBE INJURIES:

HOSPITAL TREATMENT RECEIVED:     YES ☑  NO ☐     DATE TAKEN:     TIME:

HOSPITAL: D.C. GENERAL     HOSPITAL STATUS:

TAKEN BY AMBULANCE?     YES ☐  NO ☑     AMBULANCE#     MEDIC#

ESCORT PROVIDED?     YES ☑  NO ☐     PHYSICIAN NAME:

PHOTOS TAKEN?     YES ☐  NO ☐     ☑ ADMITTED     ☐ RELEASED     ☐ N/A

ARREST DATE: 8-25-05     TIME: 1000     PDID: 551744     CHARGES: ADW

CHARGES: ADW

## OFFICERS AT SCENE

# OFFICERS AT SCENE: 3     NON-MPD AGENCIES:     CAD#     DISTRICT ASSIGNMENT:

COMMANDING OFFICIAL:     FIRST:     MIDDLE:

LAST:     DISTRICT:     PSA:     DUTY STATUS:     ON ☐  OFF ☐

RANK:     CAD#     TIME:     RECORDED INTERVIEW?  YES ☐  NO ☐

PD119?  YES ☐  NO ☐     INTERVIEW DATE:     CAD#

TECHNICIAN NAME:

## WITNESS INFORMATION

| # OF WITNESSES: | | FIRST: | | MIDDLE: | | |
|---|---|---|---|---|---|---|
| LAST: | | | CITY: | | STATE: | ZIP: |
| ADDRESS: | | EMPLOYMENT/SCHOOL: | | | | |
| PHONE (H): | | | | LOCAL CANVASS?  YES ☐  NO ☐ | | |
| DOB: | SEX: | | RACE: | | RECORDED INTERVIEW?  YES ☐  NO ☐ | |
| PD119?  YES ☐  NO ☐ | INTERVIEW DATE: | | | TIME: | | |

## PROPERTY INFORMATION

| # OF PROPERTIES: | | | | |
|---|---|---|---|---|
| PROPERTY#: | PROPERTY DAMAGED FROM USE OF FORCE?  YES ☐  NO ☐ | | ESTIMATED VALUE: $ |
| PROPERTY TYPE: | | DESCRIPTION: | |

## NARRATIVE

| | | DATE: 9-1-2005 | |
|---|---|---|---|
| REPORT ID: | CCN# 117-488 | | PDID# 551744 |
| CS# | | | |

| BODY DIAGRAM IS: | ☐ OFFICER | OFFICER# | CAD# |
|---|---|---|---|
| | ☑ SUBJECT | SUBJECT# | |
| LAST: AUSTIN | FIRST: NIGIL | MIDDLE: NMN | |

| OBSERVATIONS | COMPLAINTS |
|---|---|
| | ☐ BURNING |
| ☐ ABRASIONS | ☑ COMPLAINT OF PAIN, NO VISIBLE PAIN |
| ☐ BRUISING | ☐ DIFFICULTY BREATHING |
| ☐ GUN SHOT WOUND | ☐ NUMBNESS |
| ☐ LACERATION(s) | ☐ NONE |
| ☐ STAB WOUND | |
| ☐ UNCONSCIOUS | |
| ☐ NONE | |

HOSPITAL TREATMENT RECEIVED:    YES ☑ NO ☐    DATE TAKEN: 8-25-05    TIME:

HOSPITAL STATUS:

HOSPITAL: D.C. GENERAL    MEDIC#

TAKEN BY AMBULANCE?    YES ☐ NO ☑    AMBULANCE#

ESCORT PROVIDED?    YES ☐ NO ☐    PHYSICIAN NAME:

PHOTOS TAKEN?    YES ☐ NO ☐    ☑ ADMITTED    ☐ RELEASED    ☐ N/A