IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---

NIGEL AUSTIN |

    Plaintiff |

v. | Case No.

THE DISTRICT OF COLUMBIA and | 05CV02219

OFFICER DON THOMAS and |

JOHN DOES 1-25 |

    Defendants |

---

Deposition of OFFICER GEORGE R. HAWKINS, II

Washington, D.C.

Thursday, February 1, 2007

11:21 a.m.

Job No.: 1-96236

Pages 1 - 128

Reported by: Patricia G. Mitchell

**EXHIBIT**



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF OFFICER GEORGE R. HAWKINS, II
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

22

1    Q    Did you observe any blood on the floor at that
2    time?
3    A    No, sir.
4    Q    Did there come a time when you observed blood?
5    A    Yes, sir.
6    Q    What, if anything, did you do to assist Officer
7    Thomas?
8    A    I assisted Officer Thomas in handcuffing
9    Mr. Austin.
10   Q    What did you do specifically?
11   A    Took his hand out from under him.
12   Q    Which hand?
13   A    I believe it was his right hand.
14   Q    And what did you do?
15   A    Put it behind him.
16   Q    Okay.
17   A    Got him handcuffed.
18   Q    Whose handcuffs?
19   A    Weren't mine.
20   Q    Where did you get the handcuffs?
21   A    I think Officer Thomas had the handcuffs
22   already.

DEPOSITION OF OFFICER GEORGE R. HAWKINS, II
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

27

1         If you remember this, you should say you
2   remember.  If you don't remember, you shouldn't say you
3   remember based on what Peter tells you.
4         MR. GRENIER:  Okay.
5   BY MR. GRENIER:
6     Q    Do you remember there being blood on the
7   clothing?  I think you said yes?
8     A    Yes, sir.
9     Q    Do you remember what part of the clothing?
10    A    No, sir.
11    Q    Can you tell me how much?  Not by quantity but
12  perhaps size on the clothing, size of blood?
13    A    No, sir.
14    Q    When Mr. Austin was picked up after being
15  subdued and handcuffed, did you see any blood on the
16  floor?
17    A    Yes, sir.
18    Q    How much?
19    A    Very little, sir.
20    Q    At any time after Mr. Austin was subdued and
21  the time that he was picked up and transported to the
22  hospital, did anyone render first aid to him?

DEPOSITION OF OFFICER GEORGE R. HAWKINS, II
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

28

```
 1      A    First aid for what, sir?
 2      Q    For his injuries.
 3      A    Okay.  Since we saw very little blood --
 4  right -- what type of injury?
 5      Q    Was that -- what was that, was that an answer a
 6  statement or question?  I don't understand what you just
 7  said.
 8      A    I'm just asking.  If we thought it was an
 9  emergency -- because we saw very little blood -- we would
10  have called an ambulance.
11      Q    Okay, I'll ask my question again.  Maybe you
12  didn't understand it.  Do you know what "first aid"
13  means?
14      A    Yes, sir.
15      Q    Did you render first aid to Mr. Austin?
16      A    No, sir.
17      Q    Did Officer Thomas render first aid to
18  Mr. Austin?
19      A    No, sir.
20      Q    What did you do with Mr. Austin after he was
21  injured and subdued and handcuffed?
22      A    We put him in his cell.
```