1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3    ------------------------------------

4    NIGEL AUSTIN                    |

5                  Plaintiff         |

6         v.                         | Case No.

7    THE DISTRICT OF COLUMBIA and    | 05CV02219

8    OFFICER DON THOMAS and          |

9    JOHN DOES 1-25                  |

10                 Defendants        |

11   ------------------------------------

12

13           Deposition of LYNN MAURICE LEWIS

14                  Washington, D.C.

15            Thursday, February 1, 2007

16                    2:26 p.m.

17

18   Job No.:   1-96236

19   Pages  1 - 28

20   Reported by:  Patricia G. Mitchell

21

22                                        **EXHIBIT**


L.A.D
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

19

1    A    Yes.

2    Q    When they put him in the cell, did they have

3  handcuffs on?

4    A    Yes.

5    Q    Front or back; do you know?

6    A    It's kind of vague.  Back.

7    Q    Did you notice whether any blood was dripping

8  onto the floor as Mr. Austin was being led to the cell

9  after the incident?

10    A    No.

11    Q    Did you ever look in Mr. Austin's cell?

12    A    No.

13    Q    To your knowledge, was Mr. Austin switched from

14  cell number 3, where he was placed after the incident, to

15  another cell before being transported to the hospital?

16    A    To my knowledge, no.

17    Q    What were your general duties and

18  responsibilities during that tour of duty?

19    A    Bring prisoners in, search and see if they have

20  any contraband.

21    Q    Did you do that to Mr. Austin?

22    A    No.

DEPOSITION OF LYNN MAURICE LEWIS
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

13

1    mouth?

2       A    Like I said, when he got up, I seen little

3    spots on the floor.

4       Q    You saw a spot or two of what?

5       A    Blood.

6       Q    On the floor?

7       A    Yes.

8       Q    Did you ever see Mr. Austin bleeding from his

9    mouth?

10      A    No, no.

11      Q    Well, you saw blood dripping to the floor?

12      A    It was on the floor when they picked him up.

13      Q    Did you look up to see where the blood was

14   coming from?

15      A    No.

16      Q    Did you tell the FIT investigator that you saw

17   blood coming from Mr. Austin's mouth?

18      A    No.  Or I can't recall that.

19      Q    Okay.  Did you hear Mr. Austin say anything at

20   any time after you responded to the commotion?

21      A    Anything, he said he had to go to the hospital.

22      Q    Is that all you heard him say?

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664