© 2001 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

| 03 | Greater Southeast Community Hospital Corporation I ☐ DC General |
|---|---|

**EMERGENCY PHYSICIAN RECORD**
**Facial or Head Injury**

TIME SEEN: 2325    ROOM: FT    ____ EMS Arrival
HISTORIAN: ⊘patient __paramedic __translator __other____
AGE 19    M/F    RACE B
__History limited by _____

**HPI** chief complaint / location of injury:
__head  ⊘face ⊘mouth / lip / chin / nose  __neck
*mandible*  ✓

**duration / occurred:**
__just prior to arrival
__today
⊘yesterday
____ days PTA

**where occurred:**
__home       __school
__neighbor's ⊘city park
__work       ⊘street

**context:**
__fell  ⊘direct blow  __incised wound  __stab wound  __burn
*S/P assault*
*w/ MVPD arrest*

**severity:** Pain Scale: (1-10) ____
**LOC?** __no ⊘dazed __yes  duration: ____
**IF YES,** remembers:  __injury  __coming to hospital ____

☐ Agree w/ nurse's note for PFSH / ROS

**ROS**
☒ ROS below otherwise negative
__negative __vomiting ⊘headache ⊘neck pain

**PAST HISTORY** ☐Agree w/ nurse's note ☐Tetanus UTD
Other _____
Meds- __none / see list
Allergies- __NKDA / see list

**PHYSICAL EXAM**
**CONSTITUTIONAL**
☐Agree w/ vital signs  Other _____
__Exam limited by _____
Distress... ⊘NAD __mild __moderate __severe ____
__c-collar (PTA / in ED) __back-board __IV __splint

**HEAD**
__normocephalic, atraumatic
(1) *tenderness &*
*swelling @ mandible*

**EYES**
⊘PERRL
__lids / conjunctivae normal
⊘EOMI

__post-surgical pupillary defect (R/L)____
__periorbital hematoma____
__subconjunctival hemorrhage____
__corneal abrasion____
__hyphema____
__retinal detachment____
__unequal pupils____
  R pupil ___mm  L pupil ___mm
__foreign body____

**ENT**
⊘normal inspection
__pharynx nml
__no injury to teeth lips or gums

__hemotympanum____
__obscured by cerumen (R/L)____
__TM obscured by wax____
__clotted nasal blood____
__dental injury____
__dental malocclusion____
__nasal septal hematoma____

**NECK**
⊘non-tender
__painless ROM

__see diagram ____
__vertebral point-tenderness ____

T=Tenderness  PtT=Point Tenderness  S=Swelling  E=Ecchymosis  B=Burn
C=Contusion  Lac=Laceration  A=Abrasion  M=Muscle spasm
PW=puncture wound  (∅=without  m=mild  mod=moderate  sv=severe)
Example- Tsv = Tenderness on palpation (severe)

**NEURO**
- ✓ awake and alert
- ✓ oriented x ___
- ✓ no sensory / motor deficit
- ✓ CN's nml as tested
- __ lethargic ___
- __ confused / obtunded ___
- __ weakness/sensory loss ___
- __ facial droop/EOM palsy/anisocoria
- __ disoriented to person/place/time ___
- __ GCS ___
- __ abnormal gait ___
  - *antalgic   ataxic*

**PSYCH**
- __ mood/affect normal
- __ depressed affect ___
- __ anxious ___

**CHEST**
- __ non tender

**GI / ABDOMEN**
- __ non tender

**MUSCULOSKELETAL / EXTREMITIES**
- __ non tender

☐ EMTALA EMC present   ☐ EMTALA EMC absent

**XRAYS**   C-spine   # of views ___
- __ no fracture
- __ nml disc spaces
- __ nml alignment
- __ nml soft tissue
- __ nml
- __ NAD
- __ fracture / subluxation ___
- __ DJD / disc disease ___
- __ prevertebral soft-tissue swelling ___
- __ enlarged epiglottis ___

PRIOR XRAY- __ unchngd __ unavail. __ changed: ___
☐ interp contemporaneously by me   ☐ discussed w/ Radiologist
☐ interp by Radiologist   ☐ personally reviewed by me

**CT Scan:**
- __ normal
- Time reported: ___

**EMERGENCY DEPARTMENT COURSE:**
XR - mandible - (+) Fx.

**Wound Description/Repair**
length ___ cm   location ___
- __ superficial   __ linear   __ stellate   __ contused tissue
- __ SQ   __ irregular   __ skieved   __ through-and-through
- __ muscle   __ flap   lip laceration
- __ clean   __ contaminated   *minimally / moderately / *heavily*

---

**distal NV:** __ neurovascular status intact

**anesthesia:** __ local   __ LET / TAC ___ cc
__ lidoc 1% 2%   epi / bicarb   __ marcaine .25% .5%

**prep:**
- __ Betadine / other ___
- __ irrigated / washed with saline
  *minimal / mod. / *extensive*
- __ wound explored
- __ foreign material removed
  *partially   completely*
  *minimal / mod. / *extensive*
- __ *debrided
  *minimal / *mod. / *extensive
- __ undermined
  *minimal / mod. / *extensive
- __ *wound margins revised
- __ *vermilion border aligned
- __ *multiple flaps aligned

**repair:** Wound closed with: __ wound adhesive   steri-strips ___
- SKIN: # ___ ___-0 nylon / prolene / staples ___
  __ interrupted __ running __ simple __ mattress (h/v)
- *SQ- # ___ ___-0 vicryl ___
  __ interrupted __ running __ simple __ mattress (h/v)
- OTHER- # ___ ___-0 material ___
  __ interrupted __ running __ simple __ mattress (h/v)

*may indicate intermediate repair  *may indicate intermediate or complex repair

__ Rx given ___
Discussed with Dr. McCoy Collins    Time 0030
patient will be seen in: office / ED / hospital

**CLINICAL IMPRESSION:**

| Contusion | Laceration | Concussion |
|---|---|---|
| Hematoma | scalp   lip | with LOC |
| head | forehead   buccal | without LOC |
| facial | facial   chin | |
| nose | periorbital   ear | **Acute Cervical** |
| chin | nose | **Myofascial Strain** |
| mouth | | |

Fx Mandible

Follow up with Dr ___
DISPOSITION-  ☐ discharged  ☑ admitted  ☐ transferred ___
Time ___   ☐ placed in obs. (See obs template)  ☐ Left AMA
CONDITION-  ☐ unchanged  ☑ improved  ☐ stable

ARNP / PA ___   2030

PHYSICIAN- ___ 2040   Time ___

PHYSICIAN- ___   Time ___
☐ T Complete  ☐ T Sheet Add On ___   ☐ Other ___

Facial Injury - 03