JAMES E. BRADLEY, Jr.
Austin v. District of Columbia, et al.                                    1/30/2007

1

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - X

NIGEL AUSTIN,                              :

       Plaintiff,                   :   Case Number:

                                    :   1:05CV02219

v.                                         :

DISTRICT OF COLUMBIA,                      :

et. al.,                                   :

       Defendants.                  :

- - - - - - - - - - - - - - - - X

         January 30, 2007

         Washington, D.C.

    Deposition of JAMES E. BRADLEY, JR., a witness, called for examination by counsel for the Defendants, in the above-entitled matter, pursuant to notice, taken at the offices of the District of Columbia Attorney General, located at 441 4th Street, N.W., Sixth Floor, Washington, D.C., 20001, beginning at 10:28 a.m., before Leanne M. Krivonak, CVR, CCR, a court reporter and notary public in and for the District of Columbia.

EXHIBIT

```
                                                               104

 1      Q    Is that an attack?

 2      A    It's an assault.

 3      Q    And now is the officer entitled to use

 4  force to resist the assault?

 5           MR. GRENIER:  Objection.  What level of

 6  force are you talking about?

 7           MR. ANDERSON:  Any force.

 8           THE WITNESS:  No, not any force.

 9           BY MR. ANDERSON:

10      Q    Force of any -- of some level, he's

11  entitled to use?

12      A    Yes.

13      Q    Okay.  Is he entitled to -- is he

14  required by the standard of care to use force

15  that is the minimum amount of force?

16      A    Only that force that would allow him to

17  maintain the arrest.  The minimum amount of

18  force that would need to maintain the arrest.

19      Q    Where do you find the requirement that

20  the officer use the minimum amount of force?

21      A    What officer?

22      Q    An officer who is resisting an attack?
```

```
                                                              105
 1        A    Oh, you only use -- that's a national
 2   standard -- you only use that force necessary to
 3   maintain an arrest.
 4        Q    I asked you minimum.  Is the officer
 5   required to use the minimum amount of force?
 6        A    Yes.
 7        Q    And that's the national standard of
 8   care?
 9        A    Yes.
10        Q    The national standard of care is that
11   the officer is required to use a reasonable
12   force, isn't it?
13        A    No -- minimum amount of force necessary
14   to maintain an arrest.
15        Q    Oh.  Not reasonable force?
16        A    The minimum amount --
17        MR. GRENIER:  Objection -- minimal is
18   by definition reasonable --
19        MR. ANDERSON:  **
20        MR. GRENIER:  But you're being
21   circular, and you're equivocating between those
22   two words.
```