**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

_____

|  |  |
|---|---|
| **NIGEL AUSTIN** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) **Case No. 05-2219 (JDB)** |
| | ) |
| **v.** | ) |
| | ) |
| **THE DISTRICT OF COLUMBIA, et al.** | ) |
| | ) |
| **Defendants.** | ) |

_____)

**ORDER**

Upon consideration of Defendant District of Columbia's Motion for Partial

Summary Judgment Against Plaintiff Nigel Austin, any opposition filed hereto, and the

record herein, it is this _____day of _____, 2007,


ORDERED:  That Defendant District of Columbia's Motion for Partial Summary

Judgment Against Plaintiff Nigel Austin is DENIED.


_____
Judge John D. Bates