0001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIGEL AUSTIN<br>Plaintiff<br>v.<br>THE DISTRICT OF COLUMBIA and<br>OFFICER DON THOMAS and<br>JOHN DOES 1-25<br>Defendants | Case No.<br>05CV02219 |

Deposition of OFFICER GEORGE R. HAWKINS, II
Washington, D.C.
Thursday, February 1, 2007
11:21 a.m.

Job No.: 1-96236
Pages 1 - 128
Reported by: Patricia G. Mitchell

```
0027
 1              If you remember this, you should say you
 2    remember.  If you don't remember, you shouldn't say you
 3    remember based on what Peter tells you.
 4              MR. GRENIER:  Okay.
 5    BY MR. GRENIER:
 6         Q    Do you remember there being blood on the
 7    clothing?  I think you said yes?
 8         A    Yes, sir.
 9         Q    Do you remember what part of the clothing?
10         A    No, sir.
11         Q    Can you tell me how much?  Not by quantity but
12    perhaps size on the clothing, size of blood?
13         A    No, sir.
14         Q    When Mr. Austin was picked up after being
15    subdued and handcuffed, did you see any blood on the
16    floor?
17         A    Yes, sir.
18         Q    How much?
19         A    Very little, sir.
20         Q    At any time after Mr. Austin was subdued and
21    the time that he was picked up and transported to the
22    hospital, did anyone render first aid to him?
```

```
 1      Q    So you only remember what Mr. Austin said after
 2   the incident and after being placed in the cell but not
 3   anything else anyone else said?
 4      A    No, sir.
 5      Q    Well, did you respond to anything Mr. Austin
 6   said?
 7      A    Yes, sir.
 8      Q    What did you say?
 9      A    When you say respond, I did the PD form 313 so
10   he can go to the hospital, notified the dispatcher.
11      Q    Did you do that right away?
12      A    Yes, sir.
13      Q    So tell me within how many minutes after
14   putting Mr. Austin in the cell, handcuffed with his hands
15   behind his back in cell number 3 after the incident,
16   until the time you filled out the PD 313?  How much time
17   passed?
18      A    I don't know, sir.
19      Q    More than an hour?
20      A    I don't think so.  No, sir.
21      Q    More than five minutes?
22      A    Maybe.
```

0032

```
 1    Q    More than ten minutes?
 2    A    No, sir.
 3    Q    So somewhere between ten minutes and an hour?
 4    A    No, sir.  Less than that, sir.
 5    Q    Less than an hour?
 6    A    Less, yes, sir.
 7    Q    Less than 45 minutes?
 8    A    I would say so, yes, sir.
 9    Q    Less than a half hour?
10    A    I don't -- you're narrowing it down.  I have no
11         idea about time wise, no --
12    Q    I'm just trying to get your best estimate.
13    A    Yes, sir.
14    Q    When you filled out a PD 313, did you call
15         anyone?
16    A    Called a dispatcher, yes, sir.
17    Q    What time did you call the dispatcher?
18    A    The first time I called, I didn't write down
19         the time.  Second time I called, I wrote down the time.
20    Q    Why did you call twice?
21    A    Take too long.
22    Q    How long were they taking between the first
```

0033

```
 1              spoke with?
 2       A      Yes, sir.
 3       Q      Why did you change the numbers at the end from
 4   looks like five, zero to one, five?
 5       A      Because I didn't put a one in it evidently or I
 6   got the number wrong.
 7       Q      When you make changes or corrections in an MPD
 8   form, are you supposed to initial it like this?
 9       A      Not that I'm aware of.
10       Q      What does 1930 --
11       A      That's the time.
12       Q      Would that be the time of the call to the
13   second dispatcher?
14       A      Yes, sir.
15       Q      Well, it's a question.  I'm guessing.  Am I
16   right?
17       A      Yes, sir.
18       Q      So assuming that time machines don't really
19   exist, am I correct that the call to the first dispatcher
20   was before 7:30?
21       A      Yes, sir.
22       Q      Where it says "to D.C. General Hospital" on the
```

0074

HAWKINS depo transcript.txt

```
12   sergeant is not there.  I assist in fingerprinting and
13   handling searching prisoners.  I check on their
14   well-being every 30 minutes.
15        Q    Is that it?
16        A    It's a lot more, sir.
17        Q    I'm listening.  I'm just taking notes.
18        A    Anyone that needs the medical service, I
19   normally handle PD 313 or if they need food, drink,
20   toiletries and things.  I handle just a little bit of
21   everything I can.
22        Q    What is the difference between your duties and

0012
 1   responsibilities on a day when you're the acting sergeant
 2   versus on a day when you're not the acting sergeant?
 3        A    When the sergeant is there, the sergeant does
 4   the PSS book.  I have to log everybody in, specific time,
 5   check on everybody, make sure everybody doing what
 6   they're supposed to do.  Make sure we have enough people
 7   at work.  That's about it.
 8        Q    On August 25th, 2005, the date of this
 9   incident, you were short staffed, correct?
10        A    Yes, sir.
11        Q    By how many people?
12        A    I don't remember how many people.
13        Q    How do you remember that you were short
14   staffed?
15        A    We were always short staffed, sir.  When I say
16   always, right, Cell Block is normally handled by --
17   should be handled by more people than we have.
18        Q    Am I correct that on that particular day and
19   during the particular tour of duty when this incident
20   occurred, there were four people working on behalf of MPD
21   in the Central Cell Block?
22        A    Yes, sir.

0013
 1        Q    And there were supposed to be five that day,
 2   correct?
 3        A    Yes, sir.
 4        Q    Now you said check every 30 minutes.  You mean
 5   check the prisoners in the cells every 30 minutes?
 6        A    Every 30 minutes I walk by and make sure
 7   they're okay.
 8        Q    How do you determine whether they're okay?
 9        A    I make sure if they're asleep, if I have to, I
10   wake them up.  A lot of times they're already awake.
11   Guys, right, and most of the females, they don't sleep.
12   So they know when I walk by, right, they need something
13   like toilet paper or something to drink or another
14   sandwich, they'll say that.
15        Q    Do you keep a log noting every time you make
16   these 30-minute checks?
17        A    Yes, sir.
18        Q    Is there a log that reflects your checks on
19   Mr. Austin after he was injured and put in a cell?
20        A    Checks are made by everybody.  In other words,
21   I don't think he was a special case, make a special note
22   that I checked on him every 30 minutes.

0014
 1             MR. GRENIER:  Mr. Anderson, I don't think we've
 2   gotten anything that reflects that Mr. Austin was checked
```