# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Nigel Austin,                                        :

      Plaintiff,                              :

                              :

v.                                                   :

                              :      Civil Action No. 05-2219 (JDB)

District of Columbia, et al.,                        :

      Defendants.                             :

_____

## DEFENDANT DISTRICT OF COLUMBIA'S
## RULE 26(a)(2) EXPERT DISCLOSURE REPORT

Defendant District of Columbia, by and through counsel, and pursuant to FRCP 26(a)(2) hereby gives notice that it will call Jerry Wilson to testify as an expert during the trial in the above-captioned case.  Mr. Wilson is an expert in police procedures and administration.  He will refute the testimony of plaintiff's expert.  Mr. Wilson is expected to testify that if the version of facts proffered by the District police officer Don Thomas is credited, his conduct met the applicable standard of care.  Mr. Wilson is also expected to testify there is inadequate evidence to conclude there was an unreasonable delay in obtaining medical care for plaintiff. A copy of this preliminary report in this case, is attached, as well as his resume, a list of his recent testimony, his expert fee schedule, and a list of the materials he considered in forming his opinions.  As discovery proceeds, Mr. Wilson will be provided with additional information as it becomes available, including the deposition transcript of plaintiff's police expert.

                           Respectfully submitted,

                           EUGENE ADAMS
                           Interim Attorney General for the District of Columbia

Exhibit 1

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

PHILLIP LATTIMORE, III
Chief, General Litigation Section III

STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov