**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

_____
                                            )
**NIGEL AUSTIN**                            )
                                            )
                                            )
    **Plaintiff,**                          ) Case No. 05-2219 (JDB)
                                            )
    v.                                      )
                                            )
**THE DISTRICT OF COLUMBIA, et al.**        )
                                            )
    **Defendants.**                         )
_____)

**ORDER**

Upon consideration of District of Columbia's Motion for Leave to Serve Responses to Plaintiff's Amended Requests for Admissions *Nunc Pro Tunc*, Plaintiff's Memorandum in Opposition, and the record herein, it is this _____ day of _____, 200__,

ORDERED: That Defendant District of Columbia's Motion for Leave to Serve Responses to Plaintiff's Amended Requests for Admissions *Nunc Pro Tunc* is hereby DENIED.

_____
Judge John D. Bates