IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NIGEL AUSTIN** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE No. 1:05-CV-02219 (JDB) |
| | : |
| **THE DISTRICT OF COLUMBIA, et al.** | : |
| | : |
| Defendants. | : |

### ENTRY OF APPEARANCE

WILL THE CLERK OF THE COURT please enter the appearance of Patrick G. Senftle, Esq., as counsel of record for Defendant Don Thomas in the above-captioned case.

Respectfully submitted,

_/s/ Patrick G. Senftle_
Patrick G. Senftle, #412191
James W. Pressler, #221051

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005
(202) 822-8384

ATTORNEYS FOR DEFENDANT
DON THOMAS