```
                                                              1
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3   - - - - - - - - - - - - - - - - - X

 4   NIGEL AUSTIN,                      :

 5              Plaintiff,              :  Case No.

 6   v.                                 :  1:05-CV-02219(JDB)

 7   THE DISTRICT OF COLUMBIA,          :

 8   et al.,                            :

 9              Defendants.             :

10

11   - - - - - - - - - - - - - - - - - X

12

13              Deposition of PAUL M. MAZZEI

14                    Washington, D.C.

15              Tuesday, February 6, 2007

16                       10:10 a.m.

17

18   Job No.: 1-96506

19   Pages 1 through 140

20   Reported by:  Cynthia R. Simmons, RMR, CRR

21

22
```

COPY



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

80

1  qualified his responsibility when he, in fact,
2  notified and actually when, in fact, officer or
3  Acting Sergeant Hawkins was on the scene of the
4  incident with Mr. Austin.
5      Q   Was Officer Thomas required to render
6  first aid to Mr. Austin?
7      A   Can you define first aid for me more
8  specifically?
9          MR. MEHIGAN:  Where's your definition?
10 BY MR GRENIER:
11     Q   I'm glad you asked.  It's the provision of
12 medical services to someone before formal medical
13 attention arrives.
14     A   I believe the way I read the general order
15 that talks, I believe it's 901.07, that if a
16 supervisor, and if I remember supervisor is bolded,
17 but once a supervisor is on the scene of a combatant
18 or violent or resisting individual or prisoner or
19 detainee, whatever the case may be, that they take
20 full control of that scene.  So, you know, once
21 Acting Sergeant Hawkins got on the scene of that
22 particular situation, especially being in the

```
                                                              81
 1   contained environment, that it would have been his
 2   responsibility to either direct, delegate or initiate
 3   whatever first aid would have been necessary.
 4        Q    Okay.  So yes or no, should Officer Thomas
 5   have rendered first aid himself to Mr. Austin?
 6        A    Not necessarily.
 7        Q    Well, when you say not necessarily, I
 8   don't understand that.
 9        A    In this particular situation, no, sir.
10        Q    Should Officer Thomas have preserved the
11   scene of the injury as a crime scene?
12        A    I don't believe so.  I think that, you
13   know, crime scene, if we were to call every incident
14   that occurs on a regular basis a crime scene to the
15   degree that we would see on CSI or calling out a
16   crime scene technician and stopping all fundamental
17   free flow of a particular area, then I would, I would
18   say, no, no, not in that situation.
19             It's my understanding these types of
20   things, you know, occur, maybe not to this degree,
21   but to one degree or another, you know, quite often
22   in a situation like this.  And basically nobody would
```