IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIGEL AUSTIN                              :
                                          :
       Plaintiff,                         :
                                          :
v.                                        :    CASE No. 1:05-CV-02219 (JDB)
                                          :
THE DISTRICT OF COLUMBIA, et al.          :
                                          :
       Defendants.                        :

### ORDER

Upon consideration of the Defendant Don Thomas' Motion for Leave to Supplement Expert Disclosure, and the opposition thereto, it is this _____ day of May, 2007

**ORDERED** that the motion is hereby **GRANTED**; and it is further

**ORDERED** that the Defendant Thomas shall supplement his expert witness disclosure within 15 days of this order.

**SO ORDERED**

_____
John D. Bates
United States District Judge

Dated: _____