IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIGEL AUSTIN : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE No. 1:05-CV-02219 (JDB) |
| : | |
| THE DISTRICT OF COLUMBIA, et al. : | |
| : | |
| Defendants. : | |

### ERRATA

Defendant Don Thomas, through counsel, hereby files the following Errata in the above action. On May 8, 2007, Defendant filed Defendant Thomas' Motion for Leave to Supplement Expert Disclosure. Defendant mistakenly put the incorrect date on the Certificate of Service as May 2, 2007, when the motion was filed on May 8, 2007. Wherefore, Defendant requests that the Court note the correct date in the Certificate of Service of Defendant Thomas' Motion for Leave to Supplement Expert Disclosure.

Respectfully submitted,

/s/ Patrick G. Senftle
Patrick G. Senftle #412191
James W. Pressler, Jr. #221051

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005
(202) 822 -8384
(202) 331-7587 (fax)

Attorney for Defendant Thomas

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Errata was electronically served this 8th day of May, 2007, to Peter C. Grenier, Esq., 1150 Connecticut Avenue, N.W., Ninth Floor, Washington, D.C. 20036 and Steven J. Anderson, Esq., 441 Fourth Street, N.W., Suite 600S, Washington, D.C. 20001.

/s/ Patrick G. Senftle
Patrick G. Senftle