UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIGEL AUSTIN,

    Plaintiff,

        v.

DISTRICT OF COLUMBIA, et al.,

    Defendants.

Civil Action No. 05-2219 (JDB)

## ORDER

Upon consideration of [37] defendant District of Columbia's motion for partial summary judgment, [38] defendant Don Thomas's motion for partial summary judgment, [39] plaintiff's cross-motion for partial summary judgment, [43] the District of Columbia's motion for an extension of time to file responses to plaintiff's requests for admissions, and the oppositions and replies thereto, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 11th day of May, 2007, hereby

**ORDERED** that the District of Columbia's motion for partial summary judgment is **GRANTED**, and judgment is entered in the District's favor on the portion of Count VI of the Complaint asserting a negligence claim arising from the alleged use of excessive force; it is further

**ORDERED** that Officer Don Thomas's motion for partial summary judgment is **GRANTED IN PART** and **DENIED IN PART**; judgment is entered in Thomas's favor on the portion of Count VI of the Complaint asserting a negligence claim arising from the alleged use of

excessive force, but the remainder of his motion invoking an assertion of qualified immunity as to Counts IV and V of the Complaint is denied; it is further

**ORDERED** that the District of Columbia's motion for a one-day extension of time to file its responses to plaintiff's requests for admission is **GRANTED**, and the District's responses are deemed timely filed nunc pro tunc to the date on which they were served; and it is further

**ORDERED** that plaintiff's motion for partial summary judgment is **DENIED**.

**SO ORDERED**.

                                                          /s/      John D. Bates
                                                           JOHN D. BATES
                                         United States District Judge

Dated:   May 11, 2007