Case 1:05-cv-02219-JDB    Document 53-3    Filed 05/15/2007    Page 1 of 2

**EXHIBIT 2**



## Use of Force Review Board

January 9, 2007

**MEMORANDUM**

TO: Officer Don Thomas
CCB

THRU: Mr. Edward Hampton
Senior Executive Director
Corporate Support

THRU: Ms. Deloris Hunter
Director

THRU: Lieutenant Cheryl Parrish
CCB

SUBJECT: Notice of Use of Force Case Review
FIT Case #X-O-05-180/CS #05-1553

This is to notify you that the Use of Force Review Board (UFRB) reviewed a Use of Force (Hand Strike) case involving yourself, along with Officer George Hawkins of August 25, 2005 on January 8, 2007.

The UFRB has determined that your Use of Force (Hand Strike) was **_Justified, within Departmental Policy_**. However, it has been recommended that you receive corrective action for not completing a UFIR as required by the General Orders and for not notifying an official of CCB; not an "acting" official of the use of force.

If you have any questions regarding this matter, please contact the UFRB Administrator on 246-1555.

PETER NEWSHAM
ASSISTANT CHIEF OF POLICE
UFRB CHAIRMAN

---

MEMBER'S ACKNOWLEDGMENT OF UFRB DECISION

Member's Signature        Date and Time of Service        Served By

Distribution: Original Member
Copy 1 - Commanding Officer for inclusion in the member's element personnel folder
Copy 2 - Director, Human Services, for inclusion in the member's official personnel folder
Copy 3 - To be returned to the UFRB Administrator for inclusion in the case file or fax 202-590-st-00 inter office Mail