**EXHIBIT 3**



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 21, 2006

Assistant Chief William Ponton
Metropolitan Police Department
Office of Professional Responsibility
801 Shepherd Street, N.W., 3rd Floor
Washington, D.C. 20011

Re:   **Cellblock Officers Don Thomas (Badge No. 1644) and
George Hawkins (Badge No. 3607)
Case No. 05-1553**

Dear Chief Ponton:

    This office has considered the facts and circumstances surrounding the alleged use of excessive force by Officers Don Thomas and George Hawkins on August 25, 2005. At this time we have decided to decline any criminal prosecution of these officers arising from this incident, because the complaining witness is unwilling to speak to our office. Accordingly, this matter is referred to you for whatever administrative action you deem appropriate.

        Very truly yours,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY

By:                                         
        JEFFREY R. RAGSDALE
        Assistant United States Attorney
        Chief, Federal Major Crimes Section



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

335
PC 6

client
ES

_____

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 21, 2006

**<u>Sent Via First Class Mail</u>**

Peter C. Grenier, Esq.
Bode & Grenier, L.P.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington, DC 20036

      Re:   <u>Nigel Austin</u>

Dear Mr. Grenier:

     I write to memorialize our conversation of May 31, 2006, and to update you on the status of the criminal investigation into the injuries suffered by Nigel Austin on August 25, 2005. It is my understanding that you represent Nigel Austin. I am investigating the cause of the injuries Mr. Austin suffered on August 25, 2005.  In that capacity, I would like to interview Mr. Austin. However, during our conversation you made it clear that you will not permit your client to be interviewed during the pendency of the civil suit you have filed.  Mr. Austin's information and testimony are essential to the successful investigation and prosecution of this matter.  Given your refusal to allow me to speak with Mr. Austin, this office cannot pursue the matter at this time, and considers it closed.

                    Sincerely,

                    Catherine K. Connelly
                    Assistant United States Attorney