**EXHIBIT 4**

GOVERNMENT OF THE DISTRICT OF COLUMBIA

Metropolitan Police Department

#038-91

MAY 15 1991

MEMORANDUM

TO:      Officer Don E. Thomas
         Seventh District

SUBJECT: Final Notice of Adverse Action

Reference is made to the letter dated March 29, 1991, that Lieutenant Earl Boyd attempted to serve you on April 3, 1991. You read the notice of proposal to suspend you for 10 workdays, however, you refused to accept service.

You are hereby notified that upon consideration and evaluation of the evidence contained in the statements and documents submitted in the investigative report and, in the absence of a reply from you, the Administrative Services Officer makes the following findings, conclusions and decision with reference to the cited charge(s) against you.

## FINDINGS

   1.  You were appointed to the Metropolitan Police Department on March 18, 1985, and later assigned to the Seventh District.

   2.  On December 7, 1990, at approximately 0300 hours, you were off duty, parked in the alley rear of 4934 Foote Street, N.E., in your privately-owned vehicle.

   3.  You were in the company of a female later identified as Ms. Latiska L. Smith.

   4.  Ms. Smith ran from your vehicle, nude from the waist down, flagged down a patrol car and told the officer you had raped her.

   5.  As you were observed driving from the alley, you were stopped by Officer Charles McNeill, who is assigned to the Sixth District and was operating Scout 46.

6. You identified yourself as a police officer from the Seventh District. You told Officer McNeill that Ms. Smith was giving you "head" and she wanted you to give her some money. When you did not comply, she jumped out of your vehicle. You later repeated to other members of the Metropolitan Police Department that Ms. Smith had given you "head"/a "head job."

7. An affidavit in support of a warrant for your arrest was later presented to the court, however, criminal prosecution was declined in this matter.

8. To date, this office has not received a written reply to the Notice of Proposed Adverse Action. Therefore, you are forewarned that any further misconduct of the same or similar nature will result in a much harsher penalty.

9. The nature and seriousness of the misconduct have been viewed in context with, and in relation to, your past work and disciplinary history. The penalty imposed is consistent with those imposed on others for the same or similar misconduct.

CONCLUSION

This office concludes that a preponderance of the evidence established that you are guilty of the charge(s) and specification(s) as cited in the Notice of Proposed Adverse Action.

DECISION

For the cited violation(s) you will be suspended for 10 workdays. Your suspension will be effected at a time to be decided by your Commanding Officer.

This suspension shall continue without interruption until such time as the adverse action is completed; provided that in the event of your separation from the force before the adverse action is completed, the remaining amount of time will be computed and deducted at your daily rate of pay from any compensation or allowance due or that may become due, unless otherwise ordered by the Chief of Police. In the event monies are presently being deducted from your salary as a result of previously imposed fine(s), the above suspension shall be in addition to the outstanding balance, and the suspension will be imposed immediately with the outstanding balance of the previous fine being held in abeyance until such time as the suspension is satisfied, whereupon the installments shall commence again until the outstanding balance is paid in full.

101

-3-

## APPEAL PROCEDURES

Upon receipt of this notice you may within 10 days, appeal this action to the Chief of Police. The Chief of Police will respond to your appeal within 15 days. Upon receipt of the reply of the Chief of Police, which constitutes final agency action, you may request the Union to take your case to arbitration as provided in Article 19, Section E, of the Union contract. A demand for arbitration, signed by you, must be submitted by the Union on your behalf within 15 days of the decision of the Chief of Police. You also have a statutory right to appeal your adverse action to the Office of Employee Appeals, should that agency have jurisdiction, <u>within 15 days of the effective date of the agency action</u>. Your right to appeal to the Office of Employee Appeals is independent of your right to request that the Union demand arbitration. If the Union does demand arbitration on your behalf, arbitration is your exclusive remedy for appealing this action.

<u>Union</u>
FOP Labor Committee
412 5th Street, N.W.
Washington, D.C. 20001
628-0600

<u>Office of Employee Appeals</u>
Suite 303
415 12th Street, N.W.
Washington, D.C. 20004
727-0004

Appeal of this decision shall not serve to delay the effective date of this decision.

_____
for Assistant Chief Addison L. Davis
Administrative Services Officer
Administrative Services Bureau

_____

TO:     Administrative Services Officer

THRU:   Commanding Officer
        Seventh District

I admit personal service of a copy of the above notice.

_____
Officer Don E. Thomas

Served by: LT Mnu[illegible]
Date / Time: 5-18-01 1702

```
                              103

-17-91     *** PERSONNEL ACTION PROOF LIST ***   CHANGE# 126092         PAGE 2
              * ADDITIONAL PERSONNEL FIELDS *            (P1260/1321/FA02/UJD)

*** EDIT ERRORS ***        ------------------------------------------   CC
RIFY EMPLOYMENT DATE........           (DATE CHANGED)                   74

** PERSONNEL ACTION PROOFED
```

```
                                         105
                NAME  MR. THOMAS SCOTT
525 5TH ST NE        CITY WASHINGTON    ST DC ZIP 20002         DOB 01/25/??
TION SUSPENSION 156                  VET 1      PNDCP  64    EMPL DT 03/18/85
/85 DC SCD 03/15/85  DC RBCD            TERM APP                NTE
    9 MP CD   JFD TO MP  DEN/TML CD  902 MED CD   AUTH CODE  000
-------------- FROM --------------
TITLE OFFICER                           SUFF 0   NUMBER 004135A
PS 00000    CB CODE KAA   SERV CD D01   GR 01/00  ST  05  TOD 02000
CD 13022700 POLICE DEPT        PAY GP 02 COMP LVL 00  SAL  30,519.00
-------------- TO ----------------
TITLE OFFICER                           SUFF      NUMBER 5146939   TYPE
PS 00000    CB CODE KAA   SERV CD D01   GR 01/00  ST  05  TOD 02000
CD 13022700 POLICE DEPT        PAY GP 02 COMP LVL 00  SAL  30,519.00

    TIAA PCT 00  CONT$         TYPE OF EMP 1         APPR DT 09/11/94
00 FLSA  03   ACCT CD  100FA10202112GAPPR000000000000
ENGTH         TYPE         BEGIN DT              TERM CD 0 REASON 000
 CHEST X-RAY  N                    ADMIN PREM PAY
 IDENCY CODE  0
NTS ON FILE  N                     LEAVE COMP DT  11/22/82
T TO EMPLOY  XX00000               LEAVE CEILING
ITY- CSR                 POL-FIRE             TCHRS          MIL
DE          RETAIN EXP DATE
CRIPTION$
 T POLICE
 CE

AS A RESULT OF NOTICE OF ADVERSE ACTION DATED 05/15/94
1.
                                                         CAB

   TX TBL(073) 2   EXEMPT(071) 00   STATE(074) 1   ADDL FT(072) 00
 T TX CD(067) 0   ST EXEMPT(066) 00
                                                ADDL ST(075) 00
```

```
FINGERPRINTS ON FILE  N                    LEAVE COMP DT  11/22/91
CERT TO EMPL DT  11/22/90
RE-EMPL ANNUITY-   CSR         POL-FIRE           TCHRS            MIL
DEMOTION GRADE         RETAIN EXP DATE  107

POSITION DESCRIPTION:
  NAME OF DEPT:POLICE
  LOC OF OFFICE:

REMARKS:
ACTION TAKEN AS A RESULT OF NOTICE OF FINAL NOTICE OF ADVERSE ACTION
DATED 05/15/91.
                                                               CAB


PAY ST(044):1   TX TBL(073):2   EXEMPT(071):00   STATE(074):1   ADDL FT(072):00
            ST TX CD(067):0   ST EXEMPT(066):00              ADDL ST(075):00




09-12-91    *** PERSONNEL ACTION PROOF LIST ***     CHANGE# 126092      PAGE 2
            * ADDITIONAL PERSONNEL FIELDS *              (91255/1017/FA03/UPQ)

   *** EDIT ERRORS ***     -------------------------------------------    CODE
VERIFY EMPLOYMENT DATE........          (DATE CHANGED)                    766

*** NEW COMP LEVEL: PS-0000-01-00-0
```

```
FC2135   POS AUTH CD        :000
FC2201   POS SUFF           :                    60T                              109
FC2945   POS STATUS         :00
FC2143   STATUS DT          :08/22/91
FC2235   POS TYPE           :1
FC2204   DUR (/T)           :P
FC2205   IDENT ADDL         :X
FC2264   SHARED POSITION    :N
FC2141   CIT REQ            :0
FC2142   PHY REQ            :00
FC2234   FLSA               :04
FC2301   CHANGED BY         :4004
FC2202   FREEZE CD          :0
FC2300   (FREEZE) AUTH      :
FC2140   ABOL DT            :00/00/00
FC8805   MASTER EFF DATE    :00/00/00
FC8806   **** CHANGE #      :860419
FC8807   CREATION DATE      :09/12/91
```

POSITION FILLED BY FOLLOWING RECORDS:
GROUP:02    SS/MJC:230589048    TOD: 80.00    (COMMON DATA BASE)

*[signature] 9/17/91*

9-12-91    *** PERSONNEL ACTION PROOF LIST ***    CHANGE# :86041      PAGE

PAY ACTION CD:22B    CLUSTER CD:C                                      CREATION DT:09/12/91

SSN/MJC:403946793    NAME: MR. THOMAS,DON E                            EFF DT:06/24/91

STREET:1325 5TH ST NW    CITY:WASHINGTON    ST:DC  ZIP:20001    DOB:01/15/6_

NAT OF ACTION:SUSPENSION 450              VET:1  PHY HNDCP: 04    EMPL DT:03/19/85

SCD:03/18/85  DC SCD:03/18/85  DC RECD:              TERM APPT:           NTE:

SEX:M  DC LI: 0  HB CD: JF2  DC HB: 000  DENTAL CD: 002  MED CD: 0  AUTH CODE: 000

------------------ FROM ------------------

POSITION TITLE:OFFICER                           SUFF:0    NUMBER:0041356

  SERIES:PS 00000    CB CODE:KAA    SERV CD:D01    GR:01/00  ST: 05  TOD:00000

  ORG CD:13022700 POLICE DEPT              PAY GP:02  COMP LVL:00  SAL: 30,518.00

------------------ TO ------------------

POSITION TITLE:OFFICER                           SUFF:     NUMBER:5146838  TYPE:1

  SERIES:PS 00000    CB CODE:KAA    SERV CD:D01    GR:01/00  ST: 05  TOD:00000

  ORG CD:13022700 POLICE DEPT              PAY GP:02  COMP LVL:00  SAL: 30,518.00

RET CD: 03  TIAA PCT:00  CONT$:            TYPE OF EMP:1        APPR DT:09/11/91

BARG RET CD: 00  FLSA: 03  ACCT CD: 100FA10202112GAPPR000000000000000

PROBATION LENGTH:    TYPE:    BEGIN DT:          TERM CD:0 REASON:000

MED EXAM/CHEST X-RAY: N              ADMIN PREM PAY:

**Standard Form 52**
Office of Personnel
District of Columbia Personnel
Manual

**123**

**REQUEST FOR PERSONNEL ACTION**

DEPARTMENT: MPD

PART I. REQUESTING OFFICE: Unless otherwise instructed, fill in all items in this part, except those inside the heavy lines. If applicable, obtain resignations and separation data on reverse side.

| 1. SOCIAL SECURITY NUMBER | 2. NAME (Last, First, Middle) Mr-Mrs-Miss-Ms | 3. EFFECTIVE DATE | 4. BIRTH DATE |
|---|---|---|---|
| 03 94 6703 | Thomas, Don E. | 06 24 91 | 01 15 61 |

A. Kind of Action Requested:
Personnel (Specify appointment, reassignment, resignation etc.)

B. Request No. 12114  9-11-91

C. Date of Request

Position (Specify establish, review, abolish, etc.)

D. Proposed Eff. Date

E. Position Sensitivity

| 5. VETERAN PREFERENCE —None  2—5 PT  3—10 PT | 6. DC SCD | 7. TOTAL SCD | 8. HANDICAP CODE: | 9. RETIREMENT (1 - 14) |
|---|---|---|---|---|
| 01 | 03 18 85 | 03 18 85 | 041 | 3 |

| 10. FEGLI | Basic | Option A | Option B | Option C | 11. Bargaining Unit KAA | 12. TENURE GROUP (1, 2, or 3) and (AD, A or B) |

13. NATURE OF ACTION/CODE
Suspension #450
NTE DATE: 07/06/91

14. AUTHORITY
DC Code title 4

15. HB Code: JP2
Carrier Control No.:

| 16. FROM: Position Title and Number | Service Code | 17. Pay Schedule and Series | 18. (a) Grade | (b) Step | 19. Salary | Time Service O/O Flag (1-8) |
|---|---|---|---|---|---|---|
| Officer  Class 01 | | DO1 | 01 | 05 | 30518 | |

20. Name and Location of Organizational Unit/Organizational Code
0041356

Additional Comp.

21. Payroll Org. Code  13-022-700

Pay Group

| 22. TO: Position Title and Number | Service Code | 23. Pay Schedule and Series | 24. (a) Grade | (b) Step | 25. Salary | Time Service Flag (1-8) |

26. Name and Location of Organizational Unit/Organizational Code

Additional Comp.

27. Payroll Org Code

| Labor Distribution Rule | FUND | AGENCY | YR | RESP. CENTER | PDS | PSF | MRU | ARC | DRC | JOB | ACTIVITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 100 | FA | 1 | 0202 | 1 | 2 | G | APPR | | | |

Labor Distribution Rule is Certified Correct
[signature] W.B. Harris   8-7-91
Agency Controller or Designee    Date

30. TARGET GRADE

31. Pay Group

32. Physical Location Code

Remarks by Requesting Office (Continue in Item F on Reverse Side, if necessary)

33. Employment Date
03/18/85

H. Requested By: (Signature and Title) (Leave blank on resignations)

I. Request Approved By: (*)
Department Head _____
(signature)

For Additional Information Call: (Name and Telephone Number)

PART II. TO BE COMPLETED BY PERSONNEL OFFICE (Items inside heavy lines in Part I also to be completed.)

Position Classification Action:  ☐ Identical Additional   ☐ New   ☐ Vice   ☐ Regraded

| Clearances | Initials or Signature | | |
|---|---|---|---|
| 1) Ceil. or Pos. Control | | | |
| 2) Budget Clearance | | U-91-1616 | |
| 3) Pers. Ofc. Control | CA | 7-26-91 | |
| 4) Classification 91.1399 | M | 8/15/91 | |
| 5) Staffing | | MP 9/10/91 | |
| 6) Employee Relations | Sgt Hunt | 9/25/91 | |
| 7) Approved by: | | | |

(8) Remarks: (Note: Use Item 8 on Reverse side for Personnel Form-1 Remarks)

(9) Qualification Standards:

(10) Classification Determination:

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## PERSONNEL ACTION

AUTO
PERS. FORM 1 (REV. 2/85)

| Field | Value |
|---|---|
| TRANSACTION CODE | |
| ORIGINATING AGENCY | |
| 1. SOCIAL SECURITY NUMBER (002) | |
| 2. NAME (008) LAST FIRST MIDDLE | |
| 2A. (009) 1.MR. 2.MRS. 3.MISS 4.MS. | |
| 3. DATE/ACTION NO. | 07-1- |
| 4. EFFECT. DATE MO DY YR | |
| 5. DEPARTMENT | POLICE |
| 6. ADDRESS (013) STREET | |
| 7. DATE OF BIRTH (221) | |
| 8. PHYSICAL HANDICAP (236) | |
| CITY (014) STATE (015) ZIP (016) | DC 20001 |
| 9. VETERANS PREFERENCE (238) 1.NONE 2.5 PT. 3.10 PT. DISAB 4.10 PT. COMP 5.10 PT. OTHER | |
| 10. NATURE OF ACTION/CODE | SUSPENSION |
| NTE DATE (232) MO DY YR | 07-06-91 |
| 11. AUTHORITY | D.C. Code Title 4 XXXXXXXXXX |
| EMPLOYMENT DATE (223) | |
| 12. SERVICE COMP. DATE (222) | |
| 13. D.C. SERVICE COMP. DATE | |
| 14. FEGLI REGULAR 1.COVERED 2.INELIGIBLE 3.WAIVED (084) | |
| FEGLI OPTIONAL 1.UNDER 35 2.35-39 3.40-44 4.45-49 5.50-54 6.55-59 7.60 AND UP (086) | |
| 15. HEALTH BENEFITS CODE (081) | |
| CARRIER CONTROL NO. (080) | |

**16. FROM: POSITION TITLE AND NUMBER** — OFFICER CLASS 02  034125
17. PAY SCHEDULE SERIES 00000
18. GRADE 31/00
19. SALARY 33913
20. ORGANIZATIONAL UNIT — POLICE POB 7TH DISTRICT
21. PAYROLL ORG CODE 1-022-701
PAY GROUP 02
TENURE IN POSITION PS-0000-01-00

**22. TO: POSITION TITLE AND NUMBER** — OFFICER CLASS 01  034135
23. PAY SCHEDULE SERIES 00000 (225)
24. GRADE 31/00 (031)
25. SALARY (033)
26. ORGANIZATIONAL UNIT — POLICE POB 7TH DISTRICT
27. PAYROLL ORG CODE 13-022-701 (004)
TENURE IN POSITION PS-0000-01-01

28. LABOR DISTRIBUTION RULE IS CERTIFIED CORRECT — AGENCY CONTROLLER OR DESIGNEE / DATE 9/30/91
29. RETIREMENT (070) — 01 CS RETIRE / 02 TEACHERS / 03 POLICE/FIRE / 04 JUDGES(3%) / 05 JUDGES(3.5%) / 06 JUDGES(6.5%) / 07 RESERVED / 08 UDC(10%) / 09 UDC(12.5%) / 10 UDC(15%) / 11 FICA / 12 NONE / 13 FICA NO TIAA/CREF / 14 CS LAW ENFORCEMENT / 15
30. PAY GROUP (001)
31. RETAINED GRADE EXPIRATION DATE (224)
32. CORRESPONDING GRADE
33. SERVICE CODE (026)
35. LEAVE CEILING (196)

36. EMPLOYMENT TYPE (027) — 1.FULL-TIME 2.PART-TIME 3.FULL-TIME TEMP. 4.PART-TIME TEMP. 5.INTERMITTENT
37. POSITION TYPE (235) — 1.CAREER 2.EDUCATIONAL 3.EXECUTIVE 4.EXCEPTED 5.JUDICIAL
38. TERMINATION CODE (183) — 1.RESIGN 2.RETIRE 3.TRANSFER 4.MILITARY 5.DECEASED 6.TERMINATED 7.VOLUNTARY SEPARATION 8.INVOLUNTARY SEPARATION
39. CERTIFICATE TO EMPLOY NO.

| Multiple Rules | RULE | FUND | AGENCY | YR | RESP. CENTER | PDS | PSF | MRU | ARC | DRC | JOB | ACTIVITY | ITEM | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes / No | Primary | 1 | | | | | | | | | | | | |
| | Other | | | | | | | | | | | | | |

☐ SUBJECT TO SATISFACTORY MEDICAL EXAMINATION AND CHEST X-RAY.

☐ SUBJECT TO COMPLETION OF _____ YEAR _____ PERIOD BEGINNING _____

REMARKS: ACTION TAKEN AS RESULT OF NOTICE OF ADVERSE ACTION DATED 05/17/91. DATED 05/17/91.

44. DEPARTMENT HEAD OR DESIGNEE (SIGNATURE) — DATE Mo Dy Yr
(Title)

45. APPROVING OFFICER AND AGENCY (SIGNATURE) — APPROVAL DATE Mo Dy Yr
(Title) ASST DIR OF PERS SPO#3

Metropolitan Police Department • Washington, D.C.

# Revocation/Restoration of Police Powers and Notice of Duty and Pay Status

| Field | Value |
|---|---|
| Type of Report | ☒ Original ☐ Supplemental |
| Complaint No. (if applicable) | |
| Member's Full Name | Don E. Thomas |
| Member's Rank | Officer |
| Element | 7th District |
| Date of Appointment | 3/18/85 |
| Previous Military Service | |
| A. Beginning Date | N/A |
| B. Ending Date | |
| Branch of Service | |
| Selective Service No. | |

## PART I — Notice of Revocation

1. Date Revoked: 6/22/91
2. Time Revoked: 2300 Hrs

You are hereby notified that, as of the date and time indicated, your police powers are revoked. You have no authority to perform duties requiring the exercise of such powers, nor do you have the authority to carry a service weapon (any department-issued firearm, authorized off-duty revolver, aerosol chemical dispenser, baton, blackjack, and teargas in any form, that is carried or kept readily available) subject to rules and regulations of the department.

3. Duty Status: The affected member shall be placed in the duty and pay status indicated below. The member shall date and initial the appropriate blocks opposite the duty and pay status. (See instructions and definitions on reverse side)

| Status | Date | Init | | Status | Date | Init | | Status | Date | Init |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Administrative Leave With Pay | | | ☒ | Non-Contact Office Duty | | | ☒ | | | |
| ☒ Suspension Without Pay | 6/22/91 | | | Limited Duty | | | | Explain the status entered above. Use reverse side if necessary. | | |
| ☐ Sick Leave (Exceeding thirty (30) consecutive days) | | | | LWOP (Exceeding 30 consecutive days requires approval by Adm. Serv. Officer.) | | | | | | |

4. Member's Acknowledgement

I understand that, because of this revocation of my police powers, I have no duty or authority to make an arrest or perform duties requiring the exercise of police powers and that my authority to carry a service weapon (as defined in Part I above) is revoked.

I understand that, if I am placed on Administrative Leave With Pay or Extended Sick Leave, I am required to remain at my residence of record between business hours (0800 to 1600), Monday through Friday, excluding holidays. Before leaving my residence for any period of time during the above hours, I am required to contact an official of my organizational element and provide him/her with an address of the location(s) to which I am going, the telephone number, and any other information that would allow communication with me. Furthermore, I understand that, I may not leave the Washington Metropolitan Area (defined in this notice as any point extending a 25-mile radius from the U.S. Capitol Building) while on Administrative Leave or Extended Sick Leave unless I submit a PD Form 358 and am granted permission by the Administrative Services Officer.

I understand that, if I am placed in a non-pay status and there are any cases pending before the courts as a result of my performance of duty, I have a responsibility as a witness until such cases are adjudicated.

I also understand that, effective this date, my privilege to engage in outside employment is revoked.

Finally, I understand that, I am subject to all other rules and regulations of the department.

Member's Signature: Don E. Thomas

Signature of Official Serving Notice / Date Served: 6/22/91
Witness' Signature:
Member's Unit Notified (Official's Name/Date):

5. Equipment To Be Surrendered by Member. NOTE: If your police powers are revoked for a period exceeding 30 days, report to Headquarters, Room 3130, between the hours of 0900 and 1400, (Mon. thru Thur.) to obtain a temporary identification card.

| ITEM | SERIAL/ITEM NO. | DATE SURRENDERED | SIGNATURE Official Receiving Item | SIGNATURE OF MEMBER | SIGNATURE OF WITNESS |
|---|---|---|---|---|---|
| ☐ Service Revolver | ET504 | 6/22/91 | | D.J. | |
| ☐ Cap Plate(s) | — | | | N/A | |
| ☒ Badge | 1644 | 6/22/91 | | D.J. | |
| ☒ ID Folder | | 6/22/91 | | D.J. | |

## PART II — Notice of Restoration and Member's Acknowledgement

You are hereby notified that, as of the date and time indicated, your police powers are restored. You now have the authority to perform duties requiring the exercise of such powers and you have authority to carry a service weapon as required by existing rules and regulations of the department.

Date Restored:
Time Restored:

Signature of Official Serving Notice / Date Served:
Witness' Signature:
Member's Unit Notified (Official's Name/Date):

I understand that, because of the restoration of my police powers, I have the duty and authority to make an arrest or perform duties requiring the exercise of police powers and that my authority to carry a service weapon as required by existing rules and regulations of the department has been restored.

Member's Signature:

Equipment Returned to Member. Your identification folder is returned to you when you are restored, turn in the temporary ID card to the Property Division.

| ITEM | SERIAL/ITEM NO. | DATE SURRENDERED | SIGNATURE Official Receiving Item | SIGNATURE OF MEMBER | SIGNATURE OF WITNESS |
|---|---|---|---|---|---|
| Service Revolver | | | | | |
| Cap Plate(s) | | | | | |
| Badge | | | | | |
| ID Folder | | | | | |

DISTRIBUTION: Original – Member's Unit Personnel Folder; Copy 1 – to Member; Copy 2 – Attach to Required Report; Copy 3 – Personnel Liaison Officer; Copy 4 – Labor Relations Division

P.D. 77 Rev. 08/88                           Metropolitan Police Department

# Revocation/Restoration of Police Powers and Notice of Duty and Pay Status

| | |
|---|---|
| Type of Report: ☐ Original ☐ Supplemental | Complaint No. (if applicable) |

| TO: Member's Full Name | Member's Rank | Element | Date of Appointment |
|---|---|---|---|
| Don E. Thomas | Officer | 7th District | 3/18/85 |

| Previous Military Service | A. Beginning Date | B. Ending Date | Branch of Service | Selective Service No. |
|---|---|---|---|---|
| | N/A | | | |

## PART I   Notice of Revocation

1. Date Revoked → 6/22/91
2. Time Revoked → 2300 Hrs

You are hereby notified that, as of the date and time indicated, your police powers are revoked. You have no authority to perform duties requiring the exercise of such powers, nor do you have the authority to carry a service weapon (any department-issued firearm, authorized off-duty revolver, aerosol chemical dispenser, baton, blackjack, and teargas in any form, that is carried or kept readily available) subject to rules and regulations of the department.

3. Duty Status — The affected member shall be placed in the duty and pay status indicated below. The member shall date and initial the appropriate blocks opposite the duty and pay status. (See instructions and definitions on reverse side).

| Status | Date | Init | Status | Date | Init. | Status | Date | Init. |
|---|---|---|---|---|---|---|---|---|
| ☒ Administrative Leave With Pay | | | Non-Contact Office Duty | | | | | |
| XX Suspension Without Pay | 6/22/91 | | Limited Duty | | | Explain the status entered above. Use reverse side if necessary. | | |
| Sick Leave (Exceeding thirty [30] consecutive days.) | | | LWOP (Exceeding [30] consecutive days requires approval by Adm. Serv. Officer.) | | | | | |

4. **Member's Acknowledgement**

I understand that, because of this revocation of my police powers, I have no duty or authority to make an arrest or perform duties requiring the exercise of police powers and that my authority to carry a service weapon (as defined in Part I above) is revoked.

I understand that, if I am placed on Administrative Leave With Pay or Extended Sick Leave, I am required to remain at my residence of record between business hours (0800 to 1600), Monday through Friday, excluding holidays. Before leaving my residence for any period of time during the above hours, I am required to contact an official of my organizational element and provide him/her with an address of the location(s) to which I am going, the telephone number, and any other information that would allow communication with me. Furthermore, I understand that, I may not leave the Washington Metropolitan Area (defined in this notice as any point extending a 25-mile radius from the U.S. Capitol Building) while on Administrative Leave or Extended Sick Leave unless I submit a PD Form 358 and am granted permission by the Administrative Services Officer.

I understand that, if I am placed in a non-pay status and there are any cases pending before the courts as a result of my performance of duty, I have a responsibility as a witness until such cases are adjudicated.

I also understand that, effective this date, my privilege to engage in outside employment is revoked.

Finally, I understand that, I am subject to all other rules and regulations of the department.

Member's Signature → *Don E. Thomas*

| Signature of Official Serving Notice | Date Served | Witness' Signature | Member's Unit Notified (Official's Name/Date) |
|---|---|---|---|
| [signature] | 6/22/91 | LT KE White | |

5. **Equipment To Be Surrendered by Member.** NOTE: If your police powers are revoked for a period exceeding 30 days, report to Headquarters, Room 3130, between the hours of 0900 and 1400, (Mon. thru Thur.) to obtain a temporary identification card.

| ITEM | SERIAL/ITEM NO. | DATE SURRENDERED | SIGNATURE Official Receiving Item | SIGNATURE OF MEMBER | SIGNATURE OF WITNESS |
|---|---|---|---|---|---|
| ☒ Service Revolver | ET504 | 6/22/91 | [sig] | D.T. | [sig] |
| ☐ Cap Plate(s) | | 6/22/91 | N/A | | |
| XX Badge | 1644 | 6/22/91 | [sig] | D.T. | ✓ |
| XX ID Folder | | 6/22/91 | [sig] | D.T. | |

## PART II   Notice of Restoration and Member's Acknowledgement

You are hereby notified that, as of the date and time indicated, your police powers are restored. You now have the authority to perform duties requiring the exercise of such powers and you have authority to carry a service weapon as required by existing rules and regulations of the department.

Date Restored → 7-9-81
Time Restored → 0730

| Signature of Official Serving Notice | Date Served | Witness' Signature | Member's Unit Notified (Official's Name/Date) |
|---|---|---|---|
| LT KE White | 7-9-91 | Cpt Alvia Barnes | LT KE White 7-9-91 |

I understand that, because of the restoration of my police powers, I have the duty and authority to make an arrest or perform duties requiring the exercise of police powers and that my authority to carry a service weapon as required by existing rules and regulations of the department has been restored.

→ X *Don E. Thomas*
   Member's Signature

5. **Equipment Returned to Member**

If your identification folder is returned to you when you are restored, turn in the temporary ID card to the Property Division.

| ITEM | SERIAL/ITEM NO. | DATE SURRENDERED | SIGNATURE Official Receiving Item | SIGNATURE OF MEMBER | SIGNATURE OF WITNESS |
|---|---|---|---|---|---|
| ☐ Service Revolver | ET504 | 6/22/91 | LT KE White | Don E. Thomas | Cpt AB |
| ☐ Cap Plate(s) | | | | | |
| ☐ Badge | 1644 | 6/22/91 | LT KE White | Don E. Thomas | Cpt AB |
| ☐ ID Folder | | 6/22/91 | LT KE White | Don E. Thomas | Cpt AB |

DISTRIBUTION: Original – Member's Unit Personnel Folder; Copy 1 – to Member; Copy 2 – Attach to Required Report; Copy 3 – Personnel Liaison Officer; Copy 4 – Labor Relations Division