IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIGEL AUSTIN | : |
| Plaintiff, | : |
| v. | : CASE No. 1:05-CV-02219 (JDB) |
| THE DISTRICT OF COLUMBIA, et al. | : |
| Defendants. | : |

ORDER

Upon consideration of the Defendant Don Thomas' Motion in Limine, and the opposition thereto, it is this _____ day of _____, 2007

**ORDERED**, for the reasons set forth in the Defendant Thomas' motion, that the motion is hereby **GRANTED**; and it is further

**ORDERED** that the Plaintiff shall not offer any evidence related to the investigations of the Metropolitan Police Department Use of Force Review Board and United States Attorney's Office; related to the 1991 adverse personnel action arising out of alleged sexual misconduct of the Defendant Thomas; and related to the Defendant Thomas' invocation of his Fifth Amendment privilege as described in Defendant's motion.

_____
John D. Bates
United States District Judge

copies to:

James W. Pressler, Jr., Esq.
Patrick G. Senftle, Esq.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005

Peter C. Grenier, Esq.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036

Steven J. Anderson, Esq.
441 Fourth Street, N.W,
Suite 600S
Washington, D.C. 20001.