# Exhibit B

# POLICE

## Use of Force Review Board

January 9, 2007

## MEMORANDUM

**TO:** Officer Don Thomas
CCB

**THRU:** Mr. Edward Hampton
Senior Executive Director
Corporate Support

**THRU:** Ms. Deloris Hunter
Director

**THRU:** Lieutenant Cheryl Parrish
CCB

**SUBJECT:** Notice of Use of Force Case Review
FIT Case #X-O-05-180/CS #05-1553

This is to notify you that the Use of Force Review Board (UFRB) reviewed a Use of Force (Hand Strike) case involving yourself, along with Officer George Hawkins of August 25, 2005 on January 8, 2007.

The UFRB has determined that your Use of Force (Hand Strike) was ***Justified, within Departmental Policy***. However, it has been recommended that you receive corrective action for not completing a UFIR as required by the General Orders and for not notifying an official of CCB; not an "acting" official of the use of force.

If you have any questions regarding this matter, please contact the UFRB Administrator on 246-1555.

PETER NEWSHAM
ASSISTANT CHIEF OF POLICE
UFRB CHAIRMAN

---

**MEMBER'S ACKNOWLEDGMENT OF UFRB DECISION**

| Member's Signature | Date and Time of Service | Served By |
|---|---|---|
| | | |

**Distribution:** Original - Member
Copy 1 - Commanding Officer for inclusion in the member's element personnel folder
Copy 2 – Director, Human Services, for inclusion in the member's official personnel folder
Copy 3 - To be returned to the UFRB Administrator for inclusion in the case file and for
Fax 202-526-8110 Inter-office Mail