# Exhibit C




### Use of Force Review Board

January 9, 2007

**MEMORANDUM**

TO:      Officer George Hawkins
           CCB

THRU:    Mr. Edward Hampton
           Senior Executive Director
           Corporate Support

THRU:    ~~Ms. Deloris Hunter~~
           Director

THRU:    Lieutenant Cheryl Parrish
           CCB

SUBJECT: Notice of Use of Force Case Review
                FIT Case #X-O-05-180/CS #05-1553

This is to notify you that the Use of Force Review Board (UFRB) reviewed a Use of Force (Hand Strike) case involving yourself, along with Officer Don Thomas of August 25, 2005 on January 8, 2007.

The UFRB has determined that your Use of Force (Hand Controls) was ***Justified, within Departmental Policy***. However, it has been recommended that you receive corrective action for not completing a UFIR as required by the General Orders and for not notifying an official of CCB of the use of force.

If you have any questions regarding this matter, please contact the UFRB Administrator on 246-1555.

PETER NEWSHAM
ASSISTANT CHIEF OF POLICE
UFRB CHAIRMAN

---

**MEMBER'S ACKNOWLEDGMENT OF UFRB DECISION**

| Member's Signature | Date and Time of Service | Served By |
|---|---|---|

Distribution:   Original - Member
                 Copy 1 - Commanding Officer for inclusion in the member's element personnel folder
                 Copy 2 - Director, Human Services, for inclusion in the member's official personnel folder
                 Copy 3 - To be returned to the UFRB Administrator for inclusion in the case file folder

*Hawkin Exh 7*