| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Wednesday, November 08, 2006 5:40 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:05-cv-02219-JDB AUSTIN v. DISTRICT OF COLUMBIA et al "Set Deadlines/Hearings" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from lcjdb1, entered on 11/8/2006 at 5:40 PM EDT and filed on 11/8/2006
**Case Name:**         AUSTIN v. DISTRICT OF COLUMBIA et al
**Case Number:**       1:05-cv-2219
**Filer:**
**Document Number:**

**Docket Text:**
Set Deadlines/Hearings: Discovery due by [redacted]. Deposition of defendant Don Thomas may not take place until on or after [redacted]. Defendant Rule 26a2 due by [redacted]. Summary Judgment motions due by [redacted]. Response to Motion for Summary Judgment due by [redacted]. Reply to Motion for Summary Judgment due by [redacted]. Status Conference set for [redacted] before Judge John D. Bates. (lcjdb1)

The following document(s) are associated with this transaction:

**1:05-cv-2219 Notice will be electronically mailed to:**

Steven J. Anderson    steve.anderson@dc.gov, psychiedog@hotmail.com

Peter C. Grenier    pgrenier@bode.com, pmartin@bode.com; rsolorzano@bode.com; jtishler@bode.com; jverdi@bode.com

James Charles Mehigan    jcmehigan@gmail.com

James William Pressler , Jr    riselliandpressler@yahoo.com,

**1:05-cv-2219 Notice will be delivered by other means to:**

11/9/2006