**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Monday, December 11, 2006 8:34 AM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-02219-JDB AUSTIN v. DISTRICT OF COLUMBIA et al "Order on Motion for Extension of Time to"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from lcjdb1, entered on 12/11/2006 at 8:34 AM EDT and filed on 12/11/2006
**Case Name:**        AUSTIN v. DISTRICT OF COLUMBIA et al
**Case Number:**      1:05-cv-2219
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ORDER: Upon consideration of [30] defendant Don Thomas's consent motion for an extension of time to supplement his expert witness designation, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that defendant Thomas shall supplement his expert witness designation pursuant to Fed. R. Civ. P. 26(a)(2) by not later than January 10, 2007. SO ORDERED. Signed by Judge John D. Bates on 12/11/2006.(lcjdb1)

The following document(s) are associated with this transaction:


**1:05-cv-2219 Notice will be electronically mailed to:**

Steven J. Anderson    steve.anderson@dc.gov, psychiedog@hotmail.com

Peter C. Grenier    pgrenier@bode.com, pmartin@bode.com; rsolorzano@bode.com; jtishler@bode.com; jverdi@bode.com

James Charles Mehigan    jcmehigan@gmail.com

James William Pressler, Jr    jpressler@presslerpc.com, emahoney@presslerpc.com; psenftle@presslerpc.com; jmehigan@presslerpc.com

**1:05-cv-2219 Notice will be delivered by other means to:**

12/11/2006