**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NIGEL AUSTIN,** | ) |
| Plaintiff, | ) Case No. 05-2219(JDB) |
| v. | ) |
| **THE DISTRICT OF COLUMBIA, et al.** | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Plaintiff's Motion *In Limine*, and any opposition thereto, and Plaintiff's Opposition to Defendant Don Thomas' Motion to Supplement Expert Disclosures, it is this _____ day of _____, 2007, hereby ORDERED:

That Plaintiff's Motion *In Limine* is hereby GRANTED, and Defendant Don Thomas' Motion to Supplement his Expert Disclosures is DENIED, and it is further ORDERED:

That Defendants, at the trial of this case, shall not offer any evidence, directly or indirectly, regarding Plaintiff's criminal history; and that Defendant Thomas shall not offer any evidence, directly or indirectly, regarding the any standard of care to provide medical treatment or aid to Plaintiff.

_____
Judge, U.S. District Court for the District of Columbia