

```
2005 FEL 004930            United States Vs.  AUSTIN, NIGEL
```

Search Criteria
 Docket Entry
 Images          All Dockets              Begin Date              SortDescending
 Participant                              End Date
 Display Option

Search Results

| Docket Date | Reference | Description | Amt Owed/ Amt Dism/Credit | Amount Due |
|---|---|---|---|---|
| 9/12/2006 | | Crime Victims Compensation Fund Receipt: 25410 Date: 01/26/2007 | | 150.00 |
| 9/12/2006 | | Form Filed: Judgment and Probation | | |
| 9/12/2006 | | VVCA Form Filed | | |
| 9/12/2006 | | Event Resulted - Release Status: Def was placed on probation and ordered released from the halfway house.<br>The following event: Report and Sentencing scheduled for 09/12/2006 at 9:00 am has been resulted as follows:<br><br>Result: Held<br>Judge: LEIBOVITZ, LYNN    Location: Courtroom 217 | | |
| 9/12/2006 | | Sentence<br>**Sentence for Charge # 5, Poss Prohibited Weapon -Felony**<br>**Sentence Date:** 09/12/2006<br>**Confinement Type:**  Confinement<br>**Time:** 0 **years**, 6 **months**, 0 **days**.<br>**Time Susp:** 0 **years**, 6 **months**, 0 **days**.<br>**Amount To Serve:** 0 **years**, 0 **months**, 0 **days**.<br>**Concurrent Sentence with** 2005 FEL 004930 3,<br>**Fine Amount:**        0.00, **Amount Suspended:** , **Due:**<br>**VVCA Amount:**      50.00, **Due:** 12/31/2006<br>**Restitution Amount:**        0.00<br>**Probation Type:** SUPVP, **Start Date:** , **End Date:**<br>**Probation Time:** 0 **years**, 18 **months**, 0 **days**<br>**Concurrent Probation with** 2005 FEL 004930 3, | | |
| 9/12/2006 | | Sentence<br>**Sentence for Charge # 3, Attempted Aggravated Aslt-Grave Risk**<br>**Sentence Date:** 09/12/2006<br>**Confinement Type:**  Confinement<br>**Time:** 0 **years**, 18 **months**, 0 **days**.<br>**Time Susp:** 0 **years**, 18 **months**, 0 **days**.<br>**Amount To Serve:** 0 **years**, 0 **months**, 0 **days**.<br>**Concurrent Sentence with** 2005 FEL 004930 5,<br>**Supervised Release:** 3 **years**, 0 **months**, 0 **days**, **Suspended**.<br>**Fine Amount:**        0.00, **Amount Suspended:** , **Due:**<br>**VVCA Amount:**     100.00, **Due:** 12/31/2006<br>**Restitution Amount:**        0.00<br>**Probation Type:** SUPVP, **Start Date:** , **End Date:**<br>**Probation Time:** 0 **years**, 18 **months**, 0 **days**<br>**Concurrent Probation with** 2005 FEL 004930 | | |

Exh 1

SUPERIOR COURT

OF THE

DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on October 11, 2005

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Criminal No:  F-4930-05 |
| | : | |
| v. | : | Violation: |
| | : | 22 D.C. Code, Section 402; |
| NIGEL AUSTIN | : | 22 D.C. Code, Section 404.1, 4502; |
| PDID: 551-744 | : | 22 D.C. Code, Section 4514(b) (2001 ed.) |
| | : | |
| | : | (Assault with a Dangerous Weapon; |
| | : | Aggravated Assault While Armed; Possession |
| | : | of a Prohibited Weapon) |
| | : | |
| | : | |

The Grand Jury charges:

FIRST COUNT:

On or about August 21, 2005, within the District of Columbia, Nigel Austin, assaulted Lenwood McCain with a dangerous weapon, that is, a golf club.  (Assault with a Dangerous Weapon, in violation of 22 D.C. Code, Section 402 (2001 ed.))

SECOND COUNT:

On or about August 21, 2005, within the District of Columbia, Nigel Austin, while armed with a cement block, did by any means, knowingly and purposely cause serious bodily injury to Lenwood McCain or under circumstances manifesting extreme indifference to human life, Nigel Austin intentionally and knowingly engaged in conduct which created a grave risk of serious bodily injury to Lenwood McCain, and thereby caused serious bodily injury to Lenwood McCain. (Aggravated Assault While Armed, in violation of 22 D.C. Code, Section 404.1, 4502 (2001 ed.))

THIRD COUNT:

On or about August 21, 2005, within the District of Columbia, Nigel Austin, assaulted Lenwood McCain with a dangerous weapon, that is, a cement block. (Assault with a Dangerous Weapon, in violation of 22 D.C. Code, Section 402 (2001 ed.))

FOURTH COUNT:

On or about August 21, 2005, within the District of Columbia, Nigel Austin unlawfully did have in his possession a cement block, with intent to use it unlawfully against another. (Possession of a Prohibited Weapon, in violation of 22 D.C. Code, Section 4514(b) (2001 ed.))

*Kenneth L. Wainstein*/NHW
KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia

A TRUE BILL:

Foreperson