# METROPOLITAN POLICE DEPARTMENT
## Washington, D.C.
### ARREST/PROSECUTION REPORT
P.D. 163 Rev. 6/94    G.O. 401.5

| Field | Value |
|---|---|
| 1. PERSON NOTIFIED OF NAME CHANGE - UNIT - DATE / TIME - NCIC NO. (ID Only) | |
| 2. ID NUMBER (ID Only) | |
| 3. DEFENDANT'S TRUE NAME - LAST, FIRST, MIDDLE (ID Only) | |
| 4. CID NUMBER | |
| 5. UNIT-ARREST NO. | |
| 6. DEFENDANT'S NAME - LAST, FIRST, MIDDLE (At time of arrest) | HUSTIN, NIGEL |
| 7. DEA LAB NUMBER | |
| 8. Arresting Officer's Name | WHITTINGTON |
| 9. TYPE OF RELEASE | |
| 10. NICKNAME / ALIAS | NONE |
| 11. PHONE NUMBER | 2060036 |
| Rank / Badge # / Agency | OFC 2032 MPD |
| 12. COURT DATE | 8-20-05 |
| 13. ADDRESS | 1344 HOWARD RD. S.E. #302 |
| 14. TIME IN DC | LIFE |
| 15. (unchecked: CHILD ABUSE, GANG SPECIAL INTELLIGENCE, HATE, SENIOR CITIZEN, DOMESTIC VIOLENCE) | |
| 16. SEX | M |
| 17. RACE | BLK |
| 18. BIRTHDATE | 8-7-85 |
| 19. SOCIAL SECURITY NUMBER | 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 |
| 20. NEED INTERPRETER | No |
| 21. HEIGHT | 6'1" |
| 22. WEIGHT | 180 |
| 23. HAIR | BLK |
| 24. EYES | BRO |
| 25. COMPLEX | DRK |
| 26. PERMIT NO/ST | N/A |
| 27. BIRTHPLACE | WDC |
| 28. CO-DEFENDANTS | N/A |
| 29. IMPERSONATOR? | N/A |
| 30. ETHNICITY | AFRO-AMERICA |
| 31. CAUTION | N/A |
| 32. SCARS/MARKS/TATTOOS | RIGHT ARM |
| 33. HAT | N/A |
| 34. JACKET | N/A |
| 35. PANTS | BLUE |
| 36. COAT | N/A |
| 37. SHIRT | WHITE |
| 38. SKIRT/DRESS | N/A |
| 39. WALES/NCIC CHECK — CHECK MADE BY | OFC TODD PERKINS |
| NCIC NUMBER | 9755 |
| WARRANT ON FILE | Yes — USW 86505 |
| 40. LOCATION OF OFFENSE | 500 INDIANA AVE N.W. |
| DATE OF OFFENSE | 8-24-05 |
| TIME OF OFFENSE | 1307 |
| 41. LOCATION OF ARREST | 1344 HOWARD RD. S.E. #302 |
| DATE OF ARREST | 8-25-05 |
| TIME OF ARREST | 0400 |
| 42. ASSISTING OFFICER'S NAME | PERKINS, TODD 4460, 1D, MPD |
| ASSISTING OFFICER'S NAME | HARRIS, YVETTA, 1960, 1D, MPD |
| 43. DEFENDANT ADVISED OF RIGHTS | NOT QUESTIONED NOT ADVISED |
| 44. COMPLAINANTS / WITNESSES W-1 | HUSTIN, LENWOOD |
| 45. SPEC. OPS | 1D WALKINT SQUAD |
| 46. TACTICS | 44 |
| 47. PREMISES | 5 |
| 48. SCHOOL ZONE / PUBLIC HOUSING | N/A |

### 49. CHARGES

| # | CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA./BOND RECEIPT NO. |
|---|---|---|---|---|---|
| 1 | ADW CINDER BLOCK | USW 86505 | 443-484 | 4U | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

50. PROPERTY RECOVERED / ITEMS OF EVIDENCE — N/A

Exh 2

REVERSE CARBONS

**55. EMPLOYMENT HISTORY** (List present employment if any, on Line 1)

| FROM - DATE - TO | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
|---|---|---|---|---|
| 1. | unemployed | | | |
| 2. | | | | |

**56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES** (Begin with immediate family)

| RELATIONSHIP | DOB/AGE | NAME - LAST, FIRST, M.I. | ADDRESS, STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|
| AUNT | ADULT | NORWOOD, CARYLON | 4341 HOWARD RD. SE #302 | 260-0030 |

| 57. MILITARY SERVICE: BRANCH/DATE FROM - TO | 58. TELEPHONE CALL MADE | 59. PHONE NUMBER |
|---|---|---|
| N/A | ☐ Yes ☒ No ☐ Refused | N/A |

**60. STATEMENT OF FACTS:** (Give a brief statement in your own words, of the facts surrounding the offense and the arrest. Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. REFER to them as W1 or W2, etc as indicated in Item 31.)

ON 8-24-05 AT 1304 HRS. D.C. SUPERIOR COURT ISSUED A FELONY WARRANT FOR A NIGEL AUSTIN WARRANT NO# WW86505.

ON 8-25-05 MEMBERS OF 7D WARRANT SQUAD RESPONDED TO 4341 HOWARD RD. S.E. #302 IN REFERENCE TO D-1 WANTED ON A FELONY WARRANT. ONCE ON THE SCENE A WALES CHECK ON D-1'S SOCIAL SECURITY NO# 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 WAS CONFIRMED IN WALES. D-1 WAS PLACED UNDER ARREST AND TRANSPORTED TO 7D FOR PROCESSING. D-1 WAS LATER ID BY A MPD PHOTO PICTURE.

**61. DEFENDANT'S VERSION / REMARKS:** [What did defendant say about the offense or his/her whereabouts at the time of offense? (Use PD 118 for defendant's written statement.)]

| 62. RECORD CLERK'S NAME | | 3. | 5. | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|---|
| 63. ARREST RECORD SUMMARY | | | | N/A |
| 1. | 2. | 4. | 6. | |

**65. BAIL REFORM ACT CASES:** Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☐ No
(If yes, include in Defendant's Version/Remarks Section above.)

| 66. PRINTED NAME - OFFICER MAKING STATEMENT | BADGE NUMBER | RANK | 68. SIGNATURE OF REVIEWING OFFICIAL |
|---|---|---|---|
| WHITTINGTON, TAMMY | 2132 | OFC | Joseph P. Thomas |
| 67. SIGNATURE OF OFFICER MAKING STATEMENT | UNIT | DATE | UNIT / DATE |
| Tammy J Whittington | 7D | 8-25-05 | 7D OSD 8/25/05 |

CHECK LAST COPY FOR LEGIBILITY BEFORE TURNING IN REPORT

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.: 865-05

| DEFENDANT'S NAME: AUSTIN, NIGEL JABOH | | | | CCR: 05-113-184 | | PDID: 551-744 | |
|---|---|---|---|---|---|---|---|
| SEX: MALE | RACE: BLACK | D.O.B.: 08/27/85 | HEIGHT: 6'1 | WEIGHT: 180LBS | EYES: BROWN | HAIR: BLACK | COMPLEXION: DARK |

DEFENDANT'S HOME ADDRESS: 1341 HOWARD RD SE APT # 302

TELEPHONE NUMBER:

DEFENDANT'S BUSINESS ADDRESS:

TELEPHONE NUMBER:

COMPLAINANT'S NAME: MC LAIN, LENWOOD

LOCATION OF OFFENSE: 1341 HOWARD RD SE

DATE OF OFFENSE: 08/21/2005

TIME OF OFFENSE: 1400HRS

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On August 21st 2005 at 1400hrs the complainant reported to the Metropolitan Police Department that the (Austin, Nigel) while having a verbal altercation the defendant became enraged and struck him with a rock.

Investigation:

The complainant reported to this affiant that while having a verbal argument with the defendant it became physical when the defendant struck him with a golf club on his right leg.

The complainant then stated that the defendant fled behind a fence and picked up a piece of Cinder block and threw it at the complainant striking him in the head causing a large laceration above his left eye and his eye to swell shut.

Injury:
As a result of the defendant's attack the complainant received eight stitches and a large bruise on his right leg.

The complainant states that he has known the defendant for two years. A confirmation photo was shown to the complainant. The complainant identified the defendant as the person who assaulted him.

Base on the aforementioned facts, the affiant believes that probable cause has been established for the issuance of an arrest warrant for the defendant.

TO: WARRANT CLERK

PLEASE ISSUE A WARRANT FOR: Nigel Austin

CHARGED WITH: ADW Cinder Block ✓

_mahward_ 8/24/05
ASSISTANT UNITED STATES ATTORNEY

NCIC Approved

AFFIANT'S SIGNATURE: X _[signature]_

SUBSCRIBED AND SWORN TO BEFORE ME THIS 24th DAY OF August 2005

Bruce D. Beaudin
(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

2-1546 wd-382