UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**NIGEL AUSTIN,**                           )
                                            )
                                            )
         **Plaintiff,**                     )  Case No. 05-2219(JDB)
                                            )
         v.                                 )
                                            )
**THE DISTRICT OF COLUMBIA, et al.**        )
                                            )
         **Defendants.**                    )
_____)

### JOINT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE PARTIES' MOTIONS IN LIMINE

Plaintiff Nigel Austin ("Plaintiff"), by and through his counsel, Bode and Grenier, LLP, joined by Defendant Officer Thomas ("Thomas"), and with consent of Defendant District of Columbia, hereby move this Court to extend the time for the parties to file their respective responses to the various Motions In Limine.

On May 15, 2007, the parties filed their respective Motions In Limine seeking to exclude certain evidence in this action. Pursuant to Federal Rules of Civil Procedure Rule 6(e) and LCvR 7(b), any opposition to these motions is due within fourteen days after service, or by May 29, 2007.

Plaintiff respectfully requests that the Court extend the time in which he may respond to Defendants District's and Thomas' Motions In Limine to June 4, 2007. Counsel for Plaintiff was in Norfolk, Virginia a vast majority of last week preparing for a trial in the District Court for the Eastern District of Virginia originally scheduled for May 30, 2007. Late Friday afternoon, counsel for Plaintiff was informed by the Court that this trial was to be postponed until July. As a result, Plaintiff requests that the time to

respond to Defendant District's and Defendant Officer Thomas' motions be extended to June 4, 2007.

Further, Defendant Thomas has indicated that the primary attorney responsible for responding to Plaintiff's Motion In Limine must leave the country on May 29, 2007 for several days, and travel to Canada to attend a funeral. Additionally, the attorney is responsible for transporting his elderly parents to the funeral. As a result, Defendant District joins in this request for an extension of time, and requests that his time to respond to Plaintiff's Motion In Limine be extended to June 4, 2007.

On February 8, 2007, the Court entered an order requiring that the parties submit their respective motions in limine by no later than May 15, 2007, that any such responses be filed by May 29, 2007, and that any replies be filed by June 6, 2007. The parties respectfully submit that extending the time for the parties to submit their responses until June 4, 2007 will not cause any undue delay in this action, and that even with such an extension of time, all of the above motions in limine will be fully briefed well in advance of the July 2, 2007 pre-trial conference.

Pursuant to LCvR 7(m), Plaintiff and Defendant Thomas have conferred with all counsel in this matter, who have consented to the relief requested herein.

                          Respectfully submitted,

                          *Peter C. Grenier /s/*_____
                          Peter C. Grenier (D.C. Bar No. 418570)
                          Bode & Grenier, L.L.P.
                          1150 Connecticut Avenue, N.W.
                          Ninth Floor
                          Washington, D.C.  20036
                          (202) 828-4100
                          (202) 828-4130 (fax)
                          *Counsel for Plaintiff*

                                        *Patrick G. Senftle  /s/*_____
                                        Patrick G. Senftle, Esquire
                                        James Pressler, Esquire
                                        PRESSLER & SENFTLE, P.C.
                                        927 15th Street, N.W.
                                        Twelfth Floor
                                        Washington, D.C. 20005
                                        *Counsel for Defendant*
                                        *Officer Don Thomas*

Dated: May 29, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May 2007, I served a true and accurate copy of the foregoing Joint Motion for Extension of Time to Respond to Motions In Lmine, including all exhibits and attachments, by electronic case filing and U.S. Mail, postage-prepaid upon:

        Philip Lattimore III, Esquire
        Chief, General Litigation Sec. III
        Steven J. Anderson, Esquire
        Assistant General Counsel
        James H. Vricos, Esquire
        Assistant General Counsel
        441 4th Street, N.W.
        6th Floor North
        Washington, DC 20001
        *Attorney for Defendant District of Columbia*

                              *Peter C. Grenier /s/*
                              Peter C. Grenier