UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NIGEL AUSTIN, | ) |
| Plaintiff, | ) Case No. 05-2219(JDB) |
| v. | ) |
| THE DISTRICT OF COLUMBIA, et al. | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the parties' Joint Motion seeking to extend their time in which to respond to the various Motions In Limine,

it is this ____ day of _____, 2007

**ORDERED** that the parties' time in which to respond and file opposition papers to the above motions is hereby extended until June 4, 2007.

**IT IS FURTHER ORDERED** that the parties' shall submit any reply papers by June 11, 2007.

_____
Judge John D. Bates