IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NIGEL AUSTIN | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE No. 1:05-CV-02219 (JDB) |
| | : | |
| THE DISTRICT OF COLUMBIA, et al. | : | |
| | : | |
| Defendants. | : | |

### ORDER

Upon consideration of the Plaintiff's Motion in Limine, and the opposition thereto, it is this _____ day of _____, 2007

**ORDERED**, for the reasons set forth in the Defendant Thomas' motion, that the motion is hereby **DENIED**.

_____
John D. Bates
United States District Judge

copies to:

James W. Pressler, Jr., Esq.
Patrick G. Senftle, Esq.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005

Peter C. Grenier, Esq.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036

Steven J. Anderson, Esq.
441 Fourth Street, N.W,
Suite 600S
Washington, D.C. 20001.