Capital Reporting Company

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
 2
     ------------------------------:
 3   NIGEL AUSTIN,                 :       ORIGINAL
 4              Plaintiff          :
 5              v.                 :   Case No.
                                   :   05CV02219
 6   THE DISTRICT OF COLUMBIA      :
     and                           :
 7   OFFICER DON THOMAS            :
     and                           :
 8   JOHN DOES 1 - 25,             :
 9              Defendants         :
     ------------------------------:
10                                     Washington, D.C.

11                                     Monday, December 11, 2006

12   Video Deposition of:

13                  OFFICER RHONDA CROWDER

14   called for oral examination by counsel for

15   Plaintiff, pursuant to notice, at the Law Offices

16   of Bode and Grenier LLP, 1150 Connecticut Avenue,

17   N.W., Ninth Floor, Washington, D.C., 20036., before

18   Patricia A. Edwards of Capital Reporting, a Notary

19   Public in and for the District of Columbia,

20   beginning at 11:24 a.m., when were present on

21   behalf of the respective parties:

22
```

Page 84

1  Thomas when Officer Thomas reached for him; is
2  that correct?
3      A    Yes.
4      Q    Okay.  Then what happened?
5      A    He turned around real quick -- Austin
6  did -- and Officer Thomas jumped back -- like
7  his upper body just moved back.  And that was
8  it.
9      Q    And what --
10     A    From that point on it was -- they were
11 going down the steps.
12     Q    Did you -- when Officer Thomas jumped
13 back, as a result of him or in connection with
14 him jumping back, did you hear what sounded to
15 you like a punch land on Officer Thomas?  Such
16 as a fist hitting flesh?
17     A    I didn't hear anything.
18     Q    Did you ever see Mr. Austin attempt to
19 punch Officer Thomas?  Because all you just
20 told me was that you saw Officer Thomas jump
21 back.  Did you ever see Mr. Austin swing a
22 fist or a hand at Officer Thomas?

Page 85

```
1      A    I didn't see him attempt to punch him.
2      Q    Did you ever seen him attempt to punch
3   him, yes or no?  And that's mainly so I'm
4   clear.  Did you ever see Mr. Austin attempt to
5   punch Officer Thomas, yes or no?
6      A    No.
7      Q    Did you ever see Officer Thomas punch
8   Mr. Austin with a closed fist?
9      A    No.
10              (The document referred to was
11              marked for identification as
12              Crowder Deposition Exhibit
13              No. 2.)
14  BY MR. GRENIER:
15     Q    Officer Crowder, I'm showing you
16  what's been marked as Crowder Deposition
17  Exhibit No. 2.  This is the incident report
18  that you prepared as a result of this
19  incident; correct?
20     A    Yes.
21     Q    And you prepared it seven days after
22  the incident, i.e. a week after the incident;
```