


**METROPOLITAN POLICE DEPARTMENT**
Office of Professional Responsibility
Internal Affairs Division
Civil Rights and Force Investigations Branch
*Force Investigation Team*

### MEMORANDUM

TO: Assistant Chief of Police
Office of Professional Responsibility

THRU: Director
Internal Affairs Division

THRU: Commanding Officer
Civil Rights and Force Investigations Branch

THRU: Lieutenant
Force Investigation Team II

SUBJECT: Preliminary Report Regarding the Use of Force (Fist) by Officer Don Thomas and Use of Force (Hand Controls) by Officer George Hawkins of the Central Cell Block, FIT Case X-O-05-180, CS-05-1553

### Event Summary Section

The below synopsis is a summary of events based on information gathered and known at the time of this preliminary report. On Thursday, August 25, 2005, Acting Sergeant George Hawkins, Officers Don Thomas, Rhonda Crowder, and Mr. Lynn Lewis (civilian employee) were in full uniform working the 1:00 PM to 9:30 PM, tour of duty, assigned to the Central Cell Block.

During the early part of the 1:00 PM to 9:30 PM, tour of duty, Officers Rhonda Crowder and Don Thomas were processing a prisoner named Mr. Nigel Austin in the Cell Block processing room. While Officer Crowder was seated at the processing machine, Mr. Austin attempted to walk out of the room. Officer Thomas attempted to prevent Mr. Austin from leaving the area. At this time, Mr. Austin swung at Officer Thomas. Officer Thomas moved back slightly and punched Mr. Austin in the face. Officer Thomas and Mr. Austin were both located near the cement stairs when they fell to the floor. Officer Crowder yelled to Acting Sergeant George Hawkins for help.

Acting Sergeant Hawkins and Mr. Lynn Lewis responded to the processing area to assist in subduing Mr. Austin. At the time Acting Sergeant Hawkins and Mr. Lewis arrived in the processing area, Mr. Austin was lying face down on the floor. Acting Sergeant Hawkins grabbed Mr. Austin's right arm and pulled it from underneath Mr. Austin's body to handcuff him. Acting Sergeant Hawkins and Officer Thomas regained control of Mr. Austin and placed him in Cell Block # 3. Acting Sergeant Hawkins observed blood coming from Mr. Austin's mouth.

Acting Sergeant Hawkins prepared a PD-313 and sent Mr. Austin to Greater Southeast Community Hospital for pain to his jaw. Officers Andrew Richardson and Heath Bowman,

Case 1:05-cv-02219-JDB   Document 61-2   Filed 06/04/2007   Page 2 of 5
Case 1:05-cv-02219-JDB-JMF   Document 54-2   Filed 05/15/2007   Page 3 of 6

2

operating Cruiser 7061, transported Mr. Austin to the hospital. Mr. Austin was admitted to the hospital for a fractured mandible.

On Sunday, August 28, 2005, at 3:30 PM, members of the Force Investigation Team were notified and responded to the scene of this incident to investigate the Use of Force. All reports regarding this incident bear Central Complaint Number 05-113-184.

Officer Don Thomas completed a Use of Force Incident Report (UFIR) in reference to the use of force (Fist). Acting Sergeant Hawkins completed a Use of Force Incident Report (UFIR), in reference to force used to handcuff Mr. Austin. Officer Thomas did not completed a Use of Force Incident Report (UFIR) prior to his leave.

### Investigators

Sergeant Lance D. Harrison, Sr., was assigned as the primary Force Investigation Team investigator for this case. The case was investigated under the direction of Lieutenant Marvin Lyons of the Force Investigation Team.

Assistant United States Attorney Judith Kidwell was notified of this incident via telephone on August 28, 2005, at approximately 8:53 PM.

### Member(s) Involved

**Don Thomas**
| | |
|---|---|
| | Badge # 1644 (Provide a signed written statement) |
| Duty & Uniform Status: | On Duty, in full uniform |
| Personal: | B/M DOB: ████████ 44 years old |
| | 5'10, 175 |
| Assignment: | Central Cell Block |
| Appointed to MPD | March 18, 1985, 20 years of service with MPD |
| ASP Equipped: | No |
| OC Spray Equipped | No |
| Body Armor Equipped: | No |
| Employee Assistance Program | Waived |
| Fraternal Order of Police: | Voluntarily waived |
| Attorney Involvement: | Voluntarily waived |
| Current Duty Status: | Full duty |
| UFIR | Yes |
| Impairment: | None |

**Officer George Hawkins II**
| | |
|---|---|
| | Badge 3607 (provided a taped recorded statement) |
| Duty & Uniform Status: | On Duty, in full uniform |
| Personal Information: | Black male, ████████ 58 years old |
| | 6'0, 235 lbs |
| Assignment: | Central Cell Block |
| Appointed to MPD: | March 27, 1972, 33 years of service with MPD |
| ASP Equipped: | No |
| OC Spray Equipped | No |
| Previous Use of Force: | None |
| Body Armor Equipped: | No |
| Injuries: | None |
| Employee Assistance: | Waived |

3

| | |
|---|---|
| Fraternal Order of Police | Voluntarily Waived Representation |
| Attorney Involvement: | Voluntarily Waived Representation |
| Current Duty Status: | Full Duty |
| UFIR: | Yes |
| Impairment: | None |

### Subject(s) of the Force

**Nigel Austin**  (Provided a verbal (854) statement)

| | |
|---|---|
| Personal: | B/M, DOB: August 27, 1985, 20 years old<br>6'1", 180 lbs., SSN: 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 |
| Home: | 1341 Howard Road, Southeast |
| Work: | Unknown |
| Injuries: | Fractured left side Mandible |
| How sustained: | Fist punch |
| Impairment: | Unknown |

*Violations that led to police contact:*

None

*Violations during police contact:*

Assault on a Police Officer

*Outstanding Warrants:*

None

*Previous Convictions or arrests:*

| | | |
|---|---|---|
| Theft | Montgomery County, Md. | June 30, 2005 |
| ADW Cinder Block | Washington, D.C. | August 24, 2005 |

### Description of Scene

> The incident occurred in the live scan area of the Central Cell Block.

> The room is approximately 25 feet in length and 16 feet in width. There are no outside windows and there is only one door that is used to enter and exit.

### Police Witnesses

**Officer Rhonda Crowder**                              Central Cell Block

Officer Crowder was working the 1:00 PM to 9:30 PM, tour of duty. Officer Crowder was assisting in the processing of Mr. Nigel Austin. Officer Crowder observed Mr. Austin attempting to leave the processing area. Officer Crowder observed Mr. Austin swing at Officer Thomas,

Case 1:05-cv-02219-JDB   Document 61-2   Filed 06/04/2007   Page 4 of 5
Dec-01-05  Case 1:05-cv-02219-JDB-JMF   Document 54-2   Filed 05/15/2007   Page 5 of 6

4

but did not observe Officer Thomas hit Mr. Austin. Officer Crowder observed Mr. Austin and Officer Thomas fall down a few steps.

Officer Crowder yelled to Acting Sergeant Hawkins to respond and assist in subduing Mr. Austin. Officer Crowder observed Officer Thomas and Acting Sergeant Hawkins subduing Mr. Austin and taking him back to the cell area. Officer Crowder observed blood on Mr. Austin, but did not know how he sustained his injury.

**Civilian Employee Mr. Lynn Lewis**           **Central Cell Block**

Mr. Lewis heard commotion in the processing area and responded to the area to investigate. Mr. Lewis observed Mr. Austin lying on the floor and Officer Thomas was attempting to subdue him. Mr. Lewis observed Acting Sergeant Hawkins and Officer Thomas subduing Mr. Austin and placing him in a cell. Mr. Lewis observed blood on the floor but did not know how Mr. Austin sustained his injury.

### Civilian Witnesses

None

### Involved Subject's Statement

**Mr. Nigel Austin**                          **1341 Howard Road, Southeast.**

Mr. Austin provided a tape-recorded statement stating that he was arrested for an arrest warrant and taken to Central Cell Block (CCB) for processing. After being taken from the cell at CCB, he became loud after he was told by a police officer that he would not make court that day. A black male police officer then struck him in the face with his fist, causing Mr. Austin to fall to the ground.

### Evidence

Officer Ramoze Height of the Forensic Science Division responded to the Greater Southeast Hospital. Officer Height photographed Mr. Austin's face. All reports bear Mobile Crime Lab (MCL) number 05-9211, film strip number #L09-068.

### Reports Prepared and Pending

*Reports Prepared:*

The following reports were prepared: a PD 313 (Prisoner Injury/Illness Report)

*Reports/Action Pending:*

None

### Other Issues/Considerations

- Why wasn't the Force Investigation Team notified at the time of the incident.
- Why wasn't Mr. Austin charged with Assault on a Police Officer
- Why wasn't the Watch Commander Notified.

5

## Notifications

| | | | |
|---|---|---|---|
| Mr. Richard Hamilton | Business Services | 08/28/05 | 3:10 PM |
| Lieutenant Marvin Lyons | FIT | 08/28/05 | 3:30 PM |
| Sergeant Lance Harrison | FIT | 08/28/05 | 3:30 PM |

## On the Scene

| | | | |
|---|---|---|---|
| Lieutenant Marvin Lyons | FIT | 08/28/05 | 4:43 PM |
| Sergeant Charles Whittington | FIT | 08/28/05 | 4:15 PM |
| Sergeant Lance Harrison | FIT | 08/28/05 | 4:25 PM |
| Sergeant William Mack | FIT | 08/28/05 | 4:35 PM |

*Lance Harrison*
Lance D. Harrison, Sr.
Sergeant
Force Investigation Team II