**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **NIGEL AUSTIN** | ) |
| | ) |
| Plaintiff, | ) Case No. 05-2219 (JDB) |
| | ) |
| v. | ) |
| | ) |
| **THE DISTRICT OF COLUMBIA, et al.** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Defendant District of Columbia's Motion In Limine, any opposition filed hereto, and the record herein, it is this _____ day of _____, 2007,

ORDERED: That Defendant District of Columbia's Motion In Limine is DENIED.

_____
Judge John D. Bates