IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIGEL AUSTIN : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE No. 1:05-CV-02219 (JDB) |
| : | |
| THE DISTRICT OF COLUMBIA, et al. : | |
| : | |
| Defendants. : | |

**NOTICE OF FILING**

Defendant Don Thomas, through counsel, hereby files the attached Addendum Report of Paul M. Mazzei, as referred to in Defendant Thomas' Motion to Supplement Expert Disclosure, for the Court's reference.

Respectfully submitted,

/s/ Patrick G. Senftle
Patrick G. Senftle #412191
James W. Pressler, Jr. #221051

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005
(202) 822 -8384
(202) 331-7587 (fax)

ATTORNEY for DEFENDANT THOMAS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Filing was electronically served this 8th day of June, 2007, to Peter C. Grenier, Esq., 1150 Connecticut Avenue, N.W., Ninth Floor, Washington, D.C. 20036 and Steven J. Anderson, Esq., 441 Fourth Street, N.W., Suite 600S, Washington, D.C. 20001.

/s/ Patrick G. Senftle
Patrick G. Senftle