This Addendum Report of Opinion in the case of *Nigel Austin v. Officer Don Thomas, District of Columbia* is submitted in compliance with rule 26(a)(2) of the Federal Rules of Procedures and is submitted on June 6, 2007.

In my professional opinion, based on over 32 years of law enforcement operational, supervisory, and training experience, within a reasonable degree of professional certainty, and based on the review of items listed in my initial Report of Opinion dated December 10, 2006, specifically in the areas of rendering aid & medical transport and the use of a temporary restraining device on a pre-trial detainee is as follows:

In relationship to Officer Don Thomas' duties and responsibilities in rendering aid and medical transport to Mr. Nigel Austin on August 25, 2005 after the altercation that occurred in cell block "C" and review of MPDC General Order 901,07 "Use of Force" page 6, section V. Regulations, subsection B.2. "The Patrol Supervisor, if present where there is a violent or resisting subject, shall direct and control all activities". Officer Don Thomas satisfied his duties and responsibilities to Mr. Nigel Austin when he notified his supervisor Officer George Hawkins, who was also on the scene assisting Officer Thomas. At that point, it became the responsibility of Officer Hawkins to manage all aspects of Mr. Nigel Austin to include medical treatment and transport to the hospital and any continued use of temporary restraining devices in relationship to confinement and injury considerations.

Prepared by: ___[signature]___
Paul M. Mazzei, Sr.
President
Survival Management Systems, Inc.