UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NIGEL AUSTIN, | ) | |
|  | ) | |
| Plaintiffs, | ) | Case No.: 05-2219 (JDB) |
|  | ) | |
| v. | ) | |
|  | ) | |
|  | ) | |
| DISTRICT OF COLUMBIA, *et al.,* | ) | |
|  | ) | |
| Defendants. | ) | |

**JOINT MOTION TO ENLARGE THE PERIOD OF TIME FOR FILING REPLY BRIEFS AND TO EXTEND THE DATE FOR FILING PRETRIAL SUBMISSIONS**

All parties to this matter move the Court to grant an enlargement of the period of time for filing replies to oppositions to motions *in limine*. Presently, these replies are due June 11, 2007. The parties request that the date for filing replies be extended to June 18, 2007. The parties also request that the current due date for pretrial submissions, June 18, 2007, be extended to June 25, 2007. The parties do not anticipate that these changes to the current schedule will effect the current pretrial conference date, July 2, 2007. Grounds for this motion is set forth in the attached memorandum of points and authorities.

**LCvR 7(m) CERTIFICATION**

Counsel for all parties consent to the relief requested herein.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

1

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ PHILLIP LATTIMORE III
_____
PHILLIP LATTIMORE III
Chief, General Litigation Section III

/s/STEVEN J. ANDERSON
_____
STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail: Steve.anderson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NIGEL AUSTIN, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 05-2219 (JDB) |
| v. | ) ) ) | |
| DISTRICT OF COLUMBIA, *et al.,* | ) ) *)* | |
| Defendants. | ) | |

## ORDER

Upon consideration of joint motion of the parties to enlarge the period of time for filing a reply briefs responding to oppositions to motions *in limine*, the consent of all parties, the entire record herein, and for good cause shown, it is, by the Court, this _____ day of June, 2007,

ORDERED: that the all parties may file their reply to oppositions to motions *in liminw* no later than June 18, 2007, and it is further

ORDERED, that the parties to this matter shall file their pretrial submissions no later than June 25, 2007, and the pretrial conference will occur on July 2, 2007.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable John Bates
　　　　　　　　　　　　　　　　　　United States District Court Judge

Copies to:

Peter Grenier, Esq.
Bode & Grenier, LLP

1150 Connecticut Avenue, N.W., Suite 900
Washington, DC 20036


Steven J. Anderson
Asst. Attorney General
441-4th Street, NW, 6th Floor South
Washington, D.C. 20001

Patrick G. Senftle
Pressler & Senftle, P.C.
937 15th Street, N.W., 12th Floor
Washington D.C. 20005

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NIGEL AUSTIN, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 05-2219 (JDB) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO ENLARGE THE PERIOD OF TIME TO SUBMIT REPLY BRIEFS TO OPPOSITIONS TO MOTIONS *IN LIMINE* AND TO CONTINUE THE DATE FOR FILING PRETRIAL SUBMISSIONS**

The parties to this matter jointly submit the following memorandum of points and authorities in support of their consent motion to enlarge the period for filing a reply brief to oppositions to motions *in limine*. Presently, replies are due on June 11, 2007. The date requested in June 18, 2007. The pending motions *in limine* present complex issues which will require additional research and analysis to be properly briefed. In order to accomplish this, the parties request an additional week.

If this request is granted, the parties also request that the date for pretrial submission be continued from June 18, 2007, to June 25, 2007. This is the first request for an extension of this date, and granting this extension will not affect other dates in the case. The parties do not anticipate that it will be necessary to change the current date for the pretrial conference, July 2, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ PHILLIP LATTIMORE III
_____

PHILLIP LATTIMORE III
Chief, General Litigation Section III

/s/STEVEN J. ANDERSON
_____

STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov

*Peter C. Grenier /s/*  _____
Peter C. Grenier (D.C. Bar No. 418570)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C.  20036
(202) 828-4100
(202) 828-4130 (fax)
*Counsel for Plaintiff*