UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nigel Austin, | : |
| Plaintiff, | : |
| v. | : |
| | : Civil Action No. 05-2219 (JDB) |
| District of Columbia, *et al.*, | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL AND APPEARANCE**

Will the Clerk of the Court please withdraw the appearance of Assistant Attorney General James H. Vricos as attorney for the District of Columbia.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov