```
                                                              1

 1            IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLUMBIA
 3
 4  _____
                               )
 5  NIGEL AUSTIN,              )    Civil Action
                               )
 6         Plaintiff,          )    No. 05-2219(JDB)
                               )
 7  vs.                        )
                               )
 8  THE DISTRICT OF COLUMBIA,  )
    et al.,                    )
 9                             )
           Defendants.         )
10  _____)
11
12
13            VIDEOTAPED DEPOSITION OF
14              OFFICER DON E. THOMAS
15                Washington, D.C.
16            Friday, January 26, 2007
17                   10:37 a.m.
18
19  Job No.:  1-95385
    Pages 1 through 166
20  Reported by:  John L. Harmonson, RPR
21
22
```

                                                        COPY



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

28

| | | |
|---|---|---|
| 1 | was? | 11:01:29 |
| 2 | A. I was suspended. | |
| 3 | (Exhibit 3 marked for identification and | |
| 4 | attached hereto.) | 11:01:53 |
| 5 | BY MR. GRENIER: | 11:01:59 |
| 6 | Q. Officer Thomas, I'm showing you what's | 11:02:00 |
| 7 | been marked as Deposition Exhibit No. 3. Can you | 11:02:04 |
| 8 | turn to the third page, please. At the bottom | 11:02:14 |
| 9 | where it says "Officer Don E. Thomas," under "I | 11:02:18 |
| 10 | admit personal service of a copy of the above | 11:02:18 |
| 11 | notice," is that your signature? | 11:02:20 |
| 12 | A. It looks like it is, yes. | 11:02:24 |
| 13 | Q. Now, if you look at the front page | 11:02:26 |
| 14 | under "Findings," if you could take a moment to | 11:02:35 |
| 15 | read that and tell me whether that refreshes any | 11:02:37 |
| 16 | of your recollection about what you were accused | 11:02:39 |
| 17 | of in that incident that we've been discussing. | 11:02:39 |
| 18 | A. The entire page or any particular part? | 11:02:41 |
| 19 | Q. Under "Findings," as I just said. | 11:03:04 |
| 20 | A. Findings. Okay. | 11:03:05 |
| 21 | Q. You did receive a copy of this, | 11:03:07 |
| 22 | correct? | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

29

| | | |
|---|---|---|
| 1 | A. Based upon the signature, it appears | 11:03:12 |
| 2 | that I was. | 11:03:13 |
| 3 | Q. And I'll represent to you that this is | 11:03:15 |
| 4 | something that was produced as part of your | 11:03:17 |
| 5 | personnel file. | 11:03:19 |
| 6 | A. Okay. | 11:03:21 |
| 7 | Q. I'm looking at No. 3. Was the woman's | 11:03:24 |
| 8 | name Latiska L. Smith? | 11:03:28 |
| 9 | A. That's what it looks like, yes. | 11:03:30 |
| 10 | Q. On December 7, 1990, were you, at | 11:03:33 |
| 11 | approximately 3:00 a.m., parked in the alley at | 11:03:35 |
| 12 | the rear of 4934 Foote Street, Northeast, in your | 11:03:38 |
| 13 | privately-owned vehicle? | 11:03:40 |
| 14 | A. Yes. | 11:03:40 |
| 15 | Q. Did Ms. Smith run from your vehicle? | 11:03:44 |
| 16 | A. Yes. | 11:03:45 |
| 17 | Q. Was she nude from the waist down? | 11:03:48 |
| 18 | A. I don't remember. | 11:03:49 |
| 19 | Q. Do you know whether she flagged down a | 11:03:54 |
| 20 | patrol car? | 11:03:57 |
| 21 | A. I believe it was that the scout car was | 11:04:02 |
| 22 | riding by. I don't know if she actually flagged | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

30

| | | |
|---|---|---|
| 1 | it down. | 11:04:07 |
| 2 | Q. Do you know whether she told that | 11:04:09 |
| 3 | officer that you had raped her? | 11:04:11 |
| 4 | A. No. | 11:04:11 |
| 5 | Q. Were you stopped by Officer Charles | 11:04:15 |
| 6 | McNeill? | 11:04:16 |
| 7 | A. No. | 11:04:16 |
| 8 | Q. So No. 5, where it says: "As you were | 11:04:19 |
| 9 | observed driving from the alley, you were stopped | 11:04:22 |
| 10 | by Officer Charles McNeill, who is assigned to the | 11:04:25 |
| 11 | Sixth District and was operating Scout 46," you | 11:04:29 |
| 12 | disagree with that statement? | 11:04:31 |
| 13 | A. Yes. | 11:04:32 |
| 14 | Q. You never responded to this notice of | 11:04:36 |
| 15 | proposed action, did you? | 11:04:38 |
| 16 | A. I don't remember. | 11:04:47 |
| 17 | Q. Could you look at No. 8 on page 2, | 11:04:51 |
| 18 | please, where it says: "To date, this office has | 11:04:56 |
| 19 | not received a written reply in the Notice of | 11:04:57 |
| 20 | Proposed Adverse Action"? | 11:04:58 |
| 21 | Was that a correct statement as of the | 11:05:02 |
| 22 | date it was given to you, which appears to be | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

31

| | | |
|---|---|---|
| 1 | May 15, 1991? | 11:05:09 |
| 2 | A. I don't know, to be honest with you. | 11:05:11 |
| 3 | Q. Looking at No. 6 on the top of page 2, | 11:05:14 |
| 4 | did you in fact tell Officer McNeill that | 11:05:18 |
| 5 | Ms. Smith was giving you head and she wanted you | 11:05:22 |
| 6 | to give her some money? | 11:05:29 |
| 7 | A. I don't remember, but I don't think so. | 11:05:32 |
| 8 | Q. Did you later repeat to other members | 11:05:35 |
| 9 | of the Metropolitan Police Department that | 11:05:37 |
| 10 | Ms. Smith had given you head or a head job? | 11:05:41 |
| 11 | A. No. | 11:05:48 |
| 12 | Q. Have you ever otherwise been | 11:05:49 |
| 13 | disciplined or reprimanded? | 11:05:52 |
| 14 | MR. MEHIGAN: Are we done with this? | 11:05:54 |
| 15 | BY MR. GRENIER: | 11:05:55 |
| 16 | Q. Have you otherwise ever been | 11:05:56 |
| 17 | reprimanded or disciplined? | 11:05:58 |
| 18 | A. I believe for being late for court. | 11:06:02 |
| 19 | Q. Well, we covered that. I think you | 11:06:04 |
| 20 | said, what was that, two or three times? | 11:06:08 |
| 21 | A. Yes. | 11:06:09 |
| 22 | Q. Have you ever otherwise been | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664