1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------

NIGEL AUSTIN                    |   **ORIGINAL**

        Plaintiff           |

   v.                           | Case No.

THE DISTRICT OF COLUMBIA and    | 05CV02219

OFFICER DON THOMAS and          |

JOHN DOES 1-25                  |

        Defendants          |

------------------------------------


Deposition of OFFICER GEORGE R. HAWKINS, II

Washington, D.C.

Thursday, February 1, 2007

11:21 a.m.


Job No.: 1-96236

Pages 1 - 128

Reported by: Patricia G. Mitchell

Exhibit 1



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

29

1   Q   Which cell?

2   A   Cell number 3, sir.

3   Q   That would be the third one down?

4   A   Yes, sir.

5   Q   When he was handcuffed, did you handcuff him
6   behind his back?

7   A   Always, yes, sir.

8   Q   When you put him in the cell, did you lock the
9   cell?

10  A   Yes, sir.

11  Q   Did you leave the handcuffs on him?

12  A   Yes, sir.

13  Q   Why?

14  A   Why, because he was combative.

15  Q   He was combative after he was subdued?

16  A   Okay, when he had handcuffs on, we weren't
17  fighting with him.  If he was combative, right -- if he
18  was not combative, we would not have handcuffed him,
19  okay?

20  Q   After you handcuffed him, was there any time
21  between the time that you handcuffed him on the ground --

22  A   Yes, sir.

30

1   Q   -- and the time that you placed him in the cell
2   and locked it, is there any time that he was combative
3   between that time?
4   A   No, sir.
5   Q   Did you think he would become combative again?
6   A   Yes, sir.
7   Q   Why?
8   A   Listening to his mouth, his hollering and his
9   fussing and cussing, yes, sir.
10  Q   I thought you said you didn't hear any words?
11  A   When, sir?
12  Q   When did you first hear words come out of
13  Mr. Austin's mouth?
14  A   After he was in the cell, sir.
15  Q   After he was in the cell?
16  A   Yes, sir.
17  Q   So from the time his handcuffs were put on him
18  until the time he was locked in the cell, he said not a
19  word?
20  A   He said nothing.
21  Q   Did he complain about any injuries?
22  A   He said he needed to see a doctor, sir.

43

1  injured?

2  A    I don't recall him complaining about injury.

3  Q    Well, in your UFIR you said that you saw no
4  injury on Officer Thomas, correct?

5  A    Yes, sir.

6  Q    And you would have been truthful when you
7  filled that out?

8  A    Yes, sir.

9  Q    Lynn Lewis, did you see any visible sign of
10 injury on Lynn Lewis?

11 A    No, sir.

12 Q    How about yourself, did you suffer any injury?

13 A    No, sir.

14 Q    When you saw the blood on Mr. Austin, did that
15 indicate to you, yes or no, whether Mr. Austin needed
16 medical care?

17 A    Yes, sir.

18 Q    What did it indicate to you?  What did you
19 interpret seeing blood on Mr. Austin to mean?

20 A    That he needed medical -- not immediate medical
21 care.

22 Q    Not immediate medical care?

DEPOSITION OF OFFICER GEORGE R. HAWKINS, II
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

44

1   A   No, sir.

2   Q   Looking at -- I'm going to jump ahead -- but

3   looking at the next sentence: "Medical assistance shall

4   be summoned immediately if a person is physically injured

5   in any way." Are you saying that there's a particular

6   level of injury that you need to see in order to summon

7   medical assistance immediately?

8   A   Yes, sir.

9   Q   What's the difference in your mind?

10  A   If you tell me you have chest pains, I'm going

11  to call the ambulance right away, stop. But if you tell

12  me you have a toothache, we'll call somebody, send you to

13  the hospital, yes, sir.

14  Q   Well, this order doesn't distinguish between

15  types of injury, does it?

16  A   Exactly, sir.

17  Q   So how in this order are you complying with

18  that provision by not summoning medical assistance

19  immediately if Mr. Austin was physically injured in any

20  way or complained of pain?

21  A   Evidently I didn't at that time.

22  Q   Did Mr. Austin complain of pain?

45

1    A    Yes, sir.

2    Q    Should medical assistance have been summoned

3    immediately based on Mr. Austin's complaining of pain?

4    A    I think no.

5    Q    Is that what it says in the General Order here?

6    A    No, sir, it does not.

7    Q    So do you think you were acting in compliance

8    with the General Order then?

9    A    Evidently not, sir.

10   Q    Going back to the first sentence, it says there

11   shall be a verbal check of the subject to ascertain

12   whether the subject is in need of medical care.  Was that

13   done?

14   A    Did I ask him?

15   Q    Yes.

16   A    He was already saying he needed to go to the

17   doctor.

18   Q    And medical assistance was not summoned

19   immediately for him, correct?

20   A    Well, we can't make the scout car move any

21   faster than it did.

22   Q    You could call an ambulance if you needed to,