1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

———————————————

NIGEL AUSTIN,                )      Civil Action
                             )
        Plaintiff,           )      No. 05-2219(JDB)
                             )
vs.                          )
                             )
THE DISTRICT OF COLUMBIA,    )
et al.,                      )
                             )
        Defendants.          )
———————————————

VIDEOTAPED DEPOSITION OF

OFFICER DON E. THOMAS

Washington, D.C.

Friday, January 26, 2007

10:37 a.m.

Job No.: 1-95385

Pages 1 through 166

Reported by: John L. Harmonson, RPR

Exhibit 2



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

50

| | | |
|---|---|---|
| 1 | Q. So when you went to get Mr. Austin, you | 11:25:15 |
| 2 | had no thought in your mind that he might have a | 11:25:17 |
| 3 | weapon on him, correct? | 11:25:20 |
| 4 | A. I never thought about it one way or the | 11:25:22 |
| 5 | other. | 11:25:25 |
| 6 | Q. Did you handcuff Mr. Austin to bring | 11:25:28 |
| 7 | him from the cell into the processing room? | 11:25:31 |
| 8 | A. No. | 11:25:31 |
| 9 | Q. Could you have, had you so desired? | 11:25:38 |
| 10 | A. Yes. | 11:25:39 |
| 11 | Q. And what would be the circumstances | 11:25:41 |
| 12 | that would have permitted you to do that? Or | 11:25:44 |
| 13 | could you just do it at your discretion? | 11:25:47 |
| 14 | A. Well, actually, if he needed to be | 11:25:49 |
| 15 | handcuffed, I more than likely would not have | 11:25:53 |
| 16 | taken him out of the cell. There would be no | 11:25:55 |
| 17 | reason to deal with him at that point. | 11:25:58 |
| 18 | Q. So how would you get the armband on | 11:26:01 |
| 19 | him? | 11:26:01 |
| 20 | A. Let him calm down and then attempt to | 11:26:05 |
| 21 | put it on him. | 11:26:07 |
| 22 | Q. Was Mr. Austin alone in his cell when | |

53

| | | |
|---|---|---|
| 1 | been to the right as opposed to straight? | 11:27:32 |
| 2 | A.     Because the male cells are to the right | 11:27:34 |
| 3 | and females are upstairs. | 11:27:45 |
| 4 | Q.     Why did you need to get him to put an | 11:27:50 |
| 5 | armband on him? | 11:27:51 |
| 6 | A.     Because that's what we do.  We take | 11:27:53 |
| 7 | them from the cell to put the armband on them in | 11:27:56 |
| 8 | the processing room. | 11:27:57 |
| 9 | Q.     Well, the reason I'm asking you, I'm | 11:28:00 |
| 10 | wondering why that hadn't been done before you got | 11:28:04 |
| 11 | there. | 11:28:04 |
| 12 | A.     I don't know. | 11:28:04 |
| 13 | Q.     Do you know what time he arrived? | 11:28:04 |
| 14 | Strike that. | 11:28:06 |
| 15 | Do you have an understanding that he | 11:28:08 |
| 16 | was brought over from 7D? | 11:28:11 |
| 17 | A.     No, I do not. | 11:28:12 |
| 18 | Q.     Did you have paperwork that would show | 11:28:14 |
| 19 | you that? | 11:28:15 |
| 20 | A.     No. | 11:28:15 |
| 21 | Q.     You were able to check to see when he | 11:28:17 |
| 22 | had been arrested, correct? | |

54

| | | |
|---|---|---|
| 1 | A.    There would be no reason to do that if | 11:28:24 |
| 2 | he only needed an armband put on him. | 11:28:27 |
| 3 | Q.    Well, how did you come into work that | 11:28:29 |
| 4 | day and determine that Nigel Austin needed an | 11:28:33 |
| 5 | armband? | 11:28:34 |
| 6 | A.    Because the armband was laying on the | 11:28:37 |
| 7 | counter, which means his armband needs to go on | 11:28:38 |
| 8 | someone who is still there. | 11:28:38 |
| 9 | Q.    What was the significance of the | 11:28:39 |
| 10 | armband?  In other words, did it mean that someone | 11:28:42 |
| 11 | was going to be transported somewhere else? | 11:28:45 |
| 12 | A.    No. | 11:28:45 |
| 13 | Q.    Just for purposes of identification? | 11:28:47 |
| 14 | A.    Correct. | 11:28:49 |
| 15 | Q.    So I take it, then, it's something that | 11:28:52 |
| 16 | would be difficult for the inmate to remove from | 11:28:55 |
| 17 | himself? | 11:28:57 |
| 18 | A.    Somewhat. | 11:28:59 |
| 19 | Q.    What co-workers of yours, civilian or | 11:29:03 |
| 20 | MPD -- or government, I should say -- were present | 11:29:08 |
| 21 | in the central cellblock at any time during your | 11:29:10 |
| 22 | tour of duty on August 25, 2005? | |

*(Lines 1-9 bracketed in the left margin by hand.)*

57

| | | |
|---|---|---|
| 1 | Q.    So would you rotate through particular | 11:31:04 |
| 2 | tasks for each day? | 11:31:06 |
| 3 | A.    Depending upon how many people we have | 11:31:09 |
| 4 | working.  Yes and no. | 11:31:11 |
| 5 | Q.    So that particular day, | 11:31:13 |
| 6 | August 25, 2005, am I correct that you were a | 11:31:17 |
| 7 | fingerprinter, putter-back-in-cell person? | 11:31:23 |
| 8 | A.    Processor, yes. | 11:31:24 |
| 9 | Q.    Processor. | 11:31:26 |
| 10 | Other than fingerprinting, would you do | 11:31:29 |
| 11 | photographing?  Or just literally fingerprinting | 11:31:33 |
| 12 | and processing? | 11:31:36 |
| 13 | A.    The photographing is part of the | 11:31:38 |
| 14 | fingerprinting.  It's a machine that does it all. | 11:31:41 |
| 15 | Q.    Okay.  Had Mr. Austin already been | 11:31:44 |
| 16 | fingerprinted, do you know, when you arrived? | 11:31:49 |
| 17 | A.    He must have been, because that's why | 11:31:52 |
| 18 | he had the armband, and that's the last phase of | 11:31:54 |
| 19 | the processing. | 11:31:55 |
| 20 | Q.    Why -- Just for my edification, why is | 11:31:58 |
| 21 | a person processed, like fingerprinted and | 11:32:02 |
| 22 | photographed, and not armbanded at the same time? | |

60

| | | |
|---|---|---|
| 1 | would still treat him the same way. If you're | 11:34:13 |
| 2 | asking would I help him up, I don't know. | 11:34:16 |
| 3 | Q. When you first saw Mr. Austin, did he | 11:34:19 |
| 4 | appear to have any manifestations or physical | 11:34:23 |
| 5 | appearance of injury anywhere around his face? | 11:34:27 |
| 6 | A. Not to my knowledge. | 11:34:32 |
| 7 | Q. And am I correct he had already been | 11:34:35 |
| 8 | photographed before you went and got him in the | 11:34:38 |
| 9 | cell -- from the cell, correct? | 11:34:40 |
| 10 | A. He had to have been, because that's why | 11:34:44 |
| 11 | he had the armband on the counter with his picture | 11:34:47 |
| 12 | on it. | 11:34:48 |
| 13 | Q. And just so we're clear, you did not | 11:34:51 |
| 14 | handcuff Mr. Austin when you removed him from the | 11:34:55 |
| 15 | cell, correct? | 11:34:56 |
| 16 | A. That's correct. | 11:34:57 |
| 17 | Q. Or put any shackles or anything on his | 11:35:00 |
| 18 | legs, correct? | 11:35:01 |
| 19 | A. That's correct. | 11:35:02 |
| 20 | Q. When you escort someone such as | 11:35:04 |
| 21 | Mr. Austin -- and if you remember specifically | 11:35:06 |
| 22 | with respect to him, please tell me -- do you hold | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

64

| | | |
|---|---|---|
| 1 | BY MR. GRENIER: | 11:37:25 |
| 2 | Q.   Did Mr. Austin comply with your | 11:37:27 |
| 3 | instruction to go into the processing room? | 11:37:34 |
| 4 | A.   Yes. | 11:37:35 |
| 5 | Q.   And where did you lead him to once you | 11:37:38 |
| 6 | got into the processing room? | 11:37:42 |
| 7 | A.   I believe to one of the attorney/client | 11:37:48 |
| 8 | interview rooms. | 11:37:49 |
| 9 | Q.   Was that a typical procedure for you to | 11:37:51 |
| 10 | take someone who needed an armband and put them in | 11:37:55 |
| 11 | an attorney/prisoner interviewing room? | 11:37:59 |
| 12 | A.   Sometimes. | 11:37:59 |
| 13 | Q.   Did you leave him there alone? | 11:38:01 |
| 14 | A.   Yes. | 11:38:02 |
| 15 | Q.   Was he alone when you left him in the | 11:38:06 |
| 16 | attorney/prisoner interviewing room? | 11:38:08 |
| 17 | A.   Was he what? | 11:38:10 |
| 18 | Q.   Was he alone when you left him in the | 11:38:12 |
| 19 | attorney/prisoner interviewing room? | 11:38:15 |
| 20 | A.   To my knowledge, yes. | 11:38:16 |
| 21 | Q.   What furniture was in that particular | 11:38:19 |
| 22 | attorney/prisoner interviewing room at the time | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664

69

1  interviewing room?  11:53:14

2  A. Yes.  11:53:14

3  Q. How much time passed from the time you  11:53:15

4  left Mr. Austin in the attorney/prisoner  11:53:19

5  interviewing room and spoke to him again?  11:53:27

6  A. A few minutes or so.  11:53:31

7  Q. Three minutes?  11:53:34

8  A. I can't be exact. A few minutes later.  11:53:42

9  Q. How many other prisoners or inmates  11:53:47

10  were you working on their files while you were  11:53:50

11  gone from Mr. Austin after you dropped him off in  11:53:54

12  the prisoner interviewing room and spoke to him  11:53:58

13  again?  11:54:00

14  A. I'm not quite sure I understand the  11:54:02

15  question.  11:54:02

16  Q. I'm trying to get an understanding of  11:54:04

17  what you did from the time you put Mr. Austin in  11:54:08

18  the attorney/prisoner interviewing room and spoke  11:54:12

19  with him again.  11:54:13

20  A. What I was doing?  11:54:15

21  Q. Yes.  11:54:16

22  A. I was putting information in the live

70

| | | | |
|---|---|---|---|
| 1 | | scan machine so that I could fingerprint someone | 11:54:22 |
| 2 | | else. | 11:54:23 |
| 3 | Q. | Is that a computer? | 11:54:24 |
| 4 | A. | Yes. | 11:54:24 |
| 5 | Q. | Is that physically in the processing | 11:54:26 |
| 6 | | room? | 11:54:27 |
| 7 | A. | Yes. | 11:54:27 |
| 8 | Q. | Is it on a desk? | 11:54:29 |
| 9 | A. | No. | 11:54:30 |
| 10 | Q. | Where is it? | 11:54:31 |
| 11 | A. | It's in the processing room. | 11:54:33 |
| 12 | Q. | Right.  But is it sitting on the floor? | 11:54:36 |
| 13 | A. | Against the wall. | 11:54:37 |
| 14 | Q. | So you stand while you use it? | 11:54:39 |
| 15 | A. | Yes. | 11:54:41 |
| 16 | Q. | And how far physically was the -- | 11:54:43 |
| 17 | | what's it called, the live scan machine? | 11:54:46 |
| 18 | A. | Yes. | 11:54:47 |
| 19 | Q. | How far physically was the live scan | 11:54:49 |
| 20 | | machine from the doorway of the room where | 11:54:52 |
| 21 | | Mr. Austin was left? | 11:54:57 |
| 22 | A. | About five steps. | |

129

| | | |
|---|---|---|
| 1 | Q. | Did you ever tell a FIT investigator that you thought it was 3-by-5? | 13:03:51 |
| 2 | | | 13:03:53 |
| 3 | A. | No. | 13:04:01 |
| 4 | Q. | Was Mr. Austin left handcuffed after he was put in the cell after being subdued? | 13:04:03 |
| 5 | | | 13:04:07 |
| 6 | A. | Yes. | 13:04:08 |
| 7 | Q. | Why? | 13:04:13 |
| 8 | A. | I don't know. | 13:04:14 |
| 9 | Q. | Was that appropriate protocol? | 13:04:17 |
| 10 | A. | For the cellblock it is, yes. | 13:04:19 |
| 11 | Q. | How many other inmates were in cells with handcuffs on behind their back at the time you put Mr. Austin in the cell after being subdued? | 13:04:22 |
| 15 | A. | I don't think there were any more. | 13:04:38 |
| 16 | Q. | How many other people -- let's start with males -- were in the cellblock, in cells, at the time Mr. Austin was placed back into a cell after being subdued? | 13:04:40 |
| 20 | A. | I don't know. | 13:04:56 |
| 21 | Q. | More than 25? | 13:05:00 |
| 22 | A. | I really don't know.  There were some | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

134

| | | |
|---|---|---|
| 1 | that determination, what -- what happens. | 13:09:25 |
| 2 | Q.    How would a supervisor know he has to | 13:09:28 |
| 3 | go to the bathroom? | 13:09:29 |
| 4 | A.    I don't know. | 13:09:41 |
| 5 | Q.    Who made the decision to leave | 13:09:43 |
| 6 | Mr. Austin restrained with handcuffs on behind his | 13:09:46 |
| 7 | back when he was placed in his cell after being | 13:09:50 |
| 8 | subdued? | 13:09:53 |
| 9 | A.    I don't know. | 13:09:54 |
| 10 | Q.    Well, they were your handcuffs, weren't | 13:09:56 |
| 11 | they? | 13:09:57 |
| 12 | A.    Yes. | 13:09:57 |
| 13 | Q.    So were you handcuffless after you put | 13:10:01 |
| 14 | Mr. Austin in the cell? | 13:10:04 |
| 15 | A.    Temporarily. | 13:10:05 |
| 16 | Q.    Did you go get another pair somewhere? | 13:10:07 |
| 17 | A.    I didn't need to actually go get a | 13:10:10 |
| 18 | pair.  There are pairs on each side just in case | 13:10:13 |
| 19 | we need them. | 13:10:14 |
| 20 | Q.    Do you keep them on you, on your body? | 13:10:16 |
| 21 | A.    Normally I do. | 13:10:17 |
| 22 | Q.    So did you go retrieve another pair and | |

VIDEOTAPED DEPOSITION OF OFFICER DON E. THOMAS
CONDUCTED ON FRIDAY, JANUARY 26, 2007

135

| | | |
|---|---|---|
| 1 | put them on you? | 13:10:22 |
| 2 | A. No. | 13:10:24 |
| 3 | Q. Could you have made the decision to | 13:10:28 |
| 4 | take the handcuffs off Mr. Austin when he was put | 13:10:31 |
| 5 | in the cell after being subdued? | 13:10:40 |
| 6 | A. Yes and no. | 13:10:42 |
| 7 | Q. Well, let me ask it this way: Did any | 13:10:44 |
| 8 | of your supervisors -- and I assume that only | 13:10:47 |
| 9 | includes Hawkins -- instruct you to leave | 13:10:51 |
| 10 | Mr. Austin in handcuffs after being subdued and | 13:10:54 |
| 11 | put in the cell? | 13:10:56 |
| 12 | A. No. | 13:10:56 |
| 13 | Q. Did anyone else suggest to you or | 13:11:00 |
| 14 | instruct you to leave Mr. Austin with handcuffs on | 13:11:03 |
| 15 | behind his back after being subdued and put in the | 13:11:06 |
| 16 | cell? | 13:11:07 |
| 17 | A. No. | 13:11:08 |
| 18 | Q. So then in your mind, at the time, do | 13:11:11 |
| 19 | you think you had authority, if you wanted to, to | 13:11:14 |
| 20 | take off Mr. Austin's handcuffs that were behind | 13:11:18 |
| 21 | his back when you put him into the cell after | 13:11:21 |
| 22 | being subdued? | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664