```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
 2
    ------------------------------------:
 3  NIGEL AUSTIN,                       :      ORIGINAL

 4              Plaintiff               :

 5         v.                           :  Case No.
                                        :  05CV02219
 6  THE DISTRICT OF COLUMBIA            :
    and                                 :
 7  OFFICER DON THOMAS                  :
    and                                 :
 8  JOHN DOES 1 - 25,                   :

 9              Defendants              :
    ------------------------------------:
10                                  Washington, D.C.

11                            Monday, December 11, 2006

12  Video Deposition of:

13              OFFICER RHONDA CROWDER

14  called for oral examination by counsel for

15  Plaintiff, pursuant to notice, at the Law Offices

16  of Bode and Grenier LLP, 1150 Connecticut Avenue,

17  N.W., Ninth Floor, Washington, D.C., 20036., before

18  Patricia A. Edwards of Capital Reporting, a Notary

19  Public in and for the District of Columbia,

20  beginning at 11:24 a.m., when were present on

21  behalf of the respective parties:

22                                         Exhibit 3
```

Page 52

1           MR. GRENIER:  No.  I think she said --
2    she said --
3    BY MR. GRENIER:
4        Q    You said processed; correct?
5        A    Processing is --
6           MR. MEHIGAN:  Then I'm confused.
7    BY MR. GRENIER:
8        Q    All right.  Had Mr. Austin already
9    been processed when you arrived at work that
10   day?
11       A    Yes.
12       Q    And that involves fingerprinting,
13   taking a picture, and assigning an arm band?
14       A    He hadn't got his arm band.
15       Q    Okay.  Did you have to assume any
16   tasks when you arrived at work with respect to
17   Mr. Austin's processing?
18       A    Put an arm band on him.
19       Q    Okay.  So you dealt with Mr. Austin
20   prior to speaking with him immediately before
21   the incident; is that right?
22       A    No.