Case 1:05-cv-02219-JDB   Document 66-6   Filed 06/18/2007   Page 1 of 3
NIGEL JABOH AUSTIN
Austin v. District of Columbia, et al.                              1/31/2007

```
                                                              1

 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF COLUMBIA

 3    - - - - - - - - - - - - - - -x

 4    NIGEL AUSTIN,                  :

 5             Plaintiff,            :

 6             -vs-                  : 05-2219(JDB)

 7    DISTRICT OF COLUMBIA, et al,   :

 8             Defendants.           :

 9    - - - - - - - - - - - - - - -x

10                              Washington, D.C.

11                       Wednesday, January 31, 2007

12         Deposition of:

13              NIGEL JABOH AUSTIN,

14    a witness, called for examination by counsel on

15    behalf of the defendant at the offices of the

16    Attorney General, 441 4th Street, Suite 600,

17    Washington. D.C. beginning at 12:00 p.m. before

18    Kim Wolford, a Notary Public and court reporter in

19    and for the District of Columbia, when were

20    present on behalf of the respective parties:

21
                                       Exhibit 5
22
```

Austin v. District of Columbia, et al.                                1/31/2007

49

1    you moved to the house?

2         A.    No, it just a house.  It was a party in

3    the house.

4         Q.    Okay.

5         A.    So we left out, and the car gone, my

6    friend car gone.  So we called up his friend, came

7    from Southeast, came and picked us up.  I didn't

8    even know it was a stolen car.

9         Q.    You were not prosecuted for that or?

10        A.    No.

11        Q.    They just dropped the charges?

12        A.    Yes.

13        Q.    Was that an arrest in Maryland or

14   Washington?

15             MR. TISHLER:  Objection.

16             THE WITNESS:  Maryland.

17   BY MR. ANDERSON:

18        Q.    In Prince George's County?  In

19   Montgomery?

20        A.    Montgomery County.

21        Q.    Then your -- either your one or two

22   other arrests?

```
                                                              51

 1    locked me up for that.

 2         Q.    You were driving your own car?

 3         A.    Yes.

 4         Q.    So nothing happened as a result of

 5    that?

 6         A.    Paid the fine and came home.

 7         Q.    On August 25th, 2005, that was not your

 8    first time in the central cell block?  Or had you

 9    been there before?

10         A.    No.  That was my first time in central

11    cell.

12         Q.    The other times you were what?  Just

13    released from the District somewhere?

14         A.    Seventh District, Seventh District both

15    times.  The alcohol and the unregistered vehicle

16    in Montgomery, it was called -- I forgotten the

17    name of the precinct.  Looks like it was a holding

18    cell.

19         Q.    So you think maybe you got to the

20    central cell block somewhere around noon.  When

21    you got there, what happened?  Were you put in a

22    cell?
```