UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NIGEL AUSTIN, | ) |
| Plaintiff, | ) Case No. 05-2219(JDB) |
| v. | ) |
| THE DISTRICT OF COLUMBIA, et al. | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANT OFFICER DON THOMAS' <u>ADDENDUM EXPERT REPORT</u>**

Plaintiff Nigel Austin ("Mr. Austin"), through undersigned counsel, moves this Court for an Order striking the addendum expert report of Paul Mazzei, filed by Defendant Thomas on June 8, 2007.

Plaintiff's supporting Memorandum and a proposed Order are filed herewith.

        Respectfully submitted,

        NIGEL AUSTIN

        By:    *Peter C. Grenier /s/*
                    Peter C. Grenier (D.C. Bar No. 418570)
                    Bode & Grenier, L.L.P.
                    1150 Connecticut Avenue, N.W.
                    Ninth Floor
                    Washington, D.C.  20036
                    (202) 828-4100
                    (202) 828-4130 (fax)
                    *Counsel for Plaintiff*

Dated: June 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June 2007, I served a true and accurate copy of the foregoing Plaintiff's Motion to Strike Defendant Officer Don Thomas' Addendum Expert Report, including all exhibits and attachments, by electronic case filing and U.S. Mail, postage-prepaid upon:

    Philip Lattimore III, Esquire
    Chief, General Litigation Sec. III
    Steven J. Anderson, Esquire
    Assistant General Counsel
    441 4th Street, N.W.
    6th Floor North
    Washington, DC 20001
    *Attorney for Defendant District of Columbia*

    Patrick Senftle, Esquire
    PRESSLER & SENFTLE, P.C.
    927 15th Street, N.W.
    Twelfth Floor
    Washington, D.C. 20005
    *Counsel for Defendant*
    *Officer Don Thomas*

                                                  *Peter C. Grenier /s/*
                                                  Peter C. Grenier

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
                                           )
**NIGEL AUSTIN,**                          )
                                           )
                                           )
       **Plaintiff,**                  ) Case No. 05-2219(JDB)
                                           )
   **v.**                                  )
                                           )
**THE DISTRICT OF COLUMBIA, et al.**       )
                                           )
       **Defendants.**                 )
_____)

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION TO STRIKE
DEFENDANT OFFICER DON THOMAS' ADDENDUM EXPERT REPORT**

      Plaintiff Nigel Austin requests that this Court strike Defendant Officer Don Thomas' ("Thomas'") addendum report of Paul Mazzei.

      On or about June 8, 2007, Defendant Thomas filed an addendum expert report prepared by Paul Mazzei.  For the sake of brevity, Plaintiff incorporates by reference all arguments set forth in Plaintiff's Opposition to Defendant Thomas' Motion to Supplement Expert Disclosures, dated May 15, 2005, in support of his Motion to Strike.

      WHEREFORE, Plaintiff respectfully requests that the Court strike Defendant Thomas' addendum report of Paul Mazzei.  A proposed Order is attached hereto.

                                        Respectfully submitted,

                                        ___*Peter C. Grenier/s/*_____
                                        Peter C. Grenier (D.C. Bar No. 418570)
                                        Bode & Grenier, L.L.P.
                                        1150 Connecticut Avenue, N.W.
                                        Ninth Floor
                                        Washington, D.C.  20036
                                        (202) 828-4100
                                        (202) 828-4130 (fax)
                                        *Counsel for Plaintiff*