UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
                                      )

**NIGEL AUSTIN,**                )

      **Plaintiff,**       )  **Case No. 05-2219(JDB)**

      v.                 )

**THE DISTRICT OF COLUMBIA, et al.**  )

      **Defendants.**   )
_____)

## ORDER

Upon consideration of Plaintiff Nigel Austin's Motion to Strike the Addendum Expert Report of Paul Mazzei,

it is this ____ day of _____, 2007

**ORDERED** that the Addendum Expert Report is hereby stricken.

_____
Judge John D. Bates