IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIGEL AUSTIN           :
                       :
        Plaintiff,     :
                       :
v.                     :      CASE No. 1:05-CV-02219 (JDB)
                       :
THE DISTRICT OF COLUMBIA, et al.  :
                       :
        Defendants.    :

## DEFENDANT THOMAS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO SUBMIT PRETRIAL STATEMENT

Defendant Officer Don Thomas, through counsel, moves for an enlargement of time of three days for the parties to submit a joint pretrial statement on June 28, 2007. The basis for this motion is that the parties are working to submit a joint pretrial statement and seek more time to allow a thorough exchange of drafts. The parties particularly seek more time to submit joint jury instructions which involves the formation of instructions from a complex body of law. This brief enlargement will help the parties to submit a complete pretrial statement and to narrow the issues at the Pretrial Conference.

Respectfully submitted,

/s/ Patrick G. Senftle
Patrick G. Senftle #412191
James W. Pressler, Jr. #221051

PRESSLER & SENFTLE, P.C.
927 15th Street, N.W. - 12th Floor
Washington, D.C. 20005
(202) 822-8384

*Attorneys for Defendant Thomas*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Defendant Thomas' Motion for Enlargement of Time and proposed Order was electronically served this 25th day of June, 2007 on Peter C. Grenier, Esq., 1150 Connecticut Avenue, N.W., Ninth Floor, Washington, D.C. 20036 and Steven J. Anderson, Esq., 441 Fourth Street, N.W., Suite 600S, Washington, D.C. 20001.

                                                      /s/ Patrick G. Senftle
                                                     Patrick G. Senftle

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIGEL AUSTIN                              :
                                          :
        Plaintiff,                        :
                                          :
v.                                        :   CASE No. 1:05-CV-02219 (JDB)
                                          :
THE DISTRICT OF COLUMBIA, et al.          :
                                          :
        Defendants.                       :

### ORDER

Upon consideration of the Defendant Thomas' Consent Motion for Enlargement of Time, it is this _____ day of June, 2007

**ORDERED** that the motion is hereby **GRANTED**; and it is further

**ORDERED** that the parties' joint pretrial statement shall be filed no later than June 28, 2007.

_____
John D. Bates
United States District Judge

copies to:

James W. Pressler, Jr., Esq.
Patrick G. Senftle, Esq.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005

Peter C. Grenier, Esq.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036

Steven J. Anderson, Esq.
441 Fourth Street, N.W,
Suite 600S
Washington, D.C. 20001

2