UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

NIGEL AUSTIN, :
:
    Plaintiff, :
:
v. :
: CA no. 05-02219 (JDB)
DISTRICT OF COLUMBIA, *et al*., :
:
    Defendants. :
_____:

## DEFENDANT THOMAS' PROPOSED JURY INSTRUCTIONS

    Defendant Don Thomas submits the following District of Columbia Pattern Jury Instructions.

    1-3    Significance of Party Designations
    1-11   Equality of Litigants

    2-1    Evidence in the Case
    2-4    Inadmissible and Stricken Evidence

    3-9    Adopting Prior Inconsistent Statements
    3-10   Charts and Summaries

    4-3    Multiple Defendants
    4-5    Consideration of the Evidence-Corporate Party's Agent's and Employees

    5-12   Proximate Cause Defined

    6-1    Establishing Employer-Employee Relationship
    6-2    Vicarious Liability-Basis
    6-3    Agency or Scope of Employment Conceded

    12-2   Extent of Damages – Proximate Cause
    12-4   Multiple Defendants-Size of Verdict

    13-1   Damages-Elements

    16-1   Punitive damages (Defendant not a Corporation)
    16-3   Computation of Punitive Award

Defendant Thomas has attached hereto non-standard instructions and reserves the right to submit additional non-standard instructions based on evidence admitted at trail.

Respectfully submitted,

*Patrick G. Senftle /s/*_____
Patrick G. Senftle, Esquire
James Pressler, Esquire
PRESSLER & SENFTLE, P.C.
927 15th Street, N.W.
Twelfth Floor
Washington, D.C. 20005
*Counsel for Defendant*
*Officer Don Thomas*

Dated: June 27, 2007