UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NIGEL AUSTIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-2219 (JDB) |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT *VOIR DIRE*

THE PARTIES, through undersigned counsel, hereby submit their Joint *Voir Dire*. The Parties separate proposed Voir Dire are attached hereto as Exhibits A and B.

1.   Do any of you know Nigel Austin, Officer Don Thomas, or have you heard anything or seen any news programs about the incident that is the subject of the lawsuit?

2.   Nigel Austin is represented at trial by Peter Grenier and Jeremy Tishler from the law firm of Bode and Grenier, LLP. Do any of you know Mr. Grenier or Mr. Tishler, or any other attorneys or employees that work, or have previously worked, at Bode and Grenier, LLP?

3.   Have any of you, your spouse, any member of your immediate family, or close friends ever been represented by Mr. Grenier, Mr. Tishler or any of the attorneys at Bode and Grenier, LLP?

4.   Have any of you, your spouse, any member of your immediate family, or close friends ever been involved in any type of legal action where Mr. Grenier, Mr. Tishler or any other attorneys at Bode and Grenier, LLP were involved?

5.   Officer Don Thomas is represented at trial by Patrick Senftle from the law firm of Pressler & Senftle, PC. Do any of you know Mr. Senftle, or any other attorneys or employees that work, or have previously worked, at Pressler & Senftle, PC?

6.   Have any of you, your spouse, any member of your immediate family, or close friends ever been represented by Mr. Senftle or any of the attorneys at Pressler & Senftle, PC?

7. Have any of you, your spouse, any member of your immediate family, or close friends ever been involved in any type of legal action where Mr. Senftle or any other attorneys at Pressler & Senftle, PC were involved?

8. The District of Columbia is represented at trial by Steven Anderson from the Office of the Attorney General for the District of Columbia. Do any of you know Mr. Anderson, or any other attorneys or employees that work, or have previously worked, at the Attorney General's office?

9. Have any of you, your spouse, any member of your immediate family, or close friends ever been involved in any type of legal action where Mr. Anderson or any other attorneys at the Office of the Attorney General for the District of Columbia were involved?

10. The following persons may be called as witnesses in this trial: **Identify from Joint Pre-Trial Statement** Do any of you know any of these individuals?

11. Have any of you, your spouse, members of your family, or close friends ever made a claim or filed a lawsuit alleging that you had been injured by someone else? If yes, did the suit settle or go to trial? Were you satisfied with the result?

12. Have any of you, your spouse, members of your immediate family, or close friends ever had a claim or lawsuit filed against you or them alleging that you or they were responsible for any injury? If yes, did the suit settle or go to trial? Were you satisfied with the result?

13. Have you or any member of your family ever sued the District of Columbia, or the District of Columbia Metropolitan Police Department ("MPD"), or made a claim for money against the District of Columbia? (If so, please give details).

14. Do any of you, your spouse, members of your immediate family, or close friends have any experience in investigating or handling claims for injuries?

15. Do any of you, your spouse, members of your immediate family, or close friends have any training or experience in law, or have worked for an attorney, law firm, or Court system?

16. Have any of you, your spouse, members of your immediate family, or close friends ever been employed in the law enforcement profession, for example, as a correctional officer, police officer, FBI agent, or similar type of job?

17. Has any member of this jury panel ever been associated, affiliated or dealt with any facility of the District of Columbia Metropolitan Police Department? If so, please state:
        (a) In what capacity;
        (b) The length of time;

       (c) The year and month the association terminated;
       (d) The reason for which the association was terminated.

18. Have any of you, your spouse, members of your immediate family, or close friends ever had any training or experience in medicine or the fields of social work, psychology or psychiatry?

19. Have any of you, your spouse, members of your immediate family, or close friends ever been employed in the health-care profession, including but not limited to, employment as a nurse, physician, emergency medical technician, medic, or otherwise employed in a hospital or doctor's office?

20. Has anyone on the jury panel ever served as an employee of the District of Columbia, any of its agencies or departments, or any city government?

21. If the answer to number 20 is Yes, please state what agency, and by whom you were employed? The length of time? What duties you performed? The reason, if any, for the termination of the employment relationship. Did your duties bring in contact with the Metropolitan Police Department? If so, in what capacity were you involved with the Metropolitan Police Department?

22. Have any of you ever previously served on any jury in a civil or criminal trial, or testified as a witness in a trial?

23. Have any of you ever sat on a jury in a case involving the any police department, including the District of Columbia Police Department? If so, what was the outcome of the case?

24. Have any of you, your spouse, members of your immediate family, or close friends ever been arrested, convicted of a crime, or detained or incarcerated for any period of time in a jail, prison, or other correctional facility?

25. Have any of you, your spouse, members of your immediate family, or close friends ever been detained, held or incarcerated in the Central Cell Block, located at 300 Indiana Avenue, NW, Washington, DC?

26. Have any of you, your spouse, members of your immediate family, or close friends ever been victims of an assault, battery or any other type of violent crime?

27. Have any of you, your spouse, members of your immediate family, or close friends ever been witnessed an assault, battery or any other type of violent crime?

28. Have any of you, your spouse, members of your immediate family, or close friends ever had any interactions with any law enforcement officials that was either so good or so bad that it would affect your ability to render a fair, unbiased and impartial verdict in this case?

29. Has any member of the jury ever suffered a fractured jaw? If yes, there is evidence in this case that plaintiff suffered a broken jaw. Would this fact affect your ability to be fair in a case where the plaintiff suffered a fractured jaw?

30. Do any of you have any personal reservations, or reluctance or concerns – or any religious, moral or philosophical reasons or beliefs – with awarding money damages for a personal injury, such that it would make it difficult for you to award a substantial verdict in this case?

31. Do any of you believe that police officers should not be sued for actions arising out of their duties as police officers?

32. Does any member of this jury panel have a positive or negative attitude toward the operations of the District of Columbia Government, the operations of any of its agencies or the abilities of any of its employees or officials?

33. Is there anything in your background or experience, or in anything that you have read, seen, or heard, that would make you unwilling to follow the instructions of law given to you in this case or would cause you to limit the amount of money in a verdict entered in this case?

34. Do any of you know of any reason why you would not be able to render a fair and impartial verdict as to both liability or fault and damages based on the Court's instructions as to the law of the District of Columbia?

35. It is anticipated that the trial of this case could take approximately four days. Is there any member of the jury panel who has any personal reason which would make them unable for any reason to sit as a juror, including for this period of time? For example, do any of you have any commitments or other reasons why you could not serve for this length of time?

36. Is there any member of the panel who would have a difficult time hearing, seeing, or understanding the witnesses during the trial or any other medical condition that would make you feel that you would not be able to sit as a juror on this case and give your full time and attention to it?

37. Is there anything about this case that you have heard or has been suggested to you in the preceding questions which makes you believe that you could not, after hearing all of the evidence and the Court's instruction, render a fair and impartial verdict at the conclusion of this case?

38. Do any of you have any reason why you would prefer to be a juror in this case?

39. Do any of you have any reason why you would prefer not to be a juror in this case?

**NOTE – FOR USE ONLY IF PLAINTIFF'S MOTION IN LIMINE REGARDING PLAINTIFF'S FELONY CONVICTIONS AND CRIMINAL RECORD IS DENIED**

40. Do any of you believe for any reason that a person with a prior criminal record is any less entitled to enforce his legal rights in a case such as this?

        Respectfully submitted,

By:    *Peter C. Grenier /s/*_____
        Peter C. Grenier (D.C. Bar No. 418570)
        Bode & Grenier, L.L.P.
        1150 Connecticut Avenue, N.W.
        Ninth Floor
        Washington, D.C. 20036
        (202) 828-4100
        (202) 828-4130 (fax)
        *Counsel for Plaintiff*

        *Patrick G. Senftle /s/*_____
        Patrick G. Senftle, Esquire
        James Pressler, Esquire
        PRESSLER & SENFTLE, P.C.
        927 15th Street, N.W.
        Twelfth Floor
        Washington, D.C. 20005
        *Counsel for Defendant*
        *Officer Don Thomas*

        *Steve J. Anderson /s/*_____
        Philip Lattimore III, Esquire
        Chief, General Litigation Sec. III
        Steven J. Anderson, Esquire
        Assistant General Counsel
        441 4th Street, N.W.
        6th Floor North
        Washington, DC 20001
        *Counsel for Defendant District of Columbia*