**PLAINTIFF'S PROPOSED *VIOR DIRE***

1.      This case involves allegations that a Metropolitan Police Officer violated the civil rights of a private citizen being held at the Central Cell Block.  Do any of you have any preconceived notions about law enforcement or law enforcement personnel that would preclude you from participating impartially and fairly in this case?


2.      Do any of you believe that police officers or other law enforcement personnel are in any manner above the law, or that they should be treated differently in the eyes of the law?

3.      When a person is injured as a result of the acts or omissions of another, he is entitled to money damages to compensate him fully for pain and suffering.  Our system of law provides that such a person be given money to compensate for the loss of his health and enjoyment of life, even if the plaintiff no longer appears to be injured.  Is anyone on this panel uncomfortable with this notion?

4.      Have any of you read, seen, or heard any newspaper or magazine articles, advertising, television or radio programs or announcements, letters or other information of any kind that discusses "tort reform" or changing our legal system concerning the amount of money damages in verdicts for plaintiffs in personal injury cases?
5.      Do any of you have any preconceived notions or opinions regarding lawsuits and their impact on insurance or taxes?

6.      This is a civil case rather than a criminal matter.  Plaintiff has the burden of proof by a preponderance of evidence, *i.e.* that the evidence for a proposition, when weighed against the evidence opposed to it, has the more convincing force and produces in your minds the belief that what is sought to be proved is more likely true than not true.  This is a lesser burden than the burden of proof in a criminal case, where the government must prove its case beyond a reasonable doubt.  Would any member of the panel have difficulty applying the preponderance of evidence standard of proof in this case?

7.      Do each of you understand that in a criminal case if the prosecutor wins the case the defendant is found guilty of the crime and is sentenced by the court.  But that is not true in a civil case.  In a civil case, if the plaintiff prevails, the defendant is not found guilty of anything and cannot be punished, but rather the plaintiff gets damages.

8.      Do any of you believe that people who claim to have been injured by the misconduct of the government should not receive compensation for those injuries from the government?

9.      Do any of you have a belief as to whether, if warranted, punitive damages should not be awarded against police officers, even if the plaintiff proves that the police officers willfully or deliberately disregarded the plaintiff's rights?

10.     Do any of you believe that there is a "litigation crisis" in that too many civil lawsuits are brought by too many plaintiffs or that money verdicts in such cases are too high?

11.     Have any of you, your spouse, members of your immediate family, or close friends ever been the victim of a crime?

12.     Do any of you believe that victims of a potential crime should rely solely on the criminal justice system and not file suits in the civil courts and under the civil laws to receive compensation or punish the wrongdoer?

13.     The plaintiff, Nigel Austin, is not just suing Officer Don Thomas, but is also suing the District of Columbia.  Does anyone have any beliefs one way or the other as to whether the District of Columbia should be held legally responsible for the wrongful acts of its police officers?

14.     You will be hearing the testimony of numerous police officers relating to their perceptions of the incident which is the subject of this lawsuit.  Do any of you believe that a police officer's testimony is more credible than a non-police officer?