**Defendants' Proposed *Voir Dire***

1. The evidence in this case will show that plaintiff suffered a fractured jaw while he was in police custody. Based on this limited information, is there any member of the jury panel who has feels strongly that plaintiff must be compensated regardless of what the other evidence introduced may show?

2.      Do any of you hold any personal animosity against any police officers or law enforcement officials?