UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NIGEL AUSTIN**<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | Civil Action No. 05-2219 (JDB |

## ORDER

Pursuant to the Status Conference held on this date, and upon consideration of the entire record herein, it is this 8th day of February, 2007, hereby

**ORDERED** that this matter shall be referred to Magistrate Judge Facciola for the sole purpose of the facilitation of settlement discussions for a period to begin on February 19, 2007 and to conclude by not later than April 19, 2007; it is further

**ORDERED** that the trial in this matter shall commence on July 23, 2007; it is further

**ORDERED** that the pre-trial conference shall be held on July 2, 2007 at 11:00 a.m.; it is further

**ORDERED** that motions in limine, including any Daubert motions, are due by not later than May 15, 2007, with oppositions due by not later than May 29, 2007, and replies, if any, due by not later than June 6, 2007; it is further

**ORDERED** that the parties shall submit a pretrial statement in the form prescribed by

Local Civil Rule 16.5, proposed voir dire questions, and proposed jury instructions by not later than June 18, 2007; and it is further

**ORDERED** that pretrial statements and proposed voir dire questions and jury instructions shall be submitted jointly to the extent possible and shall be provided to chambers on CD (WordPerfect format).

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date:   February 8, 2007