UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
|                                      | )
| **NIGEL AUSTIN,**                    | )
|                                      | )
|         **Plaintiff,**               | ) Case No. 05-2219(JDB)
|                                      | )
|         v.                           | )
|                                      | )
| **THE DISTRICT OF COLUMBIA, et al.** | )
|                                      | )
|         **Defendants.**              | )
|_____| )

## ORDER

Upon consideration of Plaintiff's (1) Motion for Leave to File a Supplemental Motion *In Limine*, and (2) Supplemental Motion *In Limine*, and any opposition thereto, it is this _____ day of _____, 2007, hereby ORDERED:

That Plaintiff's Motion to File a Supplemental Motion *In Limine* is hereby GRANTED, and Plaintiff's Supplemental Motion *In Limine* is GRANTED, and it is further ORDERED:

That Defendants, at the trial of this case, shall not offer any evidence, directly or indirectly, regarding Plaintiff's June 19, 2007 arrest and/or criminal charges.

_____
Judge, U.S. District Court for the District of Columbia