UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NIGEL AUSTIN )<br>)<br>    Plaintiff, )<br>)<br>   v. )<br>)<br>DISTRICT OF COLUMBIA, *et al*. )<br>)<br>    Defendants. )<br>_____) | Case No. 05-2219 (JDB) |

### PLAINTIFF'S OBJECTIONS TO DEFENDANTS' <u>PRETRIAL EXHIBITS</u>

Plaintiff, through counsel Bode and Grenier, LLP, hereby submits his objections to Defendants' Pretrial Exhibits as follows:

1. Plaintiff objects to Exhibit 1 on the grounds that it is irrelevant, cumulative and unfairly prejudicial.

2. Plaintiff objects to Exhibit 4 on the grounds that it is irrelevant and unfairly prejudicial.

3. Plaintiff objects to Exhibit 5 on the grounds that is irrelevant, unfairly prejudicial and contains hearsay

4. Plaintiff objects to Exhibit 6 on the grounds that it is irrelevant, unfairly prejudicial and contains hearsay.

5. Plaintiff objects to Exhibit 7 on the grounds that it is irrelevant, unfairly prejudicial and contains hearsay.

6. Plaintiff objects to Exhibit 11 on the grounds that it is unfairly prejudicial in its unredacted form.

7. Plaintiff objects to Exhibits 13, 14, and 15 on the grounds that they are irrelevant and contain hearsay.

Respectfully submitted,

NIGEL AUSTIN

By:   *Peter C. Grenier /s/*_____
Peter C. Grenier (D.C. Bar No. 418570)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036
*Counsel for Plaintiff*


CERTIFICATE OF SERVICE


I hereby certify that on the 29th day of June 2007, I served a true and accurate copy of the foregoing Objections to Defendants' Exhibits by electronic case filing and U.S. Mail, postage-prepaid upon:

Philip Lattimore III, Esquire
Chief, General Litigation Sec. III
Steven J. Anderson, Esquire
Assistant General Counsel
441 4th Street, N.W.
6th Floor North
Washington, DC 20001
*Attorney for Defendant District of Columbia*

Patrick Senftle, Esquire
PRESSLER & SENFTLE, P.C.
927 15th Street, N.W.
Twelfth Floor
Washington, D.C. 20005
*Counsel for Defendant*
*Officer Don Thomas*


_____*Peter C. Grenier /s/*_____
Peter C. Grenier