UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NIGEL AUSTIN** | ) ) ) | |
| Plaintiff, | ) ) | Case No. 05-2219 (JDB) |
| v. | ) ) ) | |
| **DISTRICT OF COLUMBIA**, *et al.* | ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS'**
**DESIGNATIONS OF NIGEL AUSTIN'S DEPOSITION**

Plaintiff, through counsel Bode and Grenier, LLP, hereby submits his objections to Defendants' designations of Plaintiff Nigel Austin's deposition as follows:

1. The testimony contained in pages 8, line 15 – page 9, line 10 is irrelevant.

2. The testimony contained in page 11, line 10 – page 12, line 16 is irrelevant, lacks foundation, and its prejudicial effect outweighs any probative value.

3. The testimony contained in page 38, line 3 – page 40, line 10 is irrelevant and its prejudicial effect outweighs any probative value.

4. The testimony contained in page 47, lines 2-11 is irrelevant and its prejudicial effect outweighs any probative value.

Respectfully submitted,

NIGEL AUSTIN

By: *Peter C. Grenier /s/*_____
Peter C. Grenier (D.C. Bar No. 418570)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June 2007, I served a true and accurate copy of the foregoing Objections to Defendants' Designations of the Deposition of Plaintiff Nigel Austin by electronic case filing and U.S. Mail, postage-prepaid upon:

>Philip Lattimore III, Esquire
>Chief, General Litigation Sec. III
>Steven J. Anderson, Esquire
>Assistant General Counsel
>441 4th Street, N.W.
>6th Floor North
>Washington, DC 20001
>*Attorney for Defendant District of Columbia*
>
>Patrick Senftle, Esquire
>PRESSLER & SENFTLE, P.C.
>927 15th Street, N.W.
>Twelfth Floor
>Washington, D.C. 20005
>*Counsel for Defendant*
>*Officer Don Thomas*

                                              *Peter C. Grenier /s/*
                                               Peter C. Grenier