IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIGEL AUSTIN

    Plaintiff,

v.                                                     CASE No. 1:05-CV-02219 (JDB)

THE DISTRICT OF COLUMBIA, et al.

    Defendants.

## DEFENDANT THOMAS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE ADDENDUM EXPERT REPORT

Defendant Don Thomas, through counsel, hereby opposes Plaintiff's motion to strike the addendum report of Defendant's liability expert Paul M. Mazzei, Sr. (Exhibit 1). Because Plaintiff was aware of Mr. Mazzei's basic opinion set forth in the addendum at the time of Mr. Mazzei's deposition, and even inquired about the opinion, the purposes of Fed. Rule Civ. Pro. 26(a)(2) have been satisfied and Plaintiff's motion must be denied. *Coles v. Perry*, 217 F.R.D. 1 (D.D.C. 2003). Moreover, Plaintiff will suffer little, if any, prejudice, but Defendant Thomas will suffer significant prejudice because he will not be able to rebut one of Plaintiff's theories of liability with expert testimony. As the Defendant Thomas has previously briefed this matter, the Defendant further incorporates by reference all arguments set forth in Defendant Thomas' Motion for Leave to Supplement Expert Disclosure and subsequent reply to Plaintiff's opposition to Defendant's motion.

Wherefore, for the foregoing reasons, the Defendant Don Thomas requests the Court to deny Plaintiff's Motion to Strike Defendant Thomas' Addendum Expert Report.

Respectfully submitted,

/s/ Patrick G. Senftle
Patrick G. Senftle #412191
James W. Pressler, Jr. #221051

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005
(202) 822-8384
(202) 331-7587 (fax)

Attorney for Defendant Thomas

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Defendant Thomas' Opposition to Plaintiff's Motion to Strike Defendant's Addendum Expert Report and proposed Order was electronically served this 29th day of June, 2007, to Peter C. Grenier, Esq., 1150 Connecticut Avenue, N.W., Ninth Floor, Washington, D.C. 20036 and Steven J. Anderson, Esq., 441 Fourth Street, N.W., Suite 600S, Washington, D.C. 20001.

/s/ Patrick G. Senftle
Patrick G. Senftle

This Addendum Report of Opinion in the case of <u>Nigel Austin v. Officer Don Thomas, District of Columbia</u> is submitted in compliance with rule 26(a)(2) of the Federal Rules of Procedures and is submitted on June 6, 2007.

In my professional opinion, based on over 32 years of law enforcement operational, supervisory, and training experience, within a reasonable degree of professional certainty, and based on the review of items listed in my initial Report of Opinion dated December 10, 2006, specifically in the areas of rendering aid & medical transport and the use of a temporary restraining device on a pre-trial detainee is as follows:

In relationship to Officer Don Thomas' duties and responsibilities in rendering aid and medical transport to Mr. Nigel Austin on August 25, 2005 after the altercation that occurred in cell block "C" and review of MPDC General Order 901,07 "Use of Force" page 6, section V. Regulations, subsection B.2. "The Patrol Supervisor, if present where there is a violent or resisting subject, shall direct and control all activities". Officer Don Thomas satisfied his duties and responsibilities to Mr. Nigel Austin when he notified his supervisor Officer George Hawkins, who was also on the scene assisting Officer Thomas. At that point, it became the responsibility of Officer Hawkins to manage all aspects of Mr. Nigel Austin to include medical treatment and transport to the hospital and any continued use of temporary restraining devices in relationship to confinement and injury considerations.

Prepared by: _____
Paul M. Mazzei, Sr.
President
Survival Management Systems, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIGEL AUSTIN                                :
                                            :
        Plaintiff,                          :
                                            :
v.                                          :    CASE No. 1:05-CV-02219 (JDB)
                                            :
THE DISTRICT OF COLUMBIA, et al.            :
                                            :
        Defendants.                         :

## ORDER

Upon consideration of the Plaintiff's Motion to Strike Defendant Thomas' Addendum Expert Report, and the opposition thereto, it is this _____ day of _____, 2007

**ORDERED**, for the reasons set forth in the Defendant Thomas' opposition, that the motion is hereby **DENIED**.

_____
John D. Bates
United States District Judge

copies to:

James W. Pressler, Jr., Esq.
Patrick G. Senftle, Esq.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005

Peter C. Grenier, Esq.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036

Steven J. Anderson, Esq.
441 Fourth Street, N.W,
Suite 600S
Washington, D.C. 20001