UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NIGEL AUSTIN** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DISTRICT OF COLUMBIA**, *et al*. ) <br> ) <br> Defendants. ) <br> ) | Case No. 05-2219 (JDB) |

### PLAINTIFF'S OBJECTIONS TO DEFENDANTS' WITNESS LIST

Plaintiff, through counsel Bode and Grenier, LLP, hereby submits his objections to Defendants' Witness List as follows:

1. Plaintiff objects to Linwood McCain presenting testimony and/or evidence in this matter on the grounds that any such testimony will be hearsay, irrelevant, will lead to jury confusion, and is unfairly prejudicial to Plaintiff.

Respectfully submitted,

NIGEL AUSTIN

By: *Peter C. Grenier /s/*
Peter C. Grenier (D.C. Bar No. 418570)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July 2007, I served a true and accurate copy of the foregoing Objections to Defendants' Witnesses by hand delivery and electronic case filing prepaid upon:

Philip Lattimore III, Esquire
Chief, General Litigation Sec. III
Steven J. Anderson, Esquire
Assistant General Counsel
441 4th Street, N.W.
6th Floor North
Washington, DC 20001
*Attorney for Defendant District of Columbia*

Patrick Senftle, Esquire
PRESSLER & SENFTLE, P.C.
927 15th Street, N.W.
Twelfth Floor
Washington, D.C. 20005
*Counsel for Defendant
Officer Don Thomas*


　　　　　　　　　　　　　　　　　　　　*Peter C. Grenier /s/*
　　　　　　　　　　　　　　　　　　　　　Peter C. Grenier