IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIGEL AUSTIN | : |
| Plaintiff, | : |
| v. | : CASE No. 1:05-CV-02219 (JDB) |
| THE DISTRICT OF COLUMBIA, et al. | : |
| Defendants. | : |

**DEFENDANT THOMAS' OBJECTIONS TO PLAINTIFF'S EXHIBITS**

Defendant Don Thomas, through counsel, hereby submits objections to Plaintiff's Exhibits as follows:

1. Defendant objects to Exhibits 1-2 on the basis of foundation and relevancy.

2. Defendant reserves the right to object to Exhibit 4 on the basis of hearsay.

3. Defendant objects to Exhibits 5 and 7 on the basis of foundation.

4. Defendant objects to Exhibits 6 and 8 on the basis of hearsay.

5. Defendant objects to Exhibit 9 on the basis of foundation and timeliness of production.

6. Defendant objects to Exhibit 10 on the basis of foundation, hearsay, and relevancy. Defendant further objects on the basis the evidence is cumulative and unduly prejudicial.

7. Defendant objects to Exhibits 11 and 12 on the basis of relevancy and foundation.

8. Defendant reserves all applicable objections to Exhibits 13-16 but cannot now determine how Plaintiff intends to use the proposed exhibit. Defendant

reserves all objections based on arguments set forth in the pending motion in limine. As to Exhibit 16, Defendant further objects to Plaintiff offering any admission of the Defendant District of Columbia against the Defendant Thomas and preserves the right to object to the offering of any admission against the District if unduly prejudicial against the Defendant Thomas.

9. Defendant objects to Exhibits 17-23, 29, 33-35, 40, 42-44 on the basis of hearsay, relevancy, and foundation. Defendant further objects on the basis the evidence is cumulative and on the grounds set forth in pending motions in limine.

10. Defendant objects to Exhibits 24-28 and 30 on the basis of hearsay, relevancy, foundation and on the ground the evidence is cumulative.

11. Defendant reserves the right to object to Exhibits 36-39, 41, 45-46, on the basis of hearsay, relevancy, foundation and on the ground the evidence is cumulative.

12. Defendant objects to Exhibits 47-48 on the basis of relevancy and foundation as well as on the grounds the evidence is cumulative and unduly prejudicial.

13. Defendant objects to Exhibits 49 and 51 on the basis of hearsay and on the ground the evidence is cumulative.

14. Defendant objects to the redaction of relevant evidence contained in Exhibits 53-54.

As to exhibits Plaintiff may offer into evidence, if the need arises, Defendant reserves all objections including relevancy, foundation, hearsay, timeliness of production, cumulative and unduly prejudicial.

          Respectfully submitted,

/s/ Patrick G. Senftle
Patrick G. Senftle #412191
James W. Pressler, Jr. #221051

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005
(202) 822-8384
(202) 331-7587 (fax)

Attorneys for Defendant Thomas

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Defendant Thomas' Objections to Plaintiff's Exhibits was electronically served this 2nd day of July, 2007, to Peter C. Grenier, Esq., 1150 Connecticut Avenue, N.W., Ninth Floor, Washington, D.C. 20036 and Steven J. Anderson, Esq., 441 Fourth Street, N.W., Suite 600S, Washington, D.C. 20001.

/s/ Patrick G. Senftle
Patrick G. Senftle