IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIGEL AUSTIN

    Plaintiff,

v.    CASE No. 1:05-CV-02219 (JDB)

THE DISTRICT OF COLUMBIA, et al.

    Defendants.

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

Defendant Don Thomas and the District of Columbia, through counsel, hereby submit objections to Plaintiff's deposition designations as follows:

Defendants object to designated portions of the deposition of Christopher Coles on the basis of relevancy and hearsay as well as on the grounds set forth in the pending motions in limine.

Defendants object to the designated portions of the deposition of Michael Boyd as follows:

| | |
|---|---|
| Page 11, Line 11-21 - | relevancy, foundation, cumulative |
| Page 12, Line 13-22 - | relevancy, foundation, cumulative |
| Page 24, Line 1-21 - | relevancy, foundation, cumulative |
| Page 25, Line 16-21 - | vagueness |
| Page 26, Line 4-13 - | relevancy, foundation, cumulative |
| Page 27, Line 2-18 - | relevancy, foundation, cumulative |
| Page 29, Line 6-14 - | relevancy, foundation, cumulative |
| Page 36, Line 17-22 - | vagueness, foundation, cumulative |
| Page 37, Line 3-18 - | asked/answered, foundation, relevancy, cumulative |

| | | |
|---|---|---|
| Page 39, Line 12-21 | - | relevancy, foundation, cumulative, vagueness |
| Page 40, Line 16-22 | - | relevancy, foundation, vagueness, juror confusion |
| Page 41, Line 1-14 | - | relevancy, foundation, vagueness, juror confusion |
| Page 45, Line 1-19 | - | relevancy, foundation, cumulative |
| Page 47, Line 5-14 | - | relevancy, foundation, cumulative, undue prejudice |
| Page 49, Line 13 | - | out of context unless read with related portions |
| Page 56, Line 14-22 | - | relevancy, argumentative, undue prejudice |
| Page 57, Line 1-11 | - | relevancy, argumentative, undue prejudice |
| Page 64, Line 10-22 | - | relevancy, foundation, cumulative |
| Page 65, Line 1-11 | - | relevancy, foundation, cumulative, argumentative |
| Page 67, Line 6-22 | - | relevancy, foundation, argumentative, unduly prejudicial |
| Page 68, Line 1-20 | - | relevancy, foundation, argumentative, unduly prejudicial |
| Page 70, Line 1<br>Page 71, Line 1-10<br>Page 72, Line 4-22 | - | relevancy, foundation, argumentative, asked/answered, unduly prejudicial |
| Page 75, Line 2-17 | - | relevancy and unduly prejudicial |

Defendant Thomas reserves the right to cross designate the following portions of the deposition of Michael Boyd:

    Page 12, Line 3 through Page 13, Line 2

    Page 15, Line 4-22

    Page 16, Line 1-4

    Page 30, Line 3-8

    Page 41, Line 2-12

    Page 42, Line 1-4

    Page 44, Line 18-22

    Page 48, Line 15 through Page 50, line 22

    Page 65, Line 15 through Page 66, Line 2

Defendants object to the designated portions of the deposition of Eldrick Creamer as follows:

| | |
|---|---|
| Page 15, Line 20-22 | relevancy, unduly prejudicial, |
| Page 16, Line 1-9 | grounds set forth in pending motion in limine |
| Page 35, Line 1-7 | relevancy, legal conclusion |

Defendant Thomas reserves the right to cross designate the following portions of the deposition of Eldrick Creamer:

    Page 10, Line 2 through Page 11, Line 19

    Page 14, Line 11 through Page 15, Line 4

Page 18, Line 10 through Page 19, Line 6

Page 22, Line 12 through Page 23, Line 10

Page 37, Line 12 through Page 38, Line 14

Page 45, Line 12 through Page 46, Line 10

Respectfully submitted,

/s/ Patrick G. Senftle
Patrick G. Senftle #412191
James W. Pressler, Jr. #221051

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005
(202) 822-8384
(202) 331-7587 (fax)

Attorney for Defendant Thomas

/s/ Steven J. Anderson
Philip Lattimore III
Chief, General Litigation Sec. III
Steven J. Anderson
Assistant General Counsel
441 4th Street, N.W.
6th Floor North
Washington, D.C. 20001
(202) 724-6607

Attorneys for Defendant District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Defendants' Objections to Plaintiff's Deposition Designations was electronically served this 2nd day of July, 2007, to Peter C. Grenier, Esq., 1150 Connecticut Avenue, N.W., Ninth Floor, Washington, D.C. 20036.

/s/ Patrick G. Senftle
Patrick G. Senftle