AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Nigel Austin

        Plaintiff(s)        )  
                         )    **APPEARANCE**  
                         )  
        vs.               )    CASE NUMBER   05-2219 (JDB)  
The District of Columbia, et al.  )  
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Jeremy S. Tishler   as counsel in this
                              (Attorney's Name)

case for:   Nigel Austin
            (Name of party or parties)

July 2, 2007  
Date

/s/ Jeremy S. Tishler  
Signature

Jeremy S. Tishler  
Print Name

495522  
BAR IDENTIFICATION

1150 Connecticut Avenue, N.W., 9th Fl.  
Address

Washington   DC   20036  
City        State      Zip Code

202-828-4100  
Phone Number