IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIGEL AUSTIN           :
                       :
    Plaintiff,         :
                       :
v.                     :    CASE No. 1:05-CV-02219 (JDB)
                       :
THE DISTRICT OF COLUMBIA, et al.  :
                       :
    Defendants.        :

**DEFENDANT THOMAS' SUPPLEMENTAL OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATION OF DETECTIVE CHRISTOPHER COLE**

Defendant Don Thomas, through counsel, hereby submit supplemental objections to Plaintiff's designations of Detective Christopher Cole[1]:

Defendant objects to designated portions of the deposition of Christopher Coles on the general basis of hearsay and on the ground that any party admission of the Defendant District of Columbia contained in the deposition is not admissible against the Defendant Thomas as a party admission.

Defendant further objects to the designated portions of the deposition of Christopher Coles as follows:

      Page 28, Line 7-12   -   relevancy, foundation, unduly prejudicial

      Page 35, Line 3-21   -   relevancy, foundation, collateral, unduly prejudicial

---

[1] At the time Defendant Thomas filed his original objections to Plaintiff's deposition designations, the Defendant did not have a copy of the voluminous transcript of the Cole deposition. Defendant has obtained a copy of the transcript and supplements his objections.

Page 46, Line16-22   -   relevancy, foundation, collateral, unduly prejudicial
Page 47, Line 1-4

Page 52, Line 17-22   -   relevancy, foundation, collateral, unduly prejudicial
Page 53, Line 1-21

Page 57, Line 10-18   -   relevancy, foundation, collateral, unduly prejudicial

Page 61, Line 16-22   -   relevancy, foundation, unduly prejudicial
Page 62, Line 1-10

Page 66, Line 11-22   -   relevancy, foundation, collateral, unduly prejudicial
Page 67, Line 1-7         argumentative
Page 68, Line 5-11
Page 69, Line 4-22
Page 70, Line 1-6
Page 72, Line 10-22
Page 73, Line 1-21
Page 75, Line 17-22
Page 76, Line 1-19

Page 82, Line 14-22   -   relevancy, foundation, collateral
Page 83, Line 1-6
Page 88, Line 22
Page 89, Line 1-2
Page 90, Line 14-22
Page 91, Line 1-6
Page 94, Line1-9
Page 95, Line 1-12

Page 104, Line 17-22   -   relevancy, foundation, collateral, unduly prejudicial
Page 105, Line 1-22         argumentative
Page 106, Line 1-22
Page 107, Line 1-22
Page 108, Line 1-22
Page 109, Line 1-22
Page 110, Line 1-6

2

| | |
|---|---|
| Page 126, Line 7-18 -<br>Page 130, Line 14-22<br>Page 131, Line 1-6<br>Page 135, Line 18-22 | relevancy, foundation |
| Page 143, Line 10-22 -<br>Page 144, Line 1-22<br>Page 145, Line1-2<br>Page 145, Line 11-16 | relevancy, foundation, unduly prejudicial |
| Page 151, Line 4-16 - | relevancy foundation, collateral |
| Page 168, Line 22 -<br>Page 169, Line 1-11<br>Page 170, Line 17-19 | relevancy, foundation, collateral |
| Page 173, Line 8-12 - | relevancy, foundation, collateral |
| Page 178, Line 2-13 -<br>Page 179, Line 3-6 | relevancy, foundation, collateral |
| Page 188, Line 5-13 - | relevancy, foundation, collateral |
| Page 220, Line 6-9 - | relevancy, cumulative |
| Page 232, Line 11-14 - | relevancy, foundation, collateral |
| Page 260, Line 15-21 -<br>Page 261, Line 2-3 | relevancy, foundation, collateral |
| Page 264, Line 5-10 -<br>Page 265, Line 5-16<br>Page 266, Line 4-14 | relevancy, foundation, collateral, unduly prejudicial |
| Page 284, Line 20-22 -<br>Page 285, Line 1-9<br>Page 286, Line1-6<br>Page 287, Line 12-16<br>Page 291, Line 1-6 | relevancy, foundation, collateral, unduly prejudicial |

Defendant Thomas reserves the right to cross designate the following portions of the deposition of Christopher Coles:

>Page 89, Line 4-11
>
>Page 123, Line 17-22
>
>Page 128, Line 4-14
>
>Page 130, Line 1-13 [except USAO portions]
>
>Page 133, Line 21-22
>
>Page 134, Line 1-6
>
>Page 135, Line 15-17
>
>Page 136, Line 5-16
>
>Page 138, Line 6-18
>
>Page 153, Line 14-22
>
>Page 154, Line 1-14
>
>Page 157, Line 12-18
>
>Page 158, Line 4-19

        Respectfully submitted,

        /s/ Patrick G. Senftle
        Patrick G. Senftle #412191
        James W. Pressler, Jr. #221051

        PRESSLER & SENFTLE, P.C.
        Three McPherson Square
        927 15th Street, N.W.
        12th Floor
        Washington, D.C. 20005
        (202) 822-8384
        (202) 331-7587 (fax)

        Attorney for Defendant Thomas

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Defendants' Objections to Plaintiff's Deposition Designations was electronically served this 2nd day of July, 2007, to Peter C. Grenier, Esq., 1150 Connecticut Avenue, N.W., Ninth Floor, Washington, D.C. 20036 and Steven Anderson, 441 4th Street, N.W., 6th Floor, Washington, D.C. 20001.

        /s/ Patrick G. Senftle
        Patrick G. Senftle