UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NIGEL AUSTIN,**<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | Civil Action No.  05-2219 (JDB) |

### ORDER

Upon consideration of: [49, 50] defendant Thomas's motion for leave to supplement his expert disclosures, [53] defendant Thomas's motion in limine, [54] defendant the District of Columbia's motion in limine, [56] plaintiff's motion in limine, [68] plaintiff's motion to strike defendant Thomas's addendum to his expert report, [73] plaintiff's motion for leave to file a supplemental motion in limine, the oppositions and replies thereto, and the entire record herein, and for the reasons stated in open court at the pretrial conference held on July 2, 2007, it is this 3rd day of July, 2007, hereby **ORDERED** as follows:

[49, 50] Defendant Thomas's motion for leave to supplement his expert disclosures is **DENIED**, [68] plaintiff's corresponding motion to strike Thomas's addendum to his expert report is **GRANTED**, and Thomas's proposed expert, Paul Mazzei, will be precluded from offering at trial testimony on the lawfulness or reasonableness of the actions of the Metropolitan Police Department and its officers in providing or failing to provide medical care and/or first-aid treatment to plaintiff.

[54] Defendant the District of Columbia's motion to exclude the reports prepared by the Force Investigation Team, as well as the portion of [53] defendant Thomas's motion seeking to exclude both those reports and the case reviews issued by the Use of Force Review Board ("UFRB"), are **DENIED**, except that the sentence in the two UFRB case reviews referring to "corrective action" shall be redacted in accordance with Fed. R. Evid. 407, and the parties shall consult on any further appropriate redactions to the reports and case reviews.

[53] Defendant Thomas's motion to exclude evidence of the 1991 sexual-misconduct incident is **GRANTED**.

[53] Defendant Thomas's motion to exclude evidence of the U.S. Attorney's Office investigation and of his invocation of his Fifth Amendment privilege against self-incrimination is **GRANTED**.

[73] Plaintiff's motion for leave to file a supplemental motion in limine is **GRANTED**.

Resolution of [56, 73] plaintiff's motion to exclude all evidence of his criminal history, both as substantive evidence pursuant to Fed. R. Evid. 404(b) and for the purposes of impeachment under Rules 608(b) and 609(a), is **DEFERRED**.

**SO ORDERED.**

    /s/    John D. Bates
JOHN D. BATES
United States District Judge

Dated:   July 3, 2007