UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____

NIGEL AUSTIN,                                                      )
                                                                              )
                                                                              )
                                                                              )
            Plaintiff,                                                )   Case No. 05-2219(JDB)
                                                                              )
    v.                                                                   )
                                                                              )
THE DISTRICT OF COLUMBIA, et al.              )
                                                                              )
            Defendants.                                           )
_____)

**PLAINTIFF'S MEMORANDUM REGARDING HIS PROPOSED JURY INSTRUCTION ON D.C. CODE ANN. §§ 5-121.05 AND 5-115.03**

Plaintiff Nigel Austin ("Plaintiff"), through undersigned counsel, submits this memorandum pursuant to the Court's Instruction on July 3, 2007.

Plaintiff is no longer requesting that the Court instruct the jury on D.C. Code Ann. § 5-121.05 (2007) (Compromise of a Felony) and D.C. Code Ann. §5-115.03 (2007) (Neglect to Make [Arrest] for Offense Committed in Presence). Rather, Plaintiff will address these code provisions in his direct and cross examinations of the various witnesses in this action, and will offer into evidence such code provisions.

                                                                Respectfully submitted,


                                                                _____*Peter C. Grenier /s/*_____
                                                                Peter C. Grenier (D.C. Bar No. 418570)
                                                                Bode & Grenier, L.L.P.
                                                                1150 Connecticut Avenue, N.W.
                                                                Ninth Floor
                                                                Washington, D.C.  20036
                                                                (202) 828-4100
                                                                (202) 828-4130 (fax)
                                                                *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of July 2007, I served a true and accurate copy of Plaintiff's Memorandum by electronic case filing and U.S. Mail, postage-prepaid upon:

      Steven J. Anderson, Esquire
      Assistant General Counsel
      441 4th Street, N.W.
      6th Floor North
      Washington, DC 20001
      *Attorney for Defendant*
      *District of Columbia*

      Patrick G. Senftle, Esquire
      PRESSLER & SENFTLE, P.C.
      927 15th Street, N.W.
      Twelfth Floor
      Washington, D.C. 20005
      *Counsel for Defendant*
      *Officer Don Thomas*

      _____*Peter C. Grenier /s/*_____
               Peter C. Grenier