## RESUME PRESENTATION

Paul M. Mazzei, Sr.

### Professional Profile

A result oriented professional with excellent interpersonal and communication skills who is proficient in problem solving, particularly when success requires attention to detail, perseverance, flexibility, strong organizational and leadership abilities, and refined human relation skills. These skills combined with a comprehensive training background and operational experience in officer survival management, advanced firearms training and law enforcement are often called upon within the industry to provide training and/or expert counsel. This background is enhanced by the ability to motivate others to success by encouraging individual participation and development.

### Accomplishment Profile

- Owner and President of Survival Management Systems, Inc. Law Enforcement and Security Training Consultants, supervising over twenty associates and currently delivering ongoing training contracts to the U.S. Military, Federal, State, and local Law Enforcement, and Corporate Security Agencies.

- Deputy Director of the MPTC certified Prince George's Municipal Police Academy, developing, auditing, supervising and scheduling two 26 week basic recruit classes per year, to include coordinating and supervising over 50 adjunct instructors and 100 basic recruit level officers.

- Developed Law Enforcement Training Programs in the areas of police use of force and defensive tactics while under contract as a consultant to the Police Executive Research Forum (PERF).

- Authored, developed, and presented a multitude of training programs in the areas of police use of force, defensive tactics, firearms, chemical agents, emergency services team response, high risk warrant service, civil disorder management, police counter sniper and officer survival skills.

- Qualified as an expert witness on police use of force and high risk response procedures, successfully represented and defended many law enforcement officers and their agency's training programs in U.S. Federal District Court in excessive use of force law suits.

### EXPERIENCE PROFILE SUMMARY

As a twenty year retired veteran of the Prince George's County Police Department and former Deputy Director of the Prince George's Municipal Police Academy, a certified Maryland Police Training Commission Instructor since 1980, has trained over 1,000 basic recruit level and 10,000 experienced police officers to include federal, state, local and foreign police agencies through the Department of State's Anti Terrorism Assistance Program and the Department of Defense Force Protection program in firearms, defensive tactics, police use of force, officer survival, emergency response procedures, civil disorder management, police counter sniper and crisis intervention. As a member of the Prince George's County Police Department's Nationally recognized Emergency Services Team for twelve years, he participated in over 750 high risk warrant services, 300 barricade/hostage situations, and has been a civilian firearms instructor with the Prince George's County Police Department since his retirement in 1994.

Paul M. Mazzei, Sr.

## ASSIGNMENTS

| | |
|---|---|
| Firearms Instructor (Civilian) <br> Prince George's County Police Department Firearms Range | October 2000 - Present |
| Owner and President of Survival Management <br> Systems, Inc. Law Enforcement Training Consultants. | June 1995 - Present |
| Deputy Director of the Prince George's Municipal <br> Police Academy / Prince George's Community College. | June 1994 – March 2003 |
| Training Coordinator / Supervisor Special Operations <br> Division, Prince George's County Police Department. | September 1993 - June 1994 |
| Staff Instructor / Program Coordinator Training Services <br> Division, Prince George's County Police Department. | July 1989 - September 1993 |
| Emergency Services Team Member / Counter Sniper, <br> Special Operations Division, Prince George's County <br> Police Department. | September 1978 - July 1989 |
| Tactical Officer / Tactical Squad, Special Operations <br> Division, Prince George's County Police Department. | April 1978 - September 1978 |
| Patrol Officer / District III <br> Prince George's County Police Department. | December 1976 - April 1978 |
| Recruit Officer / Session 52 <br> Prince George's County Police Department. | July 1976 - December 1976 |
| Cadet / Prince George's County Police Department. | May 1974 - July 1976 |

## HONORS AND AWARDS

**Silver Medal of Valor**
For the Successful Resolution of Over 200 High Risk Barricade / Hostage Situations
Prince George's County Police Department

**Chief's Award**
Several Awards for National Recognition While Competing on the
Prince George's County Police Department's Pistol Team

**Award of Merit**
Prince George's County Chamber of Commerce

Paul M. Mazzei, Sr.

# TRAINING CERTIFICATIONS
## Firearms / Instructor

| | |
|---|---|
| Smith & Wesson MP40 Armorer/Instructor Certification | August 2006 |
| Glock International Armorer/Instructor Certification | February 2006 |
| ATF M-16/M-4 Rifle Instructor Certification | March 2005 |
| C.A.R. Advanced Firearms Instructor Certification Course | October 2002 |
| FBI Advanced Firearms Instructor Certification Course | August 2001 |
| Maryland Police Training Commission<br>Less Lethal Projectile Instructor Certification Course | February 2001 |
| Sturm Ruger and Company<br>Police Carbine Instructor/Armorer Certification Course | January 1999 |
| Maryland Police Training Commission (Recertification)<br>Semi-Automatic Pistol, Revolver, Shotgun, Sub-Machine Gun<br>Assault Rifle, Scoped Sniper Rifle. (Exp. June 2005) | June 1997 |
| Beretta USA<br>Beretta Armorer Certification Course. | July 1986 |
| United States Secret Service<br>Firearms Instructor Training Certification Course<br>Revolver, Shotgun, Uzi Sub-Machine Gun. | March 1981 |
| United States Army<br>First Army Marksman Training Unit<br>Counter Sniper Certification Course. | September 1980 |

## Chemical Agents / Instructor

| | |
|---|---|
| Defensive Tactics Institute O.C. / Chemical<br>Mace Instructor Certification Course. | October 1993 |
| F.B.I. Chemical Agents / Crowd and Riot Control<br>Instructor Certification Course. | November 1991 |
| Maryland Police Training Commission<br>Chemical Agent Instructor Certification. | December 1985 |
| Smith and Wesson / Chemical Agents<br>Instructor Certification Course. | November 1985 |
| United States Army / Nuclear, Biological,<br>Chemical Defense School | October 1984 |

Paul M. Mazzei, Sr.

## TRAINING CERTIFICATIONS
### Defensive Tactics / Instructor

Controlled Force, Inc.  
Defensive Tactics Instructor Certification Course  
March 2000

Armament Systems and Procedures, Inc.  
ASP Baton Instructor Certification Course  
December 1993

Pressure Point Control Tactics, Inc.  
Defensive Tactics, Pressure Point Control,  
Impact Weapon Instructor Certifications.  
August 1990

Maryland Police Training Commission  
Defensive Tactics, Patrol Procedures, Search & Seizure  
Officer Survival Skills, Police Use of Force/Deadly Force,  
Civil Disorder Management, Crisis Intervention,  
High Risk Patrol Tactics, Emergency Services Team  
Tactics Instructor Certifications. (Exp. February 2006)  
June 1989

### Rappelling / Helicopter

United States Park Police Department  
Helicopter Rappel Master / Instructor  
Certification.  
May 1989

United States Army Air Assault School  
Rappel Master / Instructor Certification.  
March 1986

F.B.I. Helicopter Rappel Master  
Certification Course.  
May 1979

### Emergency Services

American Red Cross CPR/First Aid  
Instructor Certification.  
February 2003

American Heart Association CPR  
Instructor Certification.  
October 1989

Prince George's County Police Department  
Emergency Services Teams Certification.  
September 1978

Paul M. Mazzei, Sr.

# TRAINING CERTIFICATIONS
## Emergency Services

| | |
|---|---|
| Law Enforcement Response to Weapons of Mass Destruction Instructor Certification Course | October 2000 |
| Prince George's County Police Department Hostage Negotiator Certification Course. | March 1983 |
| F.B.I. Hostage Negotiator Training Course. | February 1983 |
| United States Secret Service Protective Operations Training Course. | October 1984 |
| United States Secret Service Dignitary Protection Training Course. | September 1984 |
| Naval School of Explosive Ordnance Disposal Basic and Advanced Explosive Ordnance Disposal Certification. | July 1981 |
| International Association of Bomb Technicians Explosives / Terrorism Training Course. | June 1981 |
| Professional Association of Diving Instructors: Open Water Diving Certification. | August 1979 |
| Advanced Open Water Diving Certification. | May 1982 |
| Rescue and Recovery Diving Certification. | June 1982 |
| Ocean Diving Certification. | July 1982 |
| Deep Water Diving Certification. | November 1988 |
| Scuba Equipment Specialist Certification. | November 1988 |

Paul M. Mazzei, Sr.

# CLIENT REFERENCES

## Law Enforcement/Security Training and Program Development

Prince George's Community College
Municipal Police Academy
301 Largo Road T-1
Upper Marlboro, Md 20774
Major Larry Shanks
(301) 322-0175

United States Air Force
Andrews Air force Base, Md 20331
89th Security Police Squadron
Msgt. G. Farrish / Lt. Col. Coleman
(301) 981-6201

U.S. National Park Service
United States Park Police
1100 Ohio Drive S.W.
Washington, DC 20242
Capt. Bill Lynch
(202) 619-7065

Department of Defense
Department of Public Safety
NAS Police Department
21862 Bundy Road
Patuxent River, Md 20670
Lt. G. Mercer
(301) 342-3319

Prince George's County Police Dept.
Training Division Firearms Range
7600 Barlowe Road
Palmer Park, Maryland 20737
Lt. Chuck Cooke
(301) 952-7210

St. Mary's County Sheriff's Dept.
Tudor Road
Leonardtown, Md 20650
Cpl. T. Cameron
(301) 475-1963

Chevy Chase Bank
6151 Chevy Chase Drive
Laurel, Md 20707
Mr. William Colvin
1-800-947-3646 ext. 8010

Police Executive Research Forum
1120 Connecticut Ave. Suite 930
Washington, DC 20036
Mr. C. Fraser, Director
(202) 466-7820

U.S. Department of Navy
Naval Air Station Security
#1 San Diego Loop Bldg 3198
Andrews Air Force Base
Washington, DC 20331
Lt. M. Steinbeck
(301) 981-2004

Office of the Sheriff
Prince George's County Maryland
P.O. Box 548
Upper Marlboro, Maryland 20772
Sgt. Ray Barry
(301) 952-3923

Shady Grove Adventist Hospital
Office of Safety and Security
9901 Medical Center Drive
Rockville, Maryland 20805
Mr. Steve St. Laurent, Director
(301) 279-6229

United States Capitol Police Department
Training Services Section
9000 Commo Road
Cheltenham, Maryland 20623
Sgt. Lisa Raum
(301) 877-8242

Calvert County Sheriff's Department
Special Operations Division
175 Maine Street Court House
Prince Frederick, Maryland 20678
Sgt. Rick Thomas
(410) 535-280

St. Mary's College
Office of Public Safety
MD Route 5
St. Mary's City, Maryland 20686
Director, Edward Adams
(301) 862-0911

Wackenhut Training Institute
4200 Wackenhut Drive #100
Palm Beach Gardens, FL 33410
Edward Lorch, MPS, CPP
(561) 622-5656

International Association of
Chiefs of Police
515 Washington Street
Alexandria, Virginia 22314
Valencia A. Kyburz 1-800-843-4227

University of Maryland
Campus Police Department
Bldg 003 Rossborough Lane
College Park, Maryland 20742
Ofc. Laura Harper  (301) 405-3555

U.S. National Park Service
Law Enforcement Rangers
Independence Hall
Philadelphia, PA 1910[?]
Joe Nicholson, Ranger
(215) 597-0325

Gettysburg College
Office of Safety and Security
P.O. Box 2442 GC
Gettysburg, PA 17325
Mr. Timon K. Linn, Director
(717) 337-6912

Montgomery County Police Dept.
Training Division Firearms Range
2350 Research Blvd
Rockville, Maryland 20850
Mr. Gary Sommers
(301) 217-4650

Local Govern. Insurance Trust
7172 Columbia Gateway Dr.
Columbia, Maryland 21046
Sherry Butler
1 800 673-8231

Group 4 Falck Security Services
Fuldgeat House, Station Road,
Offenham, Worcestershire
WR11 8JJ, U.K.
Dan Farrell (01135) 3[?]7-252-5938

Maryland State Police Department
Training Division
6853 4th Street
Sykesville, Maryland 21784
Capt. Yinger (301) 875-3900

Southern Maryland Criminal
Justice Academy
PO Box 348
Welcome, Maryland 20693
Capt. Dennis Burks (301) 934-2271

12/11/2006 07:57    3016278198    SURVIVAL MGT SYSTEMS    PAGE 15

ITT Industries
Systems Division
4410 E. Fountain Blvd.
PO Box 15012
Colorado Springs, CO 80935
Daryl G. Leed (719) 637-5755

Westminster Police Department
36 Locust Street
Westminster, MD 21157
Cpl. Nikki Heser (410) 848-4646

Naval District of Washington
Police Department
2770 Enterprise Way, SW
Washington, DC 20373
Cpl. Ricardo Leon (202) 446-3555

SecTek, Inc.
1250 H Street NW
Suite 825
Washington, DC 20005
Christopher Clites (202) 455-0007

Harford County Sheriff's Office
45 S. Main Street
Bel Air, MD 21014
Sgt. Gerald Eaton (410) 838-6600

Maryland Police & Corrections
Training Commission
6852 4th Street
Sykesville, MD 21784
Phillip Colbert (410) 875-3495

Paul M. Mazzei, Sr.

# CLIENT REFERENCES

### Police Use of Force Litigation Defense / Expert Witnessing

Prince George's County Police Department
Legal Affairs Division
7600 Barlowe Road
Palmer Park, Md 20737
Stephen Orenstein, Esq.
(301) 772-4771

Schwalb, Donnenfeld & Silbert
1025 Thomas Jefferson St. N.W.
Suite 300 East
Washington, DC 20007-5207
Patrick P. deGravelles, Esq.
(202) 965-7910

Law Offices of Benjamin Wolman
PO Box 460
Upper Marlboro, Md 20773
Benjamin R. Wolman, Esq.
(301) 627-1080

Law Office of Allen, Johnson,
Alexander & Karp, P.A.
Suite 1540, 100 East Pratt Street
Baltimore, Md 21202-1089
Kevin Karpinski, Esq.
(410) 727-0861

Law Office of Schlachman, Belsky & Weiner
207 East Redwood Street, 9th Floor
Baltimore, Md 21202-3323
Kimberly A. Kelly, Esq.
(410) 685-2022

Jordan Keys, Jessamy & Botts
1400 16th Street Suite 500 N.W.
Washington, D.C. 20036-2217
Kathleen Carey, Esq.
(202) 483-8300

Prince George's County Office of Law
County Administrative Building
Upper Marlboro, Md 20772
Jay Creeche, Esq.
(301) 952-5239

Law Office of Terrence McGrath
2905 Old Largo Road
Upper Marlboro, Md 20772
Terrence McGrath, Esq.
(301) 574-1038

Law Office of David M. Simpson
6404 Ivey Lane
Greenbelt, Md 20770
David M. Simpson, Esq.
(301) 474-9636

Knight, Manzi, Nussbaum &
LaPlaca, P.A.
14440 Old Mill Rd.
Upper Marlboro, Md 20772
William C. Brennan, Jr., Esq.
(301) 952-0100

Marcus & Bonsib, Esq.
6411 Ivy Lane, Suite 116
Greenbelt, Md 20770
Robert Bonsib, Esq.
(301) 441-3090

McAndrews & Zitver, PA
5000 Sunnyside Avenue Suite 101
Beltsville, Md 20705
(301) 595-2050

Brennan, Trainor, Billman &
Bennett, L.L.P.
5407 Water Street, Suite 105
Upper Marlboro, Md 20772
William C. Brennan, Esq.
(301) 952-1400

Warren A. Brown, Esq.
Law Offices
200 E. Lexington Street
Baltimore, Md 21202
(410) 576-3900

Paul M. Mazzei, Sr.

## PROFESSIONAL PUBLICATIONS

2006 "Defensive Tactics Use of Force Instructor Certification Course"
United States Capitol Police Department

2005 "L.E.O.S.A. Firearms Certification Course"
Prince George's County Police Department

2004 "Tactical Point Shooting"
Prince George's County Police Department

2003 "Defensive Tactics Instructor Course"
Maryland Police Training Commission (P8437)

2003 "Firearms Instructor Training Course"
Maryland Police Training Commission (P8600)

2003 "Armed Subject Recognition" Training Lesson Plan
International Association of Chiefs of Police

2003 "Police Civil Liability" Training/Instructor Manual
Prince George's County Police Department

2002 "Force Protection Tactics" Training/Instructor Manual
Wackenhut International Security Services, Inc.

1999 "High Risk Patrol Tactics" Training/Operational Manual
National Park Service, Law Enforcement Park Ranger Division

1999 "Defensive Tactics Instructor" Training Manual
Prince George's Municipal Police Academy, Maryland

1998 "Tactical Chemical Agents Instructor" Certification Training Manual
Prince George's County Police Department

1998 "High Risk Interdiction Team Tactics" Training Course
Prince George's County Police Department

1998 "Police Use of Force - Surviving the Litigation" Training Manual
Fraternal Order of Police Lodge #9, Maryland

1999  "O.C. Pepper Spray" Certification Training Manual
      Prince George's County Office of the Sheriff, Maryland

1997  "High Risk Patrol Tactics/Night Operations" Training Manual
      United States Air Force, Andrews Air Force Base, Maryland
      89th Security Police Squadron

1997  "Police Use of Deadly Force" Training Manual
      Prince George's Municipal Police Academy, Maryland

1996  "Police Use of Force" Training Manual
      Police Executive Research Forum, Washington DC

1996  "Critical Incident Management" Training Manual
      Fraternal Order of Police Lodge #89, Maryland

1995  "Firearms Orientation and Qualification" Training Manual
      Prince George's Municipal Police Academy, Maryland

1994  "Civil Disorder Management" Training/Operational Manual
      Prince George's County Police Department, Maryland.

1993  "Officer Safety and Survival" Training Manual
      Prince George's County Police Department, Maryland

1993  "Firearms Judgmental Training" Practical Training Manual
      Prince George's County Police Department, Maryland

1991  "Special Events Management" Advanced Officer Training Manual
      Prince George's County Police Department, Maryland

1991  "Patrol Procedures" Training/Operational Manual
      Prince George's County Police Department, Maryland

1989  "High Risk Warrant Service" Training/Operational Manual
      Prince George's County Police Department, Maryland

12/11/2006 07:57   3016278198   SURVIVAL MGT SYSTEMS   PAGE 20

## EXPERT WITNESS SERVICES (2002-2006)

2002    Marcus & Bonsib, Esq.
        Prince George's County Maryland, Circuit Court
        State of Maryland v. Christopher Clitse
        Consultant Services

2002    Brennan, Trainor, Billman & Bennett, L.L.P.
        Prince George's County Maryland, Circuit Court
        State of Maryland v. James C. Partenza
        Testimony

2002    Schlachman, Belsky & Weiner, P.A.
        Prince George's County Maryland, Circuit Court
        State of Maryland v. Devin C. White
        Consultant Services

2002    Allen, Karpinski, Bryant & Karp, P.A.
        United States District Court
        Amy Kristin Bevard v. City of Taneytown, MD, et al.
        Deposition

2002    McAndrews & Zitver, P.A.
        Frederick City Police Department v. Officer John Doe
        Circuit Court of Frederick County, Maryland
        Consultant Services

2003    Allen, Karpinski, Bryant & Karp, P.A.
        United States District Court
        Amy Bevard v. City of Taneytown, MD, et al.
        Testimony

2003    Warren A. Brown, Esq.
        State of Maryland v. Marion Lynch
        Circuit Court of Baltimore City
        Consultant Services & Testimony

2004  Schlachman, Belsky & Weiner, P.A.
      Prince George's County Maryland, District Court
      State of Maryland v. Addis
      Consultant Services & Testimony

2005  Schlachman, Belsky & Weiner, P.A.
      Baltimore City Maryland, Circuit Court
      State of Maryland v. Mussmacher
      Consultant Services & Testimony

12/11/2006 07:57   3016278198   SURVIVAL MGT SYSTEMS   PAGE 22