IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIGEL AUSTIN  :
    Plaintiff,  :
v  :    CASE No. 1:05-CV-02219 (JDB)
THE DISTRICT OF COLUMBIA, et al.  :
    Defendants.  :

### ORDER

Upon consideration of the Defendant's Motion for Reconsideration of the Court's Order of July 3, 2007, and the Opposition thereto, it is this _____ day of July, 2007

ORDERED, that Defendant Thomas' Motion is **GRANTED**;

ORDERED that the Court's Order of July 3, 2007, is **VACATED IN PART**;

ORDERED that Defendant Thomas' Motion to Supplement Expert Disclosure is hereby **GRANTED**;

ORDERED that Plaintiff's Motion to Strike Addendum Expert Report is **DENIED**;

ORDERED that the Defendant Thomas' expert, Paul Mazzei, shall be allowed to offer trial testimony on the lawfulness or reasonableness of the actions of Defendant Thomas in providing or failing to provide medical care and/or first-aid treatment to Plaintiff.

_____
John D. Bates
United States District Judge

copies to:

James W. Pressler, Jr., Esq.
Patrick G. Senftle, Esq.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005

Peter C. Grenier, Esq.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036

Steven J. Anderson, Esq.
441 Fourth Street, N.W,
Suite 600S
Washington, D.C. 20001