IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIGEL AUSTIN          :
                      :
    Plaintiff,        :
                      :
v.                    :       CASE No. 1:05-CV-02219 (JDB)
                      :
THE DISTRICT OF COLUMBIA, et al. :
                      :
    Defendants.       :

**DEFENDANT THOMAS' MOTION IN LIMINE TO EXCLUDE EVIDENCE
PERTAINING D.C. CODE § 5-115.03**

Defendant Officer Don Thomas (Thomas), through counsel, moves this Court for an Order precluding Plaintiff from presenting evidence related to D.C. Code § 5-115.03 (formerly § 4-142) which requires an officer to make an "arrest for an offense against the laws of the United States . . . ." Plaintiff seeks to offer evidence that the Defendant Thomas violated § 5-115.03 on the theory that the jury can infer that the assault did not occur because Thomas failed to arrest Plaintiff.

The proposed evidence has no probative value. As a threshold matter, the fact that Thomas did not arrest a pretrial detainee does little to raise an inference that Thomas had an ulterior motive in not arresting Plaintiff. The Plaintiff was already in custody and Thomas did not have to re-arrest him.

Moreover, the purpose of §5-115.03 is the "clear and longstanding declaration of policy by the Congress of the United States that corrupt influence, including bribery of government officials, is illegal and must be penalized." *Fingerhut v. Children's National Medical Center*, 738 A.2d 799, 806 (D.C. 1999). Accordingly, Section 5-115.03 is an anti-bribery statute and

irrelevant in this case.[1] Further, the statute is inapplicable because Congress has chosen to limits its scope to the laws of the United States. *See id.*

Wherefore, for the foregoing reasons, the Defendant Don Thomas requests the Court to grant his motion in limine.

Respectfully submitted,

/s/ Patrick G. Senftle
Patrick G. Senftle #412191
James W. Pressler, Jr. #221051

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005
(202) 822-8384

*Attorneys for Defendant Thomas*

---

[1] For similar reasons, the anti-bribery statute §5-121.05, which plaintiff also seeks to introduce into evidence, has no probative value.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Defendant Thomas' Motion in Limine and proposed Order was electronically served this 10th day of July, 2007 on Peter C. Grenier, Esq., 1150 Connecticut Avenue, N.W., Ninth Floor, Washington, D.C. 20036 and Steven J. Anderson, Esq., 441 Fourth Street, N.W., Suite 600S, Washington, D.C. 20001.

/s/ Patrick G. Senftle
Patrick G. Senftle