UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NIGEL AUSTIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2219 (JDB) |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## DEFENDANT DISTRICT OF COLUMBIA'S RESPONSE TO THE COURT'S JULY 3, 2007, ORDER

On July 3, 2007, during the continued pretrial conference, the Court directed the Defendant, District of Columbia (hereinafter the "District") to submit a short response concerning the meaning of D.C. Code § 5-115.03 which has been marked Plaintiff's Exhibit 48 and included in Plaintiff's set of proposed exhibits. Plaintiff's counsel was seeking to have a special jury instruction concerning the statute, to which the District objected. The District has been informed by Plaintiff's counsel that plaintiff is no longer requesting this special jury instruction. Therefore, because the issue is moot the District does not submit a substantive response concerning Section 5-115.03. However, Plaintiff's counsel indicated that he may attempt to introduce the statute during trial or rely upon it during cross-examination. When and if this occurs, the District specifically reserves its right to object.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

2

_____
PHILLIP A. LATTIMORE, III
Chief, General Litigation Section III


_____
STEVEN J. ANDERSON (334480)
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
E-mail:  Steve.anderson@dc.gov