IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIGEL AUSTIN                        :
                                    :
        Plaintiff,                  :
                                    :
v.                                  :       CASE No. 1:05-CV-02219 (JDB)
                                    :
THE DISTRICT OF COLUMBIA, et al.    :
                                    :
        Defendants.                 :

**ERRATA TO MOTION IN LIMINE TO EXCLUDE
EVIDENCE PERTAINING TO D.C. CODE § 5-115.03**

Defendant Officer Don Thomas (Thomas), through counsel, files this errata to inform the Court that the Defendant withdraws the argument that D.C. Code § 5-115.03 is an anti-bribery statute as set forth in the recently filed motion in limine. Counsel for the Defendant Thomas inadvertently attributed the quote set forth in the *Fingerhut v. Children's National Medical Center*, 738 A.2d 799 (D.C. 1999) to the group of three statutes listed in the case. The quote only applies to Section 22-704. *See Fingerhut*, 738 A.2d at 806. The Defendant, however, does contend that § 5-121.05 is a anti-bribery statute and maintains the remaining arguments in the motion.

Respectfully submitted,

/s/ Patrick G. Senftle
Patrick G. Senftle #412191
James W. Pressler, Jr. #221051

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005
(202) 822-8384

*Attorneys for Defendant Thomas*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Defendant Thomas' Motion in Limine and proposed Order was electronically served this 11th day of July, 2007 on Peter C. Grenier, Esq., 1150 Connecticut Avenue, N.W., Ninth Floor, Washington, D.C. 20036 and Steven J. Anderson, Esq., 441 Fourth Street, N.W., Suite 600S, Washington, D.C. 20001.

/s/ Patrick G. Senftle
Patrick G. Senftle