UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIGEL AUSTIN,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA, et al.,

    Defendants.

Civil Action No. 05-2219 (JDB)

### ORDER

Presently pending before the Court are [90] defendant Don Thomas's motion to bifurcate, as well as a number of issues identified at the pretrial conferences held on July 2 and July 3, 2007, but not resolved at that time. The Court now resolves those issues as follows:

(1) Because any prejudice that defendant Thomas might suffer if he has to present evidence of his net worth would be minimal, his motion to bifurcate is **DENIED**.

(2) Witnesses common to plaintiff and defendants shall be called only once (other than for rebuttal), except for defendant Thomas, who may be called by both plaintiff and defendants.

(3) Final exhibit lists shall be filed by not later than 2:00 p.m. on July 19, 2007.

(4) The final exhibit lists shall identify with specificity any pleadings, discovery responses, or other filings that the parties intend to use as substantive evidence.

(5) Stipulations shall be provided to the Court before any evidence is presented.

**SO ORDERED**.

        /s/    John D. Bates
        JOHN D. BATES
    United States District Judge

Dated:   July 16, 2007