UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **NIGEL AUSTIN** | ) <br> ) <br> ) |
| **Plaintiff,** | ) Case No. 05-2219 (JDB) <br> ) |
| v. | ) <br> ) |
| **THE DISTRICT OF COLUMBIA, et al.** | ) <br> ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of Defendant Don Thomas' Motion for Reconsideration, any opposition filed hereto, and the record herein, it is this _____ day of _____, 2007,

ORDERED: That Defendant Don Thomas' Motion for Reconsideration is DENIED.

_____
Judge John D. Bates