UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
                                                          )

**NIGEL AUSTIN,**                                  )

        **Plaintiff,**                         )  Case No. 05-2219(JDB)

        v.                                 )

**THE DISTRICT OF COLUMBIA, et al.**  )

        **Defendants.**                   )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Clerk will please note this matter as "SETTLED AND DISMISSED WITH PREJUDICE," with Plaintiff and the District of Columbia each to bear his/its own costs and attorney's fees.

                                         Respectfully submitted,

                                         *Peter C. Grenier /s/*_____
                                         Peter C. Grenier (D.C. Bar No. 418570)
                                         Bode & Grenier, L.L.P.
                                         1150 Connecticut Avenue, N.W.
                                         Ninth Floor
                                         Washington, D.C.  20036
                                         (202) 828-4100
                                         (202) 828-4130 (fax)
                                         *Counsel for Plaintiff*


                                         *Steven J. Anderson /s/*_____
                                         Philip Lattimore III, Esquire
                                         Chief, General Litigation Sec. III
                                         Steven J. Anderson, Esquire
                                         Assistant Attorney General
                                         441 4th Street, N.W.
                                         6th Floor North
                                         Washington, DC 20001
                                         *Attorney for Defendant District of Columbia*

*Patrick G. Sentfle*_____
Patrick G. Senftle, Esquire
PRESSLER & SENFTLE, P.C.
927 15th Street, N.W.
Twelfth Floor
Washington, D.C. 20005
*Counsel for Defendant*
*Officer Don Thomas*
